# EXHIBIT B - Birth Certificates



# REPUBLIC OF ECUADOR General
Directorate of Civil Registry, Identification and Cedulation

General Directorate of Civil Registry, Identification and Cedulation

## BIRTH CERTIFICATE

The General Directorate of Civil Registry, Identification and Cedulation, based on the information it has registered, issues this certificate:



Name of citizen: V█ T█████ S█████ T█

NUI/Passport: 0961973229     Sex: MAN

Date of birth: ███████████

Place of birth (country/province/canton/parish):

ECUADOR/GUAYAS/GUAYAQUIL/BOLIVAR (SAGRARIO)

Date of birth registration: 24/10/2017

Place of birth registration (country/province/canton/parish):

ECUADOR/GUAYAS/YAGUACHI/SAN JACINTO DE YAGUACHI

Nationality: ECUADORIAN

Volume / Page / Minutes: 27/3/3

Father's data: VEGA     MARIDUEÑA ROBERTH ROSENDO

NUI/Passport: ████████     Nationality: ECUADORIAN

Mother's Data: TENESACA     JATIVA DEISY ALEXANDRA

NUI/Passport: ████████     Nationality: ECUADORIAN

Information certified as of: DECEMBER 26, 2023
Issuer: TINAJERO MONTESDEOCA ORLIN EFREN

Note: This certificate replaces computerized records or any previous document of this nature.




Certificate No.: 237-967-64715

237-967-64715

Ms. Mario Cuvero Miranda
Director General of the Civil Registry, Identification and Cedulation
Electronically signed document



The institution or person to whom this certificate is presented must validate it at: https://virtual.registrocivil.gob.ec. in accordance with LOGIDAC Art. 4, numeral 1 and the LCE. Document validity: 3 validations or 2 months from the date of issue. If you have any problems with this document, write to enlinea@registrocivil.gob.ec






# REPUBLIC OF ECUADOR General
Directorate of Civil Registry, Identification and Cedulation

General Directorate of Civil Registry, Identification and Cedulation

# BIRTH CERTIFICATE

The General Directorate of Civil Registry, Identification and Cedulation, based on the information it has registered, issues this certificate:



Name of citizen: V███ T█████ A███ A████

NUI/Passport: ███████  Sex: WOMEN

Date of birth: ███████

Place of birth (country/province/canton/parish):

ECUADOR/GUAYAS/GUAYAQUIL/BOLIVAR (SAGRARIO)

Date of birth registration: 07/14/2020

Place of birth registration (country/province/canton/parish):

ECUADOR/GUAYAS/YAGUACHI/SAN JACINTO DE YAGUACHI

Nationality: ECUADORIAN

Volume / Page / Minutes: 2/81/81

Father's data: VEGA MARIDUEÑA ROBERTH ROSENDO

NUI/Passport: ███████  Nationality: ECUADORIAN

Mother's Data: TENESACA JATIVA DEISY ALEXANDRA

NUI/Passport: ███████  Nationality: ECUADORIAN

Information certified as of: DECEMBER 26, 2023
Issuer: TINAJERO MONTESDEOCA ORLIN EFREN

Note: This certificate replaces computerized records or any previous document of this nature.



Certificate No.: 239-967-64432

239-967-64432

Ms. Mario Cuvero Miranda
Director General of the Civil Registry, Identification and Cedulation
Electronically signed document



The institution or person to whom this certificate is presented must validate it at https://virtual.registrocivil.gob.ec in accordance with LOGIDAC Art. 4, numeral 1 and the LCE. The document is valid for 3 validations or 2 months from the date of issue. If you have any problems with this document, write to enlinea@registrocivil.gob.ec




SBU – PRIVACY OR PII




# CERTIFICADO DE NACIMIENTO

La Dirección General de Registro Civil, Identificación y Cedulación, en base a la información que tiene registrada, emite el presente certificado:

