# EXHIBIT C
# Order



**BABAHOYO CANTONAL BOARD
FOR THE PROTECTION OF RIGHTS**

ADMINISTRATIVE ACT OF ATTACHING KNOWLEDGE Case.0046N-2022-JCPD-B

MEMBERS OF THE CANTONAL BOARD FOR THE PROTECTION OF THE RIGHTS OF GIRLS, BOYS AND MINORS OF BABAHOYO CANTON, LOS RÍOS PROVINCE.

Babahoyo, on the 25th day of the month of April 2022, at nine hours and ten minutes. We, the Full Members of the Cantonal Board for the Protection of the Rights of Children and Adolescents of Babahoyo, in accordance with the provisions of Article 205 and 206 of the Code of Children and Adolescents (CONA), for being timely, effective and efficient, and for having come to our attention in the form of a complaint by the citizen, ROBETH ROSENDO VEGA MARIDUEÑA, Ecuadorian, 45 years old, with C.C ███████ residing on the main road of the Puerta Negra citadel, in the Babahoyo Canton of the Los Ríos Province, as the biological father of the minors, A███ A██ and S██████ T█ V██ T██████, 02 and 04 years old, who have allegedly been victims of NEGLIGENCE, by the citizen, DEISY ALEXANDRA TENESACA JÁTIVA, with C.I. number: ███████ domiciled at Av. Universitaria and Calle U and Calle A, in the Canton of Babahoyo, Province of Los Ríos, as biological mother of the aforementioned minors; From the circumstances of the event in the complaint filed with this administrative entity, he states the following: "I must state that I am the father of the minors A███ A██ V█ T██████ and S██████ T█ V█ T█████ they are currently two and four years old respectively, which were created within a de facto union with Mrs. Deisy Alexandra Tenesaca Játiva, who did not give the respective care to my children and we always argued about that situation and so on April 26, 2021 at 12:00 p.m., my ex-partner told me that she was tired of dealing with my children, that she was a young woman who needed a better future, and since they are your children, stay with them and forget about me, she took her clothes and left at that moment I did not say anything, I thought she did it to get attention, so she left, two days passed and she did not return, that is why I went to look for her where her mother and she told me that my ex cohabitant went to live in another apartment, to look for a new life, which was true. A month later she called me on my phone number to tell me that she no longer loves me or our children"; In accordance with the provisions of Art. 66 of the Constitution of the Republic of Ecuador (hereinafter CRE 2.008), in legal connection with Art. 1, 11,



**BABAHOYO CANTONAL BOARD**
**FOR THE PROTECTION OF RIGHTS**

17, 72 and 236 of the Organic Code of Children and Minors (hereinafter CONA), it is determined and ordered: FIRST.- Add to this administrative file the public documents that precede; SECOND: From the context of the complaint it is administratively clear that we are competent based on territory and subject matter, therefore, we declare it so; THIRD: From the analysis made to the case, we administratively take over the knowledge of the same, which deals with an alleged NEGLIGENCE and ABANDONMENT, allegedly carried out by the citizen, DEISY ALEXANDRA TENESACA JÁTIVA, as biological mother of the minors product of this litigation; FOURTH.- Motivated by Art. 75, 76 and 82 of CRE 2008, in legal connection with Art. 238 of CONA, the secretary of this board, CITECE, is legally ordered to the citizen, DEISY ALEXANDRA TENESACA JÁTIVA; Therefore, for this purpose, you must attach a copy of the police report or complaint received and, if applicable, also the proposal against you, with the Constitutional purpose of exercising your right to defense based on your presumption of innocence, that is, that you appear at this administrative procedure and designate an electronic or physical court mailbox for future mandatory notifications, as well as at the ORAL HEARING OF VERBAL ARGUMENTS OF THE PARTIES (RESPONSE) AND CONCILIATION SCHEDULED FOR THURSDAY, June 2022, AT 2:00 P.M., at the following address: Sucre and 10 de agosto streets, Comercial "Eugenio Espejo", Second floor, in the offices of the Cantonal Board for the Protection of Rights; FIFTH.- NOTIFY the citizen, ROBETH ROSENDO VEGA MARIDUEÑA, in the electronic or physical judicial mailbox or telephone number designated for said legal effect, with this provision, that is, so that he also appears at said hearing in order to have the right to defense as stipulated in art. 76 of our Constitution; SIXTH.- Motivated in the CONA in its Art. 79, 215, 216, 217 and 218 of the CONA, the following PROTECTION MEASURES are established: Art. 217.- Enumeration of protection measures. The Protection Measures are Administrative and Judicial. In addition to those contemplated in Title IV of Book One and in other legal bodies, the following are administrative protection measures: 2. The order to care for the child or minors in their home"; In this case, the minors, A▇ A▇ and S▇ T▇ V▇ T▇ aged 2 and 4, respectively, continue under the care and protection of their biological father, citizen ROBERTH ROSENDO VEGA MARIDUEÑA; "Art. 219.- Monitoring, review, evaluation and revocation of the measures.- The Boards for the Protection of Rights and the Judges of Children and Adolescents have the responsibility of monitoring the
measures

9th of October boardwalk between Bolivar and Sucre

05 2 730045 Ext 4 - jcpd.b2014@gmail.com - www.babahoyo.gob.ec

Case 3:25-cv-00129-EDW-DCK   Document 1-4   Filed 02/19/25   Page 3 of 7



**BABAHOYO CANTONAL BOARD FOR THE PROTECTION OF RIGHTS**

"protection measures that have been ordered, review their application and periodically evaluate their effectiveness, in relation to the purposes that were had at the time of decreeing them. The protection measures may be substituted, modified or revoked by the authority that imposed them." IT IS ORDERED that the Technical Team of this Cantonal Board carry out an investigation in the social and family environment, where the alleged action in the complaint is verified, such report must be presented within a period of no more than 48 hours before the hearing of allegations, these measures are taken in order to safeguard the physical and psychological integrity of the minors mentioned in the previous lines; SEVENTH.- The secretary in charge of this public entity acted; EIGHTH.- For statistical purposes, enter this case in the digital or physical book, which will be in charge of the secretary of this Board.- CITE, NOTIFY, AND COMPLY.-

Abg. Adriana Salinas CORE
MEMBER JCPD-B

Abg. Karina Márquez Fl
CHIEF MEMBER JCPD-B

Abg. Luis Alberto Viteri C.
CHIEF MEMBER OF THE JCPD-B

I CERTIFY IT.-

Ab. Génesis Romero V.
SECRETARY (E) OF THE JCPD-B

DATE 05/28/2024
SECRET... To Ab.
Edith Crespo Monserrate Mtr.
SECRETARY (E)
JUDICIAL UNIT FOR FAMILY, WOMEN,
CHILDHOOD AND ADOLESCENCE IN BABAHOYO

9th of October boardwalk between Bolivar and Sucre
05 2730045 Ext 1 - jcpd.b2014@gmail.com - www.babahoyo.gob.ec



# JUNTA CANTONAL DE PROTECCIÓN DE DERECHOS
## BABAHOYO

## ACTO ADMINISTRATIVO DE AVOCAR CONOCIMIENTO
### Caso. - 0046N-2022-JCPD-B

**MIEMBROS DE LA JUNTA CANTONAL DE PROTECCIÓN DE DERECHOS DE NIÑAS, NIÑOS Y MENORESS DEL CANTÓN BABAHOYO, PROVINCIA DE LOS RÍOS.**

**Babahoyo, a los 25 días del mes de Abril del 2022, a las nueve horas con diez minutos.-** Nosotros los Miembros Titulares de la Junta Cantonal de Protección de los Derechos de los niños, niñas y adolescentes de Babahoyo en mérito de lo expuesto en el Art. 205 y 206 del Código de la Niñez y Adolescencia (CONA) por ser oportuno, eficaz y eficiente, y por haber llegado a nuestro conocimiento en forma de denuncia por parte del ciudadano, **ROBETH ROSENDO VEGA MARIDUEÑA**, ecuatoriano, de 45 años de edad, con C.C ███████ domiciliado en la vía principal de la ciudadela Puerta Negra, del Cantón Babahoyo de la Provincia de Los Ríos, en calidad de padre biológico, de los menores, A███ A███ y S███ T███ V███ T███ de 02 y 04 años de edad, quien han sido presuntamente víctimas de **NEGLIGENCIA**, por parte de la ciudadana, **DEISY ALEXANDRA TENESACA JÁTIVA**, con numero de C.I: ███████ domiciliada en la Av. Universitaria y calle U y calle A, del Cantón Babahoyo de la Provincia de Los Ríos, en calidad de madre biológica de los menores antes mencionados; De las circunstancias del hecho en denuncia presentada a esta entidad administrativa manifiesta lo siguiente: "Debo manifestar que soy padre de los menores A███ A███ V███ T███ y S███ T███ V███ T███ en la actualidad tienen de dos y cuatro años de edad respectivamente, los cuales fueron creados dentro de unión de hecho con la señora Deisy Alexandra Tenesaca Játiva, quien la misma no daba el cuidado respectivo a mis hijos y siempre discutíamos por esa situación y es así que el día 26 de Abril del 2021 a las 12h00, mi ex conviviente me digo que ella estaba cansada de lidiar a mis hijos, que era una mujer joven que ella necesitaba un futuro mejor, y como son tus hijos, quédate con ellos y olvídense de mí, cogió su ropa y se marchó en ese momento no le dije nada, pensé que lo hacía para llamar la atención, así que se fue, pasaron dos días y no regresaba, es por eso fui a buscarla donde su madre y esta me dijo que mi ex conviviente se fue a vivir a otro pis, a buscar una nueva vida, lo cual fue verdad al mes me llamo a mi numero fono a decirme que ella ya no me quiere ni a mí y tampoco a nuestros hijos"; De conformidad a lo determinado en el Art. 66 de la Constitución de la República del Ecuador (en adelante CRE 2.008), en conexidad jurídica con los Art. 1, 11,

Malecón 9 de Octubre, Bolívar y Sucre  
05 2 730045 Ext 4 - jcpd.b2014@gmail.com - www.babahoyo.gob.ec



**JUNTA CANTONAL DE PROTECCIÓN DE DERECHOS BABAHOYO**

17, 72 y 236 del Código Orgánico de la Niñez y Menores (en adelante CONA), se determina y dispone: **PRIMERO**.- Agréguese a este expediente administrativo los documentos públicos que anteceden; **SEGUNDO**: Del contexto de la denuncia se desprende administrativamente que somos competentes en razón de territorio y materia, por tanto, lo declaramos así; **TERCERO**: Del análisis hecho al caso, **avocamos administrativamente** el conocimiento del mismo, el cual versa sobre una supuesta **NEGLIGENCIA y ABANDONO**, realizada presuntamente por la ciudadana, **DEISY ALEXANDRA TENESACA JÁTIVA**, en calidad de madre biológica de los menores producto de esta litis; **CUARTO**.- Motivadas en los Art. 75, 76 y 82 de la CRE 2008, en conexidad jurídica con el Art. 238 del CONA, se ordena al secretario de esta junta, **CITECE** en forma legal a la ciudadana, **DEISY ALEXANDRA TENESACA JÁTIVA**; Por tanto debiendo adjuntar, para el efecto, copia del parte policial o denuncia recibida y de existir alcance también, propuesta en su contra, con la finalidad Constitucional de que ejerza su derecho a la defensa basada en su presunción de inocencia, es decir que comparezca a éste trámite administrativo y señale casilla judicial electrónica o física para futuras notificaciones obligatorias, así como a la **AUDIENCIA ORAL DE ALEGATOS VERBALES DE LAS PARTES (CONTESTACIÓN) Y CONCILIACIÓN SEÑALADA EL DÍA JUEVES 02 DE junio DEL 2022, A LAS 14H00** en la siguiente dirección calles Sucre y 10 de agosto Comercial "Eugenio Espejo", Planta segundo piso, en las oficinas de la Junta Cantonal de Protección de Derechos; **QUINTO**.- **NOTIFÍQUESE** al ciudadano, **ROBETH ROSENDO VEGA MARIDUEÑA**, en la casilla judicial electrónica, física o número telefónico designado para dicho efecto legal, con esta disposición, es decir, para que también comparezca a dicha audiencia con la finalidad de que tenga el derecho a la defensa como lo estipula el art. 76.- de nuestra Constitución; **SÉXTO**.- Motivados en el CONA en su Art.79, 215, 216, 217 y 218 del CONA, se establece las siguientes **MEDIDAS DE PROTECCIÓN: Art. 217.- *Enumeración de las medidas de protección.- Las Medidas de Protección son Administrativas y Judiciales. Además de las contempladas en el Título IV del Libro Primero y en otros cuerpos legales, son medidas administrativas de protección: 2. La orden de cuidado del niño, niña o menores en su hogar"*;** En este caso que los menores, A████ A████ y S████ T████ V████ T████ de 02 y 04 años de edad, respectivamente continúen bajo el cuidado y protección de su padre biológico ciudadano, **ROBERTH ROSENDO VEGA MARIDUEÑA**; *"Art. 219.- Seguimiento, revisión, evaluación y revocatoria de las medidas.- Las Juntas de Protección de Derechos y los Jueces de la Niñez y Adolescencia tienen la responsabilidad de hacer el seguimiento de las*



## JUNTA CANTONAL DE PROTECCIÓN DE DERECHOS
### BABAHOYO

*medidas de protección que han ordenado, revisar su aplicación y evaluar periódicamente su efectividad, en relación con las finalidades que se tuvieron al momento de decretarlas. Las medidas de protección pueden ser sustituidas, modificadas o revocadas por la autoridad que las impuso".* **SE DISPONE** al Equipo Técnico de esta Junta Cantonal realice una investigación en el entorno social, y familiar, donde se verifique la presunta actuación en la denuncia, tal informe deberá ser presentado en un plazo no mayor a 48 horas antes de la audiencia de alegatos, estas medidas se toman con el fin de precautelar la integridad física y psicológica de los menores mencionados en líneas anteriores; **SÉPTIMO**.- Actué la secretaria encargada de esta entidad pública; **OCTAVO.-** Para fines estadísticos ingrésese en el libro digital o físico esta causa, el cual estará a cargo del secretario/a de esta Junta.- **CÍTESE, NOTIFÍQUESE, Y CÚMPLASE.-**

Abg. Adriana Salinas O.
**MIEMBRO PRINCIPAL
JCPD-B**

Abg. Karina Márquez Fl.
**MIEMBRO PRINCIPAL
JCPD-B**

Abg. Luis Alberto Viteri C.
**MIEMBRO PRINCIPAL DE LA JCPD-B**

LO CERTIFICO.-

Ab. Génesis Romero V.
**SECRETARIA (E) DE LA JCPD-B**

UNIDAD JUDICIAL DE FA...
SEDE... CANTON... PROV... LOS RIOS
ES FIEL... ...GINAL
FECHA 23/05/2024
SECRETARIA
Ab. Edith Crespo Monserrate Mtx.
SECRETARIA (E)
UNIDAD JUDICIAL DE FAMILIA, MUJER,
NIÑEZ, ADOLESCENCIA DE BABAHOYO

22

Malecón 9 de Octubre entre Bolívar y Sucre
05 2 730045 Ext 4 - jcpd.b2014@gmail.com - www.babahoyo.gob.ec
Case 3:25-cv-00129-FDW-DCK    Document 1-4    Filed 02/19/25    Page 7 of 7