# EXHIBIT E
# EOIR Case Status



EOIR | Automated Case Information

---

**Court Closures Today** February 18, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > 



# Automated Case Information

Name: V████ T████████, A████ A██████ | A-Number: ████████████ | Docket Date: 4/2/2024

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is **INTERNET-BASED** on **April 10, 2025** at **8:30 AM**.

**JUDGE**
Brown, Charlotte D.

For hearing access information, please visit EOIR's website and select "Find an Immigration Court".



## ⚖️ Court Decision and Motion Information



*This case is pending.*

##  BIA Case Information

No appeal was received for this case.

##  Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
5701 EXECUTIVE CENTER DR. #400
CHARLOTTE, NC 28212

**PHONE NUMBER**
(704) 817-6140

Archive

Accessibility

Information Quality

Privacy Policy

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041






**Court Closures Today** February 18, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.

Home > V████ T██████, S███████ T███████



# Automated Case Information

Name: V███ T███████, S███████ T███████ | A-Number: ███████████ | Docket Date: 4/2/2024

## 📅 Next Hearing Information

Your upcoming **MASTER** hearing is **INTERNET-BASED** on **April 10, 2025** at **8:30 AM**.

**JUDGE**
Brown, Charlotte D.

For hearing access information, please visit EOIR's website and select "Find an Immigration Court".

## ⚖️ Court Decision and Motion Information



*This case is pending.*

##  BIA Case Information

No appeal was received for this case.

##  Court Contact Information

If you require further information regarding your case, or wish to file additional documents, please contact the immigration court.

**COURT ADDRESS**
5701 EXECUTIVE CENTER DR. #400
CHARLOTTE, NC 28212

**PHONE NUMBER**
(704) 817-6140

Legal Policies & Disclaimers

Social Media

Budget & Performance

Office of the Inspector General

No FEAR Act

For Employees

EOIR Freedom of Information Act (FOIA)

USA.gov

Contact EOIR

EOIR Home

Justice.gov

Immigration Court Online Resource

Contact Technical Support

This site is protected by hCaptcha:

hCaptcha Privacy Policy

hCaptcha Terms of Service

---

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041



