# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

| | | |
|---|---|---|
| ROBERTH ROSENDO VEGA MARIDUEÑA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| DEISY ALEXANDRA TENESACA JÁTIVA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERTH ROSENDO VEGA MARIDUEÑA,  the PLAINTIFF/PETITIONER                                           .

Date:        02/19/2025                                          /s/ Derrick J. Hensley
                                                                              *Attorney's signature*

                                                        Derrick J. Hensley, NC State Bar # 42898
                                                              *Printed name and bar number*

                                                        The Law Office of Derrick J. Hensley, PLLC
                                                            401 Meadowlands Dr. Suite 201
                                                            Hillsborough, NC  27278

                                                                              *Address*

                                                                    Staff@LODJH.com
                                                                        *E-mail address*

                                                                    (919) 480-1999
                                                                      *Telephone number*

                                                                    (919) 636-6018
                                                                          *FAX number*