# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

ROBERTH ROSENDO VEGA MARIDUEÑA,

    *Plaintiff*   )
    v.          )  Civil Action No. 3:25-cv-00129-FDW-DCK
             )
DEISY ALEXANDRA TENESACA JÁTIVA,  )
a/k/a Veronica Cruz  )
             )
             )
    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
DEISY ALEXANDRA TENESACA JÁTIVA
2118 Arrowcreek Drive, Apt. 102
CHARLOTTE, NC 28273-6163

Defendant's alias: Veronica Cruz

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Derrick J. Hensley, Esq.
The Law Office of Derrick J. Hensley, PLLC
401 Meadowlands Dr. Suite 201
Hillsborough, NC 27278

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[Signature: Katherine H. Simon]*
Katherine Hord Simon, Clerk
United States District Court

Date: 4/8/2025

**Civil Action No.** 3:25-cv-00129-FDW-DCK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____

**was received by me on** *(date)* _____.

❏ **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; **or**

❏ **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏ **I served the summons on** *(name of individual)* _____, **who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; **or**

❏ **I returned the summons unexecuted because** _____; **or**

❏ **Other** *(specify)*:
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____      _____
                                                                **Server's signature**

                                                    _____
                                                                **Printed name and title**

                                                    _____
                                                                **Server's address**

**Additional information regarding attempted service, etc:**