# State of North Carolina/Mecklenburg County
## OUT OF STATE AFFIDAVIT OF SERVICE

**PERSONALLY APPEARED** before me, the undersigned authority, __J. Voloz #5123__ Deputy Sheriff of Mecklenburg County, so being duly sworn, deposes and says that in the County of Mecklenburg, State of North Carolina, serving the defendant by the laws governing service of Civil Process within the State of North Carolina, he/she delivered to the within named Defendant/ Respondent at the following time(s) and place(s) to wit:

**Received Date/Time:** 8/11/25  8:03 pm

**Defendant/ Respondent:** Deisy Alexandra Renesaca Savita

**Division:** _____ (If Applicable)  **Case Number:** _____

**Type(s) of Process:** [✓] Summons [ ] Complaint [ ] Lis Pendens [ ] Notice [ ] Child Support [ ] A&P
(Check All That Apply)  [ ] Other: _____

**On:** 8/12/25 (Date) **at:** 0820 (Time) [✓] am / pm

[ ] **Individual Service:** The Defendant/Respondent listed above was served personally at _____ on (Location, Address) the date and time listed above.

[ ] **Substitute Service:** Service was completed by leaving a true copy of the process listed above with _____ (Name, Relationship) at _____ (Location) on the date and time listed above. (Address)

[ ] **Corporate, LLC, Partnership, Association or Government Service:** By leaving a true copy of the process listed above with_____ (Name, Title) at _____ of the said entity on the date and time listed above. (Location, Address)

[✓] **Non-Service:** Service of the process listed above was not completed at 2118 Arrowcreek Dr #104 Charlotte NC 28273 (Location) (Address) on the Defendant/Respondent listed above for the following reason Listed address is vacant per leasing agent on the date and time listed above.

J. Voloz - X5123

Garry L. McFadden
Mecklenburg

**Garry L. McFadden,**
**Sheriff Mecklenburg County NC**

**By:** _____
**Deputy Sheriff**
**Mecklenburg County Sheriff's Office**

8/12/25  0820
Date/Time

**Sworn to and subscribed before me,**

**This** 13 **day of** August **20** 25

_____
**Notary Public**

**My commission expires:** 05-05-2030

(Notary seal: ANDREW MCNICHOL, NOTARY PUBLIC, IREDELL COUNTY, NC)

700 East Fourth Street Charlotte, NC 28202 Phone: 704-336-2543 Fax: 704-432-3763
http://www.mecksheriff.com

Case 3:25-cv-00129-FDW-DCK   Document 7   Filed 08/25/25   Page 1 of 1