# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Roberth Rosendo Vega Mariduena | 3:25-cv-00129-FDW-DCK |
| DEFENDANT | TYPE OF PROCESS |
| Deisy Alexandra Tenesaca Jativa | Summons & Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deisy Alexandra Tenesaca Jativa

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2118 Arrowcreek Drivem Apt. 102, Charlotte, NC 28273-6163

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Derrick J. Hensley, Esq.
The Law Office of Derrick J. Hensley, PLLC
401 Meadowlands Dr. Suite 201
Hillsborough, NC 27278

- Number of process to be served with this Form 285: 2
- Number of parties to be served in this case: 1
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Received
U.S. Marshals Service
Charlotte, NC
3:46 pm, Apr 08 2025

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE 4/8/2025 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process: 1 | District of Origin: No. 58 | District to Serve: No. 58 | Signature of Authorized USMS Deputy or Clerk | Date 4/8/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 4/22/25 | Time 1210 ☐ am ☒ pm |
|---|---|---|
| Address *(complete only if different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Received and entered. Assigned for personal service.

Case: 3:25-cv-00129-FDW-DCK  Document 6  Filed 04/08/2025  Page 1 of 1
Case 3:25-cv-00129-FDW-DCK  Document 8  Filed 08/27/25  Page 1 of 1

Form USM-285
Rev. 03/21