**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:25-CV-129-FDW-DCK**

| | | |
|---|---|---|
| **ROBERTH ROSENDO VEGA MARIDUENA,** | ) ) ) | |
| **Plaintiff,** | ) ) | **ORDER** |
| **v.** | ) ) ) | |
| **DEISY ALEXANDRA TENESACA JATIVA,** | ) ) ) | |
| **Defendant.** | ) ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Reissuance Of Summons And Extension Of Time In Which To Serve Process Upon The Respondent" (Document No. 9) filed August 27, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

      By the instant motion, Plaintiff indicates that he has been permitted to proceed *in forma pauperis* in this action, and the United States Marshals Service ("USMS") has been ordered to effectuate service of process on Defendant in this matter. (Document No. 9) (citing Document No. 5). The motion further indicates that the USMS has been unable to serve Defendant at the address provided, and Plaintiff believes Defendant "has intentionally misrepresented her current address." <u>Id.</u> Counsel for Plaintiff, appearing *pro bono*, asserts that he attempted to obtain alternative address information for Defendant and likewise attempted to serve process via alternative methods, but those attempts were similarly unsuccessful despite due diligence. <u>Id.</u>

Plaintiff suggests that he has recently obtained a new potential address for Defendant and hopes to be able to move forward with attempting service of process.  Id.  Plaintiff thus requests an additional 120 days in which to effectuate service of process on Defendant.  Plaintiff further requests advance permission to serve Defendant by publication pursuant to N.C. GEN. STAT. § 1A-1, Rule 4(j1), should attempts to serve Defendant at the new address not be successful.  Id.

The Court will permit Plaintiff an extension of time to effect service of process on Defendant.  The undersigned expresses no opinion at this time regarding the propriety of service by publication in this matter.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Reissuance Of Summons And Extension Of Time In Which To Serve Process Upon The Respondent" (Document No. 9) is **GRANTED**.  Plaintiff shall effectuate service on Defendant on or before **December 31, 2025**.

**IT IS FURTHER ORDERED** that the Clerk's Office is respectfully directed to reissue summonses to such addresses as may be obtained by Plaintiff and to notify the United States Marshal who, pursuant to Fed.R.Civ.P. 4(c)(3), shall serve process upon Defendant.

**SO ORDERED**.

Signed: September 2, 2025

David C. Keesler
United States Magistrate Judge