FILED
Charlotte
Oct 02 2025
U.S. District Court
Western District of N.C.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Roberth Rosendo Vega Mariduena | Complaint and Summons |
| DEFENDANT | TYPE OF PROCESS |
| Deisy Alexandra Tenesaca Jativa | 3:25CV129 |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Deisy Alexandra Tenesaca Jativa
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1042 Brianna Way, Charlotte, NC 28217

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Derrick James Hensley
The Law Office of Derrick J. Hensley, PLLC
401 Meadowlands Dr.
Ste. 201
Hillsborough, NC 27278

Number of process to be served with this Form 285: 2
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Received
U.S. Marshals Service
Charlotte, NC
2:31 pm, Sep 04 2025

Signature of Attorney other Originator requesting service on behalf of: ■ PLAINTIFF ☐ DEFENDANT
s/ Katherine Hord Simon
TELEPHONE NUMBER: 704-350-7400
DATE: 9/2/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin: No. 58
District to Serve: No. 58
Signature of Authorized USMS Deputy or Clerk
Date: 9/4/2025

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Mrs. Jativa, mother of subject
Date: 9/15/2025
Time: 1600 ☒ pm
Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

*Costs shown on attached USMS Cost Sheet >>*

**REMARKS**

Received and entered. Assigned for personal service.

9/15/2025 Served, closed, 285 returned.

Case: 3:25-cv-00129-FDW-DCK   Document 11   Filed 09/02/2025   Page 1 of 1
Case 3:25-cv-00129-FDW-DCK   Document 13   Filed 10/02/25   Page 1 of 2
Form USM-285
Rev. 03/21

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summon for *(name of individual and title, if any)* __Deisy Jativa__
was received by me on *(date)* __9/15/2025__.

☐ I personally served the summons on the defendant at *(place)* _____
on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* __Mother - Mrs Jativa__, a person of suitable age and discretion who resides there, on *(date)* __9/15/2025__, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ __0.00__ for travel and $ __65__ for services, for a total of $ __65.00__.

I declare under penalty of perjury that this information is true.

Date: __9/15/2025__

_____
Server's signature

__Trevor Lumadue, DUSM__
Printed name and title

__Charlotte, NC__
Server's address

Additional information regarding attempted service, etc:
Deisy was at work. Served her mother. Used google translate to explain service. Mother acknowledged understanding.