IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>                              Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>                              Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

**Motion For Extension of Time to Respond to Petition**

In this action under the Hague Convention on the Civil Aspects of International Child Abduction, Respondent Deisy Alexandra Tenesaca Játiva ("Mother"), moves under Fed. R. Civ. P. 6(b) to extend the deadline to respond to the Petition for Return of Children Under the Hague Convention ("Petition") filed by Roberth R. Vega Maridueña ("Father"). Mother seeks an extension of ten days through <u>Thursday, October 16, 2025</u>. The grounds for this motion are:

1. Father filed the Petition on February 19, 2025. Father did not serve Mother with process until nearly seven months later, September 15, 2025.

2. Upon information and belief, Mother's response to the Petition is currently due on October 6, 2025, so the original time within which Mother may respond to the Petition has not yet expired.

3. Mother respectfully requests a ten-day extension of time to respond to the Petition through and including Thursday, October 16, 2025.

4. Good cause exists for this request. Mother has only recently retained undersigned counsel in a pro bono capacity. Counsel was out of state for vacation last

week with court protection in North Carolina and South Carolina courts. Additional time is needed to investigate and evaluate the allegations made by Father, including claims about the two minor children at issue in this action. However, Mother only speaks Spanish, and this language barrier is slowing communications on the important legal matters at issue in this case, as well as delaying translations of certain key documents. Accordingly, Mother and her counsel require additional time to respond to the Petition.

5. This Motion is made in good faith and not for any improper purpose. Mother has not previously requested any extension of time to respond to the Petition.

6. Mother's counsel met and conferred with Father's counsel by email. Father is not able to consent to the extension at this time.

## Conclusion

For the foregoing reasons, Mother respectfully requests that the Court grant this Motion and extend Respondent's deadline to respond to the Petition by ten days, through and including <u>Thursday, October 16, 2025</u>, and for such other relief as the Court deems just and proper.

                                    NELSON MULLINS RILEY & SCARBOROUGH LLP

                                    By: */s/ Matthew A. Abee*
                                          Matthew A. Abee, NC Bar No. 46949
                                          E-Mail: matt.abee@nelsonmullins.com
                                          1320 Main Street / 17th Floor
                                          Columbia, SC 29201
                                          (803) 799-2000

October 2, 2025                *Attorney for Respondent*

## Certificate of Service

I hereby certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

                                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                                        By: */s/ Matthew A. Abee*
                                            Matthew A. Abee, NC Bar No. 46949
                                            E-Mail: matt.abee@nelsonmullins.com
                                            1320 Main Street / 17th Floor
                                            Columbia, SC  29201
                                            (803) 799-2000

October 2, 2025                  *Attorney for Respondent*