# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| Roberth R. Vega Maridueña ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:25-cv-00129-FDW-DCK |
| Deisy Alexandra Tenesaca Játiva ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Respondent Deisy Alexandra Tenesaca Játiva.

Date: 10/02/2025

/s/ Matthew A. Abee
*Attorney's signature*

Matthew A. Abee, NC Bar No. 46949
*Printed name and bar number*

Nelson Mullis Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC 29201
*Address*

matt.abee@nelsonmullins.com
*E-mail address*

(803) 255-9335
*Telephone number*

*FAX number*