IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-129-FDW-DCK

| | |
|---|---|
| ROBERTH ROSENDO VEGA MARIDUENA, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DEISY ALEXANDRA TENESACA JATIVA, ) <br> ) <br> Respondent. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Respondent's "Motion For Extension Of Time To Respond To Petition" (Document No. 14) filed October 2, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Whitney's chambers, the undersigned will <u>grant</u> the motion with modification. Further extensions of this deadline will not be allowed.

**IT IS, THEREFORE, ORDERED** that Respondent's "Motion For Extension Of Time To Respond To Petition" (Document No. 14) is **GRANTED with modification**. Respondent shall file a response to the "Verified Petition For The Return of Children Under the Hague Convention And ICARA With Motion For An Order To Show Cause, For Provisional Remedies, To Seal, To Allow Remote Video Testimony, And For Scheduling Of An Expedited Hearing" (Document No. 1) on or before **October 14, 2025**.

**SO ORDERED**.

Signed: October 3, 2025

David C. Keesler
United States Magistrate Judge