UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
__CHARLOTTE__ DIVISION
DOCKET NO. 3:25-cv-00129-FDW-DCK

ROBERTH R. VEGA MARIDUEÑA,   )
                            )
    Plaintiff,              )
                            )
vs.                         )   MOTION FOR ADMISSION
DEISY ALEXANDRA TENESACA JATIVA  )   *PRO HAC VICE*
aka VERONICA CRUZ,          )   and AFFIDAVIT
                            )
    Defendant.              )
                            )
                            )

    NOW COMES __Matthew A. Abee__ ("Local Counsel"), a member in good standing with the Bar with the United States District Court for the Western District of North Carolina ("WDNC"), and moves for the admission of __Michael P. Moran__ ("Applicant"), who seeks permission to represent __Defendant Deisy Alexandra Tenesaca Jativa, A/K/A Veronica Cruz__ ("Client") in this above-captioned case.

    By signing this motion, Local Counsel and Applicant certify that:

    1.    Applicant is a member in good standing of the bar of the highest court of the State or of the District of Columbia where Applicant regularly practices law, which is __South Carolina__.

    2.    Applicant practices under the name of or as a member of the following firm:

**Firm Name:** Nelson Mullins Riley & Scarborough LLP

**Mailing Address:** Meridian 17th Floor, 1320 Main Street

**City / State / Zip:** Columbia, SC 29201

**Telephone Number:** 803-255-9614    **Facsimile Number:** 803-256-7500

**Email Address (required):** michael.moran@nelsonmullins.com

1

3. Applicant certifies that s/he is also admitted to practice before and remains in good standing with the Courts in the following jurisdictions:

All South Carolina state courts, U.S. District Court for South Carolina, and U.S. Court of Appeals for the Fourth Circuit
_____.

4. Applicant certifies s/he has never been the subject of any formal suspension or disbarment proceedings; never been denied admission *pro hac vice* in this or any other jurisdiction or had *pro hac vice* admission revoked; never had any certificate or privilege to appear and practice before any judicial or administrative body suspended or revoked; and has never received public discipline by any court or lawyer regulatory organization. If Applicant cannot so certify, the applicant has attached a separate explanation including particular information disclosing the disciplinary history or the denial of admission.

5. Applicant certifies that the client requested Applicant to represent it in this matter, along with Local Counsel.

6. Applicant agrees to be subject to the Orders of the WDNC, including the Local Rules of the WDNC, and amenable to the disciplinary action and the civil jurisdiction of the WDNC in all respects as if the applicant were a regularly admitted and licensed member of the Bar of this Court in good standing.

7. Local Counsel is satisfied that Applicant is qualified to practice before the Bar of the WDNC.

8. Local Counsel has conferred with counsel for the other parties, who have indicated they __do not__ oppose this motion.

9. The required fee for admission *pro hac vice* is being submitted with the filing of this motion.

10. Applicant consents to electronic notification.

By signing this Motion, we so certify.

This, the  20th    day of  October              , 20 25  .

/s/ Matthew A. Abee

Local Counsel

Matthew A. Abee
NC State Bar No. 46949
NELSON MULLINS RILEY &
SCARBOROUGH LLP
matt.abee@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201
Phone: (803) 255-9335

/s/ Michael P. Moran

Applicant

Michael P. Moran
SC Federal Bar No. 13780
SC State Bar No. 105437
NELSON MULLINS RILEY &
SCARBOROUGH LLP
michael.moran@nelsonmullins.com
1320 Main Street / 17th Floor
Columbia, SC  29201
Phone: (803) 255-9614

# CERTIFICATE OF SERVICE

I certify that on the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which will send notification of the filing to counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 480-1999
derrick@lodjh.com
*Attorney for Petitioner*

                                        NELSON MULLINS RILEY & SCARBOROUGH LLP

                                        By: */s/ Matthew A. Abee*
                                             Matthew A. Abee, NC Bar No. 46949
                                             E-Mail: matt.abee@nelsonmullins.com
                                             1320 Main Street / 17th Floor
                                             Columbia, SC  29201
                                             (803) 799-2000

October 20, 2025            *Attorney for Respondent*