# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA

## Joint Stipulation of Consent to Exercise Jurisdiction
## by a United States Magistrate Judge

### Case No. 3:25-cv-00129

Roberth R. Vega Maridueña

**Plaintiff,**

**v.**

Deisy Alexandra Tenesaca Játiva

**Defendant.**

**In accordance with the provisions of Title 28, United States Code, Section 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in the case, including trial, order the entry of a final judgment and conduct all post-judgment proceedings.**

| /s/ Matthew A. Abee | Deisy Alexandra Tenesaca Játiva | 10.23.25 |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |
| /s/ Michael P. Moran | Deisy Alexandra Tenesaca Játiva | 10.23.25 |
| **Counsel's Signature** | **Party** | **Date** |
| /s/ Chelsea K. Barnes | Deisy Alexandra Tenesaca Játiva | 10.23.25 |
| **Counsel's Signature** | **Party** | **Date** |
| /s/ Derrick J. Hensley (w/ permisssic | Roberth R. Vega Maridueña | 10.23.25 |
| **Counsel's Signature** | **Party** | **Date** |
| | | |
| **Counsel's Signature** | **Party** | **Date** |
| | | |
| **Counsel's Signature** | **Party** | **Date** |

WDNC-Stip. To Consent to Jurisdiction by a US Magistrate Judge – Jan. 2012

Case 3:25-cv-00129-FDW-DCK    Document 28    Filed 10/23/25    Page 1 of 1