IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>       Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>       Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

**Joint Stipulation of Factual and Legal Issues for Trial**

Petitioner Roberth R. Vega Maridueña ("Father") and Respondent Deisy Alexandra Tenesaca Játiva ("Mother") jointly stipulate and agree in this matter under the Hague Convention on the Civil Aspects of International Child Abduction (the "Convention") and the International Child Abduction Remedies Act, 22 U.S.C. §§ 9001–11 ("ICARA"), as follows:

**I. Factual Stipulations**

1. Father was born in Ecuador, is a citizen of Ecuador, and he currently lives in Ecuador.

2. Mother was born in Ecuador and is a citizen of both Ecuador as well Spain. Mother currently lives in the United States.

3. Mother lived in Ecuador her entire life until May 4, 2021.

4. Father and Mother met in Guayquil, Ecuador in 2015.

5. Father and Mother were in a domestic relationship in Ecuador and began living together in Ecuador shortly after meeting in 2015.

6. Father and Mother never married.

7. Father and Mother have two children together. S.T.V.T., their son, was born in 2017, and A.A.V.T., their daughter, was born in 2020. Father and Mother are the parents of S.T.V.T. and A.A.V.T. (Together, the "Children").

8. S.T.V.T. is currently eight years old. A.A.V.T. is currently five years old.

9. The Children arrived in the United States with Father on February 22, 2024.

10. The Children have been in the United States since February 22, 2024 and within in the Western District of North Carolina since February 23, 2024.

11. Father returned to Ecuador around August 6, 2024.

## II. Legal Stipulations[1]

12. The Hague Convention applies to the United States and Ecuador.

13. The Children are currently under the age of sixteen.

14. Petitioner is the father of the Children.

15. Respondent is the mother of the Children.

16. Both Petitioner and Respondent, as father and mother, respectively, have "rights of custody" to the Children as that phrase is used in the Hague Convention and ICARA.

17. This Court has jurisdiction over this case pursuant to 22 U.S.C. § 9003(a) (jurisdiction under the Convention) and 28 U.S.C. § 1331 (federal question

---

[1] The parties recognize that the Court controls the presentation of evidence and will render legal conclusions, so these legal stipulations are offered only as proposals for an efficient resolution of issues at trial. *See* Fed. R. Evid. 611.

jurisdiction, which specifically includes treaties). Venue is proper pursuant to 22 U.S.C. § 9003(a) and 28 U.S.C. § 1391(b)

### III. Matters in Dispute

18. The purpose of these stipulations is to focus the trial in this matter on the principal matters in dispute, described here only in brief and generally, as the parties have not agreed to the exact formulations and standards at issue: (1) whether Petitioner can make a prima facie showing that the Children's habitual residence is Ecuador, (2) whether the Children's retention by Respondent is wrongful, (3) Respondent's affirmative defenses: (a) whether the Children will be suffer a grave risk of emotional, physical, or psychological harm, or otherwise placed in an intolerable situation, if returned to Ecuador, (b) whether the Children are now well settled in North Carolina, (c) whether the Children object to being returned and have "attained an age and degree of maturity at which it is appropriate to take account of its views," (e) whether fundamental principles of the United States relating to the protection of human rights and fundamental freedoms apply in this circumstance, such that they should not be ordered to return to Ecuador, (f) whether the doctrine of unclean hands and the fugitive disentitlement doctrine is applicable to Father, (g) whether Father consented to the Children's retention in the United States, (h) whether Father acquiesced to the Children's retention in the United States, and (4) whether, notwithstanding any affirmative defense, whether return shall nevertheless be ordered.

19. As a result, the parties anticipate that Father will present his case-in-chief to offer evidence regarding whether the Children's were habitual residents of Ecuador before Respondent's case-in-chief on the affirmative defenses.

**We so agree and Stipulate:**

By: *Matthew A. Abee*
Matthew A. Abee, NC Bar No. 46949
E-Mail: matt.abee@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000

*Attorney for Respondent*

By: /s/Derrick J. Hensley (with permission)
Derrick J. Hensley, NC Bar # 42898
Law Offices of Derrick Hensley
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
t. (919) 480-1999 | f. (919) 636-6018
Staff@LODJH.com

*Attorney for Petitioner*

November 4, 2025

## Certification Regarding Use of Artificial Intelligence

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

                              NELSON MULLINS RILEY & SCARBOROUGH LLP

                              By: */s/ Matthew A. Abee*
                                  Matthew A. Abee, NC Bar No. 46949
                                  E-Mail: matt.abee@nelsonmullins.com
                                  1320 Main Street / 17th Floor
                                  Columbia, SC  29201
                                  (803) 799-2000

November 4, 2025          *Attorney for Respondent*