## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **ROBERTH R. VEGA MARIDUEÑA,** | ) | |
| Petitioner, | ) | |
| v. | ) | |
| **DEISY A. TENESACA JÁTIVA,** | ) | **No. 3:25-cv-00129-DCK** |
| *A/K/A* **VERONICA CRUZ,** | ) | |
| Respondent. | ) | |
| | ) | |

### PETITIONER'S REPLY TO RESPONDENT'S RESPONSE TO PETITIONER'S MOTIONS OF OCTOBER 03, 2025

NOW COMES the Petitioner, by and through undersigned counsel, in accordance with the Court's Order to Reply (ECF #29), and hereby respectfully provides the following Reply to Respondent's Response (ECF #26) to Petitioners various Motions of October 03, 2025 (ECF #16). The Petitioner now states the following:

1.      Respondent's Response (ECF #26) correctly identifies the agreed-upon resolutions to all the requests made in Petitioner's pending Motions (ECF #16).

2.      The Parties have developed a proposed order reflecting the agreed-upon resolutions, which was submitted to the Court via *Cyberclerk* yesterday, November 04, 2025, and a copy of which is attached hereto as an unlabeled Exhibit via ECF for reference. Petitioner agrees to the Court entering an order to that effect as an appropriate resolution of his pending motions.

3.      For added clarification, the outstanding issue of Petitioner Father's contact, which was mentioned in Respondent Mother's Response (ECF #26), only asked for contact informally, as a courtesy from the mother during the pendency of this

Return Petition. No visitation requests were made in said Motion (ECF #16) nor the initial Return Petition (ECF #1).

4.      The Petitioner maintains that he has sole legal and physical custody of the Minor Children as established under a valid Ecuadoran court order from July 2022, which was attached to the initial Petition as Exhibit D thereto (ECF #1-5). All acts taken by the Respondent since the time of the wrongful retention on February 23, 2024, have been against the Petitioner's wishes, and are therefore in contravention of court order. Respondent's acts of cutting off contact, and settling the children into a life here, are all equally invalid and unlawful. Respondent has had no right to make any of those decisions this entire time.

5.       The Petitioner's case is therefore focused solely on the remedy of a Return Order, which will allow him to resume custody soonest, to care for his children, and to ameliorate the harms caused by Respondent's reckless and unlawful acts.

6.      Because a Return Order to Ecuador is the only claim/cause of action Petitioner is pursuing under this ICARA/Hague Petition, there is no request for the Court to wade into any visitation issues (Article 21 rights of access). There is already an operative court order that the Respondent is violating every day, and any rights of access less than a complete and immediate transfer of the children to Petitioner's care in Ecuador are insufficient.

7.      Petitioner's present goal is simply to seek resolution of the Return Petition and get the children back to Ecuador as soon as possible, and the agreed-upon plan

to conduct an expedited hearing described in the Respondent's Response and the attached proposed order fulfills that goal.

Wherefore, Petitioner respectfully requests that the Court issue an order substantially in conformity with the attached proposed order, and that this Court grant such further relief as may be just and proper.

Respectfully submitted this the 5th day of November, 2025.

THE LAW OFFICE OF DERRICK J. HENSLEY, PLLC

by:  /s/ Derrick J. Hensley
Derrick J. Hensley        NC Bar # 42898
401 Meadowland Dr., Ste. 201
Hillsborough, NC 27278
t. (919) 480-1999 | f. (919) 636-6018
Staff@LODJH.com
***Counsel for Petitioner***

CERTIFICATE OF SERVICE
*Fed. R. Civ. P., Rule 5*

I filed the foregoing using the CM/ECF system, which will send a notice of this filing to Counsel who entered appearance for the Respondent:

Counsel for Respondent, Deisy A. Tenesaca Játiva:
- Chelsea K. Barnes
- Michael P. Moran
- Matthew A. Abee - matt.abee@nelsonmullins.com
  Nelson Mullins Riley & Scarborough LLP
  1320 Main Street, 17th Floor, Columbia, SC  29201
  t. 803.255.9335

Dated: 11/05/2025         /s/ Derrick J. Hensley
N.C. Bar # 42898
***Counsel for Petitioner***