IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>        Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>        Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

**JOINT EXHIBIT AND WITNESS LIST**

Respondent Deisy Alexandra Tenesaca Játiva ("Mother") and Petitioner Roberth R. Vega Maridueña ("Father") submit the below Exhibit and Witness Lists. As described in the below exhibit chart, the Parties have agreed to submit joint exhibits in this matter. Where admissibility of any joint exhibit is challenged by a party, that objection and the reason behind the objection has been noted. The parties do not anticipate any evidentiary issues beyond those noted below.

| Ex. # | Description | Stipulation of Authenticity | Stipulation of Admissibility | Objection | Identified By | Admitted |
|---|---|---|---|---|---|---|
| 1 | Father's Petition | Y | Y | | | |
| 2 | Mother's Response to Petition | Y | Y | | | |
| 3 | Hague Convention | Y | Y | | | |
| 4 | Ecuadorian Birth Certificates | Y | Y | | | |
| 5 | Quasi-Judicial Order from Babahoya Cantonal Board | Y | Y | | | |
| 6 | 2022-07-01 Final Judgment, Judicial Unit (Appeal) File # 12201-2022-00061G | Y | Y | | | |

| | | Y | Y | | | |
|---|---|---|---|---|---|---|
| 7 | Current Ecuadorian Constitution | Y | Y | | | |
| 8 | UN Convention on the Rights of the Child | Y | Y | | | |
| 9 | Optional Protocol on Communication Procedure | Y | Y | | | |
| 10 | Optional Protocol on Sale of Children | Y | Y | | | |
| 11 | Optional Protocol on Involvement of Children in Armed Conflict | Y | Y | | | |
| 12 | Excerpts of Ecuadorian Civil Code Regarding Children | Y | Y | | | |
| 13 | EOIR Records: Father and Children's Notices to Appear | Y | Y | | | |
| 14 | EOIR Records: Petitioner's Removal Order | Y | Y | | | |
| 15 | EOIR Records: Children's Removal Order | Y | Y | | | |
| 16 | EOIR Records: ACIS Printouts for Parties and Children | Y | Y | | | |
| 17 | Dec'l of Attorney Jose Benito Alvarado Romero | Y | Y | | | |
| 18 | Case No. 25-CV-011504-590 Documents: Docket Sheet | Y | Y | | | |
| 19 | Case No. 25-CV-011504-590 Documents: UCCJEA Affidavit | Y | Y | | | |
| 20 | Case No. 25-CV-011504-590 Documents: Custody Complaint | Y | Y | | | |
| 21 | Letter from Luis Francisco Fernandez Vega | Y | Y | | | |

| 22 | Letter from Miranda Diaz Marjorie | Y | Y | | | |
|---|---|---|---|---|---|---|
| 23 | Letter from Sara Michely Lopez Cornjo | Y | Y | | | |
| 24 | Letter from Miguel Enrique Murillo Mariduena | Y | Y | | | |
| 25 | Letter from Diego Armando Guanopatin Vargas | Y | Y | | | |
| 26 | Letter from Orrala Curay Agustin Eduardo | Y | Y | | | |
| 27 | Dec'l of Father re Lost Communications | Y | Y | | | |
| 28 | 2022-07-26 Order Rejecting Mother's Request for Custody, File # 12201-2022-00050G w/ Apostle (Second Appeal) | Y | Y | | | |
| 29 | Screenshots from Mother's Facebook | Y | Y | | | |
| 30 | Father's Family Photos | Y | Y | | | |
| 31 | Father's Brooklyn Hospital Discharge Summary 06AUG2024 | Y | Y | | | |
| 32 | Father's Emergency Passport Issued 06AUG2024 | Y | Y | | | |
| 33 | Father's Ecuadorian Dep't of Migration History of Internal Movements (translated by Montesino) | Y | Y | | | |
| 34 | Father's Ecuadorian Certificate of No Criminal History (translated by Montesino) | Y | Y | | | |

3

| 35 | Father's Letter of No Criminal History 01DEC25 from Prosecutor's Office with Printouts from Ecuadorian Criminal Justice Databases | Y | Y | | | |
|---|---|---|---|---|---|---|
| 36 | Certificate from Ecuadorian Ministry of Foreign Affairs as to Mother's Registration in Madrid | Y | Y | | | |
| 37 | June 25, 2025 filing from the Republic of Ecuador Lottery Office of Yaguachi San Jacinto de Yaguachi titled Draw Report (Spanish) | Y | Y | | | |
| 37A | June 25, 2025 filing from the Republic of Ecuador Lottery Office of Yaguachi San Jacinto de Yaguachi titled Draw Report (English) and Translator Certification | Y | Y | | | |
| 38 | August 7, 2025 Order of Substantiation from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas (Spanish) | Y | Y | | | |

| 38A | August 7, 2025 Order of Substantiation from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas (English) and Translator Certification | Y | Y | | | |
|---|---|---|---|---|---|---|
| 39 | July 30, 2025 letter from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas to Robert Rosendo Vega Mariduena (Spanish) | Y | Y | | | |
| 39A | July 30, 2025 letter from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas to Robert Rosendo Vega Mariduena (English) and Translator Certification | Y | Y | | | |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| 40 | September 23, 2025 filing from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas titled: Social Work Report (Spanish) | Y | Y | | | |
| 40A | September 23, 2025 filing from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas  titled: Social Work Report (English) and Translator Certification | Y | Y | | | |
| 41 | Letter from KinderCare | Y | Y | | | |
| 42 | School Pictures | Y | Y | | | |
| 43 | Photograph of A.A.T.V. with Bruised Eye | N | N | Foundation | | |
| 44 | Photograph of Mother's Bruises | N | N | Foundation | | |
| 45 | November 10, 2025 Bundle of Judicial Filings and Notarial Records (Spanish) | Y | Y | | | |
| 45A | November 10, 2025 Bundle of Judicial Filings and Notarial Records (English) and Translator Certification | Y | Y | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | November 27, 2025 filing from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas  titled: Certificate (Spanish) | Y | Y | | | |
| 46A | November 27, 2025 filing from the Multicompetent Judicial Unit based in the Canton of San Jacinto de Yaguachi, Province of Guayas  titled: Certificate (English) and Translator Certification | Y | Y | | | |
| 47 | Incident Records from the Chester County Sheriff's Office and Affidavit of Records | Y | Y | | | |
| 48 | Video 1 from Chester County Sheriff's Office | Y | Y | | | |
| 49 | Video 2 from Chester County Sheriff's Office | Y | Y | | | |
| 50 | Video 3 from Chester County Sheriff's Office | Y | Y | | | |
| 51 | Video 4 from the Chester County Sheriff's Office | Y | Y | | | |
| 52 | United States Flight Confirmation | Y | Y | | | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| 53 | Charlotte Mecklenburg County School Records of S.T.V.T. and Affidavit of Records | Y | Y | | | |
| 54 | KinderCare School Records of A.T.T.V. and Affidavit of Records | Y | Y | | | |
| 55 | Letter from Pastor Navas | Y | Y | | | |
| 56 | Letters of Karate Attendance | Y | Y | | | |
| 57 | Photographs from Karate | Y | Y | | | |
| 58 | Mother's Family Photo | Y | Y | | | |
| 59 | Current Photographs of Children | Y | Y | | | |
| 60 | Photographs of A.A.T.V. Teeth | N | N | Foundation | | |
| 61 | CV of Dr. Angela D. Moreland | Y | Y | | | |
| 62 | Psychological Report of Mother | Y | Y | | | |
| 63 | Psychological Report of S.T.V.T. | Y | Y | | | |
| 64 | Psychological Report of A.A.V.T. | Y | Y | | | |
| 65 | CV of Dr. Karin Friederic | Y | Y | | | |
| 66 | Expert Report of Dr. Karin Friederic | Y | Y | | | |
| 67 | Letters from Atrium Health | Y | Y | | | |
| 68 | Text Messages Between Flor Cruz and Genesis Miranda (Spanish) | Y | Y | | | |
| 68A | Text Messages Between Flor Cruz and Genesis Miranda (English) and Translator Certificate | Y | Y | | | |
| 69 | WSOC-TV Article | Y | Y | | | |
| 70 | Video of WSOC-TV Interview | Y | Y | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 71 | First June 10, 2022 Protection Measures Summary (Spanish) | Y | Y | | | |
| 71A | First June 10, 2022 Protection Measures Summary (English) and Translator Certificate | Y | Y | | | |
| 72 | Second June 10, 2022 Protection Measures Summary (Spanish) | Y | Y | | | |
| 72A | Second June 10, 2022 Protection Measures Summary (English) and Translator Certificate | Y | Y | | | |
| 73 | September 22, 2025 Memorandum of the Cantonal Board for the Protection of Rights of the Canton of Babahoyo, Province of Los Rios, Case No. 0046N-2022 (Spanish) | Y | Y | | | |
| 73A | September 22, 2025 Memorandum of the Cantonal Board for the Protection of Rights of the Canton of Babahoyo, Province of Los Rios, Case No. 0046N-2022 (English) and Translator Certificate | Y | Y | | | |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| 74 | Text Messages between Mother and Genesis Miranda (Spanish) | Y | Y | | | |
| 74A | Text Messages between Mother and Genesis Miranda (English) and Translator Certificate | Y | Y | | | |
| 75 | Text Message from "Papa" (Spanish) | Y | Y | | | |
| 75A | Text Message from "Papa" (English) and Translator Certificate | Y | Y | | | |
| 76 | Screenshot of Social Media Message Received by Lilianna Cruz (Spanish) | Y | Y | | | |
| 76A | Screenshot of Social Media Message Received by Lilianna Cruz (English) and Translator Certificate | Y | Y | | | |
| 77 | Mother's Application for Asylum | Y | Y | | | |
| 78 | Documentation of Mother's Credible Fear | Y | Y | | | |
| 79 | Petitioner's Request for Ecuador Filings (Spanish) | Y | Y | | | |
| 79A | Petitioner's Request for Ecuador Filings (English) | Y | Y | | | |
| 80 | Charlotte Mecklenburg County School Records of A.A.T.V. and Affidavit of Records | Y | Y | | | |

| Mother's Witness List | | |
|---|---|---|
| **Number** | **Name** | **Mode of Testimony** |
| 1 | Deisy Tenesaca (Respondent) | Remote, Spanish |
| 2 | Flor Cruz | Remote, Spanish |
| 3 | Angel Jativa | Remote, Spanish |
| 4 | Lilianna Cruz | Remote, Spanish |
| 5 | Ander Tenesaca | Remote, Spanish |
| 6 | Byron Cruz | Remote, Spanish |
| 7 | Marlon Uquilla | Remote, Spanish |
| 8 | Marisela Carillo | Remote, Spanish |
| 9 | Sgt. Victoria Crowley | Live, English |
| 10 | Dr. Angela Moreland | Live, English |
| 11 | Dr. Karin Friederic | Remote, English |
| 12 | Dania Nino | Live, English |
| 13 | Sydney Waltz | Live, English |
| 14 | Tiara McGrady | Live, English |
| 15 | Samantha Mazzone | Live, English |
| 16 | Marvin Navas | Live, English |

| Father's Witness List | | |
|---|---|---|
| **Number** | **Name** | **Mode of Testimony** |
| 1 | Roberth Vega Maridueña (Petitioner) | Remote, Spanish |
| 2 | Jose Alvarado Romero | Remote, Spanish |
| 3 | Genesis Jimenez Miranda | Remote, Spanish |
| 4 | Jesus Lopez Cornejo | Remote, Spanish |
| 5 | Scarlette Rendon Murillo | Remote, Spanish |
| 6 | James Escobar Baux | Remote, Spanish |
| 7 | Fausto Lucio Gonzalez | Remote, Spanish |
| 8 | Agustin Orrala Curay | Remote, Spanish |
| 9 | Luis Fernandez Vega | Remote, Spanish |
| 10 | Sara Lopez Cornejo | Remote, Spanish |
| 11 | Marjorie Miranda Diaz | Remote, Spanish |
| 12 | Diego Guanopatin Vargas | Remote, Spanish |
| 13 | Hellen Rendon Murillo | Remote, Spanish |
| 14 | Karina Bonoso Cabrera | Remote, Spanish |
| 15 | Carlos Bonoso Moreira | Remote, Spanish |
| 16 | Byron Bonoso Moreira | Remote, Spanish |
| 17 | Hector Bonoso Cabrera | Remote, Spanish |
| 18 | Marilyn Jervis Vega | Remote, Spanish |
| 19 | Miguel Murillo Mariduena | Remote, Spanish |
| 20 | Zoila Miranda Vallejo | Remote, Spanish |
| 21 | Linda Orrala Espinoza | Remote, Spanish |

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Morgan B. Thompson*
    Matthew A. Abee, NC Bar No. 46949
    E-Mail: Matt.abee@nelsonmullins.com
    Chelsea K. Barnes, NC Bar No. 53378
    E-Mail: Chelsea.barnes@nelsonmullins.com
    Morgan B. Thompson (PHV), SC Bar No. 107145
    Email: morgan.thompson@nelsonmullins.com
    Michael P. Moran (PHV), SC Bar No. 105437
    Email: Michael.moran@nelsonmullins.com
    Nicholas J.M. Quatraro (PHV), SC Bar No. 106417
    Email: Nicholas.quatraro@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Respondent*


By: /s/ *Derrick J. Hensley (with permission)*
    Derrick J. Hensley, NC Bar # 42898
    Law Offices of Derrick Hensley
    401 Meadowland Drive, Suite 201
    Hillsborough, NC 27278
    t. (919) 480-1999 | f. (919) 636-6018
    Staff@LODJH.com

*Attorney for Petitioner*

January 21, 2026

## Certification Regarding Use of Artificial Intelligence

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Morgan B. Thompson*
    Matthew A. Abee, NC Bar No. 46949
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

January 21, 2026       *Attorney for Respondent*