# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CV-129-DCK

| | |
|---|---|
| ROBERTH ROSENDO VEGA MARIDUEÑA, | )<br>) |
| Petitioner, | )<br>) **ORDER** |
| v. | )<br>)<br>) |
| DEISY ALEXANDRA TENESACA JÁTIVA, | )<br>)<br>) |
| Respondent. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Respondent's "Motion for In Camera Interview of the Children" (Document No. 46) filed January 9, 2026, the "Consent Motion for Remote Hearing and Memorandum in Support" (Document No. 52) filed January 20, 2026, and scheduling concerns. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and immediate review is appropriate.

After careful consideration of the pending motions and related issues concerning the technology required for a remote or hybrid remote/in-person trial, as well as the need for interpreters, the undersigned has reluctantly determined that the trial of this matter must be postponed. The undersigned finds that an efficient and fair trial is more likely after the pending motions have been resolved and the technology required for a remote hearing has been tested by Counsel, interpreters, and Court staff.

**IT IS, THEREFORE, ORDERED** that the trial scheduled for **January 28, 2026**, is **POSTPONED**.

**IT IS FURTHER ORDERED** that Counsel for the Parties shall confer and file proposed revised trial dates that fall between **February 18-26, 2026**, on or before **January 27, 2026**.

**IT IS FURTHER ORDERED** that Respondent shall file a Reply brief in support of Respondent's "Motion for In Camera Interview of the Children" (Document No. 46) on or before **January 27, 2026**.

**IT IS FURTHER ORDERED** that the Parties shall satisfy all applicable filing deadlines in the "Case Management Order" (Document No. 39) on or before **January 23, 2026**.

**IT IS FURTHER ORDERED** that Counsel for the Parties shall appear in Courtroom 1A on **January 28, 2026,** at **11:00 am** to train and test on procedures for a potential remote trial with Court IT and Clerk's Office staff.

**IT IS FURTHER ORDERED** that Counsel for the Parties shall appear in Courtroom 1A on **January 28, 2026,** at **1:00 pm** prepared to discuss the pending motions and any other pretrial issues.

**SO ORDERED**.

Signed: January 21, 2026

David C. Keesler
United States Magistrate Judge