IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>         Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>         Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

## Mother's Submission of Experts

Respondent Deisy Alexandra Tenesaca Játiva ("Mother") intends to offer the testimony and expert reports of two experts: Dr. Angela Moreland and Dr. Karin Friederic. As of the date of this filing, Mother is unaware of any challenge to the qualifications of her experts. However, in an abundance of caution, Mother submits this disclosure in accordance with the Court's November 19, 2025 Case Management Order.

  **A.**  **Angela D. Moreland, Ph.D.**

Dr. Moreland is a clinical psychologist who is expected to testify about the physical, psychological, and emotional abuse that Mother, as well as her eight-year-old son (S.T.V.T.) and five-year-old daughter (A.A.V.T.) (collectively, "the Children"), have been subjected to by Petitioner Roberth R. Vega Maridueña ("Father"). Dr. Moreland is expected to testify that, given the significant exposure to interpersonal violence and coercive control, and the clear risk of re-exposure if returned to Ecuador, the Children are at high risk for worsening trauma-related symptoms and additional harm if required to return to Ecuador.

Dr. Moreland's opinions and the facts or data considered by her are set forth in her three expert reports (JX-62 (Mother); JX-63 (S.T.V.T.); and JX-64 (A.A.T.V.).) Dr. Moreland's CV (JX-61), which discusses her qualifications, publications, and prior case history, is attached hereto.

B.   **Karin Friederic, M.A., Ph.D.**

Dr. Friederic is an Associate Professor of Anthropology at Wake Forest University with significant experience in Ecuadorian society, culture, and government, focusing on focused on social movements, violence against women, and family violence among marginalized populations in Ecuador. She is expected to testify that Mother and the Children are at high risk of serious physical harm and death from her abuser Father if returned to Ecuador, and that the Children will be unlikely to escape Father's abuse anywhere in Ecuador. Dr. Friederic's opinions are discussed further in her expert report (JX-66). Dr. Friederic's qualifications, publications, and prior case history are set forth in her CV (JX-65), attached hereto.

**[Signature Page Attached]**

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Morgan B. Thompson*
    Matthew A. Abee, NC Bar No. 46949
    E-Mail: Matt.abee@nelsonmullins.com
    Chelsea K. Barnes, NC Bar No. 53378
    E-Mail: Chelsea.barnes@nelsonmullins.com
    Morgan B. Thompson (PHV), SC Bar No. 107145
    Email: morgan.thompson@nelsonmullins.com
    Michael P. Moran (PHV), SC Bar No. 105437
    Email: Michael.moran@nelsonmullins.com
    Nicholas J.M. Quatraro (PHV), SC Bar No. 106417
    Email: Nicholas.quatraro@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Columbia, SC 29201
    (803) 799-2000

*Attorneys for Respondent*

January 23, 2026

## Certification Regarding Use of Artificial Intelligence

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg.

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

          NELSON MULLINS RILEY & SCARBOROUGH LLP

          By: */s/ Morgan B. Thompson*
              Morgan B. Thompson (PHV), SC Bar No. 107145
              Email: morgan.thompson@nelsonmullins.com
              1320 Main Street / 17th Floor
              Columbia, SC  29201
              (803) 799-2000

January 23, 2026        *Attorney for Respondent*