IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>        Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>        Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

**Joint Motion to Reopen Deposition Deadline**

Respondent Deisy Alexandra Tenesaca Játiva ("Mother") and Petitioner Roberth R. Vega Maridueña ("Father"), by and through their counsel and pursuant to Fed. R. Civ. P. 16(b)(4), move the Court to reopen the deposition deadline (January 14) established in the Court's Case Management Order (ECF No. 39). Fed. R. Civ. P. 16(b)(4) provides that a scheduling order "may be modified only for good cause and with the judge's consent." For the reasons provided below, good causes exists to extend the deadline to conduct depositions in this matter to February 9, 2026.

1. The trial in this matter was originally scheduled to begin on January 28, 2026. The January 14 deadline to conduct depositions was based on this date. However, this matter is now expected to be tried between February 16-26, 2026.

2. On January 21, 2026, the Parties submitted their Joint Exhibit and Witness List (ECF No. 54). Therein, Father names twenty-one (21) potential witnesses, and Mother names sixteen (16) potential witnesses.

3. The Parties have conferred and jointly agree that reopening the deposition deadline will permit them to take a limited number of depositions focused

1

on narrowing and refining the anticipated witness testimony. Such narrowing will enable the Parties to reduce the witness list, eliminate unnecessary testimony, and otherwise streamline the trial, thereby conserving judicial resources and minimizing the burden on witnesses.

WHEREFORE, the Parties respectfully request that the Court reopen the deposition deadline as agreed by the Parties.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Morgan B. Thompson*
Matthew A. Abee, NC Bar No. 46949
E-Mail: Matt.abee@nelsonmullins.com
Chelsea K. Barnes, NC Bar No. 53378
E-Mail: Chelsea.barnes@nelsonmullins.com
Morgan B. Thompson (PHV), SC Bar No. 107145
Email: morgan.thompson@nelsonmullins.com
Michael P. Moran (PHV), SC Bar No. 105437
Email: Michael.moran@nelsonmullins.com
Nicholas J.M. Quatraro (PHV), SC Bar No. 106417
Email: Nicholas.quatraro@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC 29201
(803) 799-2000

*Attorneys for Respondent*

By: */s/ Derrick J. Hensley (with permission)*
Derrick J. Hensley, NC Bar # 42898
Law Offices of Derrick Hensley
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
t. (919) 480-1999 | f. (919) 636-6018
Staff@LODJH.com

January 27, 2026      *Attorney for Petitioner*

## Certification Regarding Use of Artificial Intelligence

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

                NELSON MULLINS RILEY & SCARBOROUGH LLP

                By: */s/ Morgan B. Thompson*
                    Morgan B. Thompson (PHV), SC Bar No. 107145
                    Email: morgan.thompson@nelsonmullins.com
                    1320 Main Street / 17th Floor
                    Columbia, SC  29201
                    (803) 799-2000

January 27, 2026             *Attorney for Respondent*