# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:25-CV-129-DCK

| | | |
|---|---|---|
| ROBERTH ROSENDO VEGA MARIDUEÑA, | ) | |
| | ) | |
| Petitioner, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DEISY ALEXANDRA TENESACA JÁTIVA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Parties' "Consent Motion for Remote Hearing and Memorandum In Support" (Document No. 52) filed January 20, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion with modification.

As discussed during the Pretrial Conference held on January 28, 2026, the undersigned will allow the Parties and their witnesses to appear remotely for the trial of this matter. However, counsel shall appear in person.

Counsel and the parties are respectfully encouraged to streamline the number of witnesses and the duration of their testimony necessary for trial. Moreover, counsel are responsible for preparing their clients and witnesses to appear through the Court's available technology.

**IT IS, THEREFORE, ORDERED** that the Parties' "Consent Motion for Remote Hearing and Memorandum In Support" (Document No. 52) is **GRANTED with modification**. Counsel for the Parties shall appear in person for the trial beginning of **February 23, 2026**; the Parties and other witnesses may appear virtually via Teams.

**SO ORDERED**.

Signed: February 3, 2026

David C. Keesler
United States Magistrate Judge