Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION


Roberth R. Vega Maridueña,          )     Civil Action No.
                                    )     3:25-CV-00129-DCK
                                    )
                        Petitioner, )
                                    )
vs.                                 )
                                    )
Deisy Alexandra Tenesaca Játiva,    )
                                    )
                                    )
                        Respondent. )
                                    )


Remote Deposition of TIARA MCGRADY
(Taken by Respondent)
Charlotte, North Carolina
Tuesday, February 3, 2026


Reported in Stenotype by
Lauren M. McIntee
Transcript produced by computer-aided transcription

APPEARANCES

ON BEHALF OF THE PETITIONER:

Derrick J. Hensley, Esquire (via Zoom)
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, North Carolina 27278
(919) 480-1999
Derrick@lodjh.com


ON BEHALF OF THE RESPONDENT:

Michael P. Moran, Esquire (via Zoom)
Michael Thompson, Esquire (via Zoom)
Nick Quatraro, Esquire (via Zoom)
Nelson, Mullins, Riley & Scarborough, LLP
1320 Main Street, 17th Floor
Columbia, South Carolina 29201
(803) 799-2000
Michael.moran@nelsonmullins.com
Michael.thompson@nelsonmullins.com
Nick.quatraro@nelsonmullins.com

REMOTE DEPOSITION OF TIARA MCGRADY, a witness called on behalf of Respondent, before Lauren M. McIntee, Court Reporter and Notary Public, in and for the State of North Carolina, in Charlotte, North Carolina, on Tuesday, February 3, 2026, commencing at 10:02 a.m.

Page 3

INDEX OF EXAMINATIONS

By Mr. Moran.................................. Page 4


INDEX OF EXHIBITS


NUMBER          EXHIBIT                        MARKED

Exhibit 80  Charlotte Mecklenburg Country          19

            School Records of A.A.T.V.




- - - - -


Quoted material is verbatim and

may/may not reflect a direct quote.

- - - - -

TIARA MCGRADY,

having first been duly sworn, was examined

and did testify as follows:

EXAMINATION

BY MR. MORAN:

Q.   Good morning, Ms. McGrady.  How are you doing today?

A.   Good.  How are you?

Q.   I'm doing well.  Thank you.  My name is Michael Moran, and I'm an attorney for Deisy Tenesaca who is the respondent in the lawsuit of Roberth Vega v. Deisy Tenesaca, and that's Case No. 3:25-CV-00129 in the Western District of North Carolina.

Can you please state your full name and home address for the record?

A.   Tiara McGrady, and it's 5947 Pisgah Way, Charlotte, North Carolina 28217.

Q.   Thank you.  And before we go into any questions, I want to go into kind of some of the basic ground rules to ensure this deposition runs as smoothly as possible so we can get a clean record for the court.

So you probably know I'm going to be asking you questions this morning.  If you don't understand or hear my question, just let me know and I can repeat the question or rephrase it.  Does that sound okay to you?

Tiara McGrady                                February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                                 Page 5

A.    Yes.

Q.    And if you do respond to my question, I will assume that you heard it and understood the question. Is that fair?

A.    Yes.

Q.    And as you can see, there's a court reporter that's taking down every word that you and I say. And I know it's common in everyday conversation for people to sometimes talk over one another, but just for purposes of this deposition, I ask that you let me finish the full question even if you know what I'm going to ask. And then before you -- before you start answering. Does that make sense to you?

A.    Yes.

Q.    Also, please answer questions verbally, as the court reporter cannot take down non-verbal responses like nodding or shaking your head. And you're doing great so far, so --

A.    Okay.

Q.    -- can you continue to do that?

A.    Yes, I can.

Q.    Thank you. And please answer questions with a "yes" or "no" where it's asked in such a way, and not an "uh-huh" or "uh-uh." That's difficult for the court reporter to take down for the record.

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 6

A.    Okay.

Q.    So kind of what we're -- for today's purposes, I'm looking for your best recollection of things.  So to that end, if you don't recall or you don't know the answer to any of my questions, you can say that, but I don't want you to guess.  Is that all right?

A.    Okay.

Q.    And if you need to take a break at any point, please let me know.  I would just ask if there's a question pending, that you please answer the question and then we can go on our break.  Is that all right?

A.    Okay.  Yes.

Q.    Great.  And you understand that you're testifying under oath today?

A.    Yes.

Q.    So even though there's no judge or jury present, you're basically giving testimony as if the, in the same manner as if they were present?

A.    Right.

Q.    And so is anyone else in the room for your deposition today?

A.    No.

Q.    Okay.  And did you bring any documents with you for your deposition?

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 7

A.    No.

Q.    Okay.  Have you taken any medications in the last 48 hours that could affect your ability to testify completely or accurately?

A.    No.

Q.    Okay.  Do you suffer from any physical, cognitive, or mental conditions that could impair your memory, your ability to understand my questions, or your ability to provide complete and accurate testimony today?

A.    No.

Q.    Great.  Is there any reason you can think of why you may not be able to testify completely and accurately?

A.    No.

Q.    Great.  All right.  Now that we've gone through those background questions, we can get into the deposition.

So I just want to start out with, Ms. McGrady, what's your profession?

A.    I'm a kindergarten teacher.

Q.    Great.  And how long have you been a kindergarten teacher?

A.    This will be my ninth year.

Q.    Wow.  And where do you teach?

Tiara McGrady                February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 8

A.    At Reid Park Academy.

Q.    Okay.  And where is Reid Park Academy?

A.    Charlotte, North Carolina.

Q.    Great.  Have you taught anywhere else?

A.    I've taught in Las Vegas, Nevada, as well.

Q.    Okay.  And how long did you teach there?

A.    I taught there for three years.

Q.    Great.  And so how long have you been teaching at Reid Park Academy?

A.    I believe probably like, this will be my fourth year, I believe.

Q.    Okay.

A.    Four years.

Q.    So you taught for three years in Las Vegas, four years at Reid Park.

A.    And then --

Q.    Anywhere else?

A.    And then I was teaching at Winterfield Elementary for one year.

Q.    Okay.

A.    And that's in Charlotte, North Carolina, as well.

Q.    Gotcha.  And how long have you been teaching kindergarten?

A.    Nine.  Like nine years.

Page 9

Q.    Great.  So the whole time you've been teaching, you've been teaching kindergarten?

A.    Uh-huh.  Yes.

Q.    All right.  So now we're going to go into some of the more present, current details.  What do you know about the students in your class?

A.    A lot of them are low income.  A lot of their parents typically work all the time.  They pretty much come from a struggling community.  They don't go outside as much or probably outside the community as much.  A lot of them go to the parks.  When I do ask them, "Oh, what did you do today?" or, "What did you do over the weekend?" a lot of them say, "Oh, we went to the park or the playground."  A lot of them don't say they went to probably like, any like fun place like a Chuck E. Cheese or they went to the museum or anything like that.  So a lot of them stay within the community, I have noticed.

Q.    Okay.  Is that the case for Aylis Vega Tenesaca as well --

A.    Aylis --

Q.    Well, hold on.  Strike that, please.  Sorry. Let me go back.  Do you know Aylis Vega Tenesaca?

A.    Yes.

Q.    And how do you know Aylis Vega Tenesaca?

A.    She's my student.

Tiara McGrady                                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 10

Q.    Great.  And you mentioned about the children staying in the community.  Is that the case for Aylis Vega Tenesaca as well?

A.    Typically, she will, when I do ask her what did she do over the weekend, she will typically say she's played with her brother.  She'll explain that she has been outside.  I typically have to prompt her because of the language barrier sometimes.  And I was like, "Oh, did you go play outside today?"  And she'll nod her head.  And I was like, "Well, who did you play with?"  And she'll say her brother.

And I was like, "Well, where did you guys go?"  And she'll look at me, and then when I point to pictures -- because a lot of my students are Hispanic, so I use picture cues in the classroom.  And I'll point to a playground or a park, and she'll usually shake her head or nod her head "yes" to that.

Q.    Okay.

A.    So typically she'll point to that or even a store, like a Wal-Mart or like a fast-food place.  They'll point to that.  So typically she goes to one of those places, and she's typically excited to share that.

Q.    Okay.  Now, do you speak Spanish?

A.    No.

Q.    Okay.  So most of your communication with her

Tiara McGrady                                      February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 11

is through, like you said, the verbal cues --

A.    Uh-huh.

Q.    -- or the picture cues?

A.    Yes.

Q.    Okay.  What is your impression of Aylis?

A.    She's, she's very shy at first, but she's a
very nice, sweet student.  It took her a while to open
up at first, but once she became used to me and more
comfortable, she, we tend to have bonded over time.
I've had her since the beginning of the school year, and
I've seen her grow tremendously.  Even speaking to me,
her English has gotten a lot better.  Her vocabulary has
increased a lot.  Her math skills, she does really well
in math.  So she's made a lot of progress since the
beginning of the school year.

Q.    Glad to hear that, you know, sounds like
she's growing.

A.    Uh-huh.

Q.    So what is -- those are her interactions like
with you.  Do you see her interact with other students
as well?

A.    Yes.  So like I said, we do have a, a big
Hispanic population in the school.  And so I do see her
interact with other Hispanic students, which probably
are within her community, near her neighborhood, but in

Tiara McGrady                                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                        Page 12

the classroom as well.  And she does interact with other peers that are non-Hispanic as well.

Q.    Okay.

A.    But she does tend to interact with those ones because, probably because they do speak her language as well, so.

Q.    Yeah.  And you said you met Aylis at the beginning of the school year, correct?

A.    Yes.

Q.    And so your -- what were those interactions like at the beginning of the school year?

A.    So we have open house at the beginning of the school year, and so parents can come in and go meet the teacher.  They don't know who their teacher is yet, so we kind of interact with the parents and the student just to kind of get a feel for the parents, the student, and who we can probably, possibly have in our classroom.

And it was a pretty good interaction.  I met her brother, and her brother was kind of chiming in. Because I couldn't pronounce her name correctly, so her brother was kind of helping me pronounce her name.  And then I met Grandmother as well, and we were kind of filling out the paperwork together as for the beginning of the school year.  And they were good interactions.

Q.    Okay.

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 13

A.    They were very, the brother and mother were both helpful.

Q.    Okay.  Thank you.  And I'm going to follow up about the open house a little bit later.

A.    Okay.

Q.    But with Aylis, and now, what is it like?  Is she excited to come to school?

A.    Yes.  She's very excited to come to school. She, she comes in and she'll put her backpack and stuff away.  She'll put her red folder away, which is typically her homework folder.  And then she'll go get her iPad and do her morning work.  And then she'll interact with her peers at her table.  But she, she's in a routine, so she knows her routine and what to do.  But she comes in excited.  So she's not upset about coming to school or anything like that.

Q.    And what --

A.    And then -- huh?

Q.    What is her routine like?  What is, does she do well at that?  Is it something that is structured by you?  How does that work?

A.    So the, the day is typically, it's structured by me.  And so she follows the routine like all the kids do.  She knows to come in, in the classroom.  They put their red, their homework folder away.  They put their

Tiara McGrady                                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 14

backpack away.  They come sit down, get on the iPad.
They do their morning work.  And then after morning
work, we have carpet time.  And that's when we typically
share what we've done the night before or we share what
we did over the weekend, kind of like a morning routine
just to kind of get them talking.

          And then we'll go into like our literacy.
And after our literacy, we'll have like a kind of small
group time where I get to work one-on-one kind of with
the kids, and that's when I get to spend a little more
one-on-one time with her to kind of see where her skill
set is and where she needs help at.  And then we'll get
ready to go to lunch.  And at lunch time, she'll sit
with her peers.  She gets to sit where she wants.  And
then we'll go to recess, and that's when she gets to
play with her friends.

     Q.     Okay.

     A.     And the day keeps going on.

     Q.     Yeah.  And with her, what are your
impressions of how she does with her school work?

     A.     Typically, for literacy she's, like I said,
she's grown a lot.  She's still struggling a little bit,
but I feel like she's making good strides to where the
language barrier is still a struggle, but she's making
enough strides to where she can be on grade level at the

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 15

end of the year as long as -- because I can tell that they're working with her at home.

I can tell her brother probably helps her a lot, too, with her homework. Because I even asked him before, "Are you helping your sister?" And he'll say, "Yeah, I help her sometimes." So I know they're working with her at home with the homework. It's not just her trying it by herself. They're actually interacting with her. Because you can tell when some of the parents, they're just doing it for, doing the homework for their kids or actually helping their kids do it with them. So she, I think she's doing great.

Q. Yeah. And you also mentioned sharing time that y'all go through. Is, does Aylis seem excited to share what she had done the previous day or over the weekend?

A. Yeah, she'll typically, she'll be nervous, because sometimes she is nervous to speak out because she's a pretty shy person, but once the kids, like, "Go ahead, Aylis." Like they'll encourage her, and then once she feels a little more confident, then she'll go ahead and share. Sometimes we'll like, we'll say, "I'll come back to you," and when I come back to her, she feels more confident to share out. But she always shares out, so. And she's excited to share what she's

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 16

done.  It just takes her a minute to go ahead and share.

Q.    Does she do that in Spanish or English?

A.    She says it in English.

Q.    Okay.  So more generally in your class of kindergartners, what are you expecting out of your students?

A.    We're expecting them to know all 26 letters and letter sounds.  By the end of the grade, they're supposed to know how to read and be able to add and subtract within 5.  They're supposed to be able to count to 50.  Right now we're counting to 30, but typically they're supposed to be able to count to 50.  Right now we're doing addition, subtraction.

So I feel like she is on track for math right now because she does really well in math.  That's her strong suit.  And literacy, we're still working on those skills.  And I feel like she, she can still make it to her, like I said, grade level as long as they keep working with her at home as well.

Q.    And what's your, you mentioned some of this, but what's your impression of how Aylis is meeting some of those expectations?  What does that look like for you?

A.    Typically, just her showing up on time at school.  I mean, being on time at school is a big thing.

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 17

Because a lot of our -- we have a big truancy thing.  A lot of kids don't come to school, or come in late.  And so when the school bell rings, when 8:30 hits, that's when we start.  We don't really have a lot of playtime.  Pretty much recess is really only our playtime.  So we do instruction most of the day.

So when she comes to school regularly, so she's there, and so she's able to get all the instruction that I'm able to provide.  And so I feel like she's able to meet those standards as long as she continues to come to school.

Q.    Okay.  And is she attending school regularly?

A.    Yes.

Q.    And on time as well, right?

A.    Yes.  She comes in on time.

Q.    Okay.  So from the time that you first started teaching Aylis to today, what do you think the biggest improvement that you've seen with her is, that you've noticed?

A.    Probably her having conversations with me.  Because before she, at the beginning she wouldn't interact with me at all or talk.  So I think her becoming less nervous and interacting with me more, because she was very shy.  And I did have another student who is a lot more confident.  She's used to

Spanish -- well, she's bilingual pretty much.  So she would go speak to Aylis and ask her what's wrong, and then she would come and translate and tell me what's wrong.  So now Aylis is able to come and tell me if she didn't feel good or if something is bothering her.

Q.    Okay.

A.    So just making that transition from just speaking to the other student to now she's able to come to me and tell me if something is bothering her or when she feels excited or if she doesn't like something.

Q.    Okay.  Now, have you noticed anything with Aylis developmentally that may give you cause for concern?

A.    No.

Q.    Great.  And what about academically?

A.    No.

Q.    Great.  And you mentioned recess.  What does Aylis usually do at recess with her friends?

A.    Typically, she'll go on the swings.  She'll probably swing most of the time, or she's usually out in the field running around with a group of girls.  She has a group of friends that she typically plays with, and they typically meet up and they'll go run around.

Q.    And about -- yeah.  About how many friends does she have that she'll run around with or play with?

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 19

A.    It's probably six of them.

Q.    Okay.  So we're going to shift gears a little bit now, and I'm going to show you what the parties have agreed to mark as Exhibit 80, and it's noted as JX80. Hold on one second and I'm going to share my screen here.  All right.  Can you see that?

A.    Yes.

(Whereupon, Exhibit JX-80 was marked for identification.)

BY MR. MORAN:

Q.    All right.  Ms. McGrady, are you familiar with this document or this type of document?

A.    No, I haven't seen this.

Q.    Okay.  Well, I just have -- I'm going to scroll down to Page 47 here.  This is a collection of records from the school.

A.    Okay.

Q.    Yes.  And Page 47 is an ML Student Plan.

A.    Okay.  Yes.

Q.    Do you know what, do you see where it says "ML Student Plan"?

A.    Yes.

Q.    And do you know what an ML Student Plan is?

A.    Yes.

Q.    Do you know what that means?

A.    A multilingual student plan, yes.

Q.    Okay.  And what usually goes into a multilingual student plan?  Are you familiar with that?

A.    Yes.

Q.    What, what usually, what goes into it?

A.    So typically, as of right now, she gets pulled out probably twice a week, and they work on literacy skills, vocabulary skills, to help them with their English.

Q.    Okay.  And that's with another teacher, correct?

A.    Yeah, and that's with another teacher.

Q.    Got it.  And do you -- so let's go to page, I'm going to scroll down to Page 55 now.  And do you see the first line there where it says -- could you read that for me?

A.    Yes.  "While the rate of English language development varies between students, many exit the EL" -- what -- "ELD program in 5 years."

Q.    Great.  And do you find that it takes ML student programs, kind of it takes a student time to see improvement with that?

A.    I think it varies per student, honestly.

Q.    Okay.

A.    I've seen some students exit two years from

Tiara McGrady                                        February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 21

now and maybe longer.  It, it varies by student.

Q.    Yeah.  And you have seen Aylis grow with her multilingual student skills, correct?

A.    Uh-huh.

Q.    Great.  And you said that you have a lot of students who do not speak English as their first language, right?

A.    Yes.

Q.    Have you noticed improvements with those students from years prior?

A.    So the students that I have now, or are you talking about students I had previously?

Q.    The students you had previously.

A.    Yes.  So I've had students that have actually exited the program.

Q.    And what is, when they exit the program, are they fully proficient in both languages generally?

A.    Typically, yes.  Because it goes off of, like using their different vocabulary, using stronger vocabulary, speaking in full sentences.  The big thing is speaking in full sentences.  Not just giving like two to three words, but giving like five words, five to six, seven-word sentences.  And like actually knowing what they're saying, so yes.

Q.    Okay.  And is Aylis currently on a

Tiara McGrady February 3, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 22

multilingual student plan?

A. Yes.

Q. Have you seen her make improvement with the plan over the year?

A. Yes.

Q. Great. What kind of improvement have you seen?

A. With her actually speaking to me and using more words in her sentence, not just saying one word. She's using more words in a sentence.

Q. Great.

A. So now we're just currently structuring the sentences that she's putting together to make them make more sense.

Q. I am going to stop sharing here, if I can find the button for it. There we go. And we're going to shift gears, kind of going back to the open house thing that you mentioned.

A. Okay.

Q. And who did you say you spoke to at the open house that was there?

A. I spoke to Mom, Grandmother, and Brother.

Q. And what was that interaction like?

A. It was a good interaction, because we had a translator there. At first, we couldn't figure out

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 23

Aylis' name.  And we thought she was in pre-K because she was small, so we were trying to direct her to pre-K. But once we got the translator involved, then we realized that she was in the right grade level she was supposed to be in.  And then we got all the paperwork together for her to be ready to come into kindergarten for the following week.

Q.    Great.  And you said that took place the week before school started?

A.    Yes.

Q.    Okay.  And how often do you -- and you said you spoke to Deisy Tenesaca as well?

A.    Yes.

Q.    Yeah.  And how often do you speak with Ms. Tenesaca now?

A.    I send out pretty -- I know I send out messages pretty often on a parent app.  But us speaking, probably, on a regular basis, probably about once a month.  If I have like concerns or anything or if like I'm, if Aylis forgot to turn in her homework.  Typically she doesn't, but if she has lost her folder or misplaced it or something, or if I like, I'm asking for donations for like a classroom party or anything, that's typically when I'll message Mom.

Q.    Okay.  So about once a month you usually

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 24

speak about homework or classroom projects?

A.    Yeah.

Q.    Is there ever anything else that concerns you that you speak about with Mom?

A.    No.

Q.    All right.  Has Deisy raised any concerns with you about Aylis?

A.    The only other time she ever was concerned about her is when someone was I think messing with her in the classroom as far as like they were kicking her.  This was at the beginning of the school year, a person that she was sitting by.  Mom had messaged me, but the message, it wasn't I guess as clear as to what was going on.  So she came up to the school and I met with her, and then she was explaining that someone was kicking her.  And so then once she told me, then we addressed the situation.  I was able to ask Aylis to point out the person who was bothering her, and so then that situation was resolved.

Q.    Okay.

A.    But me and Mom have good communication, though.

Q.    That's not an atypical thing to happen in kindergarten?

A.    Right, right.  No.

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 25

Q.    Have you ever raised any concerns with Deisy about Aylis before?

A.    No.

Q.    And you also mentioned Aylis' grandmother. Flor?

A.    Uh-huh.

Q.    Flor Játiva?

A.    Uh-huh.

Q.    How often have you spoken with Ms. Játiva?

A.    I think I've only spoken with her twice. Because I've seen her in the office, just passing by.

Q.    Do you recall what that was about?

A.    I think she might have been dropping off Aylis possibly, because she was either coming -- she had maybe missed the bus possibly in the morning, so she was dropping her off, or she was dropping in treats for the classroom party.

Q.    Okay.  Oh, so I'm going to follow up on two things there.  So Aylis and Santiago usually take the bus to school, then?

A.    Uh-huh.  Yes.

Q.    Yeah.  And then the second thing, do you remember what kind of treats Ms. Játiva brought?

A.    She usually brings Nothing Bundt Cakes.

Q.    Okay.  Yeah.

Tiara McGrady                                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 26

A.    Yes.

Q.    And I bet those are good.

A.    Yes.

Q.    Yeah.  And so Ms. Játiva, has she raised any concerns with you?

A.    No.

Q.    And you haven't raised any concerns with her either, then?

A.    No.

Q.    Yeah.  One other person here, have you spoken with Aylis' uncle, Angel Josue Játiva?

A.    No.

Q.    Okay.  All right.  And finally, you mentioned talking with Santiago.  What have your interactions with him been like?

A.    Typically when we're just passing by, he'll want to come give his sister a hug.  And so I let them give each other a hug, or I'll ask him did he help his sister with the homework this week.  Just simple conversations like that.  Nothing more than that, though.

Q.    Yeah.  Seems like a caring big brother?

A.    Yeah, yeah.

Q.    And you mentioned they ride the bus to school.  Does he walk in with her?

Tiara McGrady    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 27

A.    Typically, yes.  Yes.

Q.    Yeah.  And finally, one last question here.  Have you spoken with Aylis' father, Roberth Vega?

A.    No.

Q.    Okay.  Ms. McGrady, I don't have any further questions at this time.  So I may have some follow-up based upon if Mr. Hensley asks you anything, but I pass the witness.

A.    Okay.

MS. HENSLEY:  I have no questions.

MR. MORAN:  Great.  Well, thank you very much, Ms. McGrady.  I appreciate your time, and thank you very much for meeting with us.

A.    You're welcome.  Thank you.

(DEPOSITION CONCLUDED AT 10:31 A.M.)

(SIGNATURE WAIVED)

Tiara McGrady                          February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 28

STATE OF NORTH CAROLINA

COUNTY OF FORSYTH:


REPORTER'S CERTIFICATE


I, LAUREN McINTEE, Court Reporter, a Notary Public in and for the State of North Carolina, located in Forsyth County, North Carolina, do hereby certify that there appeared remotely on Tuesday, the 3rd day of February, 2026, the person hereinbefore named located in Mecklenburg County, North Carolina, who was by me duly sworn to testify to the truth and nothing but the truth of her knowledge concerning the matters in controversy in this cause; that the witness was thereupon examined under oath, the examination reduced to typewriting under my direction, and the transcript is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any attorney or counsel employed by the parties hereto or financially interested in the action.

I signed this notarial certificate on 4th day of February, 2026, according to the emergency video notarization requirements contained in G.S. 10B-25.

IN WITNESS WHEREOF, I have hereto set my

Tiara McGrady                    February 3, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 29

hand, this the 4th day of February, 2026.

*Lauren M. McIntee*

LAUREN McINTEE, Notary Public

Notary Number:   202304800037

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

[& - beginning]

Page 1

**&**

**&** 2:9

**0**

**00129** 1:5 4:12

**1**

**10:02** 2:25
**10:31** 27:15
**10b** 28:24
**1320** 2:10
**17th** 2:10
**19** 3:7

**2**

**201** 2:4
**202304800037** 29:5
**2026** 1:17 2:25 28:10,23 29:1
**21567** 29:4
**25** 28:24
**26** 16:7
**27278** 2:4
**28217** 4:17
**29201** 2:10

**3**

**3** 1:17 2:25
**30** 16:11
**3:25** 1:5 4:12
**3rd** 28:9

**4**

**4** 3:2

**401** 2:4
**47** 19:15,18
**48** 7:3
**480-1999** 2:5
**4th** 28:22 29:1

**5**

**5** 16:10 20:19
**50** 16:11,12
**55** 20:14
**5947** 4:16

**7**

**799-2000** 2:11

**8**

**80** 3:7 19:4,8
**803** 2:11
**8:30** 17:3

**9**

**919** 2:5

**a**

**a.a.t.v.** 3:7
**a.m.** 2:25 27:15
**ability** 7:3,8,9
**able** 7:13 16:9 16:10,12 17:8 17:9,10 18:4,8 24:17
**academically** 18:15
**academy** 8:1,2 8:9
**accurate** 7:9

**accurately** 7:4 7:14
**action** 1:4 28:21
**actually** 15:8 15:11 21:14,23 22:8
**add** 16:9
**addition** 16:13
**address** 4:15
**addressed** 24:16
**affect** 7:3
**agreed** 19:4
**ahead** 15:20,22 16:1
**aided** 1:25
**alexandra** 1:8
**angel** 26:11
**answer** 5:15,22 6:5,11
**answering** 5:12
**app** 23:17
**appearances** 2:1
**appeared** 28:9
**appreciate** 27:12
**asked** 5:23 15:4
**asking** 4:22 23:22
**asks** 27:7
**assume** 5:3

**attending** 17:12
**attorney** 4:10 28:18,20
**atypical** 24:23
**aylis** 9:18,20,22 9:24 10:2 11:5 12:7 13:6 15:14,20 16:21 17:17 18:2,4 18:12,18 21:2 21:25 23:1,20 24:7,17 25:2,4 25:14,19 26:11 27:3

**b**

**back** 9:22 15:23,23 22:17
**background** 7:17
**backpack** 13:9 14:1
**barrier** 10:8 14:24
**based** 27:7
**basic** 4:19
**basically** 6:18
**basis** 23:18
**becoming** 17:23
**beginning** 11:10,15 12:8 12:11,12,23

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

[beginning - day]

Page 2

17:21 24:11
**behalf** 2:2,7,22
**believe** 8:10,11
**bell** 17:3
**best** 6:3
**bet** 26:2
**better** 11:12
**big** 11:22 16:25
  17:1 21:20
  26:22
**biggest** 17:18
**bilingual** 18:1
**bit** 13:4 14:22
  19:3
**bonded** 11:9
**bothering** 18:5
  18:9 24:18
**break** 6:9,12
**bring** 6:24
**brings** 25:24
**brother** 10:6,11
  12:19,19,21
  13:1 15:3
  22:22 26:22
**brought** 25:23
**bundt** 25:24
**bus** 25:15,20
  26:24
**button** 22:16

**c**

**cakes** 25:24
**called** 2:21

**caring** 26:22
**carolina** 1:1,16
  2:4,10,24,24
  4:13,17 8:3,21
  28:1,7,8,11
**carpet** 14:3
**case** 4:12 9:18
  10:2
**cause** 18:12
  28:14
**certificate** 28:4
  28:22
**certify** 28:8,18
**charlotte** 1:2
  1:16 2:24 3:7
  4:17 8:3,21
**cheese** 9:15
**children** 10:1
**chiming** 12:19
**chuck** 9:15
**civil** 1:4
**class** 9:6 16:4
**classroom**
  10:15 12:1,17
  13:24 23:23
  24:1,10 25:17
**clean** 4:21
**clear** 24:13
**cognitive** 7:7
**collection**
  19:15
**columbia** 2:10
**come** 9:9 12:13
  13:7,8,24 14:1

15:23,23 17:2
  17:2,11 18:3,4
  18:8 23:6
  26:17
**comes** 13:9,15
  17:7,15
**comfortable**
  11:9
**coming** 13:15
  25:14
**commencing**
  2:25
**common** 5:8
**communication**
  10:25 24:21
**community** 9:9
  9:10,17 10:2
  11:25
**complete** 7:9
**completely** 7:4
  7:13
**computer** 1:25
**concern** 18:13
**concerned** 24:8
**concerning**
  28:13
**concerns** 23:19
  24:3,6 25:1
  26:5,7
**concluded**
  27:15
**conditions** 7:7
**confident** 15:21
  15:24 17:25

**contained**
  28:24
**continue** 5:20
**continues**
  17:11
**controversy**
  28:13
**conversation**
  5:8
**conversations**
  17:20 26:20
**correct** 12:8
  20:11 21:3
**correctly** 12:20
**counsel** 28:19
  28:20
**count** 16:10,12
**counting** 16:11
**country** 3:7
**county** 28:2,8
  28:11
**court** 1:1 2:22
  4:21 5:6,16,24
  28:6
**cues** 10:15 11:1
  11:3
**current** 9:5
**currently** 21:25
  22:12
**cv** 1:5 4:12

**d**

**day** 13:22
  14:18 15:15

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

[day - further]

Page 3

17:6 28:9,22 29:1

**dck** 1:5

**deisy** 1:8 4:10 4:12 23:12 24:6 25:1

**deposition** 1:14 2:21 4:20 5:10 6:22,25 7:18 27:15

**derrick** 2:3,3,5

**details** 9:5

**development** 20:18

**development...** 18:12

**different** 21:19

**difficult** 5:24

**direct** 3:13 23:2

**direction** 28:16

**district** 1:1,1 4:13

**division** 1:2

**document** 19:12,12

**documents** 6:24

**doing** 4:6,9 5:17 15:10,10 15:12 16:13

**donations** 23:22

**drive** 2:4

**dropping** 25:13 25:16,16

**duly** 4:2 28:11

**e**

**e** 9:15

**either** 25:14 26:8

**el** 20:19

**eld** 20:19

**elementary** 8:19

**emergency** 28:23

**employed** 28:19,20

**encourage** 15:20

**english** 11:12 16:2,3 20:9,17 21:6

**ensure** 4:20

**esquire** 2:3,8,8 2:9

**everyday** 5:8

**examination** 4:4 28:15

**examinations** 3:1

**examined** 4:2 28:14

**excited** 10:22 13:7,8,15 15:14,25 18:10

**exhibit** 3:6,7 19:4,8

**exhibits** 3:4

**exit** 20:18,25 21:16

**exited** 21:15

**expectations** 16:22

**expecting** 16:5 16:7

**explain** 10:6

**explaining** 24:15

**f**

**fair** 5:4

**familiar** 19:11 20:3

**far** 5:18 24:10

**fast** 10:20

**father** 27:3

**february** 1:17 2:25 28:10,23 29:1

**feel** 12:16 14:23 16:14,17 17:9 18:5

**feels** 15:21,24 18:10

**field** 18:21

**figure** 22:25

**filling** 12:23

**finally** 26:13 27:2

**financially** 28:21

**find** 20:20 22:16

**finish** 5:10

**first** 4:2 11:6,8 17:16 20:15 21:6 22:25

**five** 21:22,22

**floor** 2:10

**flor** 25:5,7

**folder** 13:10,11 13:25 23:21

**follow** 13:3 25:18 27:6

**following** 23:7

**follows** 4:3 13:23

**food** 10:20

**forgot** 23:20

**forsyth** 28:2,8

**four** 8:13,15

**fourth** 8:11

**friends** 14:16 18:18,22,24

**full** 4:14 5:11 21:20,21

**fully** 21:17

**fun** 9:15

**further** 27:5 28:18

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

[g.s. - ipad]

Page 4

**g**

**g.s.** 28:24
**gears** 19:2 22:17
**generally** 16:4 21:17
**girls** 18:21
**give** 18:12 26:17,18
**given** 28:17
**giving** 6:18 21:21,22
**glad** 11:16
**go** 4:18,19 6:12 9:4,9,11,22 10:9,13 12:13 13:11 14:7,13 14:15 15:14,19 15:21 16:1 18:2,19,23 20:13 22:16
**goes** 10:21 20:2 20:5 21:18
**going** 4:22 5:11 9:4 13:3 14:18 19:2,3,5,14 20:14 22:15,16 22:17 24:13 25:18
**good** 4:6,8 12:18,24 14:23 18:5 22:24 24:21 26:2

**gotcha** 8:23
**gotten** 11:12
**grade** 14:25 16:8,18 23:4
**grandmother** 12:22 22:22 25:4
**great** 5:18 6:14 7:12,16,22 8:4 8:8 9:1 10:1 15:12 18:15,17 20:20 21:5 22:6,11 23:8 27:11
**ground** 4:20
**group** 14:9 18:21,22
**grow** 11:11 21:2
**growing** 11:17
**grown** 14:22
**guess** 6:6 24:13
**guys** 10:12

**h**

**hand** 29:1
**happen** 24:23
**he'll** 15:5 26:16
**head** 5:17 10:10,17,17
**hear** 4:24 11:16
**heard** 5:3
**help** 14:12 15:6 20:8 26:18

**helpful** 13:2
**helping** 12:21 15:5,11
**helps** 15:3
**hensley** 2:3,3 27:7,10
**hereinbefore** 28:10
**hereto** 28:20,25
**hillsborough** 2:4
**hispanic** 10:14 11:23,24 12:2
**hits** 17:3
**hold** 9:21 19:5
**home** 4:14 15:2 15:7 16:19
**homework** 13:11,25 15:4 15:7,10 23:20 24:1 26:19
**honestly** 20:23
**hours** 7:3
**house** 12:12 13:4 22:17,21
**hug** 26:17,18
**huh** 5:24 9:3 11:2,18 13:18 21:4 25:6,8,21

**i**

**identification** 19:9

**impair** 7:7
**impression** 11:5 16:21
**impressions** 14:20
**improvement** 17:18 20:22 22:3,6
**improvements** 21:9
**income** 9:7
**increased** 11:13
**index** 3:1,4
**instruction** 17:6,9
**interact** 11:20 11:24 12:1,4 12:15 13:13 17:22
**interacting** 15:8 17:23
**interaction** 12:18 22:23,24
**interactions** 11:19 12:10,24 26:14
**interested** 28:21
**involved** 23:3
**ipad** 13:12 14:1

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

[j - messages]

Page 5

## j

**j** 2:3,3
**josue** 26:11
**judge** 6:17
**jury** 6:17
**jx** 19:8
**jx80** 19:4
**játiva** 1:8 25:7 25:9,23 26:4 26:11

## k

**k** 23:1,2
**keep** 16:18
**keeps** 14:18
**kicking** 24:10 24:15
**kids** 13:23 14:10 15:11,11 15:19 17:2
**kind** 4:19 6:2 12:15,16,19,21 12:22 14:5,6,8 14:9,11 20:21 22:6,17 25:23
**kindergarten** 7:21,23 8:24 9:2 23:6 24:24
**kindergartners** 16:5
**know** 4:22,24 5:8,11 6:5,10 9:6,22,24 11:16 12:14

15:6 16:7,9 19:20,23,25 23:16
**knowing** 21:23
**knowledge** 28:13
**knows** 13:14,24

## l

**language** 10:8 12:5 14:24 20:17 21:7
**languages** 21:17
**las** 8:5,14
**late** 17:2
**lauren** 1:24 2:22 28:6 29:4
**law** 2:3
**lawsuit** 4:11
**letter** 16:8
**letters** 16:7
**level** 14:25 16:18 23:4
**line** 20:15
**literacy** 14:7,8 14:21 16:16 20:8
**little** 13:4 14:10 14:22 15:21 19:2
**llp** 2:9
**located** 28:7,10

**lodjh.com** 2:5
**long** 7:22 8:6,8 8:23 15:1 16:18 17:10
**longer** 21:1
**look** 10:13 16:22
**looking** 6:3
**lost** 23:21
**lot** 9:7,7,11,13 9:14,17 10:14 11:12,13,14 14:22 15:4 17:1,2,4,25 21:5
**low** 9:7
**lunch** 14:13,13

## m

**m** 1:24 2:22
**made** 11:14
**main** 2:10
**make** 5:13 16:17 22:3,13 22:13
**making** 14:23 14:24 18:7
**manner** 6:19
**maridueña** 1:4
**mark** 19:4
**marked** 3:6 19:8
**mart** 10:20

**material** 3:12
**math** 11:13,14 16:14,15
**matters** 28:13
**mcgrady** 1:14 2:21 4:1,6,16 7:20 19:11 27:5,12
**mcintee** 1:24 2:22 28:6 29:4
**meadowland** 2:4
**mean** 16:25
**means** 19:25
**mecklenburg** 3:7 28:11
**medications** 7:2
**meet** 12:13 17:10 18:23
**meeting** 16:21 27:13
**memory** 7:8
**mental** 7:7
**mentioned** 10:1 15:13 16:20 18:17 22:18 25:4 26:13,24
**message** 23:24 24:13
**messaged** 24:12
**messages** 23:17

messing 24:9
met 12:7,18,22 24:14
michael 2:8,8 4:10
michael.moran 2:11
michael.thom... 2:12
minute 16:1
misplaced 23:21
missed 25:15
ml 19:18,21,23 20:20
mom 22:22 23:24 24:4,12 24:21
month 23:19,25
moran 2:8 3:2 4:5,10 19:10 27:11
morning 4:6,23 13:12 14:2,2,5 25:15
mother 13:1
mullins 2:9
multilingual 20:1,3 21:3 22:1
museum 9:16

**n**

name 4:9,14 12:20,21 23:1
named 28:10
near 11:25
need 6:9
needs 14:12
neighborhood 11:25
neither 28:18
nelson 2:9
nelsonmullin... 2:11,12,12
nervous 15:17 15:18 17:23
nevada 8:5
nice 11:7
nick 2:9
nick.quatraro 2:12
night 14:4
nine 8:25,25
ninth 7:24
nod 10:10,17
nodding 5:17
non 5:16 12:2
north 1:1,16 2:4,24,24 4:13 4:17 8:3,21 28:1,7,8,11
notarial 28:22
notarization 28:24

notary 2:23 28:6 29:4,5
noted 19:4
noticed 9:17 17:19 18:11 21:9
number 3:6 29:5

**o**

oath 6:15 28:15
office 25:11
offices 2:3
oh 9:11,13 10:9 25:18
okay 4:25 5:19 6:1,8,13,24 7:2 7:6 8:2,6,12,20 9:18 10:18,23 10:25 11:5 12:3,25 13:3,5 14:17 16:4 17:12,16 18:6 18:11 19:2,14 19:17,19 20:2 20:10,24 21:25 22:19 23:11,25 24:20 25:18,25 26:13 27:5,9
once 11:8 15:19 15:21 23:3,18 23:25 24:16
ones 12:4

open 11:7 12:12 13:4 22:17,20
outside 9:9,10 10:7,9

**p**

p 2:8
page 3:2 19:15 19:18 20:13,14
paperwork 12:23 23:5
parent 23:17
parents 9:8 12:13,15,16 15:9
park 8:1,2,9,15 9:13 10:16
parks 9:11
parties 19:3 28:20
party 23:23 25:17
pass 27:7
passing 25:11 26:16
peers 12:2 13:13 14:14
pending 6:11
people 5:8
person 15:19 24:11,18 26:10 28:10

Tiara McGrady

February 3, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

**[petitioner - ride]**

Page 7

| | | | |
|---|---|---|---|
| **petitioner** 1:6 2:2 | **present** 6:18,19 9:5 | **pulled** 20:7 | **recollection** 6:3 |
| **physical** 7:6 | **pretty** 9:8 12:18 15:19 17:5 18:1 23:16,17 | **purposes** 5:9 6:3 | **record** 4:15,21 5:25 28:16 |
| **picture** 10:15 11:3 | | **put** 13:9,10,24 13:25 | **records** 3:7 19:16 |
| **pictures** 10:14 | | **putting** 22:13 | **red** 13:10,25 |
| **pisgah** 4:16 | **previous** 15:15 | **q** | **reduced** 28:15 |
| **place** 9:15 10:20 23:8 | **previously** 21:12,13 | **quatraro** 2:9 | **reflect** 3:13 |
| **places** 10:22 | **prior** 21:10 | **question** 4:24 4:25 5:2,3,11 6:11,11 27:2 | **regular** 23:18 |
| **plan** 19:18,21 19:23 20:1,3 22:1,4 | **probably** 4:22 8:10 9:10,15 11:24 12:5,17 15:3 17:20 18:20 19:1 20:7 23:18,18 | | **regularly** 17:7 17:12 |
| | | **questions** 4:19 4:23 5:15,22 6:5 7:8,17 27:6 27:10 | **reid** 8:1,2,9,15 |
| **play** 10:9,10 14:16 18:25 | | | **related** 28:19 |
| **played** 10:6 | | **quote** 3:13 | **remember** 25:23 |
| **playground** 9:14 10:16 | **produced** 1:25 | **quoted** 3:12 | **remote** 1:14 2:21 |
| **plays** 18:22 | **profession** 7:20 | **r** | **remotely** 28:9 |
| **playtime** 17:4,5 | **proficient** 21:17 | **r** 1:4 | **repeat** 4:24 |
| **please** 4:14 5:15,22 6:10 6:11 9:21 | **program** 20:19 21:15,16 | **raised** 24:6 25:1 26:4,7 | **rephrase** 4:25 |
| | | **rate** 20:17 | **reported** 1:24 |
| **pllc** 2:3 | **programs** 20:21 | **read** 16:9 20:15 | **reporter** 2:23 5:6,16,25 28:6 |
| **point** 6:9 10:13 10:15,19,21 24:17 | **progress** 11:14 | **ready** 14:13 23:6 | **reporter's** 28:4 |
| | **projects** 24:1 | **realized** 23:4 | **requirements** 28:24 |
| **population** 11:23 | **prompt** 10:7 | **really** 11:13 16:15 17:4,5 | **resolved** 24:19 |
| **possible** 4:21 | **pronounce** 12:20,21 | **reason** 7:12 | **respond** 5:2 |
| **possibly** 12:17 25:14,15 | **provide** 7:9 17:9 | **recall** 6:4 25:12 | **respondent** 1:9 1:15 2:7,22 4:11 |
| **pre** 23:1,2 | **public** 2:23 28:7 29:4 | **recess** 14:15 17:5 18:17,18 | **responses** 5:16 |
| | | | **ride** 26:24 |

Tiara McGrady

February 3, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

**[right - strides]**

Page 8

| | | | |
|---|---|---|---|
| **right** 6:7,12,20 7:16 9:4 16:11 16:12,14 17:14 19:6,11 20:6 21:7 23:4 24:6 24:25,25 26:13 | 19:16 23:9 24:11,14 25:20 26:25 | **shares** 15:25 | **sounds** 11:16 16:8 |
| **riley** 2:9 | **screen** 19:5 | **sharing** 15:13 22:15 | **south** 2:10 |
| **rings** 17:3 | **scroll** 19:15 20:14 | **she'll** 10:6,9,11 10:13,16,19 13:9,10,11,12 14:13 15:17,17 15:21 18:19,19 18:25 | **spanish** 10:23 16:2 18:1 |
| **roberth** 1:4 4:11 27:3 | **second** 19:5 25:22 | | **speak** 10:23 12:5 15:18 18:2 21:6 23:14 24:1,4 |
| **room** 6:21 | **see** 5:6 11:20 11:23 14:11 19:6,20 20:14 20:21 | **shift** 19:2 22:17 | **speaking** 11:11 18:8 21:20,21 22:8 23:17 |
| **routine** 13:14 13:14,19,23 14:5 | | **show** 19:3 | |
| | **seem** 15:14 | **showing** 16:24 | **spend** 14:10 |
| **rules** 4:20 | **seems** 26:22 | **shy** 11:6 15:19 17:24 | **spoke** 22:20,22 23:12 |
| **run** 18:23,25 | **seen** 11:11 17:18 19:13 20:25 21:2 22:3,7 25:11 | **signature** 27:16 29:4 | **spoken** 25:9,10 26:10 27:3 |
| **running** 18:21 | | **signed** 28:22 | **standards** 17:10 |
| **runs** 4:20 | | **simple** 26:19 | |
| **s** | **send** 23:16,16 | **sister** 15:5 26:17,19 | **start** 5:12 7:19 17:4 |
| **santiago** 25:19 26:14 | **sense** 5:13 22:14 | **sit** 14:1,13,14 | **started** 17:17 23:9 |
| **saying** 21:24 22:9 | **sentence** 22:9 22:10 | **sitting** 24:12 | **state** 2:23 4:14 28:1,7 |
| | | **situation** 24:17 24:18 | |
| **says** 16:3 19:20 20:15 | **sentences** 21:20 21:21,23 22:13 | **six** 19:1 21:22 | **states** 1:1 |
| **scarborough** 2:9 | **set** 14:12 28:25 | **skill** 14:11 | **stay** 9:17 |
| | **seven** 21:23 | **skills** 11:13 16:17 20:8,8 21:3 | **staying** 10:2 |
| **school** 3:7 11:10,15,23 12:8,11,13,24 13:7,8,16 14:20 16:25,25 17:2,3,7,11,12 | **shake** 10:16 | | **stenotype** 1:24 |
| | **shaking** 5:17 | **small** 14:8 23:2 | **stop** 22:15 |
| | **share** 10:22 14:4,4 15:15 15:22,24,25 16:1 19:5 | **smoothly** 4:20 | **store** 10:20 |
| | | **sorry** 9:21 | **street** 2:10 |
| | | **sound** 4:25 | **strides** 14:23 14:25 |

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

**[strike - typically]**

Page 9

**strike** 9:21
**strong** 16:16
**stronger** 21:19
**structured** 13:20,22
**structuring** 22:12
**struggle** 14:24
**struggling** 9:9 14:22
**student** 9:25 11:7 12:15,16 17:25 18:8 19:18,21,23 20:1,3,21,21,23 21:1,3 22:1
**students** 9:6 10:14 11:20,24 16:6 20:18,25 21:6,10,11,12 21:13,14
**stuff** 13:9
**subtract** 16:10
**subtraction** 16:13
**suffer** 7:6
**suit** 16:16
**suite** 2:4
**supposed** 16:9 16:10,12 23:5
**sweet** 11:7
**swing** 18:20
**swings** 18:19

**sworn** 4:2 28:12

**t**

**table** 13:13
**take** 5:16,25 6:9 25:19
**taken** 1:15 7:2
**takes** 16:1 20:20,21
**talk** 5:9 17:22
**talking** 14:6 21:12 26:14
**taught** 8:4,5,7 8:14
**teach** 7:25 8:6
**teacher** 7:21,23 12:14,14 20:10 20:12
**teaching** 8:9,18 8:23 9:2,2 17:17
**tell** 15:1,3,9 18:3,4,9
**tend** 11:9 12:4
**tenesaca** 1:8 4:10,12 9:19 9:22,24 10:3 23:12,15
**testify** 4:3 7:3 7:13 28:12
**testifying** 6:15
**testimony** 6:18 7:9 28:17

**thank** 4:9,18 5:22 13:3 27:11,13,14
**thing** 16:25 17:1 21:20 22:18 24:23 25:22
**things** 6:4 25:19
**think** 7:12 15:12 17:17,22 20:23 24:9 25:10,13
**thompson** 2:8
**thought** 23:1
**three** 8:7,14 21:22
**tiara** 1:14 2:21 4:1,16
**time** 9:1,8 11:9 14:3,9,11,13 15:13 16:24,25 17:14,15,16 18:20 20:21 24:8 27:6,12
**today** 4:7 6:15 6:22 7:10 9:12 10:9 17:17
**today's** 6:2
**together** 12:23 22:13 23:6
**told** 24:16
**took** 11:7 23:8

**track** 16:14
**transcript** 1:25 28:16
**transcription** 1:25
**transition** 18:7
**translate** 18:3
**translator** 22:25 23:3
**treats** 25:16,23
**tremendously** 11:11
**truancy** 17:1
**true** 28:16
**truth** 28:12,12
**trying** 15:8 23:2
**tuesday** 1:17 2:25 28:9
**turn** 23:20
**twice** 20:7 25:10
**two** 20:25 21:21 25:18
**type** 19:12
**typewriting** 28:15
**typically** 9:8 10:4,5,7,19,21 10:22 13:11,22 14:3,21 15:17 16:11,24 18:19 18:22,23 20:6 21:18 23:20,23

Tiara McGrady

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

February 3, 2026

**[typically - zoom]**

Page 10

26:16 27:1

**u**

**uh** 5:24,24,24
9:3 11:2,18
21:4 25:6,8,21
**uncle** 26:11
**under** 6:15
28:15,15
**understand**
4:23 6:14 7:8
**understood** 5:3
**united** 1:1
**upset** 13:15
**use** 10:15
**used** 11:8 17:25
**using** 21:19,19
22:8,10
**usually** 10:16
18:18,20 20:2
20:5 23:25
25:19,24

**v**

**v** 4:11
**varies** 20:18,23
21:1
**vega** 1:4 4:11
9:18,22,24
10:3 27:3
**vegas** 8:5,14
**verbal** 5:16
11:1
**verbally** 5:15

**verbatim** 3:12
**video** 28:23
**vocabulary**
11:12 20:8
21:19,20
**vs** 1:7

**w**

**waived** 27:16
**wal** 10:20
**walk** 26:25
**want** 4:19 6:6
7:19 26:17
**wants** 14:14
**way** 4:16 5:23
**we've** 7:16 14:4
**week** 20:7 23:7
23:8 26:19
**weekend** 9:13
10:5 14:5
15:16
**welcome** 27:14
**went** 9:13,14
9:16
**western** 1:1
4:13
**whereof** 28:25
**winterfield**
8:18
**witness** 2:21
27:8 28:14,17
28:25
**word** 5:7 21:23
22:9

**words** 21:22,22
22:9,10
**work** 9:8 13:12
13:21 14:2,3,9
14:20 20:7
**working** 15:2,6
16:16,19
**wow** 7:25
**wrong** 18:2,4

**y**

**y'all** 15:14
**yeah** 12:7
14:19 15:6,13
15:17 18:24
20:12 21:2
23:14 24:2
25:22,25 26:4
26:10,22,23,23
27:2
**year** 7:24 8:11
8:19 11:10,15
12:8,11,13,24
15:1 22:4
24:11
**years** 8:7,13,14
8:15,25 20:19
20:25 21:10

**z**

**zoom** 2:3,8,8,9

South Carolina Rules of Civil Procedure

Part V. Depositions and Discovery

Court Rule 30

(e) Submission to Witness; Changes; Signing.
When the testimony is fully transcribed the
deposition shall be submitted to the witness for
examination and shall be read to or by him unless
such examination and reading are waived by the
witness and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 30 days of its
submission to him, the officer shall sign it and
state on the record the fact of the waiver or of
the illness or absence of the witness or the fact
of the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be
used as fully as though signed unless on a motion
to suppress under Rule 32(d)(4) the court holds

that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.