Page 1

1              IN THE UNITED DISTRICT COURT
      FOR THE WESTERN DISTRICT OF NORTH CAROLINA
2                 CHARLOTTE DIVISION

3

4   ROBERTH R. VEGA MARIDUENA,

5              Petitioner,

6   vs. CIVIL ACTION NO. 3:25-cv-00129-DCK

7   DEISY ALEXANDRA TENESACA JATIVA,

8              Respondent.

9

10  INTERPRETED VTC
    DEPOSITION OF:   GENESIS VALERIA JIMENEZ MIRANDA
11                   (Appearing by VTC)
12  DATE:            February 9, 2026
13  TIME:            2:01 p.m.
14  LOCATION:        Zoom Videoconference
15  TAKEN BY:        Counsel for the Respondent
16  REPORTED BY:     Susan M. Valsecchi, Registered
                     Professional Reporter, CRR
17                   (Appearing by VTC)
    _____
18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 1 of 58

```
                                             Page 2
 1     APPEARANCES OF COUNSEL:
 2
            ATTORNEYS FOR PETITIONER
 3              ROBERTH R. VEGA MARIDUENA:
 4              THE LAW OFFICES OF DERRICK J.
                HENSLEY, PLLC
 5              BY:  DERRICK J. HENSLEY
                     (APPEARING VIA VTC)
 6              401 Meadowland Drive
                Suite 201
 7              Hillsborough NC 27278
                (919) 480-1999
 8              derrick@lodjh.com
 9
10
            ATTORNEYS FOR DEFENDANT
11              DEISY ALEXANDRA TENESACA JATIVA:
12              NELSON MULLINS RILEY & SCARBOROUGH
                BY:  MORGAN THOMPSON
13                   NICHOLAS QUATRARO
                     MICHAEL MORAN
14                   (APPEARING VIA VTC)
                1320 Main Street
15              17th Floor
                Columbia SC 29201
16              (803) 799-2000
                morgan.thompson@nelsonmullins.com
17              nicholas.quatraro@nelsonmullins.com
                michael.moran@nelsonmullins.com
18
19
20          ALSO PRESENT VIA VTC:
                Gabi Espinoza Siebach, Interpreter
21
22
23          (INDEX AT REAR OF TRANSCRIPT)
24
25
```

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-3      Filed 02/18/26      Page 2 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 3

1          THE COURT REPORTER:  The attorneys

2     participating in this deposition acknowledge

3     that I am not physically present in the

4     deposition room and that I will be reporting

5     this deposition remotely.

6          They further acknowledge that in lieu

7     of an oath administered in person, I will

8     administer the oath remotely.

9          The parties further agree that if the

10    witness is testifying from a state where I

11    am not a Notary that the witness may be

12    sworn in by an out-of-state Notary.

13         If any party has an objection to this

14    manner of reporting, please state it now.

15         [NO RESPONSE]

16         THE COURT REPORTER:  Hearing none, I

17    will proceed.

18         Would you raise your right hand.  Do

19    you solemnly swear to interpret the

20    proceedings from Spanish to English and

21    English to Spanish accurately and to the

22    best of your ability, so help you God?

23         THE INTERPRETER:  I do.

24         THE COURT REPORTER:  Thank you.  Would

25    you ask the witness to raise their right

Page 4

1          hand, please.
2                  Do you solemnly swear to tell the
3          truth, the whole truth, and nothing but the
4          truth, so help you God?
5                  THE WITNESS:  Yes.
6                GENESIS VALERIA JIMENEZ MIRANDA
7      being first duly sworn, testified as follows:
8                          EXAMINATION
9      BY MS. THOMPSON:
10         Q.   Good afternoon, Ms. Jimenez, how are
11     you doing today?
12         A.   Well.
13         Q.   My name is Morgan Thompson, and I'm an
14     attorney for Deisy Tenesaca, who is the respondent
15     in the lawsuit of Roberth Vega versus Deisy
16     Tenesaca, case number 3:25-cv-00129 in the Western
17     District of North Carolina.
18                  Can you please state your full name for
19     the record.
20         A.   Genesis Valeria Jimenez Miranda.
21         Q.   And as you know I'm going to be asking
22     you some questions this afternoon, but before we
23     get started, I just want to go over some rules so
24     that this deposition runs smoothly.
25         A.   Okay.

1          Q.   If you do not understand or hear my

2     question, please let me know, and I can repeat or

3     rephrase it, but if you do respond to my question,

4     I will assume that you heard and understood the

5     question, okay?

6          A.   Okay.

7          Q.   As you can see, there's a court

8     reporter here who is taking down every word that is

9     said, so I ask that you let me finish my full

10    question that I have for you, even if you know what

11    I'm asking you and you're ready to give your

12    response, just so that we are not interrupting each

13    other and she can get down the words accurately.

14             And as you can see, we have a

15    translator present who is going to translate my

16    questions that are in English, translate them into

17    Spanish, and then translate your Spanish answers

18    into English, and we ask that you only give answers

19    in Spanish.

20         A.   Okay.

21         Q.   There may be times when your answer

22    might be long and the translator needs to ask you

23    to repeat something or asks you to stop so that she

24    can translate a portion of your answer, and then

25    she will do that, and then let you know when to

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 6

1    continue on with your answer, okay?

2          A.   Okay.

3          Q.   And so that the court reporter can get

4    everything down accurately, we need you to make

5    sure that you give verbal answers.  So even if I

6    ask you a yes-or-no question, you need to say yes

7    or no.  You can't say uh-huh or, you know, uh-uh,

8    or the court reporter is not going to know what

9    you're saying.  So we need you to give verbal

10   answers.

11         A.   Okay.

12         Q.   Okay.  And do you understand that you

13   are testifying under oath today, and so even though

14   there's no judge or jury present, you understand

15   that you should testify in the same manner as if

16   they were?

17         A.   Yes.

18         Q.   Okay.  Is anybody in the room with you

19   today?

20         A.   Not right now.  My baby is in his room.

21         Q.   And did you bring any documents with

22   you today?

23         A.   No.

24         Q.   Have you taken any medications in the

25   last 48 hours that could affect your ability to

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 6 of 58

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 7

1    testify completely and accurately?

2           A.    No.

3           Q.    Do you suffer from any physical,

4    cognitive, or mental condition that would impair

5    your memory, your ability to understand my

6    questions, or your ability to provide complete and

7    accurate testimony today?

8           A.    No.

9           Q.    No, okay.

10          Can you please explain to us your

11   relationship to Roberth Vega?

12          A.    Yes, first of all, I am the daughter,

13   siblings with Aylis and Santiago, even though I

14   don't bear his last name.

15          Q.    And what is the name of your mother?

16          A.    So Zoila Miranda.

17          Q.    What year were you born?

18          A.    1997.

19          Q.    And how many siblings do you have?

20          A.    On my mother's side there are five of

21   us, and on my father's side there are five of us.

22          Q.    And did you all grow up together?

23          A.    No.  On my mother's side, yes.  But on

24   my father's side, no.

25          Q.    So you grew up in the household with

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                      Page 8

```
 1   your mother and the five siblings that belong to
 2   her; is that right?
 3            A.    Yes.
 4            Q.    And did Mr. Vega live in the house with
 5   y'all?
 6            A.    No.
 7            Q.    Can you describe for us what it was
 8   like growing up with Mr. Vega as your father?
 9            A.    Well, I -- my mother would send us from
10   Friday after school through the weekend to spend it
11   with my father and my siblings.
12            Q.    So just to make sure I understand, you
13   spent the weekends with him growing up?
14            A.    Yes.
15            Q.    And did Mr. Vega care and provide for
16   you during this time?
17            A.    Yes.
18            Q.    Do you consider yourself close with
19   Mr. Vega?
20            A.    Yes.
21            Q.    Have you always been close with
22   Mr. Vega?
23            A.    Yes.
24            Q.    Have you ever been frightened by
25   Mr. Vega?
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 8 of 58

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                    Page 9

1          A.    No.

2          Q.    Have you had opportunity to observe

3    Mr. Vega with Santiago and Aylis?

4          A.    Of course, yes.

5          Q.    Can you describe those interactions for

6    us.

7          A.    Well, with my father, we had

8    opportunity to go out to the park together, go and

9    get some ice creams together.  He would play with

10   my siblings.

11         Q.    How would you characterize Mr. Vega as

12   a father to Santiago and Aylis?

13         A.    Well, a person who is, on one side,

14   strict.  He doesn't want people to misbehave.  He

15   doesn't want us to misbehave.  And on the other

16   hand, loving.  He would be attentive, caring, and

17   responsible, ensuring that we didn't miss out on

18   anything.

19         Q.    Have you ever witnessed Mr. Vega

20   physically harm Santiago or Aylis?

21         A.    No.

22         Q.    Have you ever witnessed Mr. Vega

23   threaten Santiago or Aylis?

24         A.    No.

25         Q.    Have you ever witnessed Mr. Vega yell

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 9 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 10

1   at Santiago or Aylis?

2        A.   No.

3        Q.   Have you ever witnessed Mr. Vega

4   neglect Santiago or Aylis?

5        A.   No, he's always been attentive of

6   making sure that they have their vaccinations,

7   taking them to the doctor, making sure that their

8   teeth are cared for.

9        Q.   Have you ever been concerned about how

10  Mr. Vega parents Santiago and Aylis?

11       A.   No.

12       Q.   And you said earlier that you and

13  Mr. Vega are close; is that right?

14       A.   Yes.

15       Q.   How often would you say that you speak

16  to Mr. Vega now?

17       A.   To be honest, maybe some 7 percent.

18  Out of 10 percent I would say 7 percent.

19       Q.   Okay.  I'm not sure if she understood

20  my question, so I'm going to ask it again.

21            How often do you speak to Mr. Vega?  Do

22  you speak to him daily?  Weekly?  Monthly?  Can you

23  describe your communication with him?

24       A.   Daily.

25       Q.   Daily?  Okay.  And so the last time you

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 10 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 11

```
1    spoke to him would have been yesterday?  Or did you
2    guys speak today?
3          A.   It was the day before yesterday.  I
4    didn't call him yesterday because I was very busy.
5          Q.   Okay.  And have you discussed this case
6    with Mr. Vega?
7          A.   Yes, yes, I reminded him that he had
8    the deposition today, and he said yes, he hadn't
9    been confirmed through his attorney or anything,
10   but he was aware.  And I have spoken to him.
11         Q.   Okay.  Have you spoken to Mr. Vega
12   about the facts of this case?
13         A.   About the facts, yes.
14         Q.   Uh-huh.  And I'll be more specific.
15   Have you talked with Mr. Vega about the claims that
16   he has made against Ms. Tenesaca?
17         A.   No.
18         Q.   Okay.  And have you discussed with
19   Mr. Vega the claims that Ms. Tenesaca has made
20   against Mr. Vega?
21         A.   Yes, he did mention something related
22   to that.
23         Q.   What did he mention?
24         A.   That he belonged to a group of -- like
25   a band or something like that.
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 11 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 12

```
 1            THE INTERPRETER:  This is the
 2       interpreter.  I'm going to confirm what was
 3       meant by the word "band."  The interpreter
 4       is not sure that it was used in the
 5       traditional way.
 6            Sorry, the interpreter would like to
 7       make a correction to the record.  When she
 8       said the word "band," the term that was
 9       actually used was referring to a gang.
10  BY MS. THOMPSON:
11       Q.   Okay.  And just to make sure that I
12  understand, since we had some clarification going
13  on there, did Mr. Vega talk to you about being in
14  that gang or that Ms. Tenesaca has claimed that
15  he's in a gang?
16       A.   Yes, she was alleging that he was a
17  member of the gang.  That's what it was.
18       Q.   And when he told you that that was an
19  allegation that Ms. Tenesaca has made, did he say
20  anything else?
21       A.   No.
22       Q.   Okay.  Do you know Daisy Tenesaca?
23       A.   Yes.
24       Q.   How do you know Ms. Tenesaca?
25            THE INTERPRETER:  This is the
```

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 12 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                              Page 13

1          interpreter.  A nonstandard expression has
2          been used.  We'll just confirm what was
3          meant.
4                Since she started dating my dad, that's
5          when I met her, and I also worked for her.
6          I would visit them at their house.
7     BY MS. THOMPSON:
8          Q.   How would you describe your
9     relationship with Ms. Tenesaca?
10         A.   Well, at first I have to say she's
11    honestly a good person, very kind, hardworking.
12         Q.   And when you and Ms. Tenesaca lived in
13    Ecuador at the same time, would you spend time
14    together often?
15         A.   Yes, at her place of work.
16         Q.   And how often would you and
17    Ms. Tenesaca speak to each other?
18         A.   Almost daily.
19         Q.   Have you had the opportunity to observe
20    Ms. Tenesaca with Santiago and Aylis?
21         A.   Now?  Here or Ecuador?
22         Q.   Let's start with Ecuador.
23         A.   Ecuador, yes.
24         Q.   What about in the United States?
25         A.   Here I haven't been able to see them.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 13 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 14

1          Q.    Okay.  How would you characterize

2    Ms. Tenesaca as a mother to Santiago and Aylis?

3          A.    She is a good mother.

4          Q.    Have you ever witnessed Ms. Tenesaca

5    physically harm Santiago or Aylis?

6          A.    No.

7          Q.    Have you ever witnessed Ms. Tenesaca

8    threaten Santiago or Aylis?

9          A.    No.

10         Q.    Have you ever witnessed Ms. Tenesaca

11    yell at Santiago or Aylis?

12         A.    In Ecuador, yes, when they wouldn't

13    eat.

14         Q.    Okay.  Have you ever witnessed

15    Ms. Tenesaca neglect the care of Santiago or Aylis?

16         A.    No.

17         Q.    Have you ever been concerned about how

18    Ms. Tenesaca parents Santiago or Aylis?

19         A.    No.

20         Q.    Okay.  So it wasn't concerning to you

21    if Ms. Tenesaca yelled at Santiago or Aylis for not

22    eating?

23         A.    Like if I would be concerned by her

24    getting after them?

25         Q.    Yeah, just anything that you saw that

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-3      Filed 02/18/26      Page 14 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 15

1    concerned you about her parenting.

2         A.    No.

3         Q.    And can you describe for us what you

4    saw specifically with Ms. Tenesaca yelling at

5    Santiago or Aylis?  Was she frustrated with them?

6         A.    Yes, like a bit frustrated because they

7    wouldn't listen to her.

8         Q.    Okay.  So did you consider it to be a

9    big deal, or of importance?

10        A.    No.

11        Q.    Okay.  It was just normal mom stuff?

12        A.    Of course.  The thing is that Santiago

13   didn't like to eat.

14        Q.    Okay.  I understand.  I have a nephew

15   that's like that.

16             Okay.  Are you aware of the petition

17   for protection measures that Mr. Vega brought to

18   the Cantonal Board of the Protection Rights for

19   Babahoyo?

20        A.    Yes.

21        Q.    What did Mr. Vega tell you, if

22   anything, was the purpose of his petition in this

23   particular action?

24        A.    Oh, the thing is that he wanted a legal

25   custody of them because she left them.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 15 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 16

1       Q.   Okay.  And you gave testimony to the
2    board; is that right?
3       A.   Yes.
4       Q.   Did you give written testimony, or was
5    it oral testimony?
6       A.   Verbally.
7       Q.   Verbally, okay.
8            And did you give this testimony at a
9    hearing that was held in June of 2022?
10      A.   Yes.
11      Q.   And was your verbal testimony in person
12   or were you doing it virtually sort of like how
13   we're doing now?
14      A.   No, it was in person.
15      Q.   Okay.  Can you tell us why you decided
16   to testify for Mr. Vega in that action?
17      A.   Because I was the one that would watch
18   the kids so that he could go to work.  I would be
19   the one to take them to school.  I was practically
20   serving as their mom.
21      Q.   Yeah, and I have a couple questions for
22   you on that, but I just want to -- strike that.
23   We'll move on to that.
24            So you testified at the trial -- or not
25   the trial, at the hearing, that you were

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 16 of 58

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 17

1    essentially the nanny for the children; is that

2    right?

3            A.   Yes.

4            Q.   And did you testify that you were the

5    nanny for the children for a year at that point?

6            A.   Yes.

7            Q.   Okay.  And again, that was in -- the

8    hearing was in June of 2022, so your testimony

9    means that you were the nanny for the children

10   since June of 2021?

11           A.   Yes.

12           Q.   Okay.  Are you aware that the children

13   did not come into Mr. Vega's exclusive care until

14   February of 2022?

15           A.   I didn't understand that.

16           Q.   So it's our understanding that Mr. Vega

17   did not have full control of the children, full

18   like physical control of the children, until

19   February 6th of 2022; is that right?

20           A.   He was with them the entire time, but

21   the thing is that he would be running truck routes.

22   So when he was on a truck route, the kids would

23   sleep with me.  But they were with him or with me

24   the entire time.

25           Q.   So you're saying that they were with

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 17 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 18

1   you the entire time from June of 2021 to June of

2   2022?

3          A.   Yes, of course, with him and with I.

4   His trips were like overnight.  He would leave one

5   day and come back the next, and like that.

6          Q.   Okay.  So it's your contention that

7   during that time, so before -- excuse me, between

8   June of 2021 and February of 2022 the children were

9   not in the care of Flor Jativa Cruz?

10              THE INTERPRETER:  This is the

11         interpreter.  Would you mind repeating the

12         person who they weren't with, not in the

13         care of?

14              MS. THOMPSON:  Yes, Flor Jativa Cruz.

15              THE WITNESS:  No, that wasn't until

16         he -- immigrated here because Deisy had told

17         him to come over here, and that is when he

18         did leave them with power of attorney in

19         favor of her.

20  BY MS. THOMPSON:

21         Q.   So just to make sure I understand,

22  you're saying that Ms. Flor Jativa Cruz did not

23  take care of the children until after June of 2022?

24         A.   Yes.

25         Q.   Are you aware that your father,

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 18 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 19

1    Mr. Vega, in this action in front of the board
2    submitted that the children split time between him
3    and Ms. Flor Jativa Cruz?
4          A.    No.
5          Q.    Okay.  Did you testify in front of the
6    board that Mr. Vega takes good care of the
7    children?
8          A.    Yes.
9          Q.    Was that your belief at the time?
10         A.    Yes.
11         Q.    Do you still hold the same belief?
12         A.    Yes, of course.
13         Q.    Okay.  During the time that you were
14   nannying for Mr. Vega, did you speak with
15   Ms. Tenesaca by phone or by text?
16         A.    Yes, a few times, maybe two times or
17   three times.
18         Q.    Okay.  Did Ms. Tenesaca pay you to
19   provide her with information about the children?
20         A.    No.
21               (JIMENEZ EXHIBIT 74, Text Messages,
22         Bates TENESACA_000974, was marked for
23         identification.)
24               (JIMENEZ EXHIBIT 74A, Translated Text
25   Messages, Bates TENESACA_000985, was marked for

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 19 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 20

1    identification.)

2    BY MS. THOMPSON:

3          Q.    Okay.  I'm going to show you what has

4    been submitted to the court and stipulated to by

5    the parties.  It's joint Exhibit 74, which we have

6    submitted are text messages between you and

7    Ms. Tenesaca.

8                And as we go through these text

9    messages, I'm going to pull up the Spanish version

10   for you, but also state the location of the English

11   version for the court reporter.

12         A.    Okay.

13         Q.    Let me see if I can do this.

14               Okay.  Can you see my screen?

15               And does it look like text messages on

16   the screen?

17         A.    No, I don't see anything.

18               THE INTERPRETER:  This is the

19         interpreter.  The interpreter is able to see

20         them.  It seems that the witness might be on

21         a cellphone.  She might have to slide to

22         another screen.

23               MS. THOMPSON:  Okay.  Would you mind

24         trying to help her with that?

25               (The interpreter and the witness

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 20 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 21

1          confer.)

2                THE INTERPRETER:  The witness confirms

3          that she can see the screen now.

4     BY MS. THOMPSON:

5          Q.    Okay.  I'm going to scroll through

6     these messages slowly just so that you can kind of

7     get familiarized with them and just kind of skim

8     over them really quickly.  Okay.

9          A.    Yes.

10         Q.    Okay.  Were you able to skim?

11         A.    Yes.

12         Q.    Do these appear to be text messages

13    between you and Ms. Tenesaca?

14         A.    Yes, it looks like they are.

15         Q.    I am going to show you what has been

16    Bates-labeled TENESACA_000974, which is the Spanish

17    version of a particular text message, and the

18    English version for the court reporter is located

19    at 000985.

20         A.    Okay.

21         Q.    These top two text bubbles where I have

22    my cursor, can you read those to yourself for a

23    moment, and then I'll have a couple questions for

24    you on those.

25         A.    Done.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 21 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 22

1      Q.    Okay.  So Ms. Tenesaca appears to have

2   written "the only way for things to get better is

3   for him to leave this world."

4            And you responded, "Yes,

5   unfortunately"; is that correct?

6      A.    I'm sorry, could I see the number,

7   please?

8      Q.    I don't know what number you're

9   referring to.

10      A.    The number for the chat.

11      Q.    I do not have the number for the chat.

12   Are you doubting that these are between you and

13   Ms. Tenesaca?

14      A.    I never told her that.

15      Q.    So I'm going to ask you again, are you

16   disputing that these are text messages between you

17   and Ms. Tenesaca?

18      A.    The thing is, I haven't written her

19   that.

20      Q.    Okay.  Is it possible that you don't

21   remember that you wrote her that?

22      A.    No, I haven't written her that.

23      Q.    Okay.  Are you aware that the parties

24   have stipulated to the authenticity and

25   admissibility of these text messages?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 22 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 23

1          A.    I'm sorry, I don't understand that.

2          Q.    It's okay.

3                Do you understand that the parties have

4    submitted these text messages as text messages

5    between you and Ms. Tenesaca?

6          A.    Yes, I knew about that.

7          Q.    Okay.  I'm just going to -- I'll go

8    back to the question that I first asked you, but

9    I'm going to backtrack here a little bit.

10               Can you tell me the name at the top of

11   the text message chain right where my cursor is?

12         A.    A second.  Genesis.

13         Q.    Okay.  And I'm going to scroll to Bates

14   label TENESACA_000979, and the corresponding

15   English version of the particular text message I'm

16   going to show is at 000990.  So give me just one

17   second so that I can get there.

18               Okay, so I'm there now.  Ms. Jimenez,

19   can you please read this text message exchange to

20   yourself.

21         A.    You want me to read them out loud?

22         Q.    Now, you can just read them to

23   yourself.

24               THE INTERPRETER:  Ms. Thompson, this is

25         the interpreter, would you mind making it a

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                Page 24

1          little bit bigger so that I may follow along
2          as well.  Thank you.
3                MS. THOMPSON:  Do you see that?
4                THE INTERPRETER:  Yes, thank you.
5                MS. THOMPSON:  Okay.
6                THE WITNESS:  Yes, I have read it.
7    BY MS. THOMPSON:
8          Q.   Okay.  Give me one second.  I have to
9    look at the English version of these, so give me
10   one second.
11               Okay.  Can you tell me, right through
12   here, the name that Ms. Tenesaca states?
13         A.   What name that it says?  Genesis?
14         Q.   Yes.
15         A.   Yes.
16         Q.   Okay.  And do you see where it says at
17   the bottom "That my daddy had gone for treatment"?
18         A.   Yes, yes.
19         Q.   Okay.  And so you maintain that these
20   text messages are not between you and Ms. Tenesaca?
21         A.   No.
22         Q.   Again, the parties have stipulated to
23   the authenticity and admissibility of these text
24   messages, so I'm going to continue on asking about
25   the text messages, but this deposition might go a

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 24 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 25

1    little bit longer than originally planned.

2          A.   Okay.

3          Q.   So I am going to take us back to Bates

4    label TENESACA_000974 with the corresponding

5    English version at 000985.

6          A.   Okay.

7               THE INTERPRETER:  Mrs. Thompson, this

8          is the interpreter again.  Would you mind

9          making it bigger one more time, please.

10              MS. THOMPSON:  Yes.  Sorry, I have to

11         make it smaller and bigger like -- yeah,

12         just tell me whenever you need it.

13              THE INTERPRETER:  Thank you.

14   BY MS. THOMPSON:

15         Q.   Can you please read the top two text

16   bubbles for me, please.  And you can read them out

17   loud.

18         A.   "Yes unfortunately.  The neighbor says

19   the same."  I think that's what it says.

20         Q.   Okay.  And can you read the portion of

21   the text bubble that is right through here?

22         A.   On top?

23              The one that you're highlighting?

24         Q.   Yes, this one right here.

25         A.   "Of course I know ... but the only way

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 25 of 58

1    is for him to leave this world."

2         Q.    And it's your testimony that that is

3    not a text exchange between you and Ms. Tenesaca?

4         A.    No.

5               No, I would chat with her.  When I

6    first started to exchange messages with her, it was

7    through Facebook, and it was just like two or three

8    times only.

9         Q.    Okay.  Give me one second.

10        A.    Okay.

11        Q.    I'm going to go now to Bates label

12   TENESACA_000975 with the corresponding English

13   version at 000986.

14              Okay.  Can you please read these text

15   messages out loud.

16              So I'm talking about the first 1, 2, 3,

17   4, 5, 6, 7 text bubbles.

18        A.    Okay.

19              No CK I am not in agreement with it, no

20   chance at all.  Because not even to Santy I would

21   say.  It wouldn't be that it would be over there,

22   witches, and they say something, that it's me.  Oh,

23   no.  How scary.

24        Q.    Okay.  So just to make sure that I

25   understand, because I think there might be some

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 26 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 27

1    translation that I'm not understanding, these seven

2    text bubbles, is it talking about witches telling

3    somebody something and that being scary?

4         A.    That's the thing I don't understand.  I

5    don't understand it either.

6         Q.    Okay.

7         A.    I don't understand, I don't understand.

8         Q.    Can you read the five text bubbles

9    starting with "Si," and you can just read those to

10   yourself.

11        A.    Okay.

12        Q.    Okay.  In the five text message bubbles

13   that you just read, is it talking about somebody

14   getting a demonic tattoo?

15        A.    I don't understand.  I mean, I did read

16   it, but I don't know what it's trying to say.

17        Q.    Okay.  And you maintain that this is

18   not a -- that these text messages that you just

19   read and we just talked about, this is not between

20   you and Deisy and it's not about Mr. Vega?

21             MR. HENSLEY:  Objection for the record,

22        compound question.

23             THE WITNESS:  I don't understand.

24   BY MS. THOMPSON:

25        Q.    Do you want me to repeat?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 27 of 58

Page 28

1          A.    Yes.

2          Q.    Okay.  Do you maintain that the text

3    messages you just read are not between you and

4    Deisy Tenesaca?

5          A.    No, I chatted with her, but I chatted

6    with her over Facebook.  She reached out to me

7    first, and I did chat with her a couple of times,

8    but that was through Facebook.

9          Q.    Okay.  I'm going to go to what has been

10   Bates labeled TENESACA_000976 with the

11   corresponding English version at 000987.

12         A.    Okay.

13         Q.    So can you see that?

14         A.    Yes, I'm seeing it.

15         Q.    Give me one second.

16         A.    Yes.

17         Q.    Okay.  Can I have you read the first

18   text bubbles, starting with "You" -- 1, 2, 3, 4 --

19   the first four text bubbles, just read that to

20   yourself.

21         A.    Yes.

22         Q.    And are these text messages talking

23   about somebody changing their WhatsApp number and

24   not wanting to give it to anybody?

25         A.    Yes, yes, here it says to change the

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 28 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 29

1    WhatsApp number.

2              Change WhatsApp.

3         Q.   Okay.  And does it say here that

4    whoever this person was did not want that number to

5    be given to anyone?

6         A.   Yes, that's what I read.

7         Q.   Okay.  And do you know if the "he" that

8    is being referred to here is Mr. Vega?

9         A.    No, I don't understand it.  No, I don't

10   understand it.  I don't think so.

11        Q.   Okay.  I'm going to scroll to what's

12   been Bates-labeled TENESACA_000977 with the

13   corresponding English version at 000988.

14        A.   Okay.

15        Q.   I want to have you read starting right

16   here with "Mi papi," that text message, through

17   this text message right here.

18              And please read them out loud.

19        A.   "My daddy is doing those disgusting

20   things.  That is" --

21              THE INTERPRETER:  The word mentioned

22        was "nalo," N-A-L-O, not a complete Spanish

23        word.

24              THE WITNESS:  And you'll see, I am sure

25        that he is harming --

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 29 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                    Page 30

 1              THE INTERPRETER:  Gender not specified.

 2              THE WITNESS:  -- supposedly he told me

 3         that he had contact with the father of

 4         Ander.

 5    BY MS. THOMPSON:

 6         Q.   Okay.  Do you know who "my daddy" is

 7    being referred to here?

 8         A.   No.

 9         Q.   And where it says, "I'm sure that he is

10    hurting" him or her, gender unspecified, do you

11    know who the "he" is?

12         A.   No.

13         Q.   I'm going to scroll to Bates label

14    TENESACA_000978 with the English version at 000989.

15         A.   Okay.

16         Q.   Can you read for us the text message

17    chain starting with -- I'm sorry, I'm going to

18    probably mispronounce this -- "Ostigoso" and

19    through "tranquila."

20         A.   Okay.

21         Q.   And can you please read that out loud.

22         A.   "Bothering people to know about me with

23    that question that he has.  Yes, me on my side

24    saying nothing.  I don't say anything.  I deny

25    everything.  Ha ha ha.  You just relax.  No, I

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 30 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 31

1    don't know.  And ask him why.  And I die with that.
2    And when I give him my cellphone, I turn off the
3    data.
4         Q.    Okay.  I'm going to scroll now to a
5    Bates label TENESACA_000979 with the English
6    version at 000990.
7         A.    Okay.
8         Q.    Can you see this?
9         A.    I see it.
10             Yes.
11        Q.    Now, this is a text message chain that
12   I think we talked about earlier, but I had other
13   questions for you there.
14             Can you, again, read to yourself the
15   text messages starting right here with "K el tenia"
16   and -- 1, 2, 3, 4, 5, 6 -- the six text message
17   bubbles right here.
18        A.    Okay.
19        Q.    Okay.  And, again, is what is being
20   talked about here in the text messages you just
21   read that somebody has a witch?
22        A.    Here it says that he had a witch, yes.
23        Q.    Okay.  And you don't know what's being
24   talked about here?
25        A.    No.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 31 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 32

1        Q.    And at the bottom of the text message

2    chain where it says "mi papi," you don't know who

3    the daddy is that's being talked about?

4        A.    No, to be honest, I don't.

5        Q.    I'm going to scroll to Bates label

6    TENESACA_000980, with the corresponding English

7    version at 000991.

8        A.    Okay.

9        Q.    And can you see these text messages on

10   your screen?

11       A.    Yes.

12       Q.    Okay.  Can you please read these text

13   messages in white here to yourself.

14       A.    Okay.

15       Q.    And are these text messages right here

16   that you just read, are they explaining that

17   something has to happen and that the babies will be

18   given to Ms. Tenesaca?

19       A.    Yes, that's what it's saying.

20       Q.    Okay.  And does it say right here in

21   this text message that they need to be given to

22   Ms. Tenesaca because they are suffering?

23       A.    To be honest, I don't know what it's

24   referring to.  It just says so that they give me

25   the babies completely, and then I'll give them to

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 32 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 33

1    you.  But it doesn't say who it's talking about.  I
2    honestly wouldn't know.
3         Q.   Okay.  Does this text message say that
4    because they suffer?
5         A.   Yes.
6         Q.   And does this text message say that in
7    the end it is not their fault?
8         A.   Yes, like them, what fault of theirs is
9    it?  Yes, that's what it says.
10        Q.   Okay.  I'm going to scroll to Bates
11   label TENESACA_000981 with the English version at
12   000992.
13        A.   Okay.
14        Q.   Okay.  So I'm going to start with this
15   text message right here.  Does this text message
16   say "got mad"?
17        A.   That who got mad?  I mean, do you want
18   me to read what it says?
19        Q.   Yeah, if you could read what it says,
20   that would be great.
21        A.   It says "The L got angry and hit the L
22   baby and told me tell mom to come and take her
23   away."
24        Q.   Does this text message say -- this one
25   that my cursor is on -- "I told her she cannot

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 33 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 34

1    because he bribes people"?

2            A.    Yes, I told him that he can't because

3    he pays people off.

4            Q.    Okay.  So you did tell Deisy that?

5            A.    No, that's what it says there.  I'm

6    reading what it says.

7            Q.    Okay.  Does it say here that "Hits her

8    badly"?

9            A.    Yes, he hits her badly.

10           Q.    Okay.  And does this say, "I tell him

11   leave her alone"?

12           A.    No, it says, "I tell" --

13               THE INTERPRETER:  Him or her, no gender

14        designated.

15               THE WITNESS:  -- "leave her to Aylis."

16   BY MS. THOMPSON:

17           Q.    Okay.  So I'm going to scroll to Bates

18   label TENESACA_000982.

19               And the English version is at 000993.

20               Okay.  Those text messages right

21   here -- well, we can start with this one.

22               Does it say, "I do not like that"?

23           A.    Yes.

24           Q.    Okay.  Does this text message right

25   here say, "And the neighbor said do not hit him"?

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 34 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                        Page 35

 1          A.    Yes, the neighbor tells him or her not

 2    to hit him or her.

 3          Q.    Okay.  And does this text message say,

 4    "And he says for you to see that I teach"?

 5          A.    It says, "And he says so that you can

 6    see that I do correct."

 7          Q.    Okay.  I'm going to scroll to Bates

 8    label TENESACA_000983 with the English version at

 9    000994.

10          A.    Okay.

11          Q.    Okay.  Give me one second.

12          A.    Okay.

13          Q.    Okay.  Starting with this text message

14    at the top, the second from the top, does this text

15    message say, "I told Ms. Flor"?

16          A.    Yes.

17          Q.    Okay.  Does this text message right

18    here say, "I showed her a screenshot"?

19          A.    It says, "I showed him or her a

20    capture."

21          Q.    Okay.  Does this text message say "That

22    he had on the phone"?

23          A.    In the -- yes.

24          Q.    Does this say, "of the baby"?

25          A.    Yes.

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 35 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 36

1          Q.   Okay.  Scrolling down to the text
2     message at the bottom right through here, does this
3     first text message say, "I told Mrs. Flor"?
4          A.   Yes.
5          Q.   Does it say, "I sent her a photo"?
6          A.   Yes.
7          Q.   Does this text message say, "I even
8     took a photo"?
9          A.   I even took a photo.
10         Q.   Does this one say, "From Santy's cell"?
11         A.   From Santy's cell.
12         Q.   Okay.  And so you still maintain that
13    these are not text messages from you; is that
14    right?
15         A.   No, I would chat with her through
16    Facebook.
17         Q.   I thought you said earlier that you
18    guys would talk on text message and on phone
19    sometimes; is that wrong?
20         A.    No, it was through Facebook, Facebook.
21              (JIMENEZ EXHIBIT 43, Photograph, Bates
22         TENESACA_000645, was marked for
23         identification.)
24    0BY MS. THOMPSON:
25         Q.   Okay.  I'm going to pull up what has

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 36 of 58

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 37

1    been submitted as joint Exhibit 43.

2              Have you seen this photo before?

3         A.   Yes.

4         Q.   Where have you seen it?

5         A.   He showed it to me.

6         Q.   Who is "he"?

7         A.   My father.

8         Q.   Can you tell us who was in the picture?

9         A.   My dad and Aylis.

10        Q.   Can you describe Aylis for us, please.

11        A.   By Aylis, you mean my sister?

12        Q.   Yes.  What does she look like in this

13   picture?

14        A.   She has a bruise on her eye.

15        Q.   Okay.  And what did Mr. Vega tell you

16   about this photo?

17        A.   He said that the baby had fallen from

18   the tub in their bathroom.

19        Q.   Okay.  Do you know if Mr. Vega took

20   this photo?

21        A.   He showed it to me on his phone, and I

22   saw the baby like that.

23        Q.   Okay.  And did you ever take a picture

24   of this picture?

25        A.   A picture?  No.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 37 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 38

1          Q.   Okay.  And so you never sent this photo
2     to Ms. Tenesaca?
3          A.   Yes, he even told me that he had no
4     idea how she had that photo because he didn't send
5     that photo to anybody.  He just showed it to me
6     because the baby had fallen.
7          Q.   I'm sorry, if I understood you
8     correctly, you said that she told you she didn't
9     know how she had that photo?  Can you please
10    explain that?
11         A.   No, my dad told me that she had added
12    that picture to the lawsuit, and he doesn't know
13    how because he hadn't sent that picture to anybody.
14         Q.   And you didn't send that picture to
15    anybody?
16         A.   He didn't send me the picture.  He
17    showed it to me on his phone.
18         Q.   Okay.  And you didn't send the picture
19    to anybody?
20         A.   I never had that picture.  He had it.
21         Q.   And you never sent that picture from
22    his phone to somebody else?
23         A.   No.
24         Q.   Okay.  And you never took a picture of
25    that picture with your phone or somebody else's

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 38 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 39

1   phone and sent it to anybody?

2            A.   No, he showed it.  He showed it to me

3   himself from his phone.

4                MS. THOMPSON:  I would like to go off

5            the record.

6                (Off-the-record discussion.)

7                MS. THOMPSON:  Okay.  So when we were

8            off the record, we discussed the need to

9            pause the deposition for today, hold it

10           open, and counsel will communicate with each

11           other about continuing the deposition at a

12           later date.  We are running up against time

13           constraints, and this information was

14           communicated to the witness.

15                Ms. Jimenez, you will have the

16           opportunity to read over a copy of the

17           deposition transcript to check for errors

18           and grammar and such.

19                Would you like to do that or would you

20           like to waive your right to do so?

21                MR. HENSLEY:  The transcript will only

22           be in English, so it's important that she

23           knows that too.

24                THE WITNESS:  I'm sorry, which one are

25           you referring to?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 39 of 58

1           MR. HENSLEY:  You would be sent a copy

2      of the English that was spoken during

3      today's meeting.  Would you like to review

4      that or would you waive that opportunity?

5           THE WITNESS:  I waive my right.

6           (The deposition was concluded at

7      3:27 p.m.)

8           (The witness, after having been advised

9      of her right to read and sign this

10     transcript, waives that right.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 40 of 58

Page 41

1                CERTIFICATE OF REPORTER

2

3

4          I, Susan M. Valsecchi, Registered

5     Professional Reporter and Notary Public for

6     the State of North Carolina at Large, do

7     hereby certify that the foregoing transcript

8     is a true, accurate, and complete record.

9          I further certify that I am neither

10    related to nor counsel for any party to the

11    cause pending or interested in the events

12    thereof.

13         Witness my hand, I have hereunto

14    affixed my official seal this 11th day of

15    February, 2026 at Mecklenburg County, North

16    Carolina.

17

18

19

20

      Susan M. Valsecchi, RPR, CRR

21    My Commission expires

      October 27, 2029

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 41 of 58

Page 42

1                          I N D E X

2

3                                       Page      Line

4      GENESIS VALERIA JIMENEZ            4         6

5      MIRANDA

6      EXAMINATION                        4         8

7      BY MS. THOMPSON

8      CERTIFICATE OF REPORTER           41         1

9

10                     E X H I B I T S

11                                       Page      Line

12     JIMENEZ EXHIBIT 43,               36         21

13     Photograph, Bates

14     TENESACA_000645

15     JIMENEZ EXHIBIT 74, Text          19         21

16     Messages, Bates

17     TENESACA_000974

18     JIMENEZ EXHIBIT 74A,              19         24

19     Translated Text Messages,

20     Bates TENESACA_000985

21

22

23

24

25

Genesis Jiminez Miranda

February 9, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[& - agreement]

Page 1

| & | 0by 36:24 | 36 42:12 | 9 |
|---|---|---|---|

**&** 2:12

**0by** 36:24

**36** 42:12
**3:25** 1:6 4:16
**3:27** 40:7

**9** 1:12
**919** 2:7

**0**

**1**

**4**

**a**

**000645** 36:22
42:14
**000974** 19:22
21:16 25:4
42:17
**000975** 26:12
**000976** 28:10
**000977** 29:12
**000978** 30:14
**000979** 23:14
31:5
**000980** 32:6
**000981** 33:11
**000982** 34:18
**000983** 35:8
**000985** 19:25
21:19 25:5
42:20
**000986** 26:13
**000987** 28:11
**000988** 29:13
**000989** 30:14
**000990** 23:16
31:6
**000991** 32:7
**000992** 33:12
**000993** 34:19
**000994** 35:9
**00129** 1:6 4:16

**1** 26:16 28:18
31:16 42:8
**10** 10:18
**11th** 41:14
**1320** 2:14
**17th** 2:15
**19** 42:15,18
**19729** 41:20
**1997** 7:18

**2**

**2** 26:16 28:18
31:16
**201** 2:6
**2021** 17:10
18:1,8
**2022** 16:9 17:8
17:14,19 18:2
18:8,23
**2026** 1:12
41:15
**2029** 41:21
**21** 42:12,15
**24** 42:18
**27** 41:21
**27278** 2:7
**29201** 2:15
**2:01** 1:13

**3**

**3** 26:16 28:18
31:16

**4** 26:17 28:18
31:16 42:4,6
**401** 2:6
**41** 42:8
**43** 36:21 37:1
42:12
**48** 6:25
**480-1999** 2:7

**5**

**5** 26:17 31:16

**6**

**6** 26:17 31:16
42:4
**6th** 17:19

**7**

**7** 10:17,18
26:17
**74** 19:21 20:5
42:15
**74a** 19:24
42:18
**799-2000** 2:16

**8**

**8** 42:6
**803** 2:16

**ability** 3:22
6:25 7:5,6
**able** 13:25
20:19 21:10
**accurate** 7:7
41:8
**accurately** 3:21
5:13 6:4 7:1
**acknowledge**
3:2,6
**action** 1:6
15:23 16:16
19:1
**actually** 12:9
**added** 38:11
**administer** 3:8
**administered**
3:7
**admissibility**
22:25 24:23
**advised** 40:8
**affect** 6:25
**affixed** 41:14
**afternoon** 4:10
4:22
**agree** 3:9
**agreement**
26:19

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 43 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[alexandra - check]                                    Page 2

**alexandra**  1:7
  2:11
**allegation**
  12:19
**alleging**  12:16
**ander**  30:4
**angry**  33:21
**answer**  5:21,24
  6:1
**answers**  5:17
  5:18 6:5,10
**anybody**  6:18
  28:24 38:5,13
  38:15,19 39:1
**appear**  21:12
**appearances**
  2:1
**appearing**  1:11
  1:17 2:5,14
**appears**  22:1
**asked**  23:8
**asking**  4:21
  5:11 24:24
**asks**  5:23
**assume**  5:4
**attentive**  9:16
  10:5
**attorney**  4:14
  11:9 18:18
**attorneys**  2:2
  2:10 3:1
**authenticity**
  22:24 24:23

**aware**  11:10
  15:16 17:12
  18:25 22:23
**aylis**  7:13 9:3
  9:12,20,23
  10:1,4,10
  13:20 14:2,5,8
  14:11,15,18,21
  15:5 34:15
  37:9,10,11

**b**

**b**  42:10
**babahoyo**
  15:19
**babies**  32:17,25
**baby**  6:20
  33:22 35:24
  37:17,22 38:6
**back**  18:5 23:8
  25:3
**backtrack**  23:9
**badly**  34:8,9
**band**  11:25
  12:3,8
**bates**  19:22,25
  21:16 23:13
  25:3 26:11
  28:10 29:12
  30:13 31:5
  32:5 33:10
  34:17 35:7
  36:21 42:13,16
  42:20

**bathroom**
  37:18
**bear**  7:14
**belief**  19:9,11
**belong**  8:1
**belonged**  11:24
**best**  3:22
**better**  22:2
**big**  15:9
**bigger**  24:1
  25:9,11
**bit**  15:6 23:9
  24:1 25:1
**board**  15:18
  16:2 19:1,6
**born**  7:17
**bothering**
  30:22
**bottom**  24:17
  32:1 36:2
**bribes**  34:1
**bring**  6:21
**brought**  15:17
**bruise**  37:14
**bubble**  25:21
**bubbles**  21:21
  25:16 26:17
  27:2,8,12
  28:18,19 31:17
**busy**  11:4

**c**

**call**  11:4

**cantonal**  15:18
**capture**  35:20
**care**  8:15 14:15
  17:13 18:9,13
  18:23 19:6
**cared**  10:8
**caring**  9:16
**carolina**  1:1
  4:17 41:6,16
**case**  4:16 11:5
  11:12
**cause**  41:11
**cell**  36:10,11
**cellphone**
  20:21 31:2
**certificate**  41:1
  42:8
**certify**  41:7,9
**chain**  23:11
  30:17 31:11
  32:2
**chance**  26:20
**change**  28:25
  29:2
**changing**  28:23
**characterize**
  9:11 14:1
**charlotte**  1:2
**chat**  22:10,11
  26:5 28:7
  36:15
**chatted**  28:5,5
**check**  39:17

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 44 of 58

Genesis Jiminez Miranda          February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[children - documents]                                    Page 3

**children** 17:1,5
  17:9,12,17,18
  18:8,23 19:2,7
  19:19
**civil** 1:6
**ck** 26:19
**claimed** 12:14
**claims** 11:15,19
**clarification**
  12:12
**close** 8:18,21
  10:13
**cognitive** 7:4
**columbia** 2:15
**come** 17:13
  18:5,17 33:22
**commission**
  41:21
**communicate**
  39:10
**communicated**
  39:14
**communication**
  10:23
**complete** 7:6
  29:22 41:8
**completely** 7:1
  32:25
**compound**
  27:22
**concerned** 10:9
  14:17,23 15:1
**concerning**
  14:20

**concluded** 40:6
**condition** 7:4
**confer** 21:1
**confirm** 12:2
  13:2
**confirmed** 11:9
**confirms** 21:2
**consider** 8:18
  15:8
**constraints**
  39:13
**contact** 30:3
**contention** 18:6
**continue** 6:1
  24:24
**continuing**
  39:11
**control** 17:17
  17:18
**copy** 39:16
  40:1
**correct** 22:5
  35:6
**correction** 12:7
**correctly** 38:8
**corresponding**
  23:14 25:4
  26:12 28:11
  29:13 32:6
**counsel** 1:15
  2:1 39:10
  41:10
**county** 41:15

**couple** 16:21
  21:23 28:7
**course** 9:4
  15:12 18:3
  19:12 25:25
**court** 1:1 3:1
  3:16,24 5:7 6:3
  6:8 20:4,11
  21:18
**creams** 9:9
**crr** 1:16 41:20
**cruz** 18:9,14,22
  19:3
**cursor** 21:22
  23:11 33:25
**custody** 15:25
**cv** 1:6 4:16

**d**

**d** 42:1
**dad** 13:4 37:9
  38:11
**daddy** 24:17
  29:19 30:6
  32:3
**daily** 10:22,24
  10:25 13:18
**daisy** 12:22
**data** 31:3
**date** 1:12 39:12
**dating** 13:4
**daughter** 7:12
**day** 11:3 18:5
  41:14

**dck** 1:6
**deal** 15:9
**decided** 16:15
**defendant** 2:10
**deisy** 1:7 2:11
  4:14,15 18:16
  27:20 28:4
  34:4
**demonic** 27:14
**deny** 30:24
**deposition** 1:10
  3:2,4,5 4:24
  11:8 24:25
  39:9,11,17
  40:6
**derrick** 2:4,5,8
**describe** 8:7
  9:5 10:23 13:8
  15:3 37:10
**designated**
  34:14
**die** 31:1
**discussed** 11:5
  11:18 39:8
**discussion** 39:6
**disgusting**
  29:19
**disputing** 22:16
**district** 1:1,1
  4:17
**division** 1:2
**doctor** 10:7
**documents**
  6:21

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-3     Filed 02/18/26     Page 45 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[doing - good]                                    Page 4

**doing** 4:11 16:12,13 29:19
**doubting** 22:12
**drive** 2:6
**duly** 4:7

**e**

**e** 42:1,10
**earlier** 10:12 31:12 36:17
**eat** 14:13 15:13
**eating** 14:22
**ecuador** 13:13 13:21,22,23 14:12
**either** 27:5
**el** 31:15
**else's** 38:25
**english** 3:20,21 5:16,18 20:10 21:18 23:15 24:9 25:5 26:12 28:11 29:13 30:14 31:5 32:6 33:11 34:19 35:8 39:22 40:2
**ensuring** 9:17
**entire** 17:20,24 18:1
**errors** 39:17
**espinoza** 2:20

**essentially** 17:1
**events** 41:11
**examination** 4:8 42:6
**exchange** 23:19 26:3,6
**exclusive** 17:13
**excuse** 18:7
**exhibit** 19:21 19:24 20:5 36:21 37:1 42:12,15,18
**expires** 41:21
**explain** 7:10 38:10
**explaining** 32:16
**expression** 13:1
**eye** 37:14

**f**

**facebook** 26:7 28:6,8 36:16 36:20,20
**facts** 11:12,13
**fallen** 37:17 38:6
**familiarized** 21:7
**father** 8:8,11 9:7,12 18:25 30:3 37:7
**father's** 7:21,24

**fault** 33:7,8
**favor** 18:19
**february** 1:12 17:14,19 18:8 41:15
**finish** 5:9
**first** 4:7 7:12 13:10 23:8 26:6,16 28:7 28:17,19 36:3
**five** 7:20,21 8:1 27:8,12
**floor** 2:15
**flor** 18:9,14,22 19:3 35:15 36:3
**follow** 24:1
**follows** 4:7
**foregoing** 41:7
**four** 28:19
**friday** 8:10
**frightened** 8:24
**front** 19:1,5
**frustrated** 15:5 15:6
**full** 4:18 5:9 17:17,17
**further** 3:6,9 41:9

**g**

**gabi** 2:20
**gang** 12:9,14 12:15,17

**gender** 30:1,10 34:13
**genesis** 1:10 4:6 4:20 23:12 24:13 42:4
**getting** 14:24 27:14
**give** 5:11,18 6:5 6:9 16:4,8 23:16 24:8,9 26:9 28:15,24 31:2 32:24,25 35:11
**given** 29:5 32:18,21
**go** 4:23 9:8,8 16:18 20:8 23:7 24:25 26:11 28:9 39:4
**god** 3:22 4:4
**going** 4:21 5:15 6:8 10:20 12:2 12:12 20:3,9 21:5,15 22:15 23:7,9,13,16 24:24 25:3 26:11 28:9 29:11 30:13,17 31:4 32:5 33:10,14 34:17 35:7 36:25
**good** 4:10 13:11 14:3

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 46 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[good - leave]                                              Page 5

19:6
**grammar**   39:18
**great**   33:20
**grew**   7:25
**group**   11:24
**grow**   7:22
**growing**   8:8,13
**guys**   11:2 36:18

**h**

**h**   42:10
**ha**   30:25,25,25
**hand**   3:18 4:1
   9:16 41:13
**happen**   32:17
**hardworking**
   13:11
**harm**   9:20 14:5
**harming**   29:25
**hear**   5:1
**heard**   5:4
**hearing**   3:16
   16:9,25 17:8
**held**   16:9
**help**   3:22 4:4
   20:24
**hensley**   2:4,5
   27:21 39:21
   40:1
**hereunto**   41:13
**highlighting**
   25:23
**hillsborough**
   2:7

**hit**   33:21 34:25
   35:2
**hits**   34:7,9
**hold**   19:11 39:9
**honest**   10:17
   32:4,23
**honestly**   13:11
   33:2
**hours**   6:25
**house**   8:4 13:6
**household**   7:25
**huh**   6:7 11:14
**hurting**   30:10

**i**

**ice**   9:9
**idea**   38:4
**identification**
   19:23 20:1
   36:23
**immigrated**
   18:16
**impair**   7:4
**importance**
   15:9
**important**
   39:22
**index**   2:23
**information**
   19:19 39:13
**interactions**
   9:5
**interested**
   41:11

**interpret**   3:19
**interpreted**
   1:10
**interpreter**
   2:20 3:23 12:1
   12:2,3,6,25
   13:1 18:10,11
   20:18,19,19,25
   21:2 23:24,25
   24:4 25:7,8,13
   29:21 30:1
   34:13
**interrupting**
   5:12

**j**

**j**   2:4,5
**jativa**   1:7 2:11
   18:9,14,22
   19:3
**jimenez**   1:10
   4:6,10,20
   19:21,24 23:18
   36:21 39:15
   42:4,12,15,18
**joint**   20:5 37:1
**judge**   6:14
**june**   16:9 17:8
   17:10 18:1,1,8
   18:23
**jury**   6:14

**k**

**k**   31:15
**kids**   16:18
   17:22
**kind**   13:11 21:6
   21:7
**knew**   23:6
**know**   4:21 5:2
   5:10,25 6:7,8
   12:22,24 22:8
   25:25 27:16
   29:7 30:6,11
   30:22 31:1,23
   32:2,23 33:2
   37:19 38:9,12
**knows**   39:23

**l**

**l**   29:22 33:21
   33:21
**label**   23:14
   25:4 26:11
   30:13 31:5
   32:5 33:11
   34:18 35:8
**labeled**   21:16
   28:10 29:12
**large**   41:6
**law**   2:4
**lawsuit**   4:15
   38:12
**leave**   18:4,18
   22:3 26:1
   34:11,15

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[left - nelsonmullins.com]                        Page 6

**left**  15:25
**legal**  15:24
**lieu**  3:6
**line**  42:3,11
**listen**  15:7
**little**  23:9 24:1
  25:1
**live**  8:4
**lived**  13:12
**located**  21:18
**location**  1:14
  20:10
**lodjh.com**  2:8
**long**  5:22
**longer**  25:1
**look**  20:15 24:9
  37:12
**looks**  21:14
**loud**  23:21
  25:17 26:15
  29:18 30:21
**loving**  9:16

**m**

**m**  1:16 41:4,20
**mad**  33:16,17
**made**  11:16,19
  12:19
**main**  2:14
**maintain**  24:19
  27:17 28:2
  36:12
**make**  6:4 8:12
  12:7,11 18:21

25:11 26:24
**making**  10:6,7
  23:25 25:9
**manner**  3:14
  6:15
**mariduena**  1:4
  2:3
**marked**  19:22
  19:25 36:22
**meadowland**
  2:6
**mean**  27:15
  33:17 37:11
**means**  17:9
**meant**  12:3
  13:3
**measures**  15:17
**mecklenburg**
  41:15
**medications**
  6:24
**meeting**  40:3
**member**  12:17
**memory**  7:5
**mental**  7:4
**mention**  11:21
  11:23
**mentioned**
  29:21
**message**  21:17
  23:11,15,19
  27:12 29:16,17
  30:16 31:11,16
  32:1,21 33:3,6

33:15,15,24
  34:24 35:3,13
  35:15,17,21
  36:2,3,7,18
**messages**  19:21
  19:25 20:6,9
  20:15 21:6,12
  22:16,25 23:4
  23:4 24:20,24
  24:25 26:6,15
  27:18 28:3,22
  31:15,20 32:9
  32:13,15 34:20
  36:13 42:16,19
**met**  13:5
**mi**  29:16 32:2
**michael**  2:13
**michael.moran**
  2:17
**mind**  18:11
  20:23 23:25
  25:8
**miranda**  1:10
  4:6,20 7:16
  42:5
**misbehave**  9:14
  9:15
**mispronounce**
  30:18
**mom**  15:11
  16:20 33:22
**moment**  21:23
**monthly**  10:22

**moran**  2:13
**morgan**  2:12
  4:13
**morgan.thom...**
  2:16
**mother**  7:15
  8:1,9 14:2,3
**mother's**  7:20
  7:23
**move**  16:23
**mullins**  2:12

**n**

**n**  29:22 42:1
**nalo**  29:22
**name**  4:13,18
  7:14,15 23:10
  24:12,13
**nanny**  17:1,5,9
**nannying**  19:14
**nc**  2:7
**need**  6:4,6,9
  25:12 32:21
  39:8
**needs**  5:22
**neglect**  10:4
  14:15
**neighbor**  25:18
  34:25 35:1
**neither**  41:9
**nelson**  2:12
**nelsonmullin...**
  2:16,17,17

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 48 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[nephew - portion]                                      Page 7

**nephew** 15:14
**never** 22:14
  38:1,20,21,24
**nicholas** 2:13
**nicholas.quat...**
  2:17
**nonstandard**
  13:1
**normal** 15:11
**north** 1:1 4:17
  41:6,15
**notary** 3:11,12
  41:5
**number** 4:16
  22:6,8,10,11
  28:23 29:1,4

**o**

**o** 29:22
**oath** 3:7,8 6:13
**objection** 3:13
  27:21
**observe** 9:2
  13:19
**october** 41:21
**offices** 2:4
**official** 41:14
**oh** 15:24 26:22
**okay** 4:25 5:5,6
  5:20 6:1,2,11
  6:12,18 7:9
  10:19,25 11:5
  11:11,18 12:11
  12:22 14:1,14

14:20 15:8,11
15:14,16 16:1
16:7,15 17:7
17:12 18:6
19:5,13,18
20:3,12,14,23
21:5,8,10,20
22:1,20,23
23:2,7,13,18
24:5,8,11,16,19
25:2,6,20 26:9
26:10,14,18,24
27:6,11,12,17
28:2,9,12,17
29:3,7,11,14
30:6,15,20
31:4,7,18,19,23
32:8,12,14,20
33:3,10,13,14
34:4,7,10,17,20
34:24 35:3,7
35:10,11,12,13
35:17,21 36:1
36:12,25 37:15
37:19,23 38:1
38:18,24 39:7
**open** 39:10
**opportunity**
  9:2,8 13:19
  39:16 40:4
**oral** 16:5
**originally** 25:1
**ostigoso** 30:18

**overnight** 18:4

**p**

**p.m.** 1:13 40:7
**page** 42:3,11
**papi** 29:16 32:2
**parenting** 15:1
**parents** 10:10
  14:18
**park** 9:8
**participating**
  3:2
**particular**
  15:23 21:17
  23:15
**parties** 3:9 20:5
  22:23 23:3
  24:22
**party** 3:13
  41:10
**pause** 39:9
**pay** 19:18
**pays** 34:3
**pending** 41:11
**people** 9:14
  30:22 34:1,3
**percent** 10:17
  10:18,18
**person** 3:7 9:13
  13:11 16:11,14
  18:12 29:4
**petition** 15:16
  15:22

**petitioner** 1:5
  2:2
**phone** 19:15
  35:22 36:18
  37:21 38:17,22
  38:25 39:1,3
**photo** 36:5,8,9
  37:2,16,20
  38:1,4,5,9
**photograph**
  36:21 42:13
**physical** 7:3
  17:18
**physically** 3:3
  9:20 14:5
**picture** 37:8,13
  37:23,24,25
  38:12,13,14,16
  38:18,20,21,24
  38:25
**place** 13:15
**planned** 25:1
**play** 9:9
**please** 3:14 4:1
  4:18 5:2 7:10
  22:7 23:19
  25:9,15,16
  26:14 29:18
  30:21 32:12
  37:10 38:9
**pllc** 2:4
**point** 17:5
**portion** 5:24
  25:20

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 49 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[possible - says]                                        Page 8

**possible** 22:20
**power** 18:18
**practically**
  16:19
**present** 2:20
  3:3 5:15 6:14
**probably** 30:18
**proceed** 3:17
**proceedings**
  3:20
**professional**
  1:16 41:5
**protection**
  15:17,18
**provide** 7:6
  8:15 19:19
**public** 41:5
**pull** 20:9 36:25
**purpose** 15:22

**q**

**quatraro** 2:13
**question** 5:2,3
  5:5,10 6:6
  10:20 23:8
  27:22 30:23
**questions** 4:22
  5:16 7:6 16:21
  21:23 31:13
**quickly** 21:8

**r**

**r** 1:4 2:3
**raise** 3:18,25

**reached** 28:6
**read** 21:22
  23:19,21,22
  24:6 25:15,16
  25:20 26:14
  27:8,9,13,15,19
  28:3,17,19
  29:6,15,18
  30:16,21 31:14
  31:21 32:12,16
  33:18,19 39:16
  40:9
**reading** 34:6
**ready** 5:11
**really** 21:8
**rear** 2:23
**record** 4:19
  12:7 27:21
  39:5,6,8 41:8
**referred** 29:8
  30:7
**referring** 12:9
  22:9 32:24
  39:25
**registered** 1:16
  41:4
**related** 11:21
  41:10
**relationship**
  7:11 13:9
**relax** 30:25
**remember**
  22:21

**reminded** 11:7
**remotely** 3:5,8
**repeat** 5:2,23
  27:25
**repeating**
  18:11
**rephrase** 5:3
**reported** 1:16
**reporter** 1:16
  3:1,16,24 5:8
  6:3,8 20:11
  21:18 41:1,5
  42:8
**reporting** 3:4
  3:14
**respond** 5:3
**responded** 22:4
**respondent** 1:8
  1:15 4:14
**response** 3:15
  5:12
**responsible**
  9:17
**review** 40:3
**right** 3:18,25
  6:20 8:2 10:13
  16:2 17:2,19
  23:11 24:11
  25:21,24 29:15
  29:17 31:15,17
  32:15,20 33:15
  34:20,24 35:17
  36:2,14 39:20
  40:5,9,10

**rights** 15:18
**riley** 2:12
**roberth** 1:4 2:3
  4:15 7:11
**room** 3:4 6:18
  6:20
**route** 17:22
**routes** 17:21
**rpr** 41:20
**rules** 4:23
**running** 17:21
  39:12
**runs** 4:24

**s**

**s** 42:10
**santiago** 7:13
  9:3,12,20,23
  10:1,4,10
  13:20 14:2,5,8
  14:11,15,18,21
  15:5,12
**santy** 26:20
**santy's** 36:10
  36:11
**saw** 14:25 15:4
  37:22
**saying** 6:9
  17:25 18:22
  30:24 32:19
**says** 24:13,16
  25:18,19 28:25
  30:9 31:22
  32:2,24 33:9

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 50 of 58

Genesis Jiminez Miranda                                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[says - take]                                                                    Page 9

33:18,19,21
34:5,6,12 35:4
35:5,5,19
**sc**  2:15
**scarborough**
2:12
**scary**  26:23
27:3
**school**  8:10
16:19
**screen**  20:14,16
20:22 21:3
32:10
**screenshot**
35:18
**scroll**  21:5
23:13 29:11
30:13 31:4
32:5 33:10
34:17 35:7
**scrolling**  36:1
**seal**  41:14
**second**  23:12
23:17 24:8,10
26:9 28:15
35:11,14
**see**  5:7,14
13:25 20:13,14
20:17,19 21:3
22:6 24:3,16
28:13 29:24
31:8,9 32:9
35:4,6

**seeing**  28:14
**seems**  20:20
**seen**  37:2,4
**send**  8:9 38:4
38:14,16,18
**sent**  36:5 38:1
38:13,21 39:1
40:1
**serving**  16:20
**seven**  27:1
**show**  20:3
21:15 23:16
**showed**  35:18
35:19 37:5,21
38:5,17 39:2,2
**si**  27:9
**siblings**  7:13,19
8:1,11 9:10
**side**  7:20,21,23
7:24 9:13
30:23
**siebach**  2:20
**sign**  40:9
**signature**  41:20
**sister**  37:11
**six**  31:16
**skim**  21:7,10
**sleep**  17:23
**slide**  20:21
**slowly**  21:6
**smaller**  25:11
**smoothly**  4:24
**solemnly**  3:19
4:2

**somebody**  27:3
27:13 28:23
31:21 38:22,25
**sorry**  12:6 22:6
23:1 25:10
30:17 38:7
39:24
**sort**  16:12
**spanish**  3:20,21
5:17,17,19
20:9 21:16
29:22
**speak**  10:15,21
10:22 11:2
13:17 19:14
**specific**  11:14
**specifically**
15:4
**specified**  30:1
**spend**  8:10
13:13
**spent**  8:13
**split**  19:2
**spoke**  11:1
**spoken**  11:10
11:11 40:2
**start**  13:22
33:14 34:21
**started**  4:23
13:4 26:6
**starting**  27:9
28:18 29:15
30:17 31:15
35:13

**state**  3:10,12,14
4:18 20:10
41:6
**states**  13:24
24:12
**stipulated**  20:4
22:24 24:22
**stop**  5:23
**street**  2:14
**strict**  9:14
**strike**  16:22
**stuff**  15:11
**submitted**  19:2
20:4,6 23:4
37:1
**suffer**  7:3 33:4
**suffering**  32:22
**suite**  2:6
**supposedly**
30:2
**sure**  6:5 8:12
10:6,7,19 12:4
12:11 18:21
26:24 29:24
30:9
**susan**  1:16 41:4
41:20
**swear**  3:19 4:2
**sworn**  3:12 4:7

**t**

**t**  42:10
**take**  16:19
18:23 25:3

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-3      Filed 02/18/26      Page 51 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

**[take - translator]**                                        Page 10

33:22 37:23
**taken**   1:15 6:24
**takes**   19:6
**talk**   12:13
    36:18
**talked**   11:15
    27:19 31:12,20
    31:24 32:3
**talking**   26:16
    27:2,13 28:22
    33:1
**tattoo**   27:14
**teach**   35:4
**teeth**   10:8
**tell**   4:2 15:21
    16:15 23:10
    24:11 25:12
    33:22 34:4,10
    34:12 37:8,15
**telling**   27:2
**tells**   35:1
**tenesaca**   1:7
    2:11 4:14,16
    11:16,19 12:14
    12:19,22,24
    13:9,12,17,20
    14:2,4,7,10,15
    14:18,21 15:4
    19:15,18,22,25
    20:7 21:13,16
    22:1,13,17
    23:5,14 24:12
    24:20 25:4
    26:3,12 28:4

28:10 29:12
30:14 31:5
32:6,18,22
33:11 34:18
35:8 36:22
38:2 42:14,17
42:20
**tenia**   31:15
**term**   12:8
**testified**   4:7
    16:24
**testify**   6:15 7:1
    16:16 17:4
    19:5
**testifying**   3:10
    6:13
**testimony**   7:7
    16:1,4,5,8,11
    17:8 26:2
**text**   19:15,21
    19:24 20:6,8
    20:15 21:12,17
    21:21 22:16,25
    23:4,4,11,15,19
    24:20,23,25
    25:15,21 26:3
    26:14,17 27:2
    27:8,12,18
    28:2,18,19,22
    29:16,17 30:16
    31:11,15,16,20
    32:1,9,12,15,21
    33:3,6,15,15,24
    34:20,24 35:3

35:13,14,17,21
36:1,3,7,13,18
42:15,19
**thank**   3:24 24:2
    24:4 25:13
**theirs**   33:8
**thereof**   41:12
**thing**   15:12,24
    17:21 22:18
    27:4
**things**   22:2
    29:20
**think**   25:19
    26:25 29:10
    31:12
**thompson**   2:12
    4:9,13 12:10
    13:7 18:14,20
    20:2,23 21:4
    23:24 24:3,5,7
    25:7,10,14
    27:24 30:5
    34:16 36:24
    39:4,7 42:7
**thought**   36:17
**threaten**   9:23
    14:8
**three**   19:17
    26:7
**time**   1:13 8:16
    10:25 13:13,13
    17:20,24 18:1
    18:7 19:2,9,13
    25:9 39:12

**times**   5:21
    19:16,16,17
    26:8 28:7
**today**   4:11 6:13
    6:19,22 7:7
    11:2,8 39:9
**today's**   40:3
**together**   7:22
    9:8,9 13:14
**told**   12:18
    18:16 22:14
    30:2 33:22,25
    34:2 35:15
    36:3 38:3,8,11
**took**   36:8,9
    37:19 38:24
**top**   21:21 23:10
    25:15,22 35:14
    35:14
**traditional**
    12:5
**tranquila**   30:19
**transcript**   2:23
    39:17,21 40:10
    41:7
**translate**   5:15
    5:16,17,24
**translated**
    19:24 42:19
**translation**
    27:1
**translator**   5:15
    5:22

Genesis Jiminez Miranda                February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[treatment - yeah]                                    Page 11

**treatment**
  24:17
**trial**  16:24,25
**trips**  18:4
**truck**  17:21,22
**true**  41:8
**truth**  4:3,3,4
**trying**  20:24
  27:16
**tub**  37:18
**turn**  31:2
**two**  19:16
  21:21 25:15
  26:7

**u**

**uh**  6:7,7,7
  11:14
**under**  6:13
**understand**  5:1
  6:12,14 7:5
  8:12 12:12
  15:14 17:15
  18:21 23:1,3
  26:25 27:4,5,7
  27:7,15,23
  29:9,10
**understanding**
  17:16 27:1
**understood**  5:4
  10:19 38:7
**unfortunately**
  22:5 25:18

**united**  1:1
  13:24
**unspecified**
  30:10
**used**  12:4,9
  13:2

**v**

**vaccinations**
  10:6
**valeria**  1:10 4:6
  4:20 42:4
**valsecchi**  1:16
  41:4,20
**vega**  1:4 2:3
  4:15 7:11 8:4,8
  8:15,19,22,25
  9:3,11,19,22,25
  10:3,10,13,16
  10:21 11:6,11
  11:15,19,20
  12:13 15:17,21
  16:16 17:16
  19:1,6,14
  27:20 29:8
  37:15,19
**vega's**  17:13
**verbal**  6:5,9
  16:11
**verbally**  16:6,7
**version**  20:9,11
  21:17,18 23:15
  24:9 25:5
  26:13 28:11

29:13 30:14
  31:6 32:7
  33:11 34:19
  35:8
**versus**  4:15
**videoconfere...**
  1:14
**virtually**  16:12
**visit**  13:6
**vs**  1:6
**vtc**  1:10,11,17
  2:5,14,20

**w**

**waive**  39:20
  40:4,5
**waives**  40:10
**want**  4:23 9:14
  9:15 16:22
  23:21 27:25
  29:4,15 33:17
**wanted**  15:24
**wanting**  28:24
**watch**  16:17
**way**  12:5 22:2
  25:25
**weekend**  8:10
**weekends**  8:13
**weekly**  10:22
**western**  1:1
  4:16
**whatsapp**
  28:23 29:1,2

**white**  32:13
**witch**  31:21,22
**witches**  26:22
  27:2
**witness**  3:10,11
  3:25 4:5 18:15
  20:20,25 21:2
  24:6 27:23
  29:24 30:2
  34:15 39:14,24
  40:5,8 41:13
**witnessed**  9:19
  9:22,25 10:3
  14:4,7,10,14
**word**  5:8 12:3,8
  29:21,23
**words**  5:13
**work**  13:15
  16:18
**worked**  13:5
**world**  22:3
  26:1
**written**  16:4
  22:2,18,22
**wrong**  36:19
**wrote**  22:21

**x**

**x**  42:1,10

**y**

**y'all**  8:5
**yeah**  14:25
  16:21 25:11
  33:19

Veritext Legal Solutions
800.743.DEPO (3376)   calendar-carolinas@veritext.com   www.veritext.com
Case 3:25-cv-00129-DCK   Document 73-3   Filed 02/18/26   Page 53 of 58

Genesis Jiminez Miranda                    February 9, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[year - zoom]                                      Page 12

| | |
|---|---|
| **year** | 7:17 17:5 |
| **yell** | 9:25 14:11 |
| **yelled** | 14:21 |
| **yelling** | 15:4 |
| **yesterday** | 11:1 |
| | 11:3,4 |

| z |
|---|

| | |
|---|---|
| **zoila** | 7:16 |
| **zoom** | 1:14 |

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-3    Filed 02/18/26    Page 54 of 58

South Carolina Rules of Civil Procedure

Part V. Depositions and Discovery

Court Rule 30

(e) Submission to Witness; Changes; Signing.
When the testimony is fully transcribed the
deposition shall be submitted to the witness for
examination and shall be read to or by him unless
such examination and reading are waived by the
witness and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 30 days of its
submission to him, the officer shall sign it and
state on the record the fact of the waiver or of
the illness or absence of the witness or the fact
of the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be
used as fully as though signed unless on a motion
to suppress under Rule 32(d)(4) the court holds

that the reasons given for the refusal to sign
require rejection of the deposition in whole or in
part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.