Page 1

1

IN THE UNITED STATES DISTRICT COURT

2   FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3

4

5   ROBERTH R. VEGA MARIDUEÑA,

6              Petitioner,      Civil Action No.
                               3:25-cv-00129-DCK

7       vs.
DEISY ALEXANDRA TENESACA

8   JÁTIVA,

9              Respondent.

10

11                  VOLUME II

12

13      CONTINUED VIRTUAL ZOOM DEPOSITION OF
           GENESIS VALERIA JIMENEZ MIRANDA

14

                (Taken by Respondent)

15

                Chester, South Carolina

16

                Friday, February 13, 2026

17

18

19

20

21

22

23

24   Reported by Andrea L. Kingsley, RPR

25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 1 of 97

```
 1                A P P E A R A N C E S

 2

 3    ON BEHALF OF THE PETITIONER (via Virtual Zoom):

 4              Derrick J. Hensley, Esquire
                THE LAW OFFICES OF
 5              DERRICK J. HENSLEY, PLLC
                401 Meadowland Drive, Suite 201
 6              Hillsborough, North Carolina 27278
                (919) 480-1999
 7              Derrick@lodjh.com

 8

      ON BEHALF OF THE RESPONDENT (via Virtual Zoom):

 9
                Michael Moran, Esquire
10              Nicholas Quatraro, Esquire
                NELSON MULLINS RILEY & SCARBOROUGH
11              1320 Main Street, 17th Floor
                Columbia, South Carolina 29201
12              (803) 799-2000
                Micahel.moran @nelsonmullins.com
13              Nicholas.quatraro@nelsonmullins.com

14

15

      ALSO PRESENT: Gabi Espinosa Siebach,
16                   Spanish Interpreter

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 2 of 97

1     CONTINUED VIRTUAL ZOOM VIDEOTAPED

2  DEPOSITION OF GENESIS VALERIA JIMENEZ MIRANDA,

3  a witness called on behalf of the Respondent

4  pursuant to the Federal Rules of Civil

5  Procedure, before Andrea L. Kingsley, Notary

6  Public, in and for the State of North

7  Carolina, at Chester, South Carolina, on

8  Friday, February 13, 2026, commencing at 2:03

9  p.m.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)  calendar-carolinas@veritext.com  www.veritext.com
Case 3:25-cv-00129-DCK  Document 73-4  Filed 02/18/26  Page 3 of 97

Page 4

1                 INDEX OF EXAMINATIONS

2                                              PAGE

3

4   Mr. Moran                                  5, 68

5   Mr. Hensley                                45

6

7

8

9

10                INDEX OF EXHIBITS

                                               PAGE

11

12    Exhibit JX43, photo                      8

13    Exhibit JX60, photo                      9

14    Exhibit JX74, text messages              11

15    Exhibit JX74A,text messages English    11
      translation

16

      Exhibit JX68, Spanish text messages

17    between Ms. Flor and Ms. Jimenez          15

18    Exhibit JX68A, English translated text   15
      messages between Ms. Flor and Ms.

19    Jimenez

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 4 of 97

1                P R O C E E D I N G S

2            GABI ESPINOSA SIEBACH, Spanish

3        Interpreter, being duly sworn, translated as

4        follows:

5              GENESIS VALERIA JIMENEZ MIRANDA, being

6        duly sworn, was examined and testified as follows:

7    EXAMINATION BY

8    MR. MORAN:

9        Q.    Good afternoon, Ms. Jimenez.  How are

10   you doing today?

11       A.    Doing well.  Good afternoon.

12       Q.    Thank you.

13            My name is Michael Moran and I'm also an

14   attorney for Deisy Tenesaca who is the respondent in

15   the lawsuit of Roberth Vega Mariduena, case number

16   3:25-cv-00129, in the Western District of North

17   Carolina.

18            Ms. Jimenez, can you please state your

19   full name for the record?

20       A.    Okay.  Well, my name is Genesis

21   Valeria Jimenez Miranda.

22       Q.    Thank you.  You are aware that we are

23   continuing our deposition from Monday, February 9,

24   2026 that concluded around 3:30 p.m.; right?

25       A.    Yes.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 5 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                        Page 6

1      Q.    Great.  Do you need me to go over any of

2   the ground rules again that we previously went over

3   on Monday or do you still understand?

4      A.    It's fine.  I do understand.

5      Q.    Great.  Thank you, Ms. Jimenez.

6            I still have to just ask a few quick

7   questions.  Is anyone in the room with you for your

8   deposition today?

9      A.    Yes.  My son.

10      Q.    If you could please make sure that -- he

11   is not involved in this lawsuit in any way; correct?

12      A.    No.

13      Q.    Just how old is your son?

14      A.    12.

15      Q.    If you could make sure that he please

16   understands that this is a court proceeding going on

17   and that we would appreciate if we could get through

18   this with as little outside disturbance as possible

19   that would be great.

20      A.    Okay.  He already left the room.

21      Q.    Thank you.  And obviously if something

22   comes up with your family, we would understand that.

23   We would just ask that you let us know.  And that if

24   there's any pending question, you answer that before

25   you needed to do something else.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 6 of 97

1        A.      Okay.

2        Q.      Great.  Thank you.

3                Did you bring any documents with you to

4        the deposition today?

5        A.      No.

6        Q.      Have you taken any medications in the

7        last 48 hours that could affect your ability to

8        testify completely or accurately?

9        A.      No.

10        Q.      You don't suffer from any physical,

11        cognitive or mental conditions that would impair

12        your memory, your ability to understand my questions

13        or your ability to provide complete and accurate

14        testimony today; correct?

15        A.      No.

16        Q.      Great.  Is there any reason you can

17        think of why you might not be able to testify

18        completely or accurately today?

19        A.      No.

20        Q.      Between Monday when we paused the

21        deposition and held it open, did you speak to

22        anybody about the lawsuit between that point in time

23        and now?

24        A.      No.

25        Q.      So you did not speak to Mr. Vega about

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 7 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 8

1   it?

2        A.    No.

3        Q.    And nobody else; correct?

4        A.    No.

5        Q.    Great.  Ms. Jimenez, when we paused the

6   deposition on Monday, do you recall that we were

7   talking about Exhibit 43 which was a picture of

8   Mr. Vega and Aylis?  Do you remember that?

9        A.    Yes.

10       Q.    I'm going to -- I'm going to bring up

11  that picture real quick just so we've got an idea of

12  it.  Hold on one second while I pull it up.

13       A.    Okay.

14             (Exhibit JX 43, photo, marked for

15       identification, as of this date.)

16       Q.    I'm going to -- this was previously

17  marked in the deposition before we had to pause it

18  but now I'm going to mark it again, that's Exhibit

19  43 and I'm going to share my screen now.

20       A.    Yes.

21       Q.    You remember talking about this photo;

22  correct?

23       A.    Yes.

24       Q.    I will stop sharing my screen now then

25  and start where we left off.

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 8 of 97

1          You previously mentioned that Mr. Vega

2    always took good care of the children; do you

3    remember that?

4          A.    Yes.

5          Q.    One of the things that you mentioned was

6    he always took good care of their teeth; right?

7          A.    Yes.

8          Q.    Why did you specifically mention their

9    teeth?

10         A.    Because Aylis had an issue with the

11   teeth and Santiago too, they were in that stage of

12   life where they change their teeth out and there

13   was some damage to the teeth and he would take them

14   to the orthodontist.

15         Q.    Well, I'm going to mark as -- pull up

16   another picture here, this has been submitted as JX

17   60.  I will mark this as JX 60 as well.

18                    (Exhibit JX 60, photo, marked for

19         identification, as of this date.)

20         Q.    I'm going to share my screen now.

21   Ms. Jimenez, can you see the picture that's on my

22   screen?

23         A.    Yes.

24         Q.    Does this appear to be a picture of a

25   tablet screen?

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 9 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 10

1          THE INTERPRETER:  This is the
2      interpreter, I'm not sure I was heard.  May I
3      repeat the question?
4          MR. MORAN:  Sure.
5      Q.    The question was, just to repeat it,
6  does this appear to be a picture of a tablet screen?
7          THE INTERPRETER:  This is the
8      interpreter.  The witness is not familiar with
9      the Spanish word for tablet.  She's using the
10      English word.
11          Can we repeat the question one more
12      time?
13          MR. MORAN:  Yes.
14      Q.    Does this appear to be a picture of a
15  tablet screen?
16      A.    It looks like it is.
17      Q.    Have you seen this picture before?
18      A.    No.
19      Q.    So you did not take this picture?
20      A.    No.
21      Q.    Do you know what this is a picture of?
22      A.    No.
23      Q.    You have no idea who is in this picture?
24      A.    Well, she is Aylis but I don't know who
25  took that picture.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 10 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 11

1      Q.    Well, could you please describe for me

2    Aylis's teeth there?

3      A.    They are damaged.

4      Q.    Is this the picture that was referenced

5    in the previous text message that there was a photo

6    of a photo on a device?

7      A.    To be honest, I have no idea.  I don't

8    know about that picture.

9      Q.    Well, I'm going to ask do you recall the

10    previous text messages that we talked about on

11    Monday between you and Deisy?

12      A.    Yes.

13                (Exhibit JX 74, text messages

14        Spanish, marked for identification, as of this

15        date.)

16                (Exhibit JX 74A, text messages

17        English translation, marked for

18        identification, as of this date.)

19      Q.    I'm going to stop sharing my screen for

20    a second.  We're going to go back to those messages

21    that were previously marked on Monday and just as a

22    reminder that is JX 74.

23      A.    Okay.

24      Q.    I'm going to share my screen again.

25      A.    Okay.

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 12

1       Q.    Ms. Jimenez, can you see my screen?

2       A.    Yes.

3       Q.    Are these the messages that we were

4   discussing on Monday?

5       A.    Yes.

6       Q.    I'm going to go to what is Bates labeled

7   TENESACA_983 in Spanish and the English translation

8   is 994.

9             Can you please read these messages to

10  yourself and take a look at them?

11      A.    Yes.

12      Q.    Please let me know when you've read the

13  messages.

14      A.    Okay.  Ready.

15      Q.    Do you now recall what screenshot is

16  mentioned in that conversation?

17      A.    Yes, of course, it's the same one that I

18  was shown that day.

19      Q.    What was that a picture of?

20      A.    What do you mean of what?  I don't know

21  what it's about.  I don't understand.

22      Q.    So there was -- these messages discuss a

23  screenshot of a picture; correct?

24      A.    Yes.

25      Q.    And the name at the top of this page is

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 12 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 13

1    Genesis; correct?

2         A.    Yes.

3         Q.    Then we just looked at JX 60 which was

4    the picture of Aylis's teeth; right?

5         A.    Yes.

6         Q.    Was the screenshot of Aylis's teeth the

7    one that was mentioned in these text messages?

8         A.    To be honest, I don't know, and I don't

9    understand because it is talking here about a

10   capture but that picture, I've never seen it, I

11   don't know, I don't even know who they're talking

12   about.

13        Q.    Let's go back -- I'm going to pull up JX

14   60 now.  Can you see that picture, Ms. Jimenez?

15        A.    Yes.

16        Q.    How do you think Aylis's teeth look in

17   this picture?

18        A.    This is the problem that she had with

19   her teeth, that her teeth would get damaged.

20        Q.    Do you know how they got damaged?

21        A.    No.  When he started to take her, when I

22   started to take care of her, her teeth were already

23   damaged and he took her to the doctor.

24        Q.    I'm going to stop sharing my screen now.

25   So the previous text that we went over, those

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 13 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 14

1    reference communications with Flor or Ms. Flor;

2    correct?

3         A.    Yes.  Flor is the name of Deisy's mom.

4         Q.    Do you know Ms. Flor?

5         A.    Of course.

6         Q.    Have you and Ms. Flor communicated

7    through text messages?

8         A.    Yes.

9         Q.    You said the other day that Ms. Flor did

10   not take care of the children; right?

11        A.    The time that my dad came over here to

12   emigrate, that's when she watched them because I

13   couldn't keep watching them because I have my two

14   children as well.

15        Q.    So that was the only time that Ms. Flor

16   watched them?

17        A.    Of course.  She left them there with

18   her -- with some kind of power of attorney or

19   something like that.

20        Q.    You said she left them there.  Who is

21   she?

22        A.    No, my father left them with her, with

23   Ms. Flor.

24        Q.    You also mentioned nannying the

25   children; right?

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 14 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 15

1      A.    Yes.

2      Q.    What were the usual hours that you were

3  watching them?

4      A.    Well, there wasn't exact times.  And it

5  was -- it wasn't all of the days even, it was just

6  whenever he would get a freight, like if he would

7  get called all of a sudden and asked to take a rice

8  load or something like that so it wasn't exact

9  dates.

10     Q.    Well, I'm going to pull up what has been

11  submitted as JX 68.

12                  (Exhibit JX 68, Spanish text

13         messages between Ms. Flor and Ms. Jimenez,

14         marked for identification, as of this date.)

15                  (Exhibit JX 68A, English translated

16         text messages between Ms. Flor and Ms.

17         Jimenez, marked for identification, as of this

18         date.)

19     Q.    These are -- JX 68, the parties have

20  already stipulated to the exhibit's authenticity and

21  admissibility as text messages between Ms. Flor and

22  you.

23                  MR. HENSLEY:  I would object for

24         the record.  The description of what they are

25         was not part of the stipulation, just that

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 15 of 97

1       they were authentic and admissible.  So I

2       believe that's a misleading statement.

3       A.    Okay.

4       Q.    So I'm going to mark as JX 68 and also

5  JX 68A the text messages between Genesis and

6  Ms. Flor.

7       A.    Okay.

8       Q.    Exhibit JX 68 are the Spanish text

9  messages and JX 68A are the English translated

10 messages.

11      A.    Okay.

12      Q.    I will only be showing you the messages

13 in Spanish on the screen for you.  Okay?

14      A.    Okay.

15      Q.    I'm going to share my screen now.

16            Ms. Jimenez, are you able to see my

17 screen?

18      A.    Yes.

19      Q.    Great.  I'm going to scroll slowly

20 through these pages so that you can go over them.

21 All right?

22      A.    Okay.

23      Q.    Ms. Jimenez, if you could please let me

24 know when I can scroll to the next page, I would

25 greatly appreciate it.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 16 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 17

1        A.    Yes, ready.

2              Yes, ready.

3              Ready.

4              Um-um.

5              Ready.

6              Ready.

7              Yes.

8              Ready.

9              Ready.

10             Ready.

11             Ready.

12             Ready.

13       Q.    Great.  Ms. Jimenez, I'm going to go

14   ahead and ask you do these appear to be text

15   messages between you and Ms. Flor?

16       A.    Yes.

17       Q.    Thank you.  Let's scroll to Bates label

18   page 000664 in the Spanish version.  That's going to

19   correlate with page 000690 in the English

20   translation.

21       A.    Okay.

22       Q.    Is this a picture of Flor in the text

23   message chain with the children?

24       A.    Yes.

25       Q.    Now I want to look at Bates page 000650

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 17 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 18

1     in the Spanish messages which is page 693 in the

2     English translation exhibit.

3          A.    Okay.

4          Q.    Are these pictures of Santiago and

5     Aylis?

6          A.    Yes.

7          Q.    Did you send these to Flor?

8          A.    Yes.

9          Q.    Did you take these pictures?

10         A.    Yes.

11         Q.    Why were you sending pictures of

12    Santiago and Aylis to Flor?

13         A.    Because they didn't have much contact,

14    they wouldn't see each other.

15         Q.    Let's go to page -- hold on one second.

16               You mentioned earlier that you were the

17    primary caregiver along with Mr. Vega to the

18    children when you were nannying them; correct?

19         A.    Yes.

20         Q.    Now let's go to page 000671 in the

21    Spanish version which correlates with page 706 in

22    the English translated exhibit.

23         A.    Okay.

24         Q.    These are also pictures of Santiago and

25    Aylis; correct?

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 18 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 19

1        A.      Yes.

2        Q.      Did you take these pictures?

3        A.      Yes.

4        Q.      Do you know when this picture was taken?

5        A.      No, I don't remember.

6        Q.      Do you remember when you were nannying

7    the children?

8        A.      If I'm not mistaken, it was 2021, 2022.

9        Q.      I want to look at Bates label 000655 in

10   the Spanish messages which is page 685 in the

11   English translated exhibit.

12       A.      Okay.

13       Q.      Would you please read the text messages

14   on this page and then I'll have a couple of

15   questions for you.

16       A.      Okay.

17       Q.      Here are you telling Flor that the

18   children need to know how things happened between

19   their parents?

20       A.      Of course, yes.

21       Q.      Then that's why you, Ms. Jativa [sic],

22   talked to Santiago about Ms. Tenesaca; correct?

23       A.      I didn't understand that.

24       Q.      In these messages you state that you

25   talked to Santiago about Ms. Tenesaca; correct?

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 20

1       A.      Yes.

2       Q.      Can you explain what you meant by this?

3       A.      The thing is he had it in his head that

4    the mom had abandoned them and she wouldn't return

5    and I told him that she hadn't abandoned them, she

6    went to work.

7       Q.      Why did you feel the need to make sure

8    Santiago knew what happened between Mr. Vega and

9    Ms. Tenesaca?

10      A.      Because Santiago had it in his head like

11   he would tell people, oh, my mom abandoned us, he

12   had it in his head, and I would tell him no, no, no

13   so that wouldn't harm his heart.

14      Q.      And you explained that Ms. Tenesaca did

15   not abandon them; correct?

16      A.      Yes.

17      Q.      Santiago, how did he get this in his

18   head that she abandoned him?

19      A.      That I don't know.  He would always say

20   she abandoned us, she abandoned us, she abandoned

21   us, and I would teach him the opposite.

22      Q.      What did you observe Mr. Vega tell

23   Santiago in this regard?

24      A.      Well, I did hear multiple times that he

25   would say, like, if they say where's mom, he would

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 20 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 21

1  say, well, he abandoned us.  So maybe he heard that

2  and that's what got stuck in his head.

3      Q.    Do you state here that Mr. Vega tells

4  the children that Ms. Tenesaca left them and has

5  another husband?

6      A.    Yes.

7      Q.    I want to look at Bates label 000656 in

8  the Spanish messages and that is 686 in the English

9  translation.

10      A.    Okay.

11      Q.    Can you please read the text messages on

12  this page and I will have a few questions for you.

13      A.    Yes.

14      Q.    Here did you tell Flor that Mr. Vega is

15  pathetic and that he does not want to see the

16  children happy because he is blinded by ignorance?

17      A.    Yes.

18      Q.    What prompted you to say this?

19      A.    Well, the thing is that ever since she

20  left, he just couldn't be happy and everything

21  bothered him.  He couldn't stand anybody talking

22  about her, asking about her, he couldn't withstand

23  the fact that she had another partner.

24      Q.    At the bottom of this text message are

25  you telling Ms. Flor that Mr. Vega knows that

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 22

1    Ms. Tenesaca does not love him?

2          A.    Of course, yes.

3          Q.    And although he knows, this he keeps

4    bothering her and looking for her?

5          A.    Of course.  He kept waiting for her,

6    wanting her to come back to her children.  He was

7    blinded.  He couldn't understand that she had

8    already made her life elsewhere.

9          Q.    Do you also tell Ms. Flor here that you

10   hope Mr. Vega never finds Ms. Tenesaca?

11         A.    Yes, because he just -- he was stuck on

12   her, he would only talk about her, he couldn't

13   forget her, he had it set in his mind that they

14   were going to come together again, be together

15   again.

16         Q.    Why did you tell Ms. Flor this?

17         A.    Because he kept asking Ms. Flor about

18   her, where she was, he didn't understand, he didn't

19   think that they wanted to tell him, he thought they

20   were lying to him and every topic he would talk

21   about, it was all about her, it was all about her,

22   and I wanted him to forget her, but I think that he

23   couldn't because he was too deep in love.

24         Q.    Did you also want Ms. Tenesaca to forget

25   about Mr. Vega?

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 22 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 23

1        A.    Well, yes, I think she actually forgot

2   about him when she left but the problem was my dad

3   hadn't forgotten about her.

4        Q.    Why did you want her to forget about

5   him?

6        A.    No, no.  It's not that I wanted her to

7   forget about him, it was I wanted him to

8   understand she had already forgotten about him and

9   that she -- she didn't -- because she didn't come

10  back to him that meant she didn't love him, but he

11  was blinded still.

12       Q.    I want to look at Bates label Tenesaca

13  000668, that's the Spanish messages.  00687, that's

14  the English version of the exhibit.

15            Can you please read the text messages on

16  this page and then I'll have a few questions for you

17  once you're done.

18       A.    Okay.

19            Yes.

20       Q.    Here are you and Flor discussing

21  Mr. Vega stating that he was going to go to Chile?

22       A.    Yes.

23       Q.    Are you and Flor discussing the belief

24  that he was actually going to look for Ms. Tenesaca?

25       A.    Yes, that's what I was thinking, that he

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 24

1    was going to go look for her.

2         Q.    Was this when Ms. Tenesaca was in Mexico

3    in November of 2022?

4         A.    When she was in Mexico, I don't know

5    when she was in Mexico, all I know is when he was

6    going to leave in 2022 and he tried to come to the

7    U.S.

8         Q.    But I thought you said he was going to

9    Chile?

10        A.    No, but -- well, that's why.  So back at

11   that time he said he was going to Chile but in 2022

12   he was going to the U.S. but he never actually went

13   to Chile.

14        Q.    He told you though that he was going to

15   Chile?

16        A.    Uh-huh, he had plans of going to Chile.

17        Q.    And you believed that he was actually

18   going to Mexico; correct?

19        A.    No, he told me he was going to Chile.

20        Q.    But these text messages here, they

21   discuss how -- that you don't think he's going to

22   Chile.

23        A.    Well, that's what I'm saying, he told me

24   he was going to Chile but he actually left to Chile

25   and I was thinking that that's why he was going to

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 25

```
 1   Chile, to look for her, I didn't -- I thought she
 2   was in Chile.
 3         Q.    Why would you think she was in Chile?
 4         A.    No, it's not that I believe that, it's
 5   because I thought that because he wanted to go to
 6   Chile it made me think that she was this Chile.
 7         Q.    Because you say here, "I do not believe
 8   him that he is going to Chile;" correct?
 9         A.    Well, because he kept saying, oh, I'm
10   going to go to Chile, I'm going to go to Chile, but
11   I didn't believe that he would actually leave to
12   Chile because I didn't see that desire to actually
13   go.
14         Q.    But you say here he will go look for
15   Deisy?
16         A.    What it says is he must be going to look
17   for Deisy as in I believe that if he goes, it is to
18   look for Deisy.
19         Q.    You also ask does Deisy know; correct?
20         A.    Uh-huh.
21         Q.    Then you follow up with, "It is better
22   so she knows."  What do you mean by that?
23         A.    Well, because if he goes to look for her
24   and it seems he wants to go look for her and it
25   seems that she doesn't want to be with him anymore
```

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 26

1    and he wants to go look for her to try to rebuild

2    their home with their babies.

3         Q.    Let's go ahead and move forward to a

4    different page here.  Let's go to Bates label 000657

5    in the Spanish messages and that is 688 in the

6    English translation of the exhibit.

7         A.    Okay.

8         Q.    Can you please read the text messages on

9    this page and then I will have a couple questions

10   for you.

11        A.    Okay.

12              Yes.  Ready.

13        Q.    In these exchanges are you telling Flor

14   that you do not take care of the children for

15   Mr. Vega's sake but for the children's sake?

16        A.    Of course.

17        Q.    What prompted you to say this?

18        A.    Because if I didn't watch them who would

19   watch them?  He didn't have any other family there

20   other than me, her daughter, his children.  They're

21   in Yaguachi.  If I hadn't been the one to watch

22   them they would have to be watched by another

23   person, a stranger.

24        Q.    That means Mr. Vega could not watch

25   them; correct?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 26 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 27

1      A.    Of course.  When he had to leave then
2  who would he leave them with if I didn't watch
3  them?
4      Q.    Here you also say, "You will reap what
5  you sow some day."  When I say you here I mean
6  Ms. Jimenez; correct?
7                MR. HENSLEY:  This is the
8        interpreter.  The interpreter needs a quick
9        second -- I found it.
10     A.    Um-hmm.  Yes.
11     Q.    What did you mean by that?
12     A.    That I am doing well by my brothers, by
13  my siblings because I also have children and while
14  my siblings were used to me.
15     Q.    Do you also state here that he will some
16  day realize talking bad about Ms. Tenesaca to the
17  children is wrong?
18     A.    Of course, because he would always refer
19  to her as leaving them behind, abandoning them,
20  that.
21     Q.    Just to be clarify, Mr. Vega, correct?
22     A.    Well, of course, because that's what he
23  would say to others and if they were nearby, they
24  would hear that she had abandoned them and if
25  that's what they heard then that's what they would

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 28

1  perceive and that's what they would stay with.
2        Q.    Do you state here that Ms. Tenesaca was
3  a good mother that worked and never left the
4  children?
5        A.    Of course.
6        Q.    What prompted you to say that?
7              THE INTERPRETER:  The interpreter
8        needs to clarify something that was said, the
9        structure was a little awkward and I want to
10       make sure I get it accurately if that's okay.
11             MR. MORAN:  Yes.
12       A.    Yes, because that's exactly what I would
13  tell the babies, that she hadn't abandoned them,
14  that she had left to go work and that eventually
15  she would reunite with him and with the babies
16  because that was my understanding at the time and
17  she was a hard working woman.  I actually met them
18  and she would work very hard at the business that
19  they had.
20       Q.    What prompted you to say this?
21       A.    I don't remember what she said to me in
22  the audio but I think it was just the comment.
23       Q.    Now I want to look at Bates label 000648
24  in the Spanish messages and that is 00689 in the
25  English translation.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 28 of 97

Jiminez Volume , Ii                                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 29

1          A.     Okay.

2          Q.     Can you please read the text exchanges

3     on this page and then I will have a couple of

4     questions for you.

5          A.     Yes.

6          Q.     You are telling Flor here that you tell

7     the children Ms. Tenesaca did not leave them;

8     correct?

9          A.     Yes.

10          Q.     And that she is working?

11          A.     Yes.

12          Q.     And you also state he is bad; correct?

13          A.     Yes, of course, because they would hear

14     the comments about how she had abandoned them and

15     then they -- well, especially Santiago would be

16     stuck on that she abandoned them, she abandoned

17     them and that's it.

18          Q.     And also that he did not want them to

19     see Ms. Tenesaca?

20          A.     Yes.

21          Q.     Is the "he" mentioned here Mr. Vega?

22          A.     Yes.

23          Q.     What prompted you to say that?

24          A.     The thing is I don't remember what I was

25     talking to her about for me to have said that.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 29 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 30

1        Q.    Also, more specifically, here you say

2    that their dad is bad; correct?

3        A.    Yes, of course, for that reason of

4    making the comment that she abandoned them because

5    I didn't think that was right, I thought that was

6    bad.  It's best not to touch the topic rather than

7    to say that she abandoned them, the babies.

8        Q.    Did you tell Flor that Mr. Vega will end

9    up paying for all the damage that he is doing?

10       A.    Of course.

11       Q.    What made you say that?

12       A.    Because I didn't like it when they would

13    say that she abandoned them, for Santiago

14    specifically, it didn't feel right, it would make

15    me feel bad, it wasn't right.

16                    THE INTERPRETER:  Interpreter

17        correction.

18       A.    I didn't think it was right.

19       Q.    What damage are you referring to,

20    Ms. Jativa?

21       A.    Well, psychological harm because of that

22    whole deal of telling them that mom abandoned them

23    because then they didn't want to know about mom,

24    they would get stuck on, no, mama abandoned us,

25    abandoned us, abandoned us.

Veritext Legal Solutions

800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 30 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 31

1      Q.    Now let's go to Bates page 000658 in the
2   Spanish messages and 000691 in the English
3   translation.
4      A.    Okay.
5      Q.    Can you please read the text exchanges
6   on this particular page and then I will have a
7   couple questions for you.
8      A.    Yes.
9      Q.    Here are you telling Flor that Mr. Vega
10  is not stable and is taking the children from place
11  to place?
12               THE INTERPRETER:  This is the
13          interpreter.  I will ask for a repetition of
14          the locations that have been mentioned.
15               MR. MORAN:  Yes.
16     A.    Yes, because he for a time left to go to
17  Babahoyo and then he brought them back to Yaguachi.
18     Q.    The part about him not being stable,
19  could you please tell me why you said that?
20     A.    Because the baby at school, they had to
21  change him from Yaguachi to Babahoyo and then from
22  Babahoyo back to Yaguachi.
23     Q.    I understand.  Ms. Jativa, my question
24  is related to you say specifically that he is not
25  stable.  How did you mean that?

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 31 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                      Page 32

1          A.    By stable I mean that he wasn't living

2     in a fixed place, he would go to live in Babahoyo

3     and then to Yaguachi, like that.

4          Q.    Was that referring to his mental state?

5          A.    No.  I'm talking about they would move

6     to live in one place and then move to live in

7     another, like that.

8          Q.    Let's go to page 000662 in the Spanish

9     messages.  That is page 000692 in the English

10    translation.  Can you please read the text messages

11    on this page and then I'll have a couple of

12    questions for you.

13         A.    Yes.  Okay.

14         Q.    Are you telling Flor that Mr. Vega does

15    not provide diapers or wipes for Aylis?

16         A.    Yes, because that day he didn't leave me

17    any diapers or he didn't leave me any of the other

18    things, like he didn't leave me the complete things

19    that I would need and, well, that is -- complicates

20    things for me because I can't go out and buy them

21    because I have my two responsibilities so I was

22    really upset, I was really angry because I couldn't

23    go out with all four of them.

24         Q.    So that meant that you had to go buy the

25    diapers; right?

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 32 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 33

1          A.    Yes, because he was already far.

2          Q.    When you came back he was there;

3    correct?

4          A.    Where?

5          Q.    I'm looking at the text messages here

6    and where it says 00057 and you said that you come

7    back; correct?

8                    THE INTERPRETER:  The interpreter

9          needs a quick second.

10         A.    That he came back?

11         Q.    Let me ask it a different way.  You say

12   here, Ms. Jativa, that you returned to where he was

13   with the children and you asked him to take care of

14   the children; correct?

15         A.    I don't remember exactly.  I don't

16   remember.  If I'm not mistaken, I think I went and

17   he gave me diapers at the store because he gave

18   them to me and then he got on the road because he

19   hadn't left yet.

20         Q.    You also say to take care of them.  What

21   are you referring to there?

22         A.    No, that if he could already take the

23   babies and take care of them but he still had to

24   leave.

25         Q.    You said he was leaving right after he

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 33 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 34

1  got back from somewhere; right?

2        A.    Yes.  Yes.  I think he had arrived to

3  buy lunch or I don't know.

4        Q.    After this you said that he was -- do

5  you know where he was coming back from?

6        A.    I don't remember exactly because he

7  would leave and he would leave for like work or go

8  for a meeting for ISFA or he was going to work.  So

9  he had to go get money because he was going to go

10  on a long trip, but any time he had to leave he

11  would leave them with me so I just don't remember.

12        Q.    Do you know where he was intending on

13  going at this particular time?

14        A.    No.

15        Q.    You were texting Flor here at 0057 a.m.;

16  correct?

17        A.    Yes.

18        Q.    That was about where he was going at

19  that point in time; correct?

20        A.    Yes.  That time he was probably going on

21  a long trip because sometimes he would take long

22  trips to Esmeraldas so I don't remember where he

23  was going, I don't remember, but he did do a lot of

24  trips.  I don't remember exactly but when it was

25  those early morning trips like that it was probably

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 35

1    to Esmeraldas because that trip would take four or
2    five hours.
3         Q.    So he would leave at 1 in the morning
4    for that?
5         A.    Yes.
6         Q.    Let's look at Bates label Tenesaca
7    000665.
8         A.    Okay.
9         Q.    Can you please read the text messages on
10   this page and then I will have a couple of questions
11   for you.
12        A.    Yes.
13        Q.    Are you telling Flor here that Santiago
14   and Aylis are suffering?
15        A.    Yes.
16        Q.    What prompted you to say this?
17        A.    Because he didn't have contact with mom.
18   I don't know if he didn't want to answer questions
19   from her, I don't know, but they didn't get to talk
20   to mom or that's what my understanding was.
21        Q.    Are you also telling Flor here that you
22   hate Mr. Vega?
23        A.    Hate, no.  That I hated his attitude,
24   the fact that he didn't understand that he still --
25   that there were no future plans with her, that's

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 35 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 36

1    what I hated, that he didn't accept.

2        Q.    Let's look at page 000652 in the Spanish

3    version.   That is 000698 in the English translation.

4           Can you please read the text messages on

5    this page and then I will have a couple questions

6    for you.

7        A.    Okay.  I'm going to read it.  Okay.

8        Q.    Here did you tell Flor to file a report

9    that Mr. Vega left the children with her when he

10   left?

11       A.    Yes.

12       Q.    What made you say that?

13       A.    So that she could fight for them instead

14   of the mom and she could have them because I wasn't

15   going to be able to do it with four kids when he

16   left to the U.S., and I think they actually reached

17   an agreement and he left them with her when he came

18   over here.

19       Q.    And you tell Flor that Mr. Vega left the

20   children; right?

21       A.    No, no.  Like when he left them with

22   her, I think that when he left them with her he

23   left her some kind of power.

24       Q.    And then you also say that he cannot win

25   now; correct?

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 37

1        A.    Yes, of course, because he also left
2    them when he went to go search for Deisy because he
3    first wanted to find Deisy to be able to be okay.
4        Q.    So to what are you referring to with
5    "when" there?
6        A.    Yes, because at that point he had
7    custody so here it would be for her that she would
8    have custody because she is Deisy's mom and who
9    better could they be with since his mom, he had
10   already passed, and whose better care could they be
11   other than the grandma?
12       Q.    So Flor was the better care; correct?
13       A.    Yes, of course, because he was coming
14   over here to stay for who knows how long and I
15   wouldn't have been able to stay not all of the days
16   because I also had my children.
17       Q.    You also mention here that Santi -- does
18   that mean Santiago?
19       A.    Yes.
20       Q.    You also mention he's not sleeping here;
21   is that correct?
22       A.    Yes, because sometimes he would, when my
23   dad was out he would stay up waiting for him
24   because they would sleep together.  So sometimes he
25   hadn't arrived yet, he would stay up waiting and I

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 37 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 38

1    would tell him to go sleep but he didn't want to,

2    he wanted to wait for him.

3          Q.    Let's look at page 000663 in Spanish.

4          A.    Okay.

5          Q.    That's page 00700 in the English version

6    translation.

7          A.    Okay.

8          Q.    Can you please read the text messages on

9    this page and then I've got a couple questions for

10   you.

11         A.    Okay.  Yes.

12         Q.    Are you telling Flor here that Mr. Vega

13   is not taking care of the children and drinking

14   instead?

15         A.    Yes, he had left them with me and I

16   don't remember if like a family member had passed

17   or what, but he had gone out and I think he had

18   been drinking.  He did leave them to go out a

19   couple of times, maybe once or twice.

20         Q.    You also say here that he is crazy and

21   that he has some kind of disease; right?

22         A.    Yes.

23         Q.    These were your thoughts; right?  Why

24   did you think that?

25         A.    Because he starts drinking.

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 39

1          THE INTERPRETER:  This is the
2      interpreter.  I want to correct my last
3      statement to "because he gets to drinking."
4      That's a more accurate translation.
5          MR. MORAN:  Thank you very much.
6      Let it be noted in the record please.
7      Q.    Also on the bottom here you mention that
8   you were worried, talking about next time, not
9   taking care of the babies so he can go drinking;
10  correct?
11     A.    Yes, of course, because to go working I
12  would watch the kids but I wasn't going to watch
13  them for him to go out drinking, then I wouldn't.
14  And I think, if I'm not mistaken, that this time it
15  had to do with a mass that they were doing like
16  they do for a family member that had passed and
17  then he stayed there with them.
18     Q.    You say the "next time" here, were you
19  worried about a next time that he would go drinking?
20     A.    Of course, because he hadn't done that
21  before and I said, well, if there's another time
22  I'm not going to watch them anymore because if it's
23  to go out drinking I'm not going watch them.
24     Q.    Let's go to Bates label 000660 in the
25  Spanish version please.  That is page 000702 in the

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 39 of 97

Jiminez Volume , Ii                     February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 40

1    English version.

2          A.    Okay.

3          Q.    Can you please read the text exchanges

4    on these page and then I'll have a couple of

5    questions for you.

6          A.    Yes.

7          Q.    Here you're telling Flor that Mr. Vega

8    is telling the children that Ms. Tenesaca abandoned

9    them; correct?

10         A.    Yes.  It's about what I had mentioned

11   before, that that's what they had stuck in their

12   head.

13         Q.    Why did you tell Ms. Flor that?

14         A.    I don't remember what she told me for me

15   to have said that.

16         Q.    Are you also telling Ms. Flor that

17   Mr. Vega wants to take Santiago out of school and

18   leave him with you?  And by "you" here I mean

19   Ms. Jativa.

20         A.    Yes.  This is what I was saying about he

21   would pull them out of class and he would go to

22   Babahoyo and like that.

23         Q.    I also need to clarify there that I

24   meant you, Ms. Jimenez, not Ms. Jativa.  My

25   apologies for that.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 40 of 97

Jiminez Volume , Ii                              February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 41

1      A.    Okay.

2      Q.    So he wanted to take Santiago out of

3  class and you told Ms. Flor that.  What prompted you

4  to say that?

5      A.    For her to know that they weren't going

6  to be with me anymore, they were going to be

7  leaving again to Babahoyo.

8      Q.    Let's go to page 000672 in the Spanish

9  version, and page 000707 in the English translation

10  of the exhibit.  Can you please read the text

11  messages on this page and then I'll have a couple of

12  questions for you.

13      A.    Yes.

14      Q.    Here you're telling Flor Santiago was up

15  all night crying?

16      A.    Yes, because he doesn't sleep if the

17  father doesn't arrive.

18      Q.    You also ask why didn't he leave them

19  with you; correct?

20      A.    Uh-huh, yes, because sometimes I think

21  he seldomly would leave them with Ms. Flor.

22      Q.    You say seldom.  How often do you think

23  Ms. Flor would watch the children?

24      A.    That I remember, some five times.  It

25  wasn't a lot.  It was just a few.

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com          www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 41 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 42

1          Q.    It was enough for you to ask why he
2     didn't leave them with you though; correct?  By
3     "you" I mean -- I'm sorry, could I pause that for a
4     second?
5                    THE INTERPRETER:  Go ahead.
6          Q.    By "you" I mean Ms. Flor.
7          A.    Yes.
8          Q.    It was -- he left them enough times --
9                    THE INTERPRETER:  Sorry, Mr. Moran,
10         I think she was replying to that part you
11         added.  I think we need to repeat the whole
12         question.
13                    MR. MORAN:  I agree.  No problem.
14         Thank you very much.
15         Q.    So it was enough time -- he left the
16     children with Ms. Flor enough times that you asked
17     why he did not leave them with Ms. Flor this time;
18     right?
19         A.    Yes.  Because on weekends he would take
20     them, you know, skipping around.  Not every
21     weekend.
22         Q.    Who would have them on the weekdays?
23         A.    I would, I would have them.  It's just
24     that to sleep they didn't like to sleep without the
25     father.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 42 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 43

1      Q.    Did you and your father live together?

2      A.    No.

3      Q.    Then they stayed with you during the

4   week?

5      A.    Yes.

6      Q.    But here on this one you mention, "and

7   he is still not home;" correct?

8      A.    Um-hmm.

9      Q.    Do you recall where he was?

10     A.    To be honest, he was always working

11  because I would only watch them for him to go to

12  work only.  If it was to go out or something like

13  that then he wouldn't leave them with me because I

14  wouldn't watch them for that.

15     Q.    Ms. Jimenez, now that we've talked

16  through these exhibits I want to ask you a couple

17  follow-up questions here.

18     A.    Okay.

19     Q.    Despite what you told the cantonal board

20  in Ecuador, isn't it true that you believe the

21  children were suffering in the care of Mr. Vega?

22     A.    Well, suffering in the sense that they

23  missed their mom, but in terms of their care, he

24  was caring for them because he was attentive, he

25  would provide their food like fruit and things like

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 43 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 44

1    that.
2        Q.    Isn't it true that you believe Deisy
3    would keep the children safe?
4        A.    The thing is that they weren't raised by
5    her, it's always been the dad, the dad, the dad.
6    So I don't know how they would get along in her
7    care because they were raised just with the father,
8    Ms. Flor and myself.
9        Q.    Well, you said that you had them during
10   the week; correct?
11       A.    Yes.
12       Q.    Mr. Vega did not have them during the
13   week; right?
14       A.    No -- well, he would work for hours,
15   like my dad, he would work let's say from 11 p.m.
16   to 7 in the morning and then he would say, hey,
17   daughter, let me just have a little bit of a sleep
18   and then I'll come and he would, I don't know, take
19   one or two hours and rest from having to have woken
20   up so early.  Then he would come and look at them
21   and like that.
22       Q.    Ms. Jimenez, I have no further questions
23   at this time.  I may follow up based on what
24   Mr. Hensley has to ask you.
25   EXAMINATION BY

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 44 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 45

1    MR. HENSLEY:

2        Q.    Good afternoon, Ms. Jimenez.  How are

3    you doing this afternoon?

4        A.    Well.

5        Q.    I apologize, I will be jumping around a

6    lot with my questions because I only want to follow

7    up on a few things that you talked about earlier

8    during your testimony on Monday and then earlier

9    today.

10       A.    Okay.

11       Q.    For my clarification, is it accurate to

12   say that the damage to Aylis's teeth was something

13   that happened before your father became their sole

14   caregiver?

15       A.    I think so.  I don't remember.

16       Q.    Were you aware of his efforts to try to

17   fix their teeth?

18       A.    Yes.

19       Q.    What were those efforts?

20       A.    Well, he would take them to the hospital

21   to get their teeth checked out and Santiago, he had

22   a problem with his molar.  I don't know in fact if

23   they ended up extracting it or if they healed it

24   but he would take them together to their

25   appointments with the orthodontist.

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 46

1      Q.    Do you have any idea how many times he
2  took them to see dentists or orthodontists?
3      A.    I don't remember but it was several
4  times.
5      Q.    Were the children's teeth improved as a
6  result of those efforts?
7      A.    If I'm not mistaken, not Aylis's but
8  Santiago's did.
9      Q.    Aylis's, those were baby teeth; is that
10 correct?
11     A.    Yes.
12     Q.    So the teeth in that picture would be
13 gone by now; is that right?
14     A.    I suppose.  I wouldn't know what to say
15 because I don't know for sure.
16     Q.    Do you personally believe your father's
17 explanation of Aylis's black eye resulting from a
18 fall in the bath tub?
19     A.    To be honest, yes, because my sister
20 liked to run when she was showering or bathing.
21 You know, even when I had her at the house, I had
22 to be right there, right there, because she was all
23 over the place.
24     Q.    Did he explain to you why he showed you
25 that photo in the first place?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 46 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 47

1      A.    Yes, to show me that the baby had fallen

2   and even the baby -- the baby, she wasn't the one

3   that told me but it was Santiago that told me that

4   she had fallen.

5      Q.    Do you believe your father to be

6   involved in any gangs?

7      A.    No, not at all.

8      Q.    Would you know if he were?

9      A.    No, I never heard of it or thought of

10  anything like that.  I don't think so.  He detests

11  those things.

12     Q.    Was your father proud of his military

13  service?

14     A.    Yes.

15     Q.    Was he a very patriotic person?

16              THE INTERPRETER:  The interpreter

17        has used a word that is not familiar to

18        Ms. Jimenez.  Permission to repeat the

19        question using a different word.

20              MR. HENSLEY:  Of course.

21     A.    I'm sorry what do you mean by patriotic.

22     Q.    That he was very proud of the government

23  of Ecuador?

24     A.    Well, for as long as everything was

25  going really well, yes.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 47 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 48

1    Q.    Did he ever express to you his feelings

2  about the gangs that were active in Ecuador?

3    A.    To be honest, yes, sir, because my

4  sister actually had a husband who was in some bad

5  dealings and he never contacted him, he never

6  accepted him, he rejected him because of his bad

7  relations.

8    Q.    How old are you right now?

9    A.    28.

10    Q.    Do you know how long ago the

11  conversations that we were just looking at with

12  Ms. Flor were?

13    A.    I don't remember.

14    Q.    Would it have been when both of you all

15  were still living in Ecuador?

16    A.    Yes.

17    Q.    After your father started becoming the

18  primary caretakers; right?

19    A.    Yes.

20    Q.    So it would have been somewhere in late

21  2021 or 2022, does that sound right?

22    A.    Yes.

23    Q.    So it's been around four years ago now,

24  is that a good estimate?

25    A.    Yes.

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 49

1      Q.    Have your opinions about your father's
2   behavior changed at all in the last four years?
3      A.    I mean, the opinions about like how, of
4   what?
5      Q.    Pardon me for changing the theme.  I'll
6   get back to that.
7            Was it regular for your father to forget
8   diapers or other supplies for the kids when he
9   dropped them off with you?
10     A.    No, no.  If I'm not mistaken, I think it
11  only happened once, maybe twice, but if I'm not
12  mistaken it was -- well, as far as I remember, only
13  once.
14     Q.    When your father was driving trucks, he
15  was doing that work in order to support his two
16  children on his own; is that correct?
17     A.    Yes.
18     Q.    Was it hard for your father to make ends
19  meet during that time?
20     A.    Yes.  Because he has other children.
21     Q.    And he also provided child support for
22  his other children through that work; is that right?
23     A.    Yes.
24     Q.    Was he dedicated to all of his children?
25     A.    Yes.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 49 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 50

1      Q.    As a single father with two young
2   children, was he under a lot of stress during that
3   time frame?
4      A.    Well, when he was feeling stress he
5   would go to the pool, take the kids to the beach,
6   things like that.
7      Q.    So he never let the circumstances
8   completely overwhelm him; is that right?
9      A.    Apparently not because in the free times
10  that he had he would even take me along, he'd say
11  let's go out, any free times he had he would take
12  us to pools, things like that.
13     Q.    Were the conversations that we were just
14  looking at with Ms. Flor before you or your father
15  had come to the United States to live permanently?
16     A.    Yes.
17     Q.    What was your reason for coming to the
18  United States?
19     A.    Well, be to honest, the situation over
20  there was very, very bad.  There were murders on
21  the daily, the amount of bad dealings around there
22  were terrible and I had my two kids on the daily.
23  There were people getting murdered, drug deals, all
24  kinds of things.
25     Q.    Do you know why Ms. Flor came to the

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 50 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 51

1    United States?

2         A.    I don't know.

3         Q.    Do you know why Ms. Deisy came to the

4    United States?

5         A.    Well, she had a clothing store there

6    where I actually worked for her there and that

7    collectors would come around seeking payment for

8    the debt.  So they would come and they, even when

9    it was just me there, they would be threatening and

10   they would tell me, in essence, I was the

11   stepdaughter, they would tell me that they were

12   going to get everything out of the store, and I

13   would go and I would tell the mom and I would say

14   that they wanted payments for -- they wanted

15   payments on the debt they were coming to collect,

16   and they even gave me some money for the debt

17   collectors at some point.  So I don't know if

18   that's exactly why she came, I don't know the exact

19   reason.

20        Q.    Did Deisy have any role in your coming

21   to the United States?

22        A.    I don't understand that question.

23        Q.    When you first came to the United

24   States, did you plan on going to live in South

25   Carolina?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 51 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 52

1    A.    I met people and then I started to live
2    here.
3    Q.    Is it just a coincidence that you're
4    living so close to where Deisy came to be living?
5    A.    No.  When I was already on my way, my
6    dad contacted her and then she received me here.
7    Q.    When was that?
8    A.    Oh, I don't remember.  If I'm not
9    mistaken, I arrived in December of 2023.  '23.
10   2023.
11   Q.    Was that a couple months before your
12   father and your little siblings came?
13   A.    Yes.
14   Q.    Do you know how long Deisy had been in
15   the United States before that?
16   A.    No.
17   Q.    Did anybody else you know in Ecuador
18   come to live in that same general area?
19   A.    Of course.  I came with my sister-in-law
20   and she had more people.
21   Q.    When you say Deisy received you here in
22   the United States, had you been in contact with
23   Deisy about how to enter the United States?
24   A.    My dad had already been in contact with
25   her when I was in Colombia and he told me to reach

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 52 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 53

```
 1   out to her and that she was going to work it out
 2   and that's when she gave me her -- I contacted her
 3   and she gave me her address.
 4        Q.    Did she tell you anything else about
 5   what you should do between Colombia and the southern
 6   border of the United States?
 7        A.    Of course, because we were coming just
 8   by ourselves, just with my sister-in-law, and there
 9   were some people there that we know were also
10   coming over here, but we didn't have anything
11   exact, we didn't have an address where to arrive.
12        Q.    Once you got to the United States and
13   were received by Deisy, did you stay with her for
14   very long?
15        A.    No, just one month.
16        Q.    After staying with Deisy for one month,
17   did you maintain contact with her?
18        A.    After?  No.
19        Q.    Did your father ever tell you why he was
20   bringing your siblings to the United States with him
21   in 2024?
22        A.    Yes, he did tell me he was coming over
23   here.
24        Q.    Did he tell you why?
25        A.    He had spoken to her.  I think that they
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 53 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 54

1    were going to work things out.

2         Q.    Like work things out romantically?

3         A.    Well, their relationship to be together

4    with the babies, for the four of them to be

5    together.

6         Q.    Do you know if that was meant to be a

7    romantic interaction, if they were going to be

8    living under the same roof?

9         A.    To be honest, I don't know because when

10   my father arrived I wasn't there anymore when he

11   was on his way, I wasn't living there anymore.

12        Q.    After your father got to the United

13   States, did he have a chance to see you at all?

14        A.    Yes, of course, because when she left

15   him and took the babies he -- I asked a friend to

16   take me because he was out on the streets

17   practically crying so I went and I took him.

18                    MR. MORAN:  Off the record for a

19        second.

20                    (Discussion off the record.)

21                    (Record read.)

22   BY MR. HENSLEY:

23        Q.    Sorry for the interruption, Genesis.  I

24   do want to ask you more about that day.

25                    Do you remember when it was that you

Jiminez Volume , Ii                February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 55

1    went and picked up your dad?

2         A.    I remember it was in February.  My son

3    has a birthday on the 19th.  I don't know if it was

4    the 22nd, 23rd.  The exact date I really don't

5    remember.

6         Q.    What happened from there?

7         A.    That day I took him and he told me that

8    she had said that he wanted to take the babies away

9    and she called the police and that the police came

10   and then at that point the police let her go with

11   the babies and he wasn't able to take them away and

12   that from there --

13                    THE INTERPRETER:  The interpreter

14        is going to ask for a repetition.

15        A.    And then from there he didn't know

16   anything else about the babies.

17        Q.    Did you reach out to anyone to try to

18   find out what had happened to your little siblings?

19        A.    No.  He explained it to me and I didn't

20   have any more contact with them.

21        Q.    So between February of 2024 and the

22   present you have not had any contact with Deisy?

23        A.    No.

24                    MR. MORAN:  Madam court reporter,

25        we might have lost him again.  Can we go off

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 55 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 56

1      the record.

2                   (Discussion off the record.)

3                   (Record read.)

4    BY MR. HENSLEY:

5         Q.    Genesis, did you reach out to Flor at

6    any point between February 2024 and the present?

7         A.    No.

8         Q.    Why not?

9         A.    I didn't have numbers for them anymore.

10   Deisy had a line for me and when I left from over

11   there then I had to get my own new line.  And I

12   didn't have any more contact with them.

13        Q.    Have you wanted to see your little

14   siblings in the last two years?

15        A.    Of course.  One day my sister-in-law,

16   because my brother and sister-in-law live here with

17   me, they actually saw them at an Ecuadorian eatery

18   and Ms. Flor had them and she was -- she had

19   Santiago, Aylis and she was actually covering them

20   so that they wouldn't see my children I guess so

21   they wouldn't say hi because they actually loved me

22   a whole lot.

23        Q.    So is it your belief that Ms. Flor and

24   Ms. Deisy have intentionally kept you from having

25   contact with your siblings?

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 57

```
 1              MR. MORAN:  Objection.
 2      Speculation.
 3      A.    Yes.
 4      Q.    Why do you believe that?
 5              THE INTERPRETER:  I'm going to ask
 6      for repetition because the beginning was
 7      chopped off for me if that's okay.
 8              MR. HENSLEY:  Um-hmm.
 9      A.    Yes, because my children were there and
10  they wanted to say hi to the baby but they put a
11  coat over the baby so that my children wouldn't say
12  hi to the baby Aylis.
13      Q.    What time of day was it when you went to
14  pick up your father when you said he was in the
15  street crying?
16      A.    I don't remember if it was in the
17  morning of the following day.  I don't remember if
18  he had slept there and then the next day I went to
19  go get him in the morning.
20      Q.    When you got there, was he actually
21  crying or began to cry at any point?
22      A.    His eyes were already swollen.  He had
23  been crying the whole time.  In fact, he didn't
24  want to leave.  I had to tell him come on, come on,
25  let's go because they had already taken everything,
```

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 57 of 97

Jiminez Volume , Ii                          February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 58

1    it seemed like they had planned to leave, she had
2    already taken all of her things out of there.
3         Q.    Do you know if your father had any
4    personal items with him?
5         A.    Yes, his papers, I think she took all of
6    his documents with her because then he didn't have
7    any of his documents -- any of his documents, his
8    papers.
9         Q.    Did he have a cell phone at that point?
10        A.    If I'm not mistaken, yes, because I was
11   able to contact him.
12        Q.    What did he tell you had happened?
13        A.    Yes, he actually didn't -- because I
14   called, he didn't answer the call, he actually sent
15   me an audio crying and he said my babies, my
16   babies, they took them away, I don't have a life
17   anymore, what am I doing here.  And I told him to
18   leave and he said no, no, because my children, I
19   will be here if they come back tomorrow or what.
20   And I didn't have a car at the time so I told him I
21   would go see him tomorrow and I went to go see him
22   the next day.
23        Q.    Did you help him look for your siblings
24   at any point?
25        A.    To be honest, no, because I don't know

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 58 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 59

1   anyone here, I didn't have a car, I didn't have a
2   way to go out, so, no, I couldn't.
3        Q.    Where did your father go?
4        A.    He went to another site because a friend
5   told him there was work over there and he traveled
6   and the depression had actually made him -- gave
7   him an ailment while he was over there in the other
8   state that he went in Brooklyn.
9        Q.    Do you know how long he was in the
10  Carolinas before going to New York?
11       A.    Like a month and a half, two months,
12  something like that.
13       Q.    Do you know where he was staying during
14  that time?
15       A.    He stayed with me.
16       Q.    During that time was he trying to search
17  for his children?
18       A.    Yes, he would go out, I had a friend
19  that worked in Charlotte so he would leave with him
20  and then he would go and walk around or on bus or
21  on train, I don't know because I didn't know about
22  that, and then would he tell him that when he would
23  get out of work to bring him back, but he couldn't
24  find any clues about where the babies were.
25       Q.    Would he go search everyday during that

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 59 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 60

1  month to month and a half?

2       A.    Yes, almost everyday, as long as he

3  could find somebody that could take him out because

4  we actually lived really far away in Lancaster and

5  it's far from Charlotte.

6       Q.    During that time do you know if he was

7  attempting to contact Deisy or Flor?

8       A.    Yes, but they would block him, they

9  changed numbers, they would block him.

10      Q.    Do you still have the Facebook message

11  feed between yourself and Deisy that you mentioned

12  on Monday?

13      A.    No, because when I arrived she told me

14  to delete everything because she said that they

15  check that and she didn't want me to have

16  communication with somebody from here.

17      Q.    Are you talking about preparations for

18  crossing the southern border?

19      A.    Yes.

20      Q.    So on your phone do you also not have

21  any messages with Ms. Flor anymore?

22      A.    No, because the phone, I don't have the

23  phone anymore because when they took the line, the

24  phone stopped working and I changed houses and I

25  lost the phone.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 60 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 61

1        Q.    So are you locked out of the WhatsApp
2    account that you used to have?
3        A.    No, that number doesn't exist anymore,
4    she took it from me.
5        Q.    You were asked questions about spying on
6    your father at the behest of Deisy when she was in
7    Spain.  Do you have any idea why you were asked
8    questions about that?
9        A.    Who asked me about that?
10        Q.    On Monday, the other attorney who was
11    asking questions first.
12        A.    On Monday.  Okay, now I'm ready.  Can
13    you repeat the question?
14        Q.    You were asked if you had agreed to spy
15    on your father on Deisy's behalf while she was in
16    Spain.  Do you have any idea why you were asked that
17    question?
18              MR. MORAN:  Objection.
19        Speculation.
20        A.    Uh-uh, no.
21        Q.    What kind of contact did you have with
22    Deisy while she was in Spain?
23        A.    I don't remember if at that time I was
24    still working for her and maybe she would call me
25    to ask me about her business that I was working at

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 61 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 62

1    for her.

2         Q.    Did you ever send her updates by

3    Facebook about her children or any other subjects?

4         A.    I think I did, I think I did, if I'm not

5    mistaken I think I did.

6         Q.    When did you stop working at Deisy's

7    shop?

8         A.    It was in 2023 that I came -- I don't

9    remember the exact date but it was in 2023.

10        Q.    So you continued working for her the

11   entire time you were also helping your father with

12   childcare; is that right?

13        A.    No, that was before because my father

14   then was with them and Ms. Flor also watched them.

15        Q.    Do you know when Ms. Flor went to Spain?

16        A.    No.

17        Q.    Are you currently afraid to return to

18   Ecuador?

19        A.    Yes, because the situation is a lot

20   worse.

21        Q.    Did any of your female friends or

22   relatives have problems with domestic violence?

23        A.    Domestic violence?  They kidnapped and

24   killed my cousin, they kidnapped and killed my

25   cousin.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 62 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 63

1      Q.    Are you talking about gangsters?

2      A.    I don't know, I mean, the reason why he

3   was killed was never discovered.  We don't know the

4   reason.  It seems that maybe to steal his

5   motorcycle.

6      Q.    So I was asking about domestic violence

7   or violencia interfamiliar and I hope that I can ask

8   you about family violence in the context of spouses

9   or partners hurting each other within a household.

10     A.    No.

11     Q.    Are you aware of Los Centros Violeta

12  that were established by the government of Ecuador

13  to provide services to victims of interfamily

14  violence?

15     A.    No.

16     Q.    Are you aware of your father ever being

17  misogynistic?

18     A.    No.  To where I know he never lifted a

19  hand, not against her or anybody.

20     Q.    You say he never lifted a hand against

21  her or anybody which covers sort of every possible

22  question I was going to ask but just to be clear,

23  even many years ago he never abused you when you

24  were a child; is that right?

25     A.    No, not at all.  He never touched me.

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 63 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 64

```
 1  He never -- he was never aggressive with me.
 2       Q.    Have you ever heard anybody express that
 3  they were afraid of your father because of any
 4  violent tendencies?
 5       A.    No.
 6       Q.    All the time you were working for or
 7  otherwise involved with Deisy, did she ever express
 8  fear of your father?
 9       A.    No.
10       Q.    Did Deisy ever tell you why she ended
11  her relationship with him?
12       A.    Well, in essence, she never ended it
13  while -- when she was there.  She ended it here
14  because when she left, they left on good terms.
15       Q.    Do you know when your father retired
16  from the military?
17       A.    2020, 2019, something like that.
18       Q.    Are you afraid for your brother and
19  sister to return to Ecuador?
20       A.    No.  I suspect that they miss my father
21  because they would be excited to see him, they
22  would run to greet him when he would get home.
23       Q.    Do you know if he has a stable home
24  right now?
25       A.    He's living in his own house where he
```

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 65

1    was left.  He has his own home.

2           Q.    Is that where your siblings rooms were?

3           A.    Yes.  Correct.

4           Q.    Do you believe that your brother and

5    sister would be safe in the particular neighborhood

6    where your father lives?

7                     MR. MORAN:  Objection.

8           Speculation.

9           A.    Well, my dad doesn't live close to where

10   I live.  He lives set apart in a different space.

11   And where he lives it's calm, it's calm there.

12          Q.    Can you tell us exactly what village or

13   town that is?

14          A.    In Yaguachi but his street I don't

15   remember.

16          Q.    Do you know about your father's stroke?

17          A.    Yes.

18          Q.    Do you know how he's doing nowadays?

19          A.    He is a lot better.  He's in therapy and

20   recovery.  He's in clinical centers.  He's a lot

21   better, thank God, now.

22          Q.    Did your father ever watch your children

23   while you all were back in Ecuador?

24          A.    Yes.

25          Q.    Do you trust him to care for your

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 65 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 66

1    children?

2                    THE INTERPRETER:  This is the

3         interpreter, she's going to ask for repetition

4         if that's okay.

5         A.    Yes, my children get along with him very

6    well.  He plays with them, turns on the TV for

7    them, they make fruit food with them, the things

8    that my kids like.

9         Q.    If anything were to happen to you, God

10   forbid, would he be an appropriate person to

11   continue raising your children in your stead?

12        A.    Well, yes.

13        Q.    Genesis, if we're being formal I would

14   be better off calling you Ms. Jimenez than

15   Ms. Miranda; is that correct?

16        A.    Yes.

17        Q.    Do you know any other people named

18   Genesis who were close to Ms. Deisy or in her same

19   circle of friends or neighbors?

20        A.    I don't -- I wouldn't know what to tell

21   you.

22        Q.    Are there members of the Miranda family

23   in the neighborhood around your father's house?

24        A.    No.

25        Q.    To the best of your knowledge, is

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 67

1    Genesis a fairly common name in the places you've
2    lived in Ecuador?
3         A.    Yes.
4         Q.    I know you were asked the question
5    before whose messages were being presented on
6    WhatsApp between Deisy and some woman named Genesis.
7    Do you have any idea who that person could have
8    been?
9         A.    No.
10        Q.    Through the present time, you have no
11   recollection of any of the conversations that were
12   included in that WhatsApp thread; is that correct?
13        A.    No.
14        Q.    Did the statements in that WhatsApp
15   thread sound like things you would say?
16        A.    I haven't spoken to anybody about those
17   topics.
18        Q.    Would you have ever referred to your
19   father as a demon?
20        A.    No.
21        Q.    Why are you so confident about that
22   right now?
23        A.    I cannot speak of my father like that,
24   like using those exact words to refer to him.
25        Q.    I have no further questions.  Thank you.

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 67 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 68

1    FURTHER EXAMINATION

2    BY MR. MORAN:

3        Q.    All right, Ms. Jimenez, I have a few

4    follow-up questions for you if you give me a moment

5    here.

6        A.    Okay.

7        Q.    Mr. Hensley asked you about how things

8    in Ecuador were before you left for the United

9    States.

10       A.    Um-hmm.

11       Q.    You mentioned that they had gotten bad

12   while you were still living in Ecuador; correct?

13       A.    Yes.

14       Q.    Did Mr. Vega ever express that same view

15   to you?

16       A.    No, no.  We haven't spoken like that

17   about that.

18       Q.    How did he feel about the gangs?

19       A.    He detests that.  He doesn't share in

20   the people that do things like that.

21       Q.    Were the gangs part of the reason you

22   wanted to leave Ecuador?

23       A.    Yes.

24       Q.    So how bad things had gotten in Ecuador,

25   that made you want to change where you lived; right?

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 69

1                    THE INTERPRETER:  This is the
2         interpreter.  Would you mind repeating the
3         question?
4                    MR. MORAN:  Yes.
5         Q.    Given how bad things were in Ecuador,
6    that made you want to change where you lived?
7         A.    Yes.
8         Q.    And you made the decision to come to the
9    United States; correct?
10        A.    Yes.
11        Q.    Is that a hard journey?
12        A.    Yes.
13        Q.    When did you leave Ecuador and then
14   finally arrive in the United States?
15        A.    I left on October 25 of 2023 and I
16   arrived on December 1 of 2023.  Something like
17   that.
18        Q.    Did you do most of that on foot or were
19   you in a vehicle?
20        A.    In cars and vehicle -- cars and on foot.
21        Q.    Is it dangerous, that journey?
22        A.    Yes, a bit.
23        Q.    Your father also expressed wanting to be
24   in the United States; right?
25        A.    Yes.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 69 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 70

1        Q.    This was a few months after you had
2    already arrived; correct?
3        A.    Yes.
4        Q.    So that he would be in the United States
5    too; right?
6        A.    Yes.
7        Q.    That would be with Santiago and Aylis?
8        A.    Yes.
9        Q.    And just like you, he wanted to change
10    where he was living, he expressed that to you;
11    correct?
12        A.    Well, he more than anything came to have
13    his children with their mom and together with him.
14        Q.    But he was still planning on being in
15    the United States and living here; correct?
16        A.    Yes.
17        Q.    And not returning to Ecuador?
18        A.    There I wouldn't be able to answer.  I
19    don't know if he wanted to not return to Ecuador or
20    not, I don't know what he was thinking.
21        Q.    After he got to South Carolina, you
22    mentioned that he was in the Carolinas both North
23    and South for a few months; correct?
24        A.    Yes.
25        Q.    Did he work at all during that time?

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 70 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 71

1      A.     No, he wasn't able to work.

2      Q.     But he went to Brooklyn for work;

3  correct?

4      A.     Yes.  Because he had a friend there.

5      Q.     Did he express what his plans were to

6  you regarding staying in Brooklyn?

7      A.     I think what he wanted was to work to

8  get himself a lawyer so that they could help him

9  with the filing related to my siblings.

10     Q.     Do you know what his job was in

11 Brooklyn?

12     A.     I don't remember.  He did tell me but I

13 don't remember.

14     Q.     I've just got a couple more questions.

15            You mentioned your father was now in

16 therapy and recovery.  What did you mean by that?

17     A.     In therapy centers to help them with leg

18 movement.  In psychological therapy.  The arms.

19     Q.     What kind of psychological therapy is he

20 in?

21     A.     To be honest, I don't know.  It's like

22 centers for like giving him advice to keep going.

23 I don't know exactly what the name would be but it

24 would be like remotivating him.

25     Q.     But just to be sure -- just to be clear,

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 71 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 72

1   you're not sure what type of therapy centers they

2   are?

3           A.    The exact name I don't know.  I don't

4   remember.  I know that it's in Yaguachi but I don't

5   know what it's called.

6           Q.    When you were in Ecuador where were you

7   mainly living?

8           A.    The place where I live is called

9   Tamarindo.

10          Q.    Where is that in Ecuador?

11          A.    Almost at the part that's almost at the

12  end where the fields start.

13          Q.    What's the name of the city?

14          A.    Canton Yaguachi.

15          Q.    That's not -- is that Babahoyo?

16          A.    No.

17          Q.    Where was your father living when he

18  last had the children?

19          A.    In Yaguachi.  He had already moved to

20  Yaguachi.

21          Q.    Before that they were in Guayaquil;

22  correct?

23          A.    I don't remember.  I don't know that

24  name that you are giving me.

25          Q.    My apologies.  I was mistaken there.  I

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 72 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 73

1    just have one final question.

2             Do you know of another woman named

3    Genesis that would have taken care of Santiago and

4    Aylis?

5        A.    No.

6        Q.    I'm sorry to go one more question.

7             Do you know why your father left the

8    United States?

9        A.    He left because he was already left like

10   practically disabled, like my aunt already had to

11   request him so that they could take him.

12       Q.    It had nothing to do with an order of

13   removal that was signed by the judge then?

14       A.    No.  No.  He was at the hospital in

15   Brooklyn and it was directly from there where he

16   couldn't move at all anymore and they sent him

17   because he had the ISFA so they took him because of

18   his state, because of his health.

19       Q.    Those are all my questions.  I am done.

20   Ms. Jimenez, thank you very much for your time and I

21   pass the witness to Mr. Hensley.

22                  MR. HENSLEY:  Thank you for

23        offering me the opportunity to recross but I

24        will not need it.  Thank you so much.

25                  MR. MORAN:  I think we're done

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 73 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 74

1      here.

2                    THE REPORTER:  Mr. Moran, would you

3      like a copy of the transcript?

4                    MR. MORAN:  Yes.  Could you please

5      expedite that?

6                    THE REPORTER:  I have that you want

7      it on Tuesday?

8                    MR. MORAN:  Yes, please.

9                    THE REPORTER:  Mr. Hensley, would

10     you like a copy of the transcript?

11                   MR. MORAN:  I will provide his

12     copy.

13        (Deposition concluded at 5:01 p.m.)

14                 (Signature waived)

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 74 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 75

```
 1   STATE OF NORTH CAROLINA
 2   WAKE COUNTY
 3              REPORTER'S CERTIFICATE
 4              I, Andrea L. Kingsley, a Notary Public
 5   in and for the State of North Carolina, do hereby
 6   certify that there came before me on Friday, the
 7   February 13, 2026, via Zoom, the person
 8   hereinbefore named, who declared to testify to the
 9   truth and nothing but the truth under penalty of
10   perjury of their knowledge concerning the matters
11   in controversy in this cause; that the witness was
12   thereupon examined, the examination reduced to
13   typewriting under my direction, and the deposition
14   is a true record of the testimony given by the
15   witness.
16              I further certify that I am neither
17   attorney or counsel for, nor related to or employed
18   by, any attorney or counsel employed by the parties
19   hereto or financially interested in the action.
20              IN WITNESS WHEREOF, I have hereto set
21   my hand this the 16th day of February, 2026.
22
23
24              Andrea L. Kingsley, Notary Public
25              Notary Public #201903800023
```

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 75 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[& - accept]                                         Page 1

| & |
|---|
| **&**  2:10 |

**0**

**00057**  33:6
**000648**  28:23
**000650**  17:25
**000652**  36:2
**000655**  19:9
**000656**  21:7
**000657**  26:4
**000658**  31:1
**000660**  39:24
**000662**  32:8
**000663**  38:3
**000664**  17:18
**000665**  35:7
**000668**  23:13
**000671**  18:20
**000672**  41:8
**000690**  17:19
**000691**  31:2
**000692**  32:9
**000698**  36:3
**000702**  39:25
**000707**  41:9
**00129**  1:6 5:16
**0057**  34:15
**00687**  23:13
**00689**  28:24
**00700**  38:5

**1**

**1**  35:3 69:16
**11**  4:14,15 44:15
**12**  6:14
**13**  1:16 3:8 75:7
**1320**  2:11
**15**  4:17,18
**16th**  75:21
**17th**  2:11
**19th**  55:3

**2**

**201**  2:5
**2019**  64:17
**201903800023** 75:25
**2020**  64:17
**2021**  19:8 48:21
**2022**  19:8 24:3 24:6,11 48:21
**2023**  52:9,10 62:8,9 69:15 69:16
**2024**  53:21 55:21 56:6
**2026**  1:16 3:8 5:24 75:7,21
**21582**  75:23
**22nd**  55:4
**23**  52:9

**23rd**  55:4
**25**  69:15
**27278**  2:6
**28**  48:9
**29201**  2:11

**3**

**3:25**  1:6 5:16
**3:30**  5:24

**4**

**401**  2:5
**43**  8:7,14,19
**45**  4:5
**48**  7:7
**480-1999**  2:6

**5**

**5**  4:4
**5:01**  74:13

**6**

**60**  9:17,17,18 13:3,14
**68**  4:4 15:11,12 15:19 16:4,8
**685**  19:10
**686**  21:8
**688**  26:5
**68a**  15:15 16:5 16:9
**693**  18:1

**7**

**7**  44:16
**706**  18:21

**74**  11:13,22
**74a**  11:16
**799-2000**  2:12

**8**

**8**  4:12
**803**  2:12

**9**

**9**  4:13 5:23
**919**  2:6
**983**  12:7
**994**  12:8

**a**

**a.m.**  34:15
**abandon**  20:15
**abandoned** 20:4,5,11,18,20 20:20,20 21:1 27:24 28:13 29:14,16,16 30:4,7,13,22,24 30:25,25 40:8
**abandoning** 27:19
**ability**  7:7,12 7:13
**able**  7:17 16:16 36:15 37:3,15 55:11 58:11 70:18 71:1
**abused**  63:23
**accept**  36:1

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 76 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[accepted - back]                                        Page 2

**accepted** 48:6
**account** 61:2
**accurate** 7:13
39:4 45:11
**accurately** 7:8
7:18 28:10
**action** 1:6
75:19
**active** 48:2
**actually** 23:1
23:24 24:12,17
24:24 25:11,12
28:17 36:16
48:4 51:6
56:17,19,21
57:20 58:13,14
59:6 60:4
**added** 42:11
**address** 53:3,11
**admissibility**
15:21
**admissible** 16:1
**advice** 71:22
**affect** 7:7
**afraid** 62:17
64:3,18
**afternoon** 5:9
5:11 45:2,3
**aggressive** 64:1
**ago** 48:10,23
63:23
**agree** 42:13
**agreed** 61:14

**agreement**
36:17
**ahead** 17:14
26:3 42:5
**ailment** 59:7
**alexandra** 1:7
**amount** 50:21
**andrea** 1:24 3:5
75:4,24
**angry** 32:22
**answer** 6:24
35:18 58:14
70:18
**anybody** 7:22
21:21 52:17
63:19,21 64:2
67:16
**anymore** 25:25
39:22 41:6
54:10,11 56:9
58:17 60:21,23
61:3 73:16
**apart** 65:10
**apologies** 40:25
72:25
**apologize** 45:5
**apparently**
50:9
**appear** 9:24
10:6,14 17:14
**appointments**
45:25
**appreciate** 6:17
16:25

**appropriate**
66:10
**area** 52:18
**arms** 71:18
**arrive** 41:17
53:11 69:14
**arrived** 34:2
37:25 52:9
54:10 60:13
69:16 70:2
**asked** 15:7
33:13 42:16
54:15 61:5,7,9
61:14,16 67:4
68:7
**asking** 21:22
22:17 61:11
63:6
**attempting**
60:7
**attentive** 43:24
**attitude** 35:23
**attorney** 5:14
14:18 61:10
75:17,18
**audio** 28:22
58:15
**aunt** 73:10
**authentic** 16:1
**authenticity**
15:20
**aware** 5:22
45:16 63:11,16

**awkward** 28:9
**aylis** 8:8 9:10
10:24 18:5,12
18:25 32:15
35:14 56:19
57:12 70:7
73:4
**aylis's** 11:2
13:4,6,16
45:12 46:7,9
46:17

**b**

**babahoyo**
31:17,21,22
32:2 40:22
41:7 72:15
**babies** 26:2
28:13,15 30:7
33:23 39:9
54:4,15 55:8
55:11,16 58:15
58:16 59:24
**baby** 31:20
46:9 47:1,2,2
57:10,11,12
**back** 11:20
13:13 22:6
23:10 24:10
31:17,22 33:2
33:7,10 34:1,5
49:6 58:19
59:23 65:23

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 77 of 97

Jiminez Volume , Ii                    February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[bad - children]                                    Page 3

**bad** 27:16 29:12 30:2,6 30:15 48:4,6 50:20,21 68:11 68:24 69:5
**based** 44:23
**bates** 12:6 17:17,25 19:9 21:7 23:12 26:4 28:23 31:1 35:6 39:24
**bath** 46:18
**bathing** 46:20
**beach** 50:5
**becoming** 48:17
**began** 57:21
**beginning** 57:6
**behalf** 2:3,8 3:3 61:15
**behavior** 49:2
**behest** 61:6
**belief** 23:23 56:23
**believe** 16:2 25:4,7,11,17 43:20 44:2 46:16 47:5 57:4 65:4
**believed** 24:17
**best** 30:6 66:25
**better** 25:21 37:9,10,12

65:19,21 66:14
**birthday** 55:3
**bit** 44:17 69:22
**black** 46:17
**blinded** 21:16 22:7 23:11
**block** 60:8,9
**board** 43:19
**border** 53:6 60:18
**bothered** 21:21
**bothering** 22:4
**bottom** 21:24 39:7
**bring** 7:3 8:10 59:23
**bringing** 53:20
**brooklyn** 59:8 71:2,6,11 73:15
**brother** 56:16 64:18 65:4
**brothers** 27:12
**brought** 31:17
**bus** 59:20
**business** 28:18 61:25
**buy** 32:20,24 34:3

**c**

**c** 2:1 5:1
**call** 58:14 61:24

**called** 3:3 15:7 55:9 58:14 72:5,8
**calling** 66:14
**calm** 65:11,11
**canton** 72:14
**cantonal** 43:19
**capture** 13:10
**car** 58:20 59:1
**care** 9:2,6 13:22 14:10 26:14 33:13,20 33:23 37:10,12 38:13 39:9 43:21,23 44:7 65:25 73:3
**caregiver** 18:17 45:14
**caretakers** 48:18
**caring** 43:24
**carolina** 1:2,15 2:6,11 3:7,7 5:17 51:25 70:21 75:1,5
**carolinas** 59:10 70:22
**cars** 69:20,20
**case** 5:15
**cause** 75:11
**cell** 58:9
**centers** 65:20 71:17,22 72:1

**centros** 63:11
**certificate** 75:3
**certify** 75:6,16
**chain** 17:23
**chance** 54:13
**change** 9:12 31:21 68:25 69:6 70:9
**changed** 49:2 60:9,24
**changing** 49:5
**charlotte** 1:2 59:19 60:5
**check** 60:15
**checked** 45:21
**chester** 1:15 3:7
**child** 49:21 63:24
**childcare** 62:12
**children** 9:2 14:10,14,25 17:23 18:18 19:7,18 21:4 21:16 22:6 26:14,20 27:13 27:17 28:4 29:7 31:10 33:13,14 36:9 36:20 37:16 38:13 40:8 41:23 42:16 43:21 44:3 49:16,20,22,24

Veritext Legal Solutions
800.743.DEPO (3376)   calendar-carolinas@veritext.com   www.veritext.com
Case 3:25-cv-00129-DCK   Document 73-4   Filed 02/18/26   Page 78 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[children - couple]                                        Page 4

50:2 56:20
57:9,11 58:18
59:17 62:3
65:22 66:1,5
66:11 70:13
72:18
**children's**
26:15 46:5
**chile** 23:21 24:9
24:11,13,15,16
24:19,22,24,24
25:1,2,3,6,6,8
25:10,10,12
**chopped** 57:7
**circle** 66:19
**circumstances**
50:7
**city** 72:13
**civil** 1:6 3:4
**clarification**
45:11
**clarify** 27:21
28:8 40:23
**class** 40:21
41:3
**clear** 63:22
71:25
**clinical** 65:20
**close** 52:4 65:9
66:18
**clothing** 51:5
**clues** 59:24
**coat** 57:11

**cognitive** 7:11
**coincidence**
52:3
**collect** 51:15
**collectors** 51:7
51:17
**colombia** 52:25
53:5
**columbia** 2:11
**come** 22:6,14
23:9 24:6 33:6
44:18,20 50:15
51:7,8 52:18
57:24,24 58:19
69:8
**comes** 6:22
**coming** 34:5
37:13 50:17
51:15,20 53:7
53:10,22
**commencing**
3:8
**comment** 28:22
30:4
**comments**
29:14
**common** 67:1
**communicated**
14:6
**communication**
60:16
**communicati...**
14:1

**complete** 7:13
32:18
**completely** 7:8
7:18 50:8
**complicates**
32:19
**concerning**
75:10
**concluded** 5:24
74:13
**conditions** 7:11
**confident** 67:21
**contact** 18:13
35:17 52:22,24
53:17 55:20,22
56:12,25 58:11
60:7 61:21
**contacted** 48:5
52:6 53:2
**context** 63:8
**continue** 66:11
**continued** 1:13
3:1 62:10
**continuing**
5:23
**controversy**
75:11
**conversation**
12:16
**conversations**
48:11 50:13
67:11
**copy** 74:3,10,12

**correct** 6:11
7:14 8:3,22
12:23 13:1
14:2 18:18,25
19:22,25 20:15
24:18 25:8,19
26:25 27:6,21
29:8,12 30:2
33:3,7,14
34:16,19 36:25
37:12,21 39:2
39:10 40:9
41:19 42:2
43:7 44:10
46:10 49:16
65:3 66:15
67:12 68:12
69:9 70:2,11
70:15,23 71:3
72:22
**correction**
30:17
**correlate** 17:19
**correlates**
18:21
**counsel** 75:17
75:18
**county** 75:2
**couple** 19:14
26:9 29:3 31:7
32:11 35:10
36:5 38:9,19
40:4 41:11
43:16 52:11

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 79 of 97

Jiminez Volume , Ii          February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[couple - domestic]                                    Page 5

71:14
**course** 12:17
14:5,17 19:20
22:2,5 26:16
27:1,18,22
28:5 29:13
30:3,10 37:1
37:13 39:11,20
47:20 52:19
53:7 54:14
56:15
**court** 1:1 6:16
55:24
**cousin** 62:24,25
**covering** 56:19
**covers** 63:21
**crazy** 38:20
**crossing** 60:18
**cry** 57:21
**crying** 41:15
54:17 57:15,21
57:23 58:15
**currently** 62:17
**custody** 37:7,8
**cv** 1:6 5:16

**d**

**d** 5:1
**dad** 14:11 23:2
30:2 37:23
44:5,5,5,15
52:6,24 55:1
65:9

**daily** 50:21,22
**damage** 9:13
30:9,19 45:12
**damaged** 11:3
13:19,20,23
**dangerous**
69:21
**date** 8:15 9:19
11:15,18 15:14
15:18 55:4
62:9
**dates** 15:9
**daughter** 26:20
44:17
**day** 12:18 14:9
27:5,16 32:16
54:24 55:7
56:15 57:13,17
57:18 58:22
75:21
**days** 15:5 37:15
**dck** 1:6
**deal** 30:22
**dealings** 48:5
50:21
**deals** 50:23
**debt** 51:8,15,16
**december** 52:9
69:16
**decision** 69:8
**declared** 75:8
**dedicated**
49:24

**deep** 22:23
**deisy** 1:7 5:14
11:11 25:15,17
25:18,19 37:2
37:3 44:2 51:3
51:20 52:4,14
52:21,23 53:13
53:16 55:22
56:10,24 60:7
60:11 61:6,22
64:7,10 66:18
67:6
**deisy's** 14:3
37:8 61:15
62:6
**delete** 60:14
**demon** 67:19
**dentists** 46:2
**deposition** 1:13
3:2 5:23 6:8
7:4,21 8:6,17
74:13 75:13
**depression**
59:6
**derrick** 2:4,5,7
**describe** 11:1
**description**
15:24
**desire** 25:12
**despite** 43:19
**detests** 47:10
68:19
**device** 11:6

**diapers** 32:15
32:17,25 33:17
49:8
**different** 26:4
33:11 47:19
65:10
**direction** 75:13
**directly** 73:15
**disabled** 73:10
**discovered**
63:3
**discuss** 12:22
24:21
**discussing** 12:4
23:20,23
**discussion**
54:20 56:2
**disease** 38:21
**district** 1:1,2
5:16
**disturbance**
6:18
**division** 1:2
**doctor** 13:23
**documents** 7:3
58:6,7,7
**doing** 5:10,11
27:12 30:9
39:15 45:3
49:15 58:17
65:18
**domestic** 62:22
62:23 63:6

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 80 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[drinking - father]                                                    Page 6

**drinking** 38:13
38:18,25 39:3
39:9,13,19,23
**drive** 2:5
**driving** 49:14
**dropped** 49:9
**drug** 50:23
**duly** 5:3,6

**e**

**e** 2:1,1 5:1,1
**earlier** 18:16
45:7,8
**early** 34:25
44:20
**eatery** 56:17
**ecuador** 43:20
47:23 48:2,15
52:17 62:18
63:12 64:19
65:23 67:2
68:8,12,22,24
69:5,13 70:17
70:19 72:6,10
**ecuadorian**
56:17
**efforts** 45:16,19
46:6
**emigrate** 14:12
**employed**
75:17,18
**ended** 45:23
64:10,12,13

**ends** 49:18
**english** 4:15,18
10:10 11:17
12:7 15:15
16:9 17:19
18:2,22 19:11
21:8 23:14
26:6 28:25
31:2 32:9 36:3
38:5 40:1 41:9
**enter** 52:23
**entire** 62:11
**esmeraldas**
34:22 35:1
**especially**
29:15
**espinosa** 2:15
5:2
**esquire** 2:4,9
2:10
**essence** 51:10
64:12
**established**
63:12
**estimate** 48:24
**eventually**
28:14
**everyday** 59:25
60:2
**exact** 15:4,8
51:18 53:11
55:4 62:9
67:24 72:3

**exactly** 28:12
33:15 34:6,24
51:18 65:12
71:23
**examination**
5:7 44:25 68:1
75:12
**examinations**
4:1
**examined** 5:6
75:12
**exchanges**
26:13 29:2
31:5 40:3
**excited** 64:21
**exhibit** 4:12,13
4:14,15,16,18
8:7,14,18 9:18
11:13,16 15:12
15:15 16:8
18:2,22 19:11
23:14 26:6
41:10
**exhibit's** 15:20
**exhibits** 4:10
43:16
**exist** 61:3
**expedite** 74:5
**explain** 20:2
46:24
**explained**
20:14 55:19
**explanation**
46:17

**express** 48:1
64:2,7 68:14
71:5
**expressed**
69:23 70:10
**extracting**
45:23
**eye** 46:17
**eyes** 57:22

**f**

**facebook** 60:10
62:3
**fact** 21:23
35:24 45:22
57:23
**fairly** 67:1
**fall** 46:18
**fallen** 47:1,4
**familiar** 10:8
47:17
**family** 6:22
26:19 38:16
39:16 63:8
66:22
**far** 33:1 49:12
60:4,5
**father** 14:22
41:17 42:25
43:1 44:7
45:13 47:5,12
48:17 49:7,14
49:18 50:1,14
52:12 53:19

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 81 of 97

Jiminez Volume , Ii                February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[father - go]                                                    Page 7

54:10,12 57:14
58:3 59:3 61:6
61:15 62:11,13
63:16 64:3,8
64:15,20 65:6
65:22 67:19,23
69:23 71:15
72:17 73:7
**father's** 46:16
49:1 65:16
66:23
**fear** 64:8
**february** 1:16
3:8 5:23 55:2
55:21 56:6
75:7,21
**federal** 3:4
**feed** 60:11
**feel** 20:7 30:14
30:15 68:18
**feeling** 50:4
**feelings** 48:1
**female** 62:21
**fields** 72:12
**fight** 36:13
**file** 36:8
**filing** 71:9
**final** 73:1
**finally** 69:14
**financially**
75:19
**find** 37:3 55:18
59:24 60:3

**finds** 22:10
**fine** 6:4
**first** 37:3 46:25
51:23 61:11
**five** 35:2 41:24
**fix** 45:17
**fixed** 32:2
**floor** 2:11
**flor** 4:17,18
14:1,1,3,4,6,9
14:15,23 15:13
15:16,21 16:6
17:15,22 18:7
18:12 19:17
21:14,25 22:9
22:16,17 23:20
23:23 26:13
29:6 30:8 31:9
32:14 34:15
35:13,21 36:8
36:19 37:12
38:12 40:7,13
40:16 41:3,14
41:21,23 42:6
42:16,17 44:8
48:12 50:14,25
56:5,18,23
60:7,21 62:14
62:15
**follow** 25:21
43:17 44:23
45:6 68:4
**following** 57:17

**follows** 5:4,6
**food** 43:25 66:7
**foot** 69:18,20
**forbid** 66:10
**forget** 22:13,22
22:24 23:4,7
49:7
**forgot** 23:1
**forgotten** 23:3
23:8
**formal** 66:13
**forward** 26:3
**found** 27:9
**four** 32:23 35:1
36:15 48:23
49:2 54:4
**frame** 50:3
**free** 50:9,11
**freight** 15:6
**friday** 1:16 3:8
75:6
**friend** 54:15
59:4,18 71:4
**friends** 62:21
66:19
**fruit** 43:25 66:7
**full** 5:19
**further** 44:22
67:25 68:1
75:16
**future** 35:25

**g**

**g** 5:1
**gabi** 2:15 5:2
**gangs** 47:6 48:2
68:18,21
**gangsters** 63:1
**general** 52:18
**genesis** 1:13 3:2
5:5,20 13:1
16:5 54:23
56:5 66:13,18
67:1,6 73:3
**getting** 50:23
**give** 68:4
**given** 69:5
75:14
**giving** 71:22
72:24
**go** 6:1 11:20
12:6 13:13
16:20 17:13
18:15,20 23:21
24:1 25:5,10
25:10,13,14,24
26:1,3,4 28:14
31:1,16 32:2,8
32:20,23,24
34:7,9,9 37:2
38:1,18 39:9
39:11,13,19,23
39:24 40:21
41:8 42:5
43:11,12 50:5

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 82 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[go - intending]                                              Page 8

50:11 51:13
55:10,25 57:19
57:25 58:21,21
59:2,3,18,20,25
73:6
**god** 65:21 66:9
**goes** 25:17,23
**going** 6:16 8:10
8:10,16,18,19
9:15,20 11:9
11:19,20,24
12:6 13:13,24
15:10 16:4,15
16:19 17:13,18
22:14 23:21,24
24:1,6,8,11,12
24:14,16,18,19
24:21,24,25
25:8,10,10,16
34:8,9,13,18,20
34:23 36:7,15
39:12,22,23
41:5,6 47:25
51:12,24 53:1
54:1,7 55:14
57:5 59:10
63:22 66:3
71:22
**good** 5:9,11 9:2
9:6 28:3 45:2
48:24 64:14
**gotten** 68:11,24
**government**
47:22 63:12

**grandma** 37:11
**great** 6:1,5,19
7:2,16 8:5
16:19 17:13
**greatly** 16:25
**greet** 64:22
**ground** 6:2
**guayaquil**
72:21
**guess** 56:20

**h**

**half** 59:11 60:1
**hand** 63:19,20
75:21
**happen** 66:9
**happened**
19:18 20:8
45:13 49:11
55:6,18 58:12
**happy** 21:16,20
**hard** 28:17,18
49:18 69:11
**harm** 20:13
30:21
**hate** 35:22,23
**hated** 35:23
36:1
**head** 20:3,10
20:12,18 21:2
40:12
**healed** 45:23
**health** 73:18

**hear** 20:24
27:24 29:13
**heard** 10:2 21:1
27:25 47:9
64:2
**heart** 20:13
**held** 7:21
**help** 58:23 71:8
71:17
**helping** 62:11
**hensley** 2:4,5
4:5 15:23 27:7
44:24 45:1
47:20 54:22
56:4 57:8 68:7
73:21,22 74:9
**hereinbefore**
75:8
**hereto** 75:19,20
**hey** 44:16
**hi** 56:21 57:10
57:12
**hillsborough**
2:6
**hmm** 27:10
43:8 57:8
68:10
**hold** 8:12 18:15
**home** 26:2 43:7
64:22,23 65:1
**honest** 11:7
13:8 43:10
46:19 48:3
50:19 54:9

58:25 71:21
**hope** 22:10
63:7
**hospital** 45:20
73:14
**hours** 7:7 15:2
35:2 44:14,19
**house** 46:21
64:25 66:23
**household** 63:9
**houses** 60:24
**huh** 24:16
25:20 41:20
**hurting** 63:9
**husband** 21:5
48:4

**i**

**idea** 8:11 10:23
11:7 46:1 61:7
61:16 67:7
**identification**
8:15 9:19
11:14,18 15:14
15:17
**ignorance**
21:16
**ii** 1:11
**impair** 7:11
**improved** 46:5
**included** 67:12
**index** 4:1,10
**intending**
34:12

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 83 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[intentionally - leave]                                    Page 9

**intentionally**
  56:24
**interaction**
  54:7
**interested**
  75:19
**interfamiliar**
  63:7
**interfamily**
  63:13
**interpreter**
  2:16 5:3 10:1,2
  10:7,8 27:8,8
  28:7,7 30:16
  30:16 31:12,13
  33:8,8 39:1,2
  42:5,9 47:16
  47:16 55:13,13
  57:5 66:2,3
  69:1,2
**interruption**
  54:23
**involved**  6:11
  47:6 64:7
**isfa**  34:8 73:17
**issue**  9:10
**items**  58:4

**j**

**j**  2:4,5
**jativa**  19:21
  30:20 31:23
  33:12 40:19,24

**jimenez**  1:13
  3:2 4:17,19 5:5
  5:9,18,21 6:5
  8:5 9:21 12:1
  13:14 15:13,17
  16:16,23 17:13
  27:6 40:24
  43:15 44:22
  45:2 47:18
  66:14 68:3
  73:20
**job**  71:10
**journey**  69:11
  69:21
**judge**  73:13
**jumping**  45:5
**jx**  8:14 9:16,17
  9:18 11:13,16
  11:22 13:3,13
  15:11,12,15,19
  16:4,5,8,9
**jx43**  4:12
**jx60**  4:13
**jx68**  4:16
**jx68a**  4:18
**jx74**  4:14
**jx74a**  4:15
**játiva**  1:8

**k**

**keep**  14:13 44:3
  71:22
**keeps**  22:3

**kept**  22:5,17
  25:9 56:24
**kidnapped**
  62:23,24
**kids**  36:15
  39:12 49:8
  50:5,22 66:8
**killed**  62:24,24
  63:3
**kind**  14:18
  36:23 38:21
  61:21 71:19
**kinds**  50:24
**kingsley**  1:24
  3:5 75:4,24
**knew**  20:8
**know**  6:23
  10:21,24 11:8
  12:12,20 13:8
  13:11,11,20
  14:4 16:24
  19:4,18 20:19
  24:4,5 25:19
  30:23 34:3,5
  34:12 35:18,19
  41:5 42:20
  44:6,18 45:22
  46:14,15,21
  47:8 48:10
  50:25 51:2,3
  51:17,18 52:14
  52:17 53:9
  54:6,9 55:3,15
  58:3,25 59:9

  59:13,21,21
  60:6 62:15
  63:2,3,18
  64:15,23 65:16
  65:18 66:17,20
  67:4 70:19,20
  71:10,21,23
  72:3,4,5,23
  73:2,7
**knowledge**
  66:25 75:10
**knows**  21:25
  22:3 25:22
  37:14

**l**

**l**  1:24 3:5 75:4
  75:24
**label**  17:17
  19:9 21:7
  23:12 26:4
  28:23 35:6
  39:24
**labeled**  12:6
**lancaster**  60:4
**late**  48:20
**law**  2:4 52:19
  53:8 56:15,16
**lawsuit**  5:15
  6:11 7:22
**lawyer**  71:8
**leave**  24:6
  25:11 27:1,2
  29:7 32:16,17

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 84 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[leave - mentioned]                                    Page 10

32:18 33:24
34:7,7,10,11
35:3 38:18
40:18 41:18,21
42:2,17 43:13
57:24 58:1,18
59:19 68:22
69:13
**leaving**  27:19
33:25 41:7
**left**  6:20 8:25
14:17,20,22
21:4,20 23:2
24:24 28:3,14
31:16 33:19
36:9,10,16,17
36:19,21,22,23
37:1 38:15
42:8,15 54:14
56:10 64:14,14
65:1 68:8
69:15 73:7,9,9
**leg**  71:17
**life**  9:12 22:8
58:16
**lifted**  63:18,20
**liked**  46:20
**line**  56:10,11
60:23
**little**  6:18 28:9
44:17 52:12
55:18 56:13
**live**  32:2,6,6
43:1 50:15

51:24 52:1,18
56:16 65:9,10
72:8
**lived**  60:4 67:2
68:25 69:6
**lives**  65:6,10,11
**living**  32:1
48:15 52:4,4
54:8,11 64:25
68:12 70:10,15
72:7,17
**load**  15:8
**locations**  31:14
**locked**  61:1
**lodjh.com**  2:7
**long**  34:10,21
34:21 37:14
47:24 48:10
52:14 53:14
59:9 60:2
**look**  12:10
13:16 17:25
19:9 21:7
23:12,24 24:1
25:1,14,16,18
25:23,24 26:1
28:23 35:6
36:2 38:3
44:20 58:23
**looked**  13:3
**looking**  22:4
33:5 48:11
50:14

**looks**  10:16
**los**  63:11
**lost**  55:25
60:25
**lot**  34:23 41:25
45:6 50:2
56:22 62:19
65:19,20
**love**  22:1,23
23:10
**loved**  56:21
**lunch**  34:3
**lying**  22:20

**m**

**madam**  55:24
**made**  22:8 25:6
30:11 36:12
59:6 68:25
69:6,8
**main**  2:11
**maintain**  53:17
**make**  6:10,15
20:7 28:10
30:14 49:18
66:7
**making**  30:4
**mama**  30:24
**mariduena**
5:15
**maridueña**  1:5
**mark**  8:18 9:15
9:17 16:4

**marked**  8:14
8:17 9:18
11:14,17,21
15:14,17
**mass**  39:15
**matters**  75:10
**meadowland**
2:5
**mean**  12:20
25:22 27:5,11
31:25 32:1
37:18 40:18
42:3,6 47:21
49:3 63:2
71:16
**means**  26:24
**meant**  20:2
23:10 32:24
40:24 54:6
**medications**
7:6
**meet**  49:19
**meeting**  34:8
**member**  38:16
39:16
**members**  66:22
**memory**  7:12
**mental**  7:11
32:4
**mention**  9:8
37:17,20 39:7
43:6
**mentioned**  9:1
9:5 12:16 13:7

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 85 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[mentioned - north]                                    Page 11

14:24 18:16
29:21 31:14
40:10 60:11
68:11 70:22
71:15
**message** 11:5
17:23 21:24
60:10
**messages** 4:14
4:15,16,18
11:10,13,16,20
12:3,9,13,22
13:7 14:7
15:13,16,21
16:5,9,10,12
17:15 18:1
19:10,13,24
21:8,11 23:13
23:15 24:20
26:5,8 28:24
31:2 32:9,10
33:5 35:9 36:4
38:8 41:11
60:21 67:5
**met** 28:17 52:1
**mexico** 24:2,4,5
24:18
**micahel.moran**
2:12
**michael** 2:9
5:13
**military** 47:12
64:16

**mind** 22:13
69:2
**miranda** 1:13
3:2 5:5,21
66:15,22
**misleading**
16:2
**misogynistic**
63:17
**missed** 43:23
**mistaken** 19:8
33:16 39:14
46:7 49:10,12
52:9 58:10
62:5 72:25
**molar** 45:22
**mom** 14:3 20:4
20:11,25 30:22
30:23 35:17,20
36:14 37:8,9
43:23 51:13
70:13
**moment** 68:4
**monday** 5:23
6:3 7:20 8:6
11:11,21 12:4
45:8 60:12
61:10,12
**money** 34:9
51:16
**month** 53:15,16
59:11 60:1,1
**months** 52:11
59:11 70:1,23

**moran** 2:9 4:4
5:8,13 10:4,13
28:11 31:15
39:5 42:9,13
54:18 55:24
57:1 61:18
65:7 68:2 69:4
73:25 74:2,4,8
74:11
**morning** 34:25
35:3 44:16
57:17,19
**mother** 28:3
**motorcycle**
63:5
**move** 26:3 32:5
32:6 73:16
**moved** 72:19
**movement**
71:18
**mullins** 2:10
**multiple** 20:24
**murdered**
50:23
**murders** 50:20

| n |
|---|

**n** 2:1 5:1
**name** 5:13,19
5:20 12:25
14:3 67:1
71:23 72:3,13
72:24

**named** 66:17
67:6 73:2 75:8
**nannying** 14:24
18:18 19:6
**nearby** 27:23
**need** 6:1 19:18
20:7 32:19
40:23 42:11
73:24
**needed** 6:25
**needs** 27:8 28:8
33:9
**neighborhood**
65:5 66:23
**neighbors**
66:19
**neither** 75:16
**nelson** 2:10
**nelsonmullin...**
2:12,13
**never** 13:10
22:10 24:12
28:3 47:9 48:5
48:5 50:7 63:3
63:18,20,23,25
64:1,1,12
**new** 56:11
59:10
**nicholas** 2:10
**nicholas.quat...**
2:13
**night** 41:15
**north** 1:2 2:6
3:6 5:16 70:22

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 86 of 97

Jiminez Volume , Ii

February 13, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[north - picture]

Page 12

75:1,5
**notary** 3:5 75:4
75:24,25
**noted** 39:6
**november** 24:3
**nowadays**
65:18
**number** 5:15
61:3
**numbers** 56:9
60:9

**o**

**o** 5:1
**object** 15:23
**objection** 57:1
61:18 65:7
**observe** 20:22
**obviously** 6:21
**october** 69:15
**offering** 73:23
**offices** 2:4
**oh** 20:11 25:9
52:8
**okay** 5:20 6:20
7:1 8:13 11:23
11:25 12:14
16:3,7,11,13,14
16:22 17:21
18:3,23 19:12
19:16 21:10
23:18 26:7,11
28:10 29:1
31:4 32:13

35:8 36:7,7
37:3 38:4,7,11
40:2 41:1
43:18 45:10
57:7 61:12
66:4 68:6
**old** 6:13 48:8
**once** 23:17
38:19 49:11,13
53:12
**open** 7:21
**opinions** 49:1,3
**opportunity**
73:23
**opposite** 20:21
**order** 49:15
73:12
**orthodontist**
9:14 45:25
**orthodontists**
46:2
**outside** 6:18
**overwhelm**
50:8
**own** 49:16
56:11 64:25
65:1

**p**

**p** 2:1,1 5:1
**p.m.** 3:9 5:24
44:15 74:13
**page** 4:2,10
12:25 16:24

17:18,19,25
18:1,15,20,21
19:10,14 21:12
23:16 26:4,9
29:3 31:1,6
32:8,9,11
35:10 36:2,5
38:3,5,9 39:25
40:4 41:8,9,11
**pages** 16:20
**papers** 58:5,8
**pardon** 49:5
**parents** 19:19
**part** 15:25
31:18 42:10
68:21 72:11
**particular** 31:6
34:13 65:5
**parties** 15:19
75:18
**partner** 21:23
**partners** 63:9
**pass** 73:21
**passed** 37:10
38:16 39:16
**pathetic** 21:15
**patriotic** 47:15
47:21
**pause** 8:17 42:3
**paused** 7:20
8:5
**paying** 30:9
**payment** 51:7

**payments**
51:14,15
**penalty** 75:9
**pending** 6:24
**people** 20:11
50:23 52:1,20
53:9 66:17
68:20
**perceive** 28:1
**perjury** 75:10
**permanently**
50:15
**permission**
47:18
**person** 26:23
47:15 66:10
67:7 75:7
**personal** 58:4
**personally**
46:16
**petitioner** 1:6
2:3
**phone** 58:9
60:20,22,23,24
60:25
**photo** 4:12,13
8:14,21 9:18
11:5,6 46:25
**physical** 7:10
**pick** 57:14
**picked** 55:1
**picture** 8:7,11
9:16,21,24
10:6,14,17,19

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[picture - reason]                                    Page 13

10:21,23,25
11:4,8 12:19
12:23 13:4,10
13:14,17 17:22
19:4 46:12
**pictures** 18:4,9
18:11,24 19:2
**place** 31:10,11
32:2,6 46:23
46:25 72:8
**places** 67:1
**plan** 51:24
**planned** 58:1
**planning** 70:14
**plans** 24:16
35:25 71:5
**plays** 66:6
**please** 5:18
6:10,15 11:1
12:9,12 16:23
19:13 21:11
23:15 26:8
29:2 31:5,19
32:10 35:9
36:4 38:8 39:6
39:25 40:3
41:10 74:4,8
**pllc** 2:5
**point** 7:22
34:19 37:6
51:17 55:10
56:6 57:21
58:9,24

**police** 55:9,9,10
**pool** 50:5
**pools** 50:12
**possible** 6:18
63:21
**power** 14:18
36:23
**practically**
54:17 73:10
**preparations**
60:17
**present** 2:15
55:22 56:6
67:10
**presented** 67:5
**previous** 11:5
11:10 13:25
**previously** 6:2
8:16 9:1 11:21
**primary** 18:17
48:18
**probably** 34:20
34:25
**problem** 13:18
23:2 42:13
45:22
**problems** 62:22
**procedure** 3:5
**proceeding**
6:16
**prompted**
21:18 26:17
28:6,20 29:23
35:16 41:3

**proud** 47:12,22
**provide** 7:13
32:15 43:25
63:13 74:11
**provided** 49:21
**psychological**
30:21 71:18,19
**public** 3:6 75:4
75:24,25
**pull** 8:12 9:15
13:13 15:10
40:21
**pursuant** 3:4
**put** 57:10

**q**

**quatraro** 2:10
**question** 6:24
10:3,5,11
31:23 42:12
47:19 51:22
61:13,17 63:22
67:4 69:3 73:1
73:6
**questions** 6:7
7:12 19:15
21:12 23:16
26:9 29:4 31:7
32:12 35:10,18
36:5 38:9 40:5
41:12 43:17
44:22 45:6
61:5,8,11
67:25 68:4

71:14 73:19
**quick** 6:6 8:11
27:8 33:9

**r**

**r** 1:5 2:1 5:1
**raised** 44:4,7
**raising** 66:11
**rather** 30:6
**reach** 52:25
55:17 56:5
**reached** 36:16
**read** 12:9,12
19:13 21:11
23:15 26:8
29:2 31:5
32:10 35:9
36:4,7 38:8
40:3 41:10
54:21 56:3
**ready** 12:14
17:1,2,3,5,6,8,9
17:10,11,12
26:12 61:12
**real** 8:11
**realize** 27:16
**really** 32:22,22
47:25 55:4
60:4
**reap** 27:4
**reason** 7:16
30:3 50:17
51:19 63:2,4
68:21

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-4      Filed 02/18/26      Page 88 of 97

Jiminez Volume , Ii                                        February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[rebuild - scarborough]                                              Page 14

rebuild 26:1
recall 8:6 11:9
  12:15 43:9
received 52:6
  52:21 53:13
recollection
  67:11
record 5:19
  15:24 39:6
  54:18,20,21
  56:1,2,3 75:14
recovery 65:20
  71:16
recross 73:23
reduced 75:12
refer 27:18
  67:24
reference 14:1
referenced 11:4
referred 67:18
referring 30:19
  32:4 33:21
  37:4
regard 20:23
regarding 71:6
regular 49:7
rejected 48:6
related 31:24
  71:9 75:17
relations 48:7
relationship
  54:3 64:11
relatives 62:22

remember 8:8
  8:21 9:3 19:5,6
  28:21 29:24
  33:15,16 34:6
  34:11,22,23,24
  38:16 40:14
  41:24 45:15
  46:3 48:13
  49:12 52:8
  54:25 55:2,5
  57:16,17 61:23
  62:9 65:15
  71:12,13 72:4
  72:23
reminder 11:22
remotivating
  71:24
removal 73:13
repeat 10:3,5
  10:11 42:11
  47:18 61:13
repeating 69:2
repetition
  31:13 55:14
  57:6 66:3
replying 42:10
report 36:8
reported 1:24
reporter 55:24
  74:2,6,9
reporter's 75:3
request 73:11
respondent 1:9
  1:14 2:8 3:3

5:14
responsibilities
  32:21
rest 44:19
result 46:6
resulting 46:17
retired 64:15
return 20:4
  62:17 64:19
  70:19
returned 33:12
returning
  70:17
reunite 28:15
rice 15:7
right 5:24 9:6
  13:4 14:10,25
  16:21 30:5,14
  30:15,18 32:25
  33:25 34:1
  36:20 38:21,23
  42:18 44:13
  46:13,22,22
  48:8,18,21
  49:22 50:8
  62:12 63:24
  64:24 67:22
  68:3,25 69:24
  70:5
riley 2:10
road 33:18
roberth 1:5
  5:15

role 51:20
romantic 54:7
romantically
  54:2
roof 54:8
room 6:7,20
rooms 65:2
rpr 1:24
rules 3:4 6:2
run 46:20
  64:22

s

s 2:1 5:1
safe 44:3 65:5
sake 26:15,15
santi 37:17
santiago 9:11
  18:4,12,24
  19:22,25 20:8
  20:10,17,23
  29:15 30:13
  35:13 37:18
  40:17 41:2,14
  45:21 47:3
  56:19 70:7
  73:3
santiago's 46:8
saw 56:17
saying 24:23
  25:9 40:20
says 25:16 33:6
scarborough
  2:10

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 89 of 97

Jiminez Volume , Ii          February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[school - started]                                    Page 15

school  31:20
  40:17
screen  8:19,24
  9:20,22,25
  10:6,15 11:19
  11:24 12:1
  13:24 16:13,15
  16:17
screenshot
  12:15,23 13:6
scroll  16:19,24
  17:17
search  37:2
  59:16,25
second  8:12
  11:20 18:15
  27:9 33:9 42:4
  54:19
see  9:21 12:1
  13:14 16:16
  18:14 21:15
  25:12 29:19
  46:2 54:13
  56:13,20 58:21
  58:21 64:21
seeking  51:7
seemed  58:1
seems  25:24,25
  63:4
seen  10:17
  13:10
seldom  41:22
seldomly  41:21

send  18:7 62:2
sending  18:11
sense  43:22
sent  58:14
  73:16
service  47:13
services  63:13
set  22:13 65:10
  75:20
several  46:3
share  8:19 9:20
  11:24 16:15
  68:19
sharing  8:24
  11:19 13:24
shop  62:7
show  47:1
showed  46:24
showering
  46:20
showing  16:12
shown  12:18
siblings  27:13
  27:14 52:12
  53:20 55:18
  56:14,25 58:23
  65:2 71:9
sic  19:21
siebach  2:15
  5:2
signature  74:14
  75:23
signed  73:13

single  50:1
sir  48:3
sister  46:19
  48:4 52:19
  53:8 56:15,16
  64:19 65:5
site  59:4
situation  50:19
  62:19
skipping  42:20
sleep  37:24
  38:1 41:16
  42:24,24 44:17
sleeping  37:20
slept  57:18
slowly  16:19
sole  45:13
somebody  60:3
  60:16
son  6:9,13 55:2
sorry  42:3,9
  47:21 54:23
  73:6
sort  63:21
sound  48:21
  67:15
south  1:15 2:11
  3:7 51:24
  70:21,23
southern  53:5
  60:18
sow  27:5
space  65:10

spain  61:7,16
  61:22 62:15
spanish  2:16
  4:16 5:2 10:9
  11:14 12:7
  15:12 16:8,13
  17:18 18:1,21
  19:10 21:8
  23:13 26:5
  28:24 31:2
  32:8 36:2 38:3
  39:25 41:8
speak  7:21,25
  67:23
specifically  9:8
  30:1,14 31:24
speculation
  57:2 61:19
  65:8
spoken  53:25
  67:16 68:16
spouses  63:8
spy  61:14
spying  61:5
stable  31:10,18
  31:25 32:1
  64:23
stage  9:11
stand  21:21
start  8:25
  72:12
started  13:21
  13:22 48:17
  52:1

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 90 of 97

Jiminez Volume , Ii                                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[starts - tenesaca]                                                    Page 16

starts  38:25
state  3:6 5:18
  19:24 21:3
  27:15 28:2
  29:12 32:4
  59:8 73:18
  75:1,5
statement  16:2
  39:3
statements
  67:14
states  1:1 50:15
  50:18 51:1,4
  51:21,24 52:15
  52:22,23 53:6
  53:12,20 54:13
  68:9 69:9,14
  69:24 70:4,15
  73:8
stating  23:21
stay  28:1 37:14
  37:15,23,25
  53:13
stayed  39:17
  43:3 59:15
staying  53:16
  59:13 71:6
stead  66:11
steal  63:4
stepdaughter
  51:11
stipulated
  15:20

stipulation
  15:25
stop  8:24 11:19
  13:24 62:6
stopped  60:24
store  33:17
  51:5,12
stranger  26:23
street  2:11
  57:15 65:14
streets  54:16
stress  50:2,4
stroke  65:16
structure  28:9
stuck  21:2
  22:11 29:16
  30:24 40:11
subjects  62:3
submitted  9:16
  15:11
sudden  15:7
suffer  7:10
suffering  35:14
  43:21,22
suite  2:5
supplies  49:8
support  49:15
  49:21
suppose  46:14
sure  6:10,15
  10:2,4 20:7
  28:10 46:15
  71:25 72:1

suspect  64:20
swollen  57:22
sworn  5:3,6

t

tablet  9:25 10:6
  10:9,15
take  9:13 10:19
  12:10 13:21,22
  14:10 15:7
  18:9 19:2
  26:14 33:13,20
  33:22,23 34:21
  35:1 40:17
  41:2 42:19
  44:18 45:20,24
  50:5,10,11
  54:16 55:8,11
  60:3 73:11
taken  1:14 7:6
  19:4 57:25
  58:2 73:3
talk  22:12,20
  35:19
talked  11:10
  19:22,25 43:15
  45:7
talking  8:7,21
  13:9,11 21:21
  27:16 29:25
  32:5 39:8
  60:17 63:1
tamarindo  72:9

teach  20:21
teeth  9:6,9,11
  9:12,13 11:2
  13:4,6,16,19,19
  13:22 45:12,17
  45:21 46:5,9
  46:12
tell  20:11,12,22
  21:14 22:9,16
  22:19 28:13
  29:6 30:8
  31:19 36:8,19
  38:1 40:13
  51:10,11,13
  53:4,19,22,24
  57:24 58:12
  59:22 64:10
  65:12 66:20
  71:12
telling  19:17
  21:25 26:13
  29:6 30:22
  31:9 32:14
  35:13,21 38:12
  40:7,8,16
  41:14
tells  21:3
tendencies  64:4
tenesaca  1:7
  5:14 12:7
  19:22,25 20:9
  20:14 21:4
  22:1,10,24
  23:12,24 24:2

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 91 of 97

Jiminez Volume , Ii                    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[tenesaca - trucks]                                        Page 17

27:16 28:2
29:7,19 35:6
40:8
**terms**  43:23
64:14
**terrible**  50:22
**testified**  5:6
**testify**  7:8,17
75:8
**testimony**  7:14
45:8 75:14
**text**  4:14,15,16
4:18 11:5,10
11:13,16 13:7
13:25 14:7
15:12,16,21
16:5,8 17:14
17:22 19:13
21:11,24 23:15
24:20 26:8
29:2 31:5
32:10 33:5
35:9 36:4 38:8
40:3 41:10
**texting**  34:15
**thank**  5:12,22
6:5,21 7:2
17:17 39:5
42:14 65:21
67:25 73:20,22
73:24
**theme**  49:5
**therapy**  65:19
71:16,17,18,19

72:1
**thing**  20:3
21:19 29:24
44:4
**things**  9:5
19:18 32:18,18
32:20 43:25
45:7 47:11
50:6,12,24
54:1,2 58:2
66:7 67:15
68:7,20,24
69:5
**think**  7:17
13:16 22:19,22
23:1 24:21
25:3,6 28:22
30:5,18 33:16
34:2 36:16,22
38:17,24 39:14
41:20,22 42:10
42:11 45:15
47:10 49:10
53:25 58:5
62:4,4,5 71:7
73:25
**thinking**  23:25
24:25 70:20
**thought**  22:19
24:8 25:1,5
30:5 47:9
**thoughts**  38:23
**thread**  67:12
67:15

**threatening**
51:9
**time**  7:22 10:12
14:11,15 24:11
28:16 31:16
34:10,13,19,20
39:8,14,18,19
39:21 42:15,17
44:23 49:19
50:3 57:13,23
58:20 59:14,16
60:6 61:23
62:11 64:6
67:10 70:25
73:20
**times**  15:4
20:24 38:19
41:24 42:8,16
46:1,4 50:9,11
**today**  5:10 6:8
7:4,14,18 45:9
**together**  22:14
22:14 37:24
43:1 45:24
54:3,5 70:13
**told**  20:5 24:14
24:19,23 40:14
41:3 43:19
47:3,3 52:25
55:7 58:17,20
59:5 60:13
**tomorrow**
58:19,21

**took**  9:2,6
10:25 13:23
46:2 54:15,17
55:7 58:5,16
60:23 61:4
73:17
**top**  12:25
**topic**  22:20
30:6
**topics**  67:17
**touch**  30:6
**touched**  63:25
**town**  65:13
**train**  59:21
**transcript**  74:3
74:10
**translated**  4:18
5:3 15:15 16:9
18:22 19:11
**translation**
4:15 11:17
12:7 17:20
18:2 21:9 26:6
28:25 31:3
32:10 36:3
38:6 39:4 41:9
**traveled**  59:5
**tried**  24:6
**trip**  34:10,21
35:1
**trips**  34:22,24
34:25
**trucks**  49:14

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-4     Filed 02/18/26     Page 92 of 97

Jiminez Volume , Ii          February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[true - watching]                                    Page 18

**true** 43:20 44:2 75:14
**trust** 65:25
**truth** 75:9,9
**try** 26:1 45:16 55:17
**trying** 59:16
**tub** 46:18
**tuesday** 74:7
**turns** 66:6
**tv** 66:6
**twice** 38:19 49:11
**two** 14:13 32:21 44:19 49:15 50:1,22 56:14 59:11
**type** 72:1
**typewriting** 75:13

**u**

**u.s.** 24:7,12 36:16
**uh** 24:16 25:20 41:20 61:20,20
**um** 17:4,4 27:10 43:8 57:8 68:10
**under** 50:2 54:8 75:9,13
**understand** 6:3 6:4,22 7:12 12:21 13:9

19:23 22:7,18 23:8 31:23 35:24 51:22
**understanding** 28:16 35:20
**understands** 6:16
**united** 1:1 50:15,18 51:1 51:4,21,23 52:15,22,23 53:6,12,20 54:12 68:8 69:9,14,24 70:4,15 73:8
**updates** 62:2
**upset** 32:22
**used** 27:14 47:17 61:2
**using** 10:9 47:19 67:24
**usual** 15:2

**v**

**valeria** 1:13 3:2 5:5,21
**vega** 1:5 5:15 7:25 8:8 9:1 18:17 20:8,22 21:3,14,25 22:10,25 23:21 26:24 27:21 29:21 30:8 31:9 32:14

35:22 36:9,19 38:12 40:7,17 43:21 44:12 68:14
**vega's** 26:15
**vehicle** 69:19 69:20
**version** 17:18 18:21 23:14 36:3 38:5 39:25 40:1 41:9
**victims** 63:13
**videotaped** 3:1
**view** 68:14
**village** 65:12
**violence** 62:22 62:23 63:6,8 63:14
**violencia** 63:7
**violent** 64:4
**violeta** 63:11
**virtual** 1:13 2:3 2:8 3:1
**volume** 1:11
**vs** 1:7

**w**

**wait** 38:2
**waiting** 22:5 37:23,25
**waived** 74:14
**wake** 75:2

**walk** 59:20
**want** 17:25 19:9 21:7,15 22:24 23:4,12 25:25 28:9,23 29:18 30:23 35:18 38:1 39:2 43:16 45:6 54:24 57:24 60:15 68:25 69:6 74:6
**wanted** 22:19 22:22 23:6,7 25:5 37:3 38:2 41:2 51:14,14 55:8 56:13 57:10 68:22 70:9,19 71:7
**wanting** 22:6 69:23
**wants** 25:24 26:1 40:17
**watch** 26:18,19 26:21,24 27:2 39:12,12,22,23 41:23 43:11,14 65:22
**watched** 14:12 14:16 26:22 62:14
**watching** 14:13 15:3

Veritext Legal Solutions
800.743.DEPO (3376)   calendar-carolinas@veritext.com   www.veritext.com
Case 3:25-cv-00129-DCK   Document 73-4   Filed 02/18/26   Page 93 of 97

Jiminez Volume , Ii    February 13, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[way - zoom]    Page 19

**way** 6:11 33:11
52:5 54:11
59:2
**we've** 8:11
43:15
**week** 43:4
44:10,13
**weekdays**
42:22
**weekend** 42:21
**weekends**
42:19
**went** 6:2 13:25
20:6 24:12
33:16 37:2
54:17 55:1
57:13,18 58:21
59:4,8 62:15
71:2
**western** 1:2
5:16
**whatsapp** 61:1
67:6,12,14
**whereof** 75:20
**win** 36:24
**wipes** 32:15
**withstand**
21:22
**witness** 3:3
10:8 73:21
75:11,15,20
**woken** 44:19
**woman** 28:17
67:6 73:2

**word** 10:9,10
47:17,19
**words** 67:24
**work** 20:6
28:14,18 34:7
34:8 43:12
44:14,15 49:15
49:22 53:1
54:1,2 59:5,23
70:25 71:1,2,7
**worked** 28:3
51:6 59:19
**working** 28:17
29:10 39:11
43:10 60:24
61:24,25 62:6
62:10 64:6
**worried** 39:8
39:19
**worse** 62:20
**wrong** 27:17

| y |
|---|

**yaguachi** 26:21
31:17,21,22
32:3 65:14
72:4,14,19,20
**years** 48:23
49:2 56:14
63:23
**york** 59:10
**young** 50:1

| z |
|---|

**zoom** 1:13 2:3
2:8 3:1 75:7

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-4    Filed 02/18/26    Page 94 of 97

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.