Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF NORTH CAROLINA
 2                      CHARLOTTE DIVISION
 3
      ROBERTH R. VEGA MARIDUENA,      )
 4                                    )
                                      )
 5                    Petitioner,     )
                                      )
 6    v.                              )  Civil Action No.
                                      )  3:25-cv-00129-DCK
 7    DEISY ALEXANDRA TENESACA        )
      JATIVA,                         )
 8                                    )
                      Defendant.      )
 9    _____ )
10
11
12
13
                     VIDEOCONFERENCE DEPOSITION
14
                             OF
15
                      JEANETTE CURRENCE
16
                   Monday, February 16, 2026
17
                (Taken virtually by Respondent)
18
19
20
21
22
23        Reported by:  Christine A. Taylor, RPR
24
25        Job No.:  7904481
```

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 1 of 61

Page 2

1          On February 16, 2026, commencing at

2     11:31 a.m., the videoconference deposition of

3     JEANETTE CURRENCE was taken remotely via Zoom

4     pursuant to notice and pursuant to the Federal

5     Rules of Civil Procedure, on behalf of the

6     Respondent.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com          www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 2 of 61

                                                    Page  3

1      REMOTE APPEARANCES:

2

3      Representing the Petitioner:

4              LAW OFFICES OF DERRICK J. HENSLEY, PLLC
               BY:   DERRICK J. HENSLEY, ESQ.

5                    401 Meadowland Drive, Suite 201
                     Hillsborough, North Carolina  27278

6                    919.480.1999
                     derrick@lodjh.com

7

8

       Representing the Respondent:

9

               NELSON MULLINS RILEY & SCARBOROUGH, LLP

10             BY:   MICHAEL P. MORAN, ESQ.
                     NICHOLAS J.M. QUATRARO, ESQ.

11                   1320 Main Street, 17th Floor
                     Columbia, South Carolina  29201

12                   803.799.2000
                     michael.moran@nelsonmullins.com

13                   nicholas.quatraro@nelsonmullins.com

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 3 of 61

Page 4

1                     C O N T E N T S

2                                                       PAGE

3    EXAMINATION BY MR. MORAN                            5

4

5

6                            * * *

7

8                     E X H I B I T S

9     EXHIBIT              DESCRIPTION              PAGE

10   Exhibit JX53     Affidavit of School Records      24

11

12

13

14

15

16

17

18

19          REPORTER'S NOTE:  All quotations from

20     exhibits are reflected in the manner in which they

21     were read into the record and do not necessarily

22     indicate an exact quote from the document.

23

24

25

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 4 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 5

1                     P R O C E E D I N G S

2                          *  *  *

3                     JEANETTE CURRENCE,

4          having first been duly sworn, was examined

5                 and testified as follows:

6                          *  *  *

7                       EXAMINATION

8     BY MR. MORAN:

9          Q.   Good morning, Ms. Currence.  How are

10    you doing today?

11         A.   Good morning.  I'm doing fine.  How

12    are you?

13         Q.   Great to hear.  I'm doing well.

14              My name is Michael Moran and I'm an

15    attorney for Deisy Tenesaca who is the respondent

16    in the lawsuit of Roberth Vega versus Deisy

17    Tenesaca, Case Number 3:25-cv-00129 in the

18    Western District of North Carolina.

19              Can you please state your full name

20    and home address for the record.

21         A.   Yes.  Jeanette Leigh Currence.  My

22    home address is 4800 Spruce Peak Road, Charlotte,

23    North Carolina 28278.

24         Q.   Great.  Thank you very much.

25         A.   Uh-huh.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 5 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 6

1          Q.    And before we go into any questions,

2     I want to kind of go over the basic ground rules

3     to ensure that this deposition runs as smoothly

4     as possible so that we have a clean record for

5     the Court.

6               So you probably know, I'm going to be

7     asking you some questions today.

8          A.    Yes, sir.

9          Q.    And if you do -- if you do not

10    understand or hear my question, just let me know

11    and I can repeat or rephrase it.  Okay?

12         A.    Okay.

13         Q.    And if you do respond to my question,

14    I will assume that you heard and understood the

15    question; is that fair?

16         A.    Fair.

17         Q.    And as you can see, there's a court

18    reporter who's taking down every word that you

19    and I say.  And I know it's common in everyday

20    conversation for people to kind of talk over each

21    other.  But just for purposes of this deposition,

22    I ask that you let me finish my full question

23    even if you know what I'm going to ask before I

24    get to the end of the question before you start

25    answering.  Does that make sense?

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 7

1            A.   Yes.

2            Q.   Great.   Thank you.

3                 Also, please answer questions

4       verbally, as the court reporter cannot take down

5       nonverbal responses like nodding your head or

6       shaking your head.   Does that make sense?

7            A.   Yes.

8            Q.   Great.   And please answer questions

9       with a yes or no, not an uh-huh or huh-uh,

10      because that is difficult to take down for the

11      record as well.

12           A.   Okay.

13           Q.   All right.   So, today, I'm just

14      looking for your best recollection.   To that end,

15      if you don't recall or you don't know the answer

16      to any of my questions, you can say that.   But I

17      don't want you to guess; is that fair?

18           A.   Yes.

19           Q.   Great.   If you need to take a break

20      at any point, please let me know.   I would just

21      ask that if there is a question pending, that you

22      please answer the question and then we can go on

23      our break after that.   Okay?

24           A.   Uh-huh.   Okay.

25           Q.   And you understand that you're

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 7 of 61

1    testifying under oath today; correct?

2         A.   Yes.

3         Q.   So even though there is no judge or

4    jury present, you understand that you should

5    testify in the same manner as if a judge or a

6    jury was present; right?

7         A.   Okay.

8         Q.   Ms. Currence, is anyone else in the

9    room with you for your deposition today?

10        A.   No.

11        Q.   Great.  And did you bring any

12   documents with you to your deposition today?

13        A.   Just the documents that you guys have

14   provided to me.

15        Q.   And so that would be the Notice of

16   Deposition?

17        A.   Yes.

18        Q.   And the subpoenas; correct?

19        A.   Yes, that's correct.

20        Q.   Great.  Well, thank you for printing

21   those out.  I don't think those are necessary for

22   the deposition today.  Thank you for having those

23   anyway.

24        A.   You're welcome.

25        Q.   Have you taken any medications in the

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 8 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 9

1    last 48 hours that could affect your ability to

2    testify completely or accurately?

3         A.   No, sir.

4         Q.   Great.  Do you suffer from any

5    physical, cognitive, or mental conditions that

6    could impair your memory, your ability to

7    understand my questions, or your ability to

8    provide complete and accurate testimony today?

9         A.   No, sir.

10        Q.   Is there any reason you can think of

11   why you may not be able to testify completely or

12   accurately?

13        A.   No, sir.

14        Q.   Great.  All right.  We're going to

15   get into some of the actual questions here now.

16             So, Ms. Currence, what is your

17   profession?

18        A.   Teacher.

19        Q.   Great.  And how long have you been a

20   teacher?

21        A.   13 years.

22        Q.   Wow.  Have you done anything prior to

23   teaching?

24        A.   No, sir.

25        Q.   And where do you currently teach?

Jeanette Currence                February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 10

1          A.    Reid Park Academy in Charlotte,

2    North Carolina.

3          Q.    Have you taught anywhere else?

4          A.    Yes.

5          Q.    Where are those schools?

6          A.    Within Mecklenburg County in

7    Charlotte.

8          Q.    Okay.  Did you teach different grades

9    at those schools?

10         A.    Yes.  I've taught exceptional

11   children for grades K through 5th grade.

12         Q.    Okay.  And how many years did you

13   teach exceptional children from K through 5 --

14   5th grade?

15         A.    Seven years.

16         Q.    Oh, wow.  And how long have you

17   taught 2nd grade?

18         A.    This is my very first year in 2nd

19   grade.

20         Q.    Wow.  Congratulations.  Yeah.  Okay.

21               So what did you do the other four

22   years that you were teaching?

23         A.    I was a teacher assistant for EC

24   students.  So I was --

25         Q.    What is --

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 11

1           A.    -- teacher assistant for Pre-K.

2           Q.    Oh, okay.  Great.

3                 Okay.  Now, we're going to kind of go

4     into what's currently happening regarding this

5     case.

6                 So, Ms. Currence, what do you

7     typically know about the students in your

8     classes?

9           A.    I typically know their temperament.

10    "Temperament" meaning how they're going to come

11    into the classroom, what I'm going to expect for

12    today, what I need to do to help encourage them

13    or settle them at the beginning of the day.

14          Q.    What do you know about

15    Santiago Vega Tenesaca?

16          A.    I know that he enjoys positive

17    affirmations.  He enjoys confirmation that he's

18    doing well and that he wants to make his teacher

19    proud of him.

20          Q.    Just to confirm, you are Santiago's

21    teacher; correct?

22          A.    Yes, I am.

23          Q.    Great.  What's your impression of

24    Santiago?

25          A.    Santiago.  He's only 7 or 8 years

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 12

1   old.  He's in 2nd grade.  So he has not tapped

2   into his ability to know, like, what his

3   strengths are, what his weaknesses are.  But he

4   knows he has a strong sense of socialization that

5   he can build friendships and lasting friendships

6   with students throughout 2nd grade.

7          Q.   And when did you start teaching

8   Santiago?

9          A.   In November 2025.

10         Q.   Okay.  Is that when you first met him

11  as well?

12         A.   Yes.

13         Q.   Okay.  And you said November of 2025.

14         A.   Uh-huh.

15         Q.   Was Santiago already at Reid Park

16  when you started?

17         A.   Yes.

18         Q.   And how did that happen that he --

19  you know, that you became his teacher in

20  November?

21         A.   There was a switch in licensure for

22  myself for exceptional children.  So I had to

23  downgrade from exceptional children for a little

24  while until my licensure is complete, then I

25  could potentially move back.  Then I was asked to

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-5      Filed 02/18/26      Page 12 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                              Page 13

 1    come to 2nd grade to help assist with students.

 2          Q.   I completely understand.  And I'm

 3    sure that the school is very grateful for your

 4    assistance in helping out there.

 5               Now, what are your interactions with

 6    Santiago currently like?

 7          A.   Interactions.  In the morning time,

 8    he greets me.  Whenever we have homework

 9    assignment, he wants to make sure that he has his

10    homework.  If he forgets it, he asks my

11    permission to go to his bookbag to get it.

12               Again, he is very much so wanting to

13    please his teacher.  If his mother gives him a --

14    something to make sure he comes and tell me, he

15    does his best to inform me of what mom wants him

16    to tell me.  I know there's a language barrier.

17    He speaks Spanish.  But he'll try his best to

18    explain to me and he'll say, "Well, write my mom

19    or let my mom know."

20               And so that's my cue to just write

21    mom on our ParentSquare that we use here in

22    Mecklenburg County.  I communicate with her via

23    ParentSquare.  So lots of interactions there,

24    even academically as well.  He'll try his best.

25    He'll tell me he doesn't understand.  Or

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 13 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 14

1    sometimes he may tear up and I'll say, "It's
2    okay."
3              I can have him work back at my
4    worktable with me.  So he's one to try to please
5    his teacher a lot.
6         Q.   I definitely understand.  And we'll
7    get into more of the stuff that you brought up
8    there in a little bit, in a few minutes.
9              But, you know, just more generally,
10   does he like -- is he excited to come to school?
11        A.   Yes.  He is very much so excited to
12   come to school.
13        Q.   Yeah.  And you mentioned
14   socialization as well, how that's a strength of
15   his.  What are his interactions with his
16   classmates like?
17        A.   He interacts with students a lot.  He
18   likes to laugh.  He likes to socialize.  I do
19   have to kind of wing him away from some students
20   because he'll get chatty in class.  But once I
21   ask him to follow through, what I'm asking him to
22   do and not speak as much -- and we recently moved
23   our center arrangement.  So I moved him to the
24   front of the classroom so he's not as chatty.  So
25   that works very fine.  He's asking more questions

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 14 of 61

1    with being at the front via where he was before.

2            Q.    He is a talkative 2nd grader then?

3            A.    Yes.

4            Q.    And -- but not out of the ordinary?

5            A.    No, sir.

6            Q.    Okay.  So just in your class of 2nd

7    graders, what are your expectations out of the

8    students?

9            A.    My expectation is that they -- number

10   one, that they're tracking me when I'm speaking,

11   that they are aware of what I'm asking them.  If

12   they're unaware, they can raise their hand and

13   ask.  If they don't understand at that point,

14   then we know that we can have a section of the

15   classroom where I can have a teacher table, small

16   group area where they can ask questions, or I may

17   just automatically pull students who are

18   struggling during the lesson.  And that's my cue

19   to hone in on the deficit there and help them to

20   reach their goal.

21           Q.    That's great.  What's your impression

22   of how Santiago meets those expectations?

23           A.    Santiago meets the expectation very

24   well.  Sometimes Santiago -- at first, when he

25   first met me, he would sleep.  And so I had to

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 15 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 16

1    encourage him, like, to make sure that he was

2    putting his academics forward, that he has room

3    to grow.  If he doesn't know something, just ask

4    the question.  So he's not sleepy as much as he

5    used to at the beginning.  He's more engaged.

6           Again, we just recently moved desks,

7    so he's in front of me at all times.  So I am

8    able to encourage him when I see him kind of doze

9    off.  Or when he's not engaged, I can redirect

10   his behavior.

11        Q.   Okay.  And you mentioned that he

12   would kind of sleep at the beginning of the year.

13   Was that just in the morning or was it all

14   throughout the day?

15        A.   It was just at certain points.  I

16   believe it was only during ELA, which is our

17   language portion.  But math, he would be fully

18   aware and more engaged.  So that notified me that

19   he had a preference.  Maybe he liked math more

20   than he liked ELA or maybe he just didn't

21   understand the background knowledge of what was

22   going on with the English.

23        Q.   Right.  And did you ever -- did he

24   ever -- excuse me.

25           Did you ever ask him why he would

Veritext Legal Solutions
800.743.DEPO (3376)        calendar-carolinas@veritext.com        www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 16 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 17

1    sleep during his ELA, I guess, lessons?

2          A.    No, sir.  I did not.  But what we

3    would do, I would have a chat -- I would have a

4    talk with him.  So during recess or during lunch,

5    I would sit beside him and we would have a

6    conversation there about, like, hey, you were

7    asleep this morning.  Like, why are we sleeping

8    during ELA and not math?

9          He did express -- again, he expressed

10   that he liked math more.  And, again, I just took

11   in that notion that he is -- the language barrier

12   is there.

13         Q.    Did he ever --

14         A.    I thought maybe he didn't know

15   English as much as he knew the math formula or

16   how math works versus English.

17         Q.    I got ya.  Did he ever express

18   difficulty sleeping at home or anything like

19   that?

20         A.    No, sir.  He did not.

21         Q.    Okay.  So then what about what kind

22   of improvements have you seen from Santiago?

23         A.    The improvements, again, he is not as

24   sleepy during class.  He has improved with ELA

25   where he can stay up.  He's trying to raise his

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 17 of 61

1    hand.  He is trying to answer questions.  He's
2    more engaged with ELA.
3                I try my best to do interactive
4    things with the students where the students -- I
5    can model it first and then the students can tell
6    me, like, back what they -- what they learned.
7                So I can actually call them up to the
8    board or give them an assignment where I can walk
9    around and make sure and monitor that everybody's
10   is engaged with learning.  So I tried to do that
11   to see if that would improve, and which it did.
12        Q.   So you said there "engagement."
13   What's his engagement like with all subjects now
14   as compared to when you first started teaching
15   him?
16        A.   I believe he is more -- he is more of
17   a math person.  He likes science.  ELA, you know,
18   he's gradually doing those improvements where he
19   is not sleeping.  He's participating more.  But
20   off -- just off -- since the beginning of the
21   school year, math, science is more his strength.
22   And especially science when we go to learn about
23   his culture.  I've incorporated that in my class.
24   We talk about everybody's culture.
25                When we learned about the seven

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 18 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 19

1    continents, he was really engaged to see that
2    South America had his country where he was from.
3    And so that tapped into more engagement.
4            So I believe in getting the students
5    involved based on their culture and putting that
6    culture in the classroom to get more engagement.
7            Q.    That makes complete sense.
8            So, developmentally, have you noticed
9    anything with Santiago that gives you cause for
10   concern?
11           A.    Yes, sir.  Developmentally, I do
12   believe that Santiago is around kindergarten, 1st
13   grade level for reading and for math.  He puts
14   forth more effort with math, but he still needs
15   support with math and ELA.
16           Q.    Okay.
17           A.    I have seen improvement with ELA,
18   like, drastically.
19           Q.    Is he the only student that you have
20   that you would say is struggling in terms of ELA?
21           A.    No, sir.
22           Q.    Okay.  So it's not out of the
23   ordinary or anything?
24           A.    No.  No, sir.
25           Q.    Okay.  What about academically,

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 19 of 61

Jeanette Currence                    February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 20

1       anything that gives you cause for concern?

2              A.   Yes.  Again, the academic level for

3       reading and math are both around kindergarten,

4       1st grade level.  So trying to -- what I try to

5       do is give 15 minutes at the beginning of reading

6       skills block.  We hone in phonics, letter

7       recognition.  I can't spend as much time on

8       letter recognition.  But phonics part, hearing

9       the sounds, again, in small group as well as

10      math, and math workshop.

11             If -- trying to close gaps if he

12      doesn't understand rote counting, counting by

13      tens, fives, or hundreds.  Or using the number

14      line.  I try my best to go basic level.  That

15      way, then help to jumpstart them to where they

16      need to be for 2nd grade.

17             Q.   So I should have asked this earlier.

18      Do you speak Spanish as well as English?

19             A.   No, sir.  Not as much.  I know some

20      words, like basic words.

21             Q.   I am about the same way.  So we are

22      alike with that.

23             And what about Santiago's behavior in

24      the classroom, what's that like?

25             A.   Behavior.  At first, he would show

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 21

1   behaviors that, like, he was, like, sad.  Maybe
2   if I reprimanded him or got on him about a
3   behavior, he would typically tear up, maybe begin
4   to cry if he didn't -- especially on Fun Fridays
5   when he didn't receive something.  And I would
6   explain to him what the expectation is, that we
7   do what we're supposed to do in class.  But I do
8   see you trying, so that would give him some
9   encouragement to do the right thing.  So not as
10  much as crying anymore, but still some days he
11  may do that behavior.
12        Q.   How would you describe that, more
13  disappointment rather than despondent?
14        A.   Yes, sir.  Maybe a disappointment,
15  like I let my teacher down.
16        Q.   That makes sense.  How is he at
17  recess with friends?
18        A.   Very much so playful.  He loves
19  playing.  There's a great dynamic here at our
20  school with the population of our ML students or
21  our multi-language students.  So he finds great
22  joy with recess because he can go spend time with
23  everybody that's speaking his native language.
24  That's his opportunity to speak with them, play
25  with them.  I oftentimes have to tell him not to

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 22

1    climb on our swings, on top of the swings.  I

2    told him he's not -- he's not a monkey, but he

3    could get hurt.  So that kind of kept him from

4    not jumping as -- or not climbing to the tiptop

5    of the swings.  So he would always do that.

6              So he has a great upper body

7    strength.  I told him he should be in gymnastics

8    because he can climb to the top, jump, swing, all

9    those good things.  He has gross motor skills.

10   So very much so loves outdoor resource -- recess,

11   excuse me.

12         Q.   And have you ever seen him outside of

13   the classroom with other friends or anything?

14         A.   Yes.  So that's during transitions,

15   like in the morning time when he comes in during

16   bus ride or during the car rider line, we're

17   going to take students up.  At lunch and PE or

18   specials, he's quite having some interaction with

19   some 2nd grade, sometimes upper grades if he

20   knows them.  So he does speak to them.

21         Q.   When he comes in in the morning, are

22   you familiar with his -- sorry, strike that.

23              Are you familiar with Santiago's

24   sister, Aylis?

25         A.   I was not until he had interaction in

1    the hallway.  So, again, we get to see different

2    grade levels.  He reached over to give her a hug.

3    And I said, "Well, Santiago, who's that?"

4              And he said, "That's my sister."

5              And so, yeah, that was a recent --

6    maybe like two weeks ago, three weeks ago.  So

7    I'm aware of it now.

8         Q.   Okay.  And how -- could you describe

9    that interaction or the interactions you've seen

10   with him and Aylis?

11        A.   He often reaches over to try to

12   either touch her, say "hey" to her, give her a

13   hug.  And just typically if we're at the

14   bathroom, he'll just reach over and say "hey" or

15   he'll give her a hug.  And he'll just continue on

16   with trying to use the restroom or lining up.  He

17   does acknowledge her or say "hey" to her.

18        Q.   Right.  Well, Ms. Currence, I'm going

19   to ask a few questions now related to Santiago's

20   kind of reading and English language skills.  So

21   I'm going to pull up on my screen what we have

22   jointly agreed, Respondent and Petitioner, are

23   the Santiago's records from the CMS school

24   district.  And I am going to share my screen now.

25              All right.  Can you see that,

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 23 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 24

1      Ms. Currence?

2              A.   Yes, sir.  Uh-huh.

3              Q.   Great.  And this is -- we would like

4      to -- I'd like to mark this.  And it is labeled

5      JX 53.  And these are the school records for STVT

6      from CMS.

7                   (Exhibit JX 53 marked for

8      identification.)

9      BY MR. MORAN:

10             Q.   Ms. Currence, do you see here on

11     page 1, under paragraph 3, this is a records

12     affidavit stating that these are the records

13     maintained by CMS schools regarding

14     Santiago Vega Tenesaca?

15             A.   Yes.

16             Q.   Okay.  And on page 2 here -- here,

17     let me increase the size of this, too -- can you

18     please read over the enrollment history real

19     quick.

20             A.   Just a tad bit bigger.

21             Q.   Okay.  How about that?  And just

22     what's in bold as well.

23             A.   Can I step out?  I'm going to get my

24     little -- my reading glasses just so I can read

25     it, like, clearly.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 24 of 61

Jeanette Currence          February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 25

1          Q.   Yes.  Please go ahead.

2          A.   It's right beside me.

3              You said in which section, sir?

4          Q.   Just the enrollment history and just

5   what's in bold as well.

6          A.   Okay.  Enrollment history.  It says,

7   "Santiago enrollment history, 12/16/2025.  And

8   this is David W. Butler High School."

9          Q.   Oh, Ms. Currence, feel free -- you

10  can read this to yourself as well.  I don't need

11  you to read it for the record.

12         A.   Okay.  Okay.

13         Q.   Okay.  Thank you for doing that.

14             On the second most recent date of the

15  second row where it says "Grade 2."

16         A.   Uh-huh.

17         Q.   Do you see that?

18         A.   Yes.

19         Q.   And where does that say Santiago is

20  currently in school?

21         A.   Reid Park Academy.

22         Q.   Yes.  And when does it say he started

23  at Reid Park Academy?

24         A.   8/25 of 2025.

25         Q.   Okay.  And prior to that, it says

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK   Document 73-5   Filed 02/18/26   Page 25 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 26

1     here that he was attending South Pine Academy;

2     correct?

3               A.   Yes.

4               Q.   Do you know what school system South

5     Pine is in?

6               A.   Yes.  This is Charlotte-Mecklenburg

7     schools.

8               Q.   Okay.  So they should have all the

9     same records then with this; right?

10              A.   Yes.  Uh-huh.

11              Q.   And the recording of Santiago

12    attending CMS schools goes all the way back to

13    KG; right?

14              A.   Yes.

15              Q.   And is that kindergarten?

16              A.   Yes.

17              Q.   And the year there, what year was

18    that?

19              A.   '23-'24.

20              Q.   And under the start -- hold on one --

21    strike that.

22                   And I will -- next, I want to go to

23    page 68 of this document.

24                   Ms. Currence, can you see my screen

25    on page 68 here?

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 27

1          A.    Yes.

2          Q.    Great.  Do you see where it says "ML

3     Student Plan"?

4          A.    Yes.

5          Q.    What's an ML student plan?

6          A.    Multi-language student plan is for

7     students to receive services that speaks a

8     different language other than -- English is their

9     second language.

10         Q.    Right.  And do you have currently

11    have students with ML student plans?

12         A.    Yes, sir.

13         Q.    Is Santiago one of those students --

14         A.    Yes.

15         Q.    -- with an ML student plan?  Great.

16               And this here signifies that Santiago

17    has an ML plan; right?

18         A.    Yes.

19         Q.    And that the school has enrolled him

20    in those lessons?

21         A.    Yes.

22         Q.    And just to clear something up here

23    as well, the school here is listed as South Pine

24    Academy; correct?

25         A.    Yes.

1          Q.   But if I scroll down to page 69 here,
2     it has the ML chair listed; correct?
3          A.   Yes.
4          Q.   Do you know a Ms. Hudson who is an ML
5     chair?
6          A.   At my school, yes.
7          Q.   Okay.  And your school is Reid Park;
8     correct?
9          A.   Yes.  Yes, sir.
10         Q.   So this record is the ML plan for
11    Reid Park; correct?
12         A.   Yes.
13         Q.   And then finally on page -- or going
14    back to page 69, there's a teacher signature as
15    well.  Do you know who that -- whose -- what
16    teacher that is?
17         A.   Another 2nd grade teacher, yes.
18         Q.   Yeah.  That's not your signature
19    though; right?
20         A.   No, sir.
21         Q.   And what's the date there?
22         A.   9 -- September 22nd, 2025.
23         Q.   Yeah.  So this ML student plan would
24    still be for Santiago when he's in the 2nd grade;
25    right?

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 28 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 29

1          A.    Yes.

2          Q.    And so was this ML student plan in

3    place when you started teaching him in 20 -- in

4    November of 2025?

5          A.    Yes.

6          Q.    Great.  Was it this exact one?

7          A.    Yes.

8          Q.    All right.  All right.  I'm going to

9    scroll up to page 68 -- or I'm sorry.  Hold on

10   one second.

11              And could you please read -- do you

12   see where it says "classroom amplifications"?

13         A.    Yes.

14         Q.    Could you please read those for me

15   and I'll expand the screen for you too.

16         A.    "Clarify key concepts; pre-teach

17   vocabulary; peer support; provide word banks; and

18   allow students to provide alternative responses,

19   orally and graphic."

20         Q.    Are those consistent with what you

21   have been -- what you have been -- what Santiago

22   has worked on?

23         A.    To my knowledge, when he's pulled by

24   an ML teacher, yes.

25         Q.    Okay.  Again, I don't want you to

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 29 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 30

1    guess, so to your knowledge.  Thank you.

2                On page 70 then, here, this is

3    another ML student plan; correct?

4            A.    Yes.

5            Q.    And this states it's for South Pine

6    Academy; right?

7            A.    Correct.

8            Q.    But you're still familiar with this

9    type of form; right?

10           A.    Yes.

11           Q.    And under -- on the left-hand side

12   here, under ML services, what year is that for?

13           A.    '23-'24.

14           Q.    Okay.  So April 2024, do you know

15   what grade Santiago would be in at that time?

16           A.    1st grade.  You said 2024.  He may be

17   kindergarten.

18           Q.    Okay.  Yeah.  I think if he did 1st

19   grade -- yeah, so it would be kindergarten;

20   correct?

21           A.    Correct.

22           Q.    Yeah.  Okay.  So now going down to

23   page 71 here.  It has the -- an ML chair listed

24   here as well; right?

25           A.    Correct.

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

                                                        Page 31

1          Q.    And do you know who this ML chair
2    would have been?
3          A.    I do not know.
4          Q.    Okay.  And this ML plan was not in
5    place when you started teaching Santiago;
6    correct?
7          A.    No, sir.  Not to my knowledge,
8    because I did not work at South Pine.
9          Q.    Right.  With ML plans, do they stay
10   stagnant or are they updated each year?
11         A.    They should be updated each year.
12         Q.    Okay.  And is it done by semester?
13   Is it done by at the end of the academic year?
14         A.    It's done at the beginning of the
15   academic school year.
16         Q.    So going back to what you said
17   before.  I know you said there's a wide variety
18   of students in your class who also speak -- whose
19   first language is not English; correct?
20         A.    Yes, that's correct.
21         Q.    Have you noticed improvements from
22   those students as well?
23         A.    A slight improvement from November,
24   yes, sir.
25         Q.    Okay.  And, in your experience, have

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 31 of 61

Jeanette Currence                    February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 32

1    you worked with ML students who are on ML student
2    programs before?
3              A.    Yes, sir.
4              Q.    From what you've seen, does it take
5    time for the ML student plans to have an
6    improvement with a student?
7              A.    Yes, sir, it does.
8              Q.    Yeah.  And how has Santiago done with
9    his ML student plan since you started teaching
10   him?
11             A.    Because -- I wasn't familiar with the
12   ML plan as much with Santiago, I don't know what
13   his -- his goals were at the beginning of the
14   school year.  I have noticed that he is -- his
15   oral language has improved because then -- you
16   know, you give students confidence.  And once you
17   teach them, you have them express what they have
18   learned.
19             So I have seen improvement with his
20   oral and some vocabulary.  Because, again, in
21   native language, maybe it's called something
22   different, and he needs to learn it in English.
23   So it's him improving and learning how to say it
24   or view it in English.  But, yes, sir, it has
25   improved.

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 33

1          Q.    Okay.

2          A.    Not drastically improved, but it has

3    improved, like steady improvement.

4          Q.    Great.  So let's go down to page 72

5    here.  And I know that this type is small as

6    well.

7                Can you please read the title of this

8    document.

9          A.    "Notification of English Language

10   Program Continue -- Continuation."

11         Q.    Thank you very much.

12               And can you tell me the grade level

13   here?

14         A.    Grade level for that one is 2nd

15   grade.

16         Q.    And the school?

17         A.    Reid Park Academy.

18         Q.    Okay.  Now, going down to the first

19   paragraph, can you please read the first sentence

20   for me starting with "our school"?

21         A.    Uh-huh.  "Our school district

22   provides a program of language instruction for

23   MLs to attain English proficiency and to meet the

24   same challenging academic content and student

25   achievement standards expected of all students."

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 34

1          Q.    Great.  Thank you.

2          A.    Uh-huh.

3          Q.    And then can you please read the last

4    sentence starting with "below."  And that's on

5    the last line of that paragraph.

6          A.    Uh-huh.  "Below, please find results

7    that have informed our decision, information

8    about our language programs, and your rights as a

9    parent."

10         Q.    Thank you for reading that.

11               Is it your understanding that parents

12   are informed that their children are students in

13   the ML and other language programs?

14         A.    Yes.

15         Q.    And do you know if Ms. Tenesaca is

16   informed that Santiago is in an ML plan or

17   program?

18         A.    I'm not going to guess.  I believe

19   so, but not to my knowledge.

20         Q.    Okay.  Well, just -- I'll scroll down

21   to page 73, then, here.

22         A.    Yeah.

23         Q.    Can you please take a look at this

24   page --

25         A.    Uh-huh.

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-5      Filed 02/18/26      Page 34 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 35

1          Q.    -- real quick.

2                And so -- and do you see under the

3     "parent/guardian rights" section?

4          A.    Uh-huh.

5          Q.    And I'm not asking for the content or

6     what you think it says.  But just -- does it look

7     like this has been filled out?

8          A.    Yes.

9          Q.    And can you tell me what box has been

10    checked here?

11         A.    Yes.  "Yes" box.  "I approve of this

12    placement for my child."

13         Q.    Great.  And so then going back more

14    broadly, what -- have you seen improvement with

15    Santiago's English this year and his speaking?

16         A.    And speaking, yes.  He will try to

17    express himself, usually English.  Sometimes he

18    may -- I may have him -- if he doesn't know how

19    to verbally express himself, I'll have one of my

20    students that is fluent to help him.  Then he'll

21    try to -- he'll say it more in English.  But he

22    has not used that resource as much.  So he's able

23    to, like, try to say English or tell me in

24    English what he needs to tell me.

25         Q.    Okay.  What about his listening, have

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 36

1    you noticed improvements with that?

2         A.    Yes.   Again, at the beginning of the

3    school year, he was -- like, I did have to

4    redirect him maybe with the sleeping or maybe if

5    I asked him to do something that he got

6    reprimanded for, you know, the tears or getting

7    sad.  There is an improvement here as of recent,

8    about the last two or three weeks.  So he has

9    improved.

10        I'm able to speak with him or give

11   him a consequence for what he's not doing or

12   doing that he's able to, like, digest that and

13   give me a response back or say "I'll do better"

14   or "I'll work on it."

15        Q.    Okay.  And what's his -- how does he

16   do with reading in English?

17        A.    Reading, he -- at first in November

18   he was typically shy about reading some things.

19   Again, we used some interventions here that I

20   believe has helped.  So he'll try to read more.

21        Again, he still has deficits with the

22   English reading, but he is more engaged.  He's

23   more accepting of trying to read those or decode

24   those, the words, or decode his passage that I'm

25   giving him to decode.  He's able to -- like, he's

Jeanette Currence                    February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 37

1      willing to try.  So I'll give him willing to try.

2            Q.   And we're going to switch over to a

3      little more related to Santiago's family here.

4      This is the last section of questions that I'll

5      have for you.

6            A.   Okay.

7            Q.   Have you ever spoken to Deisy

8      Tenesaca?

9            A.   Yes, I have.

10           Q.   How often do you speak with

11     Ms. Tenesaca?

12           A.   ParentSquare, I'd say like weekly.

13     If not, two or three times out of the week.

14     Ms. Deisy, we may speak typically whenever she's

15     concerned about Santiago's behavior.  Like more

16     so of -- like, her just speaking to me every day

17     is more so how is Santiago's behavior doing?  Is

18     he listening?  Things of that nature.  That's

19     very sporadic.  I've had about two or three

20     conversations about that.

21                Or, as of recent, like, she came to

22     the school last week.  I want to say last

23     Thursday.  She just had questions about a bit of

24     our parent contact information.  She said she had

25     gotten a new number and how can I communicate

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 38

1    with her.  I gave her another Google number that
2    she could communicate with me on.
3         Q.   And I know she -- you mentioned she
4    brings up some concerns about his listening.
5         A.   Uh-huh.
6         Q.   Is that out of the ordinary for -- in
7    your experience for a parent to be concerned
8    about that?
9         A.   No.  No, sir.  I believe they ask him
10   about behaviors, probably something that she may
11   think it might affect his academic work.  So
12   that's not out of the ordinary.
13        Q.   So most of her concerns are related
14   to his academics and how he does in school;
15   correct?
16        A.   Uh-huh.  Uh-huh.
17        Q.   Yeah.  Has she raised any other
18   concerns with you?
19        A.   No, sir.
20        Q.   Okay.  Have you raised any concerns
21   with Ms. Tenesaca?
22        A.   No, sir.  Other than, like, her
23   asking about behavior, what we've been seeing or
24   what she sees.  And that's about it.
25        Q.   Now, have you ever spoken with

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 38 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 39

1     Santiago's grandmother, Flor Jativa?

2              A.    No, sir.

3              Q.    Okay.  Have you ever spoken with

4     Santiago's uncle, Angel Josue Jativa?

5              A.    No, sir.

6              Q.    Okay.  And we mentioned this.  You

7     recently became aware that Aylis is also at

8     Reid Park Academy; correct?

9              A.    Yes.  Yes.

10             Q.    And have you had any interactions

11    with her while Santiago is not there?

12             A.    No.

13             Q.    Okay.  From your interactions with

14    Aylis, what are your impressions of her?

15             A.    She's quiet.  She remind me of

16    Santiago.  She's shy at first, but she's able to

17    speak to me.  She may speak to me and smile, that

18    nature.  Because she's really -- she doesn't see

19    me a lot, so she hasn't, like, asked, hey, can I

20    give Santiago a hug or anything like that.  She

21    just recently just -- just smiling or just waving

22    to say hey.

23             Q.    Yeah.  And when you do see Santiago

24    and Aylis together, how does Santiago treat his

25    little sister?

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 39 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 40

1          A.    I have not see them, like, by
2     themselves.  I often see them when I'm with a
3     group of -- with our group of 2nd grade where we
4     transition to the bathroom or something like
5     that.  But I haven't seen them walking together
6     in the mornings or during arrival or dismissal.
7     So I have not witnessed that.
8          Q.    Okay.  Well, what about when they are
9     around others as well?
10         A.    They're around others.  You mean the
11    two of them or just separately?
12         Q.    The two of them together.
13         A.    The two of them together, have not
14    witnessed that yet.  The only other time I've
15    seen them was outside.  When -- I believe she's
16    in kinder, so they are transitioning inside the
17    classroom, back to classroom, and we're going
18    outside.  So that's the only interaction.  Again,
19    they may speak, hug, or wave, or something of
20    that nature.  Then they keep going.  They either
21    go line up and Santiago goes to the 2nd grade
22    room.
23         Q.    And, lastly, have you spoken with
24    Santiago's father, Roberth Vega?
25         A.    No, sir.

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 40 of 61

Page 41

1          Q.   Okay.  And just to kind of wrap

2     things up here.  How would you describe

3     Santiago's progress in school?

4          A.   I believe he's progressing.  So in

5     2nd grade, we don't give grades.  But what we

6     have is like a developing progressant and a --

7     what we call mastery.  Mastery is they're on

8     grade level.  Developing means he still needs

9     support.

10               So I think he is developing.  But

11    developing on the higher end.  For math, he's,

12    like, almost progressant.  So he's trying to

13    understand and comprehend what's going on with

14    math.

15               Reading, he is still developing.  So

16    still needs support with phonics and things of

17    that nature.  But not -- I believe, again, a

18    steady growth.  So not a full out he can go on

19    his own yet.  He still needs some support with

20    reading.  But for math, I believe he's at that

21    progressant level.  If he can get some more, he

22    can probably progress and be on working towards

23    grade level academic things or beyond grade level

24    for 2nd grade.

25          Q.   I understand.  Ms. Currence, those

Jeanette Currence                    February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

Page 42

1      are all the questions that I have for you right

2      now.  I may have some to follow up on if

3      Mr. Hensley has any questions.  So at this point

4      in time, I'll pass the witness.

5                  A.    Thank you.

6                        MR. HENSLEY:  Good afternoon.  I

7                  actually have no questions for this

8                  witness.

9                        MR. MORAN:  Great.  Well, I believe

10                 we are done with the deposition then.

11                       Madam Court Reporter, thank you very

12                 much.

13                       COURT REPORTER:  Mr. Hensley, did you

14                 want a copy of the transcript?

15                       MR. MORAN:  We are providing

16                 Mr. Hensley with the transcript.  So --

17                 but if we could please get this expedited

18                 as soon as possible, like, so that we

19                 could get it tomorrow, that would be

20                 great.

21                                   - - -

22                       (Read and sign reserved.)

23                                   - - -

24                 (Deposition concluded at 12:14 p.m.)

25

1                    SIGNATURE OF DEPONENT

2          I, the undersigned, JEANETTE CURRENCE, do

3      hereby certify that I have read the foregoing

4      deposition transcript and find it to be a true and

5      accurate transcription of my testimony, with the

6      following corrections, if any:

7

8      PAGE       LINE             CHANGE/REASON

9      _____      _____      _____

10     _____      _____      _____

11     _____      _____      _____

12     _____      _____      _____

13     _____      _____      _____

14     _____      _____      _____

15     _____      _____      _____

16     _____      _____      _____

17     _____      _____      _____

18     _____      _____      _____

19     _____      _____      _____

20     _____      _____      _____

21     _____      _____      _____

22     _____      _____      _____

23

24                    _____

25                       JEANETTE CURRENCE

Veritext Legal Solutions
800.743.DEPO (3376)     calendar-carolinas@veritext.com     www.veritext.com
Case 3:25-cv-00129-DCK     Document 73-5     Filed 02/18/26     Page 43 of 61

Page 44

1                CERTIFICATE OF REPORTER
2
3        I, Christine A. Taylor, Registered
    Professional Reporter and Notary Public for the
    State of North Carolina at Large, do hereby
4    certify:
5            That the foregoing deposition was taken
    before me on the date and at the time and location
6    stated in this transcript; that the deponent was
    located in Mecklenburg County, North Carolina; that
7    the deponent was duly sworn to testify to the
    truth, the whole truth and nothing but the truth;
8    that the testimony of the deponent and all
    objections made at the time of the examination were
9    recorded stenographically by me and were thereafter
    transcribed; that the foregoing deposition as typed
10   is a true, accurate and complete record of the
    testimony of the deponent and of all objections
11   made at the time of the examination to the best of
    my ability.
12
            I further certify that I am neither related
13   to nor counsel for any party to the cause pending
    or interested in the events thereof.  Witness my
14   hand, this 16th of February, 2026.
15
16
17

18           Christine A. Taylor,
            Registered Professional Reporter
19           Notary Public
            State of North Carolina
20           Notary expires:  April 30, 2029
21
22
23
24
25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 44 of 61

Jeanette Currence

February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[& - angel]

Page 1

## &

**&** 3:9

## 0

**00129** 1:6 5:17

## 1

**1** 24:11
**11:31** 2:2
**12/16/2025**
  25:7
**12:14** 42:24
**13** 9:21
**1320** 3:11
**15** 20:5
**16** 1:16 2:1
**16th** 44:14
**17th** 3:11
**1st** 19:12 20:4
  30:16,18

## 2

**2** 24:16 25:15
**20** 29:3
**201** 3:5
**2024** 30:14,16
**2025** 12:9,13
  25:24 28:22
  29:4
**2026** 1:16 2:1
  44:14
**2029** 44:20
**21572** 44:17
**22nd** 28:22

**23** 26:19 30:13
**24** 4:10 26:19
  30:13
**27278** 3:5
**28278** 5:23
**29201** 3:11
**2nd** 10:17,18
  12:1,6 13:1
  15:2,6 20:16
  22:19 28:17,24
  33:14 40:3,21
  41:5,24

## 3

**3** 24:11
**30** 44:20
**3:25** 1:6 5:17

## 4

**401** 3:5
**48** 9:1
**4800** 5:22

## 5

**5** 4:3 10:13
**53** 24:5,7
**5th** 10:11,14

## 6

**68** 26:23,25
  29:9
**69** 28:1,14

## 7

**7** 11:25
**70** 30:2

**71** 30:23
**72** 33:4
**73** 34:21
**7904481** 1:25

## 8

**8** 11:25
**8/25** 25:24
**803.799.2000**
  3:12

## 9

**9** 28:22
**919.480.1999**
  3:6

## a

**a.m.** 2:2
**ability** 9:1,6,7
  12:2 44:11
**able** 9:11 16:8
  35:22 36:10,12
  36:25 39:16
**academic** 20:2
  31:13,15 33:24
  38:11 41:23
**academically**
  13:24 19:25
**academics** 16:2
  38:14
**academy** 10:1
  25:21,23 26:1
  27:24 30:6
  33:17 39:8

**accepting**
  36:23
**accurate** 9:8
  43:5 44:10
**accurately** 9:2
  9:12
**achievement**
  33:25
**acknowledge**
  23:17
**action** 1:6
**actual** 9:15
**actually** 18:7
  42:7
**address** 5:20,22
**affect** 9:1 38:11
**affidavit** 4:10
  24:12
**affirmations**
  11:17
**afternoon** 42:6
**ago** 23:6,6
**agreed** 23:22
**ahead** 25:1
**alexandra** 1:7
**alike** 20:22
**allow** 29:18
**alternative**
  29:18
**america** 19:2
**amplifications**
  29:12
**angel** 39:4

**answer**  7:3,8
    7:15,22 18:1
**answering**  6:25
**anymore**  21:10
**anyway**  8:23
**appearances**
    3:1
**approve**  35:11
**april**  30:14
    44:20
**area**  15:16
**arrangement**
    14:23
**arrival**  40:6
**asked**  12:25
    20:17 36:5
    39:19
**asking**  6:7
    14:21,25 15:11
    35:5 38:23
**asks**  13:10
**asleep**  17:7
**assignment**
    13:9 18:8
**assist**  13:1
**assistance**  13:4
**assistant**  10:23
    11:1
**assume**  6:14
**attain**  33:23
**attending**  26:1
    26:12
**attorney**  5:15

**automatically**
    15:17
**aware**  15:11
    16:18 23:7
    39:7
**aylis**  22:24
    23:10 39:7,14
    39:24

**b**

**b**  4:8
**back**  12:25
    14:3 18:6
    26:12 28:14
    31:16 35:13
    36:13 40:17
**background**
    16:21
**banks**  29:17
**barrier**  13:16
    17:11
**based**  19:5
**basic**  6:2 20:14
    20:20
**bathroom**
    23:14 40:4
**beginning**
    11:13 16:5,12
    18:20 20:5
    31:14 32:13
    36:2
**behalf**  2:5
**behavior**  16:10
    20:23,25 21:3

    21:11 37:15,17
    38:23
**behaviors**  21:1
    38:10
**believe**  16:16
    18:16 19:4,12
    34:18 36:20
    38:9 40:15
    41:4,17,20
    42:9
**best**  7:14 13:15
    13:17,24 18:3
    20:14 44:11
**better**  36:13
**beyond**  41:23
**bigger**  24:20
**bit**  14:8 24:20
    37:23
**block**  20:6
**board**  18:8
**body**  22:6
**bold**  24:22 25:5
**bookbag**  13:11
**box**  35:9,11
**break**  7:19,23
**bring**  8:11
**brings**  38:4
**broadly**  35:14
**brought**  14:7
**build**  12:5
**bus**  22:16
**butler**  25:8

**c**

**c**  4:1 5:1
**call**  18:7 41:7
**called**  32:21
**car**  22:16
**carolina**  1:1 3:5
    3:11 5:18,23
    10:2 44:3,6,19
**case**  5:17 11:5
**cause**  19:9 20:1
    44:13
**center**  14:23
**certain**  16:15
**certificate**  44:1
**certify**  43:3
    44:4,12
**chair**  28:2,5
    30:23 31:1
**challenging**
    33:24
**change**  43:8
**charlotte**  1:2
    5:22 10:1,7
    26:6
**chat**  17:3
**chatty**  14:20,24
**checked**  35:10
**child**  35:12
**children**  10:11
    10:13 12:22,23
    34:12
**christine**  1:23
    44:2,18

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 46 of 61

**civil**   1:6 2:5
**clarify**   29:16
**class**   14:20
   15:6 17:24
   18:23 21:7
   31:18
**classes**   11:8
**classmates**
   14:16
**classroom**
   11:11 14:24
   15:15 19:6
   20:24 22:13
   29:12 40:17,17
**clean**   6:4
**clear**   27:22
**clearly**   24:25
**climb**   22:1,8
**climbing**   22:4
**close**   20:11
**cms**   23:23 24:6
   24:13 26:12
**cognitive**   9:5
**columbia**   3:11
**come**   11:10
   13:1 14:10,12
**comes**   13:14
   22:15,21
**commencing**
   2:1
**common**   6:19
**communicate**
   13:22 37:25
   38:2

**compared**
   18:14
**complete**   9:8
   12:24 19:7
   44:10
**completely**   9:2
   9:11 13:2
**comprehend**
   41:13
**concepts**   29:16
**concern**   19:10
   20:1
**concerned**
   37:15 38:7
**concerns**   38:4
   38:13,18,20
**concluded**
   42:24
**conditions**   9:5
**confidence**
   32:16
**confirm**   11:20
**confirmation**
   11:17
**congratulations**
   10:20
**consequence**
   36:11
**consistent**
   29:20
**contact**   37:24
**content**   33:24
   35:5

**continents**   19:1
**continuation**
   33:10
**continue**   23:15
   33:10
**conversation**
   6:20 17:6
**conversations**
   37:20
**copy**   42:14
**correct**   8:1,18
   8:19 11:21
   26:2 27:24
   28:2,8,11 30:3
   30:7,20,21,25
   31:6,19,20
   38:15 39:8
**corrections**
   43:6
**counsel**   44:13
**counting**   20:12
   20:12
**country**   19:2
**county**   10:6
   13:22 44:6
**court**   1:1 6:5
   6:17 7:4 42:11
   42:13
**cry**   21:4
**crying**   21:10
**cue**   13:20 15:18
**culture**   18:23
   18:24 19:5,6

**currence**   1:15
   2:3 5:3,9,21
   8:8 9:16 11:6
   23:18 24:1,10
   25:9 26:24
   41:25 43:2,25
**currently**   9:25
   11:4 13:6
   25:20 27:10
**cv**   1:6 5:17

**d**

**d**   5:1
**date**   25:14
   28:21 44:5
**david**   25:8
**day**   11:13
   16:14 37:16
**days**   21:10
**dck**   1:6
**decision**   34:7
**decode**   36:23
   36:24,25
**defendant**   1:8
**deficit**   15:19
**deficits**   36:21
**definitely**   14:6
**deisy**   1:7 5:15
   5:16 37:7,14
**deponent**   43:1
   44:6,7,8,10
**deposition**   1:13
   2:2 6:3,21 8:9
   8:12,16,22

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 47 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[deposition - fine]                                      Page 4

42:10,24 43:4
44:5,9
**derrick** 3:4,4,6
**describe** 21:12
23:8 41:2
**description** 4:9
**desks** 16:6
**despondent**
21:13
**developing**
41:6,8,10,11,15
**development...**
19:8,11
**different** 10:8
23:1 27:8
32:22
**difficult** 7:10
**difficulty** 17:18
**digest** 36:12
**disappointment**
21:13,14
**dismissal** 40:6
**district** 1:1,1
5:18 23:24
33:21
**division** 1:2
**document** 4:22
26:23 33:8
**documents**
8:12,13
**doing** 5:10,11
5:13 11:18
18:18 25:13
36:11,12 37:17

**downgrade**
12:23
**doze** 16:8
**drastically**
19:18 33:2
**drive** 3:5
**duly** 5:4 44:7
**dynamic** 21:19

**e**

**e** 4:1,8 5:1,1
**earlier** 20:17
**ec** 10:23
**effort** 19:14
**either** 23:12
40:20
**ela** 16:16,20
17:1,8,24 18:2
18:17 19:15,17
19:20
**encourage**
11:12 16:1,8
**encouragement**
21:9
**engaged** 16:5,9
16:18 18:2,10
19:1 36:22
**engagement**
18:12,13 19:3
19:6
**english** 16:22
17:15,16 20:18
23:20 27:8
31:19 32:22,24

33:9,23 35:15
35:17,21,23,24
36:16,22
**enjoys** 11:16,17
**enrolled** 27:19
**enrollment**
24:18 25:4,6,7
**ensure** 6:3
**especially**
18:22 21:4
**esq** 3:4,10,10
**events** 44:13
**everybody**
21:23
**everybody's**
18:9,24
**everyday** 6:19
**exact** 4:22 29:6
**examination**
4:3 5:7 44:8,11
**examined** 5:4
**exceptional**
10:10,13 12:22
12:23
**excited** 14:10
14:11
**excuse** 16:24
22:11
**exhibit** 4:9,10
24:7
**exhibits** 4:20
**expand** 29:15
**expect** 11:11

**expectation**
15:9,23 21:6
**expectations**
15:7,22
**expected** 33:25
**expedited**
42:17
**experience**
31:25 38:7
**expires** 44:20
**explain** 13:18
21:6
**express** 17:9,17
32:17 35:17,19
**expressed** 17:9

**f**

**fair** 6:15,16
7:17
**familiar** 22:22
22:23 30:8
32:11
**family** 37:3
**father** 40:24
**february** 1:16
2:1 44:14
**federal** 2:4
**feel** 25:9
**filled** 35:7
**finally** 28:13
**find** 34:6 43:4
**finds** 21:21
**fine** 5:11 14:25

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 48 of 61

Jeanette Currence February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[finish - help] Page 5

**finish** 6:22
**first** 5:4 10:18
 12:10 15:24,25
 18:5,14 20:25
 31:19 33:18,19
 36:17 39:16
**fives** 20:13
**floor** 3:11
**flor** 39:1
**fluent** 35:20
**follow** 14:21
 42:2
**following** 43:6
**follows** 5:5
**foregoing** 43:3
 44:5,9
**forgets** 13:10
**form** 30:9
**formula** 17:15
**forth** 19:14
**forward** 16:2
**four** 10:21
**free** 25:9
**fridays** 21:4
**friends** 21:17
 22:13
**friendships**
 12:5,5
**front** 14:24
 15:1 16:7
**full** 5:19 6:22
 41:18
**fully** 16:17

**fun** 21:4
**further** 44:12

**g**

**g** 5:1
**gaps** 20:11
**generally** 14:9
**getting** 19:4
 36:6
**give** 18:8 20:5
 21:8 23:2,12
 23:15 32:16
 36:10,13 37:1
 39:20 41:5
**gives** 13:13
 19:9 20:1
**giving** 36:25
**glasses** 24:24
**go** 6:1,2 7:22
 11:3 13:11
 18:22 20:14
 21:22 25:1
 26:22 33:4
 40:21 41:18
**goal** 15:20
**goals** 32:13
**goes** 26:12
 40:21
**going** 6:6,23
 9:14 11:3,10
 11:11 16:22
 22:17 23:18,21
 23:24 24:23
 28:13 29:8

 30:22 31:16
 33:18 34:18
 35:13 37:2
 40:17,20 41:13
**good** 5:9,11
 22:9 42:6
**google** 38:1
**gotten** 37:25
**grade** 10:11,14
 10:17,19 12:1
 12:6 13:1
 19:13 20:4,16
 22:19 23:2
 25:15 28:17,24
 30:15,16,19
 33:12,14,15
 40:3,21 41:5,8
 41:23,23,24
**grader** 15:2
**graders** 15:7
**grades** 10:8,11
 22:19 41:5
**gradually**
 18:18
**grandmother**
 39:1
**graphic** 29:19
**grateful** 13:3
**great** 5:13,24
 7:2,8,19 8:11
 8:20 9:4,14,19
 11:2,23 15:21
 21:19,21 22:6
 24:3 27:2,15

 29:6 33:4 34:1
 35:13 42:9,20
**greets** 13:8
**gross** 22:9
**ground** 6:2
**group** 15:16
 20:9 40:3,3
**grow** 16:3
**growth** 41:18
**guardian** 35:3
**guess** 7:17 17:1
 30:1 34:18
**guys** 8:13
**gymnastics**
 22:7

**h**

**h** 4:8
**hallway** 23:1
**hand** 15:12
 18:1 30:11
 44:14
**happen** 12:18
**happening** 11:4
**he'll** 13:17,18
 13:24,25 14:20
 23:14,15,15
 35:20,21 36:20
**head** 7:5,6
**hear** 5:13 6:10
**heard** 6:14
**hearing** 20:8
**help** 11:12 13:1
 15:19 20:15

Veritext Legal Solutions
800.743.DEPO (3376) calendar-carolinas@veritext.com www.veritext.com
Case 3:25-cv-00129-DCK Document 73-5 Filed 02/18/26 Page 49 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[help - know]                                        Page 6

35:20
**helped** 36:20
**helping** 13:4
**hensley** 3:4,4
42:3,6,13,16
**hey** 17:6 23:12
23:14,17 39:19
39:22
**high** 25:8
**higher** 41:11
**hillsborough**
3:5
**history** 24:18
25:4,6,7
**hold** 26:20 29:9
**home** 5:20,22
17:18
**homework** 13:8
13:10
**hone** 15:19
20:6
**hours** 9:1
**hudson** 28:4
**hug** 23:2,13,15
39:20 40:19
**huh** 5:25 7:9,9
7:24 12:14
24:2 25:16
26:10 33:21
34:2,6,25 35:4
38:5,16,16
**hundreds**
20:13

**hurt** 22:3

**i**

**identification**
24:8
**impair** 9:6
**impression**
11:23 15:21
**impressions**
39:14
**improve** 18:11
**improved**
17:24 32:15,25
33:2,3 36:9
**improvement**
19:17 31:23
32:6,19 33:3
35:14 36:7
**improvements**
17:22,23 18:18
31:21 36:1
**improving**
32:23
**incorporated**
18:23
**increase** 24:17
**indicate** 4:22
**inform** 13:15
**information**
34:7 37:24
**informed** 34:7
34:12,16
**inside** 40:16

**instruction**
33:22
**interaction**
22:18,25 23:9
40:18
**interactions**
13:5,7,23
14:15 23:9
39:10,13
**interactive**
18:3
**interacts** 14:17
**interested**
44:13
**interventions**
36:19
**involved** 19:5

**j**

**j** 3:4,4
**j.m.** 3:10
**jativa** 1:7 39:1
39:4
**jeanette** 1:15
2:3 5:3,21 43:2
43:25
**job** 1:25
**jointly** 23:22
**josue** 39:4
**joy** 21:22
**judge** 8:3,5
**jump** 22:8
**jumping** 22:4

**jumpstart**
20:15
**jury** 8:4,6
**jx** 24:5,7
**jx53** 4:10

**k**

**k** 10:11,13 11:1
**keep** 40:20
**kept** 22:3
**key** 29:16
**kg** 26:13
**kind** 6:2,20
11:3 14:19
16:8,12 17:21
22:3 23:20
41:1
**kinder** 40:16
**kindergarten**
19:12 20:3
26:15 30:17,19
**knew** 17:15
**know** 6:6,10,19
6:23 7:15,20
11:7,9,14,16
12:2,19 13:16
13:19 14:9
15:14 16:3
17:14 18:17
20:19 26:4
28:4,15 30:14
31:1,3,17
32:12,16 33:5
34:15 35:18

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 50 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[know - monday]                                      Page 7

36:6 38:3
**knowledge**
16:21 29:23
30:1 31:7
34:19
**knows** 12:4
22:20

**l**

**labeled** 24:4
**language** 13:16
16:17 17:11
21:21,23 23:20
27:6,8,9 31:19
32:15,21 33:9
33:22 34:8,13
**large** 44:3
**lasting** 12:5
**lastly** 40:23
**laugh** 14:18
**law** 3:4
**lawsuit** 5:16
**learn** 18:22
32:22
**learned** 18:6,25
32:18
**learning** 18:10
32:23
**left** 30:11
**leigh** 5:21
**lesson** 15:18
**lessons** 17:1
27:20

**letter** 20:6,8
**level** 19:13 20:2
20:4,14 33:12
33:14 41:8,21
41:23,23
**levels** 23:2
**licensure** 12:21
12:24
**liked** 16:19,20
17:10
**likes** 14:18,18
18:17
**line** 20:14
22:16 34:5
40:21 43:8
**lining** 23:16
**listed** 27:23
28:2 30:23
**listening** 35:25
37:18 38:4
**little** 12:23 14:8
24:24 37:3
39:25
**llp** 3:9
**located** 44:6
**location** 44:5
**lodjh.com** 3:6
**long** 9:19 10:16
**look** 34:23 35:6
**looking** 7:14
**lot** 14:5,17
39:19
**lots** 13:23

**loves** 21:18
22:10
**lunch** 17:4
22:17

**m**

**madam** 42:11
**made** 44:8,11
**main** 3:11
**maintained**
24:13
**make** 6:25 7:6
11:18 13:9,14
16:1 18:9
**makes** 19:7
21:16
**manner** 4:20
8:5
**mariduena** 1:3
**mark** 24:4
**marked** 24:7
**mastery** 41:7,7
**math** 16:17,19
17:8,10,15,16
18:17,21 19:13
19:14,15 20:3
20:10,10 41:11
41:14,20
**meadowland**
3:5
**mean** 40:10
**meaning** 11:10
**means** 41:8

**mecklenburg**
10:6 13:22
26:6 44:6
**medications**
8:25
**meet** 33:23
**meets** 15:22,23
**memory** 9:6
**mental** 9:5
**mentioned**
14:13 16:11
38:3 39:6
**met** 12:10
15:25
**michael** 3:10
5:14
**michael.moran**
3:12
**minutes** 14:8
20:5
**ml** 21:20 27:2,5
27:11,15,17
28:2,4,10,23
29:2,24 30:3
30:12,23 31:1
31:4,9 32:1,1,5
32:9,12 34:13
34:16
**mls** 33:23
**model** 18:5
**mom** 13:15,18
13:19,21
**monday** 1:16

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 51 of 61

Jeanette Currence                                           February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[monitor - participating]                                           Page 8

**monitor**  18:9
**monkey**  22:2
**moran**  3:10 4:3
5:8,14 24:9
42:9,15
**morning**  5:9,11
13:7 16:13
17:7 22:15,21
**mornings**  40:6
**mother**  13:13
**motor**  22:9
**move**  12:25
**moved**  14:22
14:23 16:6
**mullins**  3:9
**multi**  21:21
27:6

**n**

**n**  4:1,1 5:1
**name**  5:14,19
**native**  21:23
32:21
**nature**  37:18
39:18 40:20
41:17
**necessarily**
4:21
**necessary**  8:21
**need**  7:19 11:12
20:16 25:10
**needs**  19:14
32:22 35:24
41:8,16,19

**neither**  44:12
**nelson**  3:9
**nelsonmullin...**
3:12,13
**new**  37:25
**nicholas**  3:10
**nicholas.quat...**
3:13
**nodding**  7:5
**nonverbal**  7:5
**north**  1:1 3:5
5:18,23 10:2
44:3,6,19
**notary**  44:3,19
44:20
**note**  4:19
**notice**  2:4 8:15
**noticed**  19:8
31:21 32:14
36:1
**notification**
33:9
**notified**  16:18
**notion**  17:11
**november**  12:9
12:13,20 29:4
31:23 36:17
**number**  5:17
15:9 20:13
37:25 38:1

**o**

**o**  4:1 5:1

**oath**  8:1
**objections**  44:8
44:10
**offices**  3:4
**oftentimes**
21:25
**oh**  10:16 11:2
25:9
**okay**  6:11,12
7:12,23,24 8:7
10:8,12,20
11:2,3 12:10
12:13 14:2
15:6 16:11
17:21 19:16,22
19:25 23:8
24:16,21 25:6
25:12,12,13,25
26:8 28:7
29:25 30:14,18
30:22 31:4,12
31:25 33:1,18
34:20 35:25
36:15 37:6
38:20 39:3,6
39:13 40:8
41:1
**old**  12:1
**once**  14:20
32:16
**opportunity**
21:24
**oral**  32:15,20

**orally**  29:19
**ordinary**  15:4
19:23 38:6,12
**outdoor**  22:10
**outside**  22:12
40:15,18
**own**  41:19

**p**

**p**  3:10 5:1
**p.m.**  42:24
**page**  4:2,9
24:11,16 26:23
26:25 28:1,13
28:14 29:9
30:2,23 33:4
34:21,24 43:8
**paragraph**
24:11 33:19
34:5
**parent**  34:9
35:3 37:24
38:7
**parents**  34:11
**parentsquare**
13:21,23 37:12
**park**  10:1
12:15 25:21,23
28:7,11 33:17
39:8
**part**  20:8
**participating**
18:19

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 52 of 61

Jeanette Currence    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[party - real]    Page 9

party  44:13
pass  42:4
passage  36:24
pe  22:17
peak  5:22
peer  29:17
pending  7:21
  44:13
people  6:20
permission
  13:11
person  18:17
petitioner  1:5
  3:3 23:22
phonics  20:6,8
  41:16
physical  9:5
pine  26:1,5
  27:23 30:5
  31:8
place  29:3 31:5
placement
  35:12
plan  27:3,5,6
  27:15,17 28:10
  28:23 29:2
  30:3 31:4 32:9
  32:12 34:16
plans  27:11
  31:9 32:5
play  21:24
playful  21:18
playing  21:19

please  5:19 7:3
  7:8,20,22
  13:13 14:4
  24:18 25:1
  29:11,14 33:7
  33:19 34:3,6
  34:23 42:17
pllc  3:4
point  7:20
  15:13 42:3
points  16:15
population
  21:20
portion  16:17
positive  11:16
possible  6:4
  42:18
potentially
  12:25
pre  11:1 29:16
preference
  16:19
present  8:4,6
printing  8:20
prior  9:22
  25:25
probably  6:6
  38:10 41:22
procedure  2:5
profession  9:17
professional
  44:3,18
proficiency
  33:23

program  33:10
  33:22 34:17
programs  32:2
  34:8,13
progress  41:3
  41:22
progressant
  41:6,12,21
progressing
  41:4
proud  11:19
provide  9:8
  29:17,18
provided  8:14
provides  33:22
providing
  42:15
public  44:3,19
pull  15:17
  23:21
pulled  29:23
purposes  6:21
pursuant  2:4,4
puts  19:13
putting  16:2
  19:5

q

quatraro  3:10
question  6:10
  6:13,15,22,24
  7:21,22 16:4
questions  6:1,7
  7:3,8,16 9:7,15

  14:25 15:16
  18:1 23:19
  37:4,23 42:1,3
  42:7
quick  24:19
  35:1
quiet  39:15
quite  22:18
quotations  4:19
quote  4:22

r

r  1:3 5:1
raise  15:12
  17:25
raised  38:17,20
rather  21:13
reach  15:20
  23:14
reached  23:2
reaches  23:11
read  4:21 24:18
  24:24 25:10,11
  29:11,14 33:7
  33:19 34:3
  36:20,23 42:22
  43:3
reading  19:13
  20:3,5 23:20
  24:24 34:10
  36:16,17,18,22
  41:15,20
real  24:18 35:1

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 53 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[really - science]                                    Page 10

**really** 19:1
39:18
**reason** 9:10
43:8
**recall** 7:15
**receive** 21:5
27:7
**recent** 23:5
25:14 36:7
37:21
**recently** 14:22
16:6 39:7,21
**recess** 17:4
21:17,22 22:10
**recognition**
20:7,8
**recollection**
7:14
**record** 4:21
5:20 6:4 7:11
25:11 28:10
44:10
**recorded** 44:9
**recording**
26:11
**records** 4:10
23:23 24:5,11
24:12 26:9
**redirect** 16:9
36:4
**reflected** 4:20
**regarding** 11:4
24:13

**registered** 44:2
44:18
**reid** 10:1 12:15
25:21,23 28:7
28:11 33:17
39:8
**related** 23:19
37:3 38:13
44:12
**remind** 39:15
**remote** 3:1
**remotely** 2:3
**repeat** 6:11
**rephrase** 6:11
**reported** 1:23
**reporter** 6:18
7:4 42:11,13
44:1,3,18
**reporter's** 4:19
**representing**
3:3,8
**reprimanded**
21:2 36:6
**reserved** 42:22
**resource** 22:10
35:22
**respond** 6:13
**respondent**
1:17 2:6 3:8
5:15 23:22
**response** 36:13
**responses** 7:5
29:18

**restroom** 23:16
**results** 34:6
**ride** 22:16
**rider** 22:16
**right** 7:13 8:6
9:14 16:23
21:9 23:18,25
25:2 26:9,13
27:10,17 28:19
28:25 29:8,8
30:6,9,24 31:9
42:1
**rights** 34:8
35:3
**riley** 3:9
**road** 5:22
**roberth** 1:3
5:16 40:24
**room** 8:9 16:2
40:22
**rote** 20:12
**row** 25:15
**rpr** 1:23
**rules** 2:5 6:2
**runs** 6:3

**s**

**s** 4:1,8 5:1
**sad** 21:1 36:7
**santiago** 11:15
11:24,25 12:8
12:15 13:6
15:22,23,24
17:22 19:9,12

23:3 24:14
25:7,19 26:11
27:13,16 28:24
29:21 30:15
31:5 32:8,12
34:16 39:11,16
39:20,23,24
40:21
**santiago's**
11:20 20:23
22:23 23:19,23
35:15 37:3,15
37:17 39:1,4
40:24 41:3
**says** 25:6,15,25
27:2 29:12
35:6
**scarborough**
3:9
**school** 4:10
13:3 14:10,12
18:21 21:20
23:23 24:5
25:8,20 26:4
27:19,23 28:6
28:7 31:15
32:14 33:16,20
33:21 36:3
37:22 38:14
41:3
**schools** 10:5,9
24:13 26:7,12
**science** 18:17
18:21,22

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 54 of 61

Jeanette Currence                    February 16, 2026

Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[screen - strengths]                                        Page 11

**screen**  23:21,24
  26:24 29:15
**scroll**  28:1 29:9
  34:20
**second**  25:14
  25:15 27:9
  29:10
**section**  15:14
  25:3 35:3 37:4
**see**  6:17 16:8
  18:11 19:1
  21:8 23:1,25
  24:10 25:17
  26:24 27:2
  29:12 35:2
  39:18,23 40:1
  40:2
**seeing**  38:23
**seen**  17:22
  19:17 22:12
  23:9 32:4,19
  35:14 40:5,15
**sees**  38:24
**semester**  31:12
**sense**  6:25 7:6
  12:4 19:7
  21:16
**sentence**  33:19
  34:4
**separately**
  40:11
**september**
  28:22

**services**  27:7
  30:12
**settle**  11:13
**seven**  10:15
  18:25
**shaking**  7:6
**share**  23:24
**show**  20:25
**shy**  36:18 39:16
**side**  30:11
**sign**  42:22
**signature**  28:14
  28:18 43:1
  44:17
**signifies**  27:16
**sir**  6:8 9:3,9,13
  9:24 15:5 17:2
  17:20 19:11,21
  19:24 20:19
  21:14 24:2
  25:3 27:12
  28:9,20 31:7
  31:24 32:3,7
  32:24 38:9,19
  38:22 39:2,5
  40:25
**sister**  22:24
  23:4 39:25
**sit**  17:5
**size**  24:17
**skills**  20:6 22:9
  23:20
**sleep**  15:25
  16:12 17:1

**sleeping**  17:7
  17:18 18:19
  36:4
**sleepy**  16:4
  17:24
**slight**  31:23
**small**  15:15
  20:9 33:5
**smile**  39:17
**smiling**  39:21
**smoothly**  6:3
**socialization**
  12:4 14:14
**socialize**  14:18
**soon**  42:18
**sorry**  22:22
  29:9
**sounds**  20:9
**south**  3:11 19:2
  26:1,4 27:23
  30:5 31:8
**spanish**  13:17
  20:18
**speak**  14:22
  20:18 21:24
  22:20 31:18
  36:10 37:10,14
  39:17,17 40:19
**speaking**  15:10
  21:23 35:15,16
  37:16
**speaks**  13:17
  27:7

**specials**  22:18
**spend**  20:7
  21:22
**spoken**  37:7
  38:25 39:3
  40:23
**sporadic**  37:19
**spruce**  5:22
**stagnant**  31:10
**standards**
  33:25
**start**  6:24 12:7
  26:20
**started**  12:16
  18:14 25:22
  29:3 31:5 32:9
**starting**  33:20
  34:4
**state**  5:19 44:3
  44:19
**stated**  44:6
**states**  1:1 30:5
**stating**  24:12
**stay**  17:25 31:9
**steady**  33:3
  41:18
**stenographic...**
  44:9
**step**  24:23
**street**  3:11
**strength**  14:14
  18:21 22:7
**strengths**  12:3

Jeanette Currence                February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[strike - transcript]                                    Page 12

strike  22:22
  26:21
strong  12:4
struggling
  15:18 19:20
student  19:19
  27:3,5,6,11,15
  28:23 29:2
  30:3 32:1,5,6,9
  33:24
students  10:24
  11:7 12:6 13:1
  14:17,19 15:8
  15:17 18:4,4,5
  19:4 21:20,21
  22:17 27:7,11
  27:13 29:18
  31:18,22 32:1
  32:16 33:25
  34:12 35:20
stuff  14:7
stvt  24:5
subjects  18:13
subpoenas  8:18
suffer  9:4
suite  3:5
support  19:15
  29:17 41:9,16
  41:19
supposed  21:7
sure  13:3,9,14
  16:1 18:9
swing  22:8

swings  22:1,1,5
switch  12:21
  37:2
sworn  5:4 44:7
system  26:4

**t**

t  4:1,1,8
table  15:15
tad  24:20
take  7:4,10,19
  22:17 32:4
  34:23
taken  1:17 2:3
  8:25 44:5
talk  6:20 17:4
  18:24
talkative  15:2
tapped  12:1
  19:3
taught  10:3,10
  10:17
taylor  1:23
  44:2,18
teach  9:25 10:8
  10:13 29:16
  32:17
teacher  9:18,20
  10:23 11:1,18
  11:21 12:19
  13:13 14:5
  15:15 21:15
  28:14,16,17
  29:24

teaching  9:23
  10:22 12:7
  18:14 29:3
  31:5 32:9
tear  14:1 21:3
tears  36:6
tell  13:14,16,25
  18:5 21:25
  33:12 35:9,23
  35:24
temperament
  11:9,10
tenesaca  1:7
  5:15,17 11:15
  24:14 34:15
  37:8,11 38:21
tens  20:13
terms  19:20
testified  5:5
testify  8:5 9:2
  9:11 44:7
testifying  8:1
testimony  9:8
  43:5 44:8,10
thank  5:24 7:2
  8:20,22 25:13
  30:1 33:11
  34:1,10 42:5
  42:11
thereof  44:13
thing  21:9
things  18:4
  22:9 36:18
  37:18 41:2,16

41:23
think  8:21 9:10
  30:18 35:6
  38:11 41:10
thought  17:14
three  23:6 36:8
  37:13,19
thursday  37:23
time  13:7 20:7
  21:22 22:15
  30:15 32:5
  40:14 42:4
  44:5,8,11
times  16:7
  37:13
tiptop  22:4
title  33:7
today  5:10 6:7
  7:13 8:1,9,12
  8:22 9:8 11:12
together  39:24
  40:5,12,13
told  22:2,7
tomorrow
  42:19
took  17:10
top  22:1,8
touch  23:12
towards  41:22
tracking  15:10
transcribed
  44:9
transcript
  42:14,16 43:4

Veritext Legal Solutions
800.743.DEPO (3376)    calendar-carolinas@veritext.com    www.veritext.com
Case 3:25-cv-00129-DCK    Document 73-5    Filed 02/18/26    Page 56 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[transcript - x]                                        Page 13

44:6
**transcription** 43:5
**transition** 40:4
**transitioning** 40:16
**transitions** 22:14
**treat** 39:24
**tried** 18:10
**true** 43:4 44:10
**truth** 44:7,7,7
**try** 13:17,24 14:4 18:3 20:4 20:14 23:11 35:16,21,23 36:20 37:1,1
**trying** 17:25 18:1 20:4,11 21:8 23:16 36:23 41:12
**two** 23:6 36:8 37:13,19 40:11 40:12,13
**type** 30:9 33:5
**typed** 44:9
**typically** 11:7,9 21:3 23:13 36:18 37:14

**u**

**uh** 5:25 7:9,9 7:24 12:14 24:2 25:16

26:10 33:21 34:2,6,25 35:4 38:5,16,16
**unaware** 15:12
**uncle** 39:4
**under** 8:1 24:11 26:20 30:11,12 35:2
**undersigned** 43:2
**understand** 6:10 7:25 8:4 9:7 13:2,25 14:6 15:13 16:21 20:12 41:13,25
**understanding** 34:11
**understood** 6:14
**united** 1:1
**updated** 31:10 31:11
**upper** 22:6,19
**use** 13:21 23:16
**used** 16:5 35:22 36:19
**using** 20:13
**usually** 35:17

**v**

**v** 1:6
**variety** 31:17

**vega** 1:3 5:16 11:15 24:14 40:24
**verbally** 7:4 35:19
**versus** 5:16 17:16
**videoconfere...** 1:13 2:2
**view** 32:24
**virtually** 1:17
**vocabulary** 29:17 32:20

**w**

**w** 25:8
**walk** 18:8
**walking** 40:5
**want** 6:2 7:17 26:22 29:25 37:22 42:14
**wanting** 13:12
**wants** 11:18 13:9,15
**wave** 40:19
**waving** 39:21
**way** 20:15,21 26:12
**we've** 38:23
**weaknesses** 12:3
**week** 37:13,22
**weekly** 37:12

**weeks** 23:6,6 36:8
**welcome** 8:24
**western** 1:1 5:18
**wide** 31:17
**willing** 37:1,1
**wing** 14:19
**witness** 42:4,8 44:13
**witnessed** 40:7 40:14
**word** 6:18 29:17
**words** 20:20,20 36:24
**work** 14:3 31:8 36:14 38:11
**worked** 29:22 32:1
**working** 41:22
**works** 14:25 17:16
**workshop** 20:10
**worktable** 14:4
**wow** 9:22 10:16 10:20
**wrap** 41:1
**write** 13:18,20

**x**

**x** 4:8

Veritext Legal Solutions
800.743.DEPO (3376)      calendar-carolinas@veritext.com      www.veritext.com
Case 3:25-cv-00129-DCK      Document 73-5      Filed 02/18/26      Page 57 of 61

Jeanette Currence                    February 16, 2026
Mariduena, Roberth R. Vegav. Jativa, Deisy Alexandra Tenesaca

[ya - zoom]                                                    Page 14

| y |
|---|
| **ya**  17:17 |
| **yeah**  10:20 |
|   14:13 23:5 |
|   28:18,23 30:18 |
|   30:19,22 32:8 |
|   34:22 38:17 |
|   39:23 |
| **year**  10:18 |
|   16:12 18:21 |
|   26:17,17 30:12 |
|   31:10,11,13,15 |
|   32:14 35:15 |
|   36:3 |
| **years**  9:21 |
|   10:12,15,22 |
|   11:25 |
| **z** |
| **zoom**  2:3 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.