IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-129-DCK

| | | |
|---|---|---|
| **Roberth Rosendo Vega Mariduena** | ) | |
| | ) | ORDER |
| Petitioner, | ) | |
| | ) | |
| v.. | ) | |
| | ) | |
| **Deisy Alexandra Tenesaca Jativa** | ) | |
| | ) | |
| Respondent. | ) | |

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; including maintaining them in a manner and format facilitating efficient distribution in the event of a request for access to trial exhibits from the media or other member of the public; and

**IT IS ORDERED** that the Clerk is hereby relieved of all responsibility for said exhibits. This 24th day of February, 2026.

Signed: February 24, 2026

David C. Keesler
United States Magistrate Judge