IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>       Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>       Respondent. | Civil Action No. 3:25-cv-00129- DCK |

**Order Granting Joint Motion for Payment of
Transcript Costs Under 28 U.S.C. § 753(f)**

  This matter was initiated by a Verified Expedited Petition (ECF No. 1) filed by Petitioner Roberth R. Vega Maridueña ("Father") against Respondent Deisy Alexandra Tenesaca Játiva ("Mother") under the Convention on the Civil Aspects of International Child Abduction (the "Hague Convention") and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. §§ 9001–11. Currently before the Court is the motion made jointly at trial about the transcript in this matter under 28 U.S.C. § 753(f), which permits the Court to order the preparation of the transcript at the government's expense for certain parties proceeding *in forma pauperis*.

  Because the parties remain indigent and that status is unlikely to change based on their current financial situation, they are both represented by pro bono counsel, and this case presents a substantial question involving a minor child and the application of certain affirmative defenses under the Hague Convention, *see Ortiz v. Greyhound Corp.*, 192 F. Supp. 903, 905 (D. Md. 1959) (defining substantial question as "reasonably debatable"), the Court certifies that the parties are entitled to the preparation of the transcript at the government's expense under 28 U.S.C. § 753(f).

Therefore, it is hereby **ORDERED** that the parties' joint oral motion under 28 U.S.C. § 753(f) is **GRANTED** as follows:

(1) The transcript fees in this action be paid by the United States out of money appropriated for that purpose.

(2) The Court Reporter is directed to prepare the transcript and provide that transcript to the parties as soon as practical.

(3) The indigent status of the parties will not be rescinded by this Court for the purpose of any subsequent appeal of the substantial questions of law contained in this order. *See* 28 U.S.C. § 753(f).

                                          The Honorable David C. Keesler
                                          United States Magistrate Judge

March __, 2026
Charlotte, North Carolina