| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>                    Petitioner,<br><br>        vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>                    Respondent. | Civil Action No. 3:25-cv-00129-FDW-DCK |

**Notice of Material Development and Request for Status Conference**

On behalf of Respondent Deisy Tenesaca Jativa ("Mother") and with the consent of Petitioner Roberth R. Vega Mariduena, undersigned counsel respectfully notifies the Court of the following developments that materially affect the current trial setting on March 24, 2026, and requests a brief status conference at the Court's earliest convenience.

1. On Saturday evening, March 14, 2026, Mother was arrested in Tega Cay, South Carolina for driving without a license. Due to Mother's immigration status, federal immigration authorities were notified.

2. On March 17, 2026, undersigned counsel was informed by Mother's immigration attorney that Mother was transferred to the Stewart Detention Center ("Stewart") in Georgia, where she remains in federal immigration custody as of the date of this filing.

3. It is undersigned counsel's understanding that federal immigration authorities were informed about the March 24 trial date before this Court but Mother was nevertheless transferred to Stewart.

1

4.     The above-referenced matter is presently set to resume trial on March 24, 2026.  Mother's immigration counsel is actively pursuing Mother's release on bond.  However, based on current timing, it appears unlikely that the bond hearing and release will occur before March 24, making Mother's appearance on March 24 improbable.

5.     Considering these circumstances—and out of respect for the Court's calendar and counsel's schedules—undersigned counsel requests a brief telephonic or virtual status conference to determine appropriate next steps regarding the March 24 setting, including whether to convert that date to a status hearing, set a short continuance, or establish a pathway forward.[1]

6.     Counsel will continue to update the Court regarding Mother's custody status and any material developments from the immigration proceedings.

WHEREFORE, Mother respectfully requests that the Court set a brief status conference at the Court's earliest convenience to address scheduling and next steps in light of the foregoing.

**[Signature Page to Follow]**

---

[1] Father consents only to a status conference call with the Court and to establishing a pathway forward—Father does not consent to a continuance or rescheduling of the trial.

Respectfully submitted, this 18th day of March, 2026.

NELSON MULLINS RILEY & SCARBOROUGH LLP

By: */s/ Morgan B. Thompson*
    Matthew A. Abee, NC Bar No. 46949
    E-Mail: Matt.abee@nelsonmullins.com
    Chelsea K. Barnes, NC Bar No. 53378
    E-Mail: Chelsea.barnes@nelsonmullins.com
    Morgan B. Thompson (PHV), SC Bar No. 107145
    Email: morgan.thompson@nelsonmullins.com
    Michael P. Moran (PHV), SC Bar No. 105437
    Email: Michael.moran@nelsonmullins.com
    Nicholas J.M. Quatraro (PHV), SC Bar No. 106417
    Email: Nicholas.quatraro@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

*Attorneys for Respondent*

**Certification Regarding Use of Artificial Intelligence**

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research sources Westlaw, Lexis, FastCase, and Bloomberg;

Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

**Certificate of Service**

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

           NELSON MULLINS RILEY & SCARBOROUGH LLP

           By: */s/ Morgan B. Thompson*
                Morgan B. Thompson (PHV), SC Bar No. 107145
                Email: morgan.thompson@nelsonmullins.com
                1320 Main Street / 17th Floor
                Columbia, SC  29201
                (803) 799-2000

March 18, 2026           *Attorney for Respondent*