IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>        Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>        Respondent. | Civil Action No. 3:25-cv-00129-DCK |

**MOTION FOR JUDICIAL NOTICE**

Pursuant to Rule 201 of the Federal Rules of Evidence, Respondent Deisy Alexandra Tenesaca Játiva ("Mother"), by and through counsel and with the consent of Petitioner Roberth R. Vega Maridueña ("Father"), hereby respectfully moves this Court to take judicial notice of Respondent's release on immigration bond from Stewart Detention Center. In support, Mother submits the following:

Federal Rule of Evidence 201 allows a court to take judicial notice of relevant facts that are "not subject to reasonable dispute" because they are either (1) "generally known within the trial court's territorial jurisdiction" or (2) "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Accordingly, a district court "must take judicial notice" of such facts "if requested by a party and supplied with the necessary information." Fed. R. Evid. 201(d). Under Rule 201, courts "may take judicial notice at any stage of the proceeding." *Rodgers v. Waste Indus., Inc.*, No. No. 4:12-cv-294-FL, 2013 WL 4460265 at *4 (E.D.N.C. Aug. 19, 2013) (citing Fed. R. Evid. 201(d)).

1

Pursuant to Rule 201, Mother requests that the Court take judicial notice of the following facts:

1) On April 2, 2026, the U.S. District Court for the Middle District of Georgia granted Mother's petition for writ of habeas corpus.

2) On April 7, 2026, Mother was granted bond.

3) On April 13, 2026, Mother posted bond and was released from Stewart Detention Center.

4) Mother remains in immigration proceedings.

Please also see attached **Exhibits A** and **B**.

Respectfully submitted,

By: */s/* Morgan B. Thompson
Matthew A. Abee, NC Bar No. 46949
E-Mail: Matt.abee@nelsonmullins.com
Chelsea K. Barnes, NC Bar No. 53378
E-Mail: Chelsea.barnes@nelsonmullins.com
Morgan B. Thompson (PHV), SC Bar No. 107145
Email: Morgan.thompson@nelsonmullins.com
Michael P. Moran (PHV), SC Bar No. 105437
Email: Michael.moran@nelsonmullins.com
Nicholas J.M. Quatraro, NC Bar No. 64562
Email: Nicholas.quatraro@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

*Attorneys for Respondent*

April 23, 2026

## CERTIFICATE REGARDING USE OF ARTIFICAL INTELLIGENCE

1.     No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard online legal research resources, such as Westlaw, Lexis, FastCase, and Bloomberg;

2.     Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or paralegal working at his/her direction as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

By: */s/* Morgan B. Thompson
    Morgan B. Thompson (PHV), SC Bar No. 107145
    Email: Morgan.thompson@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

April 23, 2026         *Attorney for Respondent*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 23, 2026, I caused a true and correct copy of the foregoing to be filed and served with the Clerk of Court using the CM/ECF system which will send notification of filing to the following:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com

*Attorney for Petitioner*

By: */s/* Morgan B. Thompson
Morgan B. Thompson (PHV), SC Bar No. 107145
Email: Morgan.thompson@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

*Attorney for Respondent*