

# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### STEWART IMMIGRATION COURT



EXHIBIT
**B**

Respondent Name:

    TENESACA-JATIVA, DEISY ALEXANDRA

To:

    Tedesco, Mary Lynn Anna
PO Box 242066
Charlotte, NC 28224

A-Number:
246-126-557
Riders:
In Custody Redetermination Proceedings

Date:
04/07/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
    ☐ released from custody on his own recognizance.
    ☑ released from custody under bond of $ 12,000.00
    ☑ other:

        Respondent is a native of Ecuador and entered the U.S. without inspection in 2024. After a positive credible fear she was allowed to remain in the U.S. and received work authorization. She has been living at a fixed address in Charlotte, North Carolina and working at Nothing Bundt Cakes. She has three minor children that reside with her in North Carolina. Her children are enrolled in school and participate in extracurricular activities. Respondent is also a member of a local catholic church in North Carolina. Respondent has filed an I-589 with the court based on a fear of return. There was no evidence she has failed to appear at any proceeding and no evidence of a criminal record. Given the recent entry the court believes a higher bond is needed to mitigate the flight risk.

☑ Other:
    On the 2nd day of April 2026 the U.S. District Court, Middle District of Georgia granted Respondent's petition for a writ of habeas corpus to the extent that the Court ordered a bond hearing to determine if Respondent may be released on bond under § 1226(a)(2) and the applicable regulations. This order is pursuant to that habeas grant.

Absent the habeas order from the Middle District, this court would have found it

lacked jurisdiction to consider custody redetermination. Respondent was issued a Notice to Appear after an asylum officer found she had demonstrated a credible fear of persecution or torture. An alien who is transferred from expedited removal proceedings to full removal proceedings after establishing a credible fear of persecution or torture is ineligible for release on bond. Such an alien must be detained until his removal proceedings conclude, unless he is granted parole. See Matter of M-S-, 27 I&N Dec. 509 (A.G. 2019).

Immigration Judge: FULLER, STEVEN 04/07/2026

Appeal:     Department of Homeland Security:  ☐  waived  ☑  reserved

            Respondent:                       ☐  waived  ☑  reserved

Appeal Due: 05/07/2026

## Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : TENESACA-JATIVA, DEISY ALEXANDRA | A-Number : 246-126-557

Riders:

Date: 04/07/2026 By: Green, Ty, Court Staff