**Nombre del ciudadano:** V███ T███████ A██ A█████

**NUI/Pasaporte:** ███████  **Sexo:** MUJER

**Fecha de nacimiento:** ████████

**Lugar de nacimiento (país/provincia/cantón/parroquia):**
ECUADOR/GUAYAS/GUAYAQUIL/BOLIVAR (SAGRARIO)

**Fecha de registro de nacimiento:** 14/07/2020

**Lugar de registro de nacimiento (país/provincia/cantón/parroquia):**
ECUADOR/GUAYAS/YAGUACHI/SAN JACINTO DE YAGUACHI

**Nacionalidad:** ECUATORIANA

**Tomo / Página / Acta:** 2 / 81 / 81

**Datos del Padre:** VEGA MARIDUEÑA ROBERTH ROSENDO

**NUI/Pasaporte:** ███████  **Nacionalidad:** ECUATORIANA

**Datos de la Madre:** TENESACA JATIVA DEISY ALEXANDRA

**NUI/Pasaporte:** ███████  **Nacionalidad:** ECUATORIANA

Información certificada a la fecha: 26 DE DICIEMBRE DE 2023
Emisor: TINAJERO MONTESDEOCA ORLIN EFREN

Nota: El presente certificado reemplaza a las partidas computarizadas o cualquier documento anterior de ésta índole.

N° de certificado: 239-967-64432
239-967-64432




Mgs. Mario Cuvero Miranda
Director General del Registro Civil, Identificación y Cedulación
**Documento firmado electrónicamente**

La institución o persona ante quien se presente este certificado deberá validarlo en https://virtual.registrocivil.gob.ec conforme a la LOGIDAC Art 4, numeral 1 y a la LCE.
Vigencia del documento 3 validaciones o 2 meses desde el día de su emisión. En caso de presentar inconvenientes con este documento escriba a enlinea@registrocivil.gob.ec




 

# CERTIFICADO DE NACIMIENTO

La Dirección General de Registro Civil, Identificación y Cedulación, en base a la información que tiene registrada, emite el presente certificado:



**Nombre del ciudadano:** V⬛⬛ T⬛⬛ S⬛⬛ T⬛⬛

**NUI/Pasaporte:** ⬛⬛⬛  **Sexo:** HOMBRE

**Fecha de nacimiento:** ⬛⬛⬛

**Lugar de nacimiento (país/provincia/cantón/parroquia):**

ECUADOR/GUAYAS/GUAYAQUIL/BOLIVAR (SAGRARIO)

**Fecha de registro de nacimiento:** 24/10/2017

**Lugar de registro de nacimiento (país/provincia/cantón/parroquia):**

ECUADOR/GUAYAS/YAGUACHI/SAN JACINTO DE YAGUACHI

**Nacionalidad:** ECUATORIANA

**Tomo / Página / Acta:** 27 / 3 / 3

**Datos del Padre:** VEGA MARIDUEÑA ROBERTH ROSENDO

**NUI/Pasaporte:** ⬛⬛⬛  **Nacionalidad:** ECUATORIANA

**Datos de la Madre:** TENESACA JATIVA DEISY ALEXANDRA

**NUI/Pasaporte:** ⬛⬛⬛  **Nacionalidad:** ECUATORIANA

Información certificada a la fecha: 26 DE DICIEMBRE DE 2023
Emisor: TINAJERO MONTESDEOCA ORLIN EFREN

Nota: El presente certificado reemplaza a las partidas computarizadas o cualquier documento anterior de ésta índole.

 

N° de certificado: 237-967-64715

237-967-64715

Mgs. Mario Cuvero Miranda
Director General del Registro Civil, Identificación y Cedulación
**Documento firmado electrónicamente**



La institución o persona ante quien se presente este certificado deberá validarlo en https://virtual.registrocivil.gob.ec, conforme a la LOGIDAC Art. 4, numeral 1 y a la LCE.
Vigencia del documento 3 validaciones o 2 meses desde el día de su emisión. En caso de presentar inconvenientes con este documento escríbanos a enlinea@registrocivil.gob.ec



SBU – PRIVACY OR PII