| | |
|---|---|
| Roberth R. Vega Maridueña,<br><br>　　　　　　　　　Petitioner,<br><br>vs.<br><br>Deisy Alexandra Tenesaca Játiva,<br><br>　　　　　　　　　Respondent. | Civil Action No. 3:25-cv-00129-DCK |

## MOTION TO WITHDRAW AS COUNSEL

Respondent, Deisy Alexandra Tenesaca Játiva, by and through her undersigned counsel, moves the Court pursuant to WDNC Local Rule 83.1(f) for Nicholas J.M. Quatraro's withdrawal as counsel of record for Respondent. Mr. Quatraro is no longer employed with the law firm of Nelson Mullins Riley & Scarborough, LLP ("Nelson Mullins").

Matthew A. Abee, Chelsea K. Barnes, Morgan B. Thompson, and Michael P. Moran of Nelson Mullins have previously made appearances in this matter on behalf of Respondent, and will continue to represent Respondent, substituting for Mr. Quatraro. The substituting attorneys are aware of and will continue to comply with all pending deadlines in the case, including proceeding with any scheduled trial or hearings.

This the 15th day of June, 2026.


NELSON MULLINS RILEY & SCARBOROUGH LLP

Respectfully Submitted,

By: */s/ Matthew A. Abee*　　　　　　　
Matthew A. Abee, NC Bar No. 46949
E-Mail: Matt.abee@nelsonmullins.com
Chelsea K. Barnes, NC Bar No. 53378
E-Mail: Chelsea.barnes@nelsonmullins.com

Morgan B. Thompson (PHV), SC Bar No. 107145
Email: morgan.thompson@nelsonmullins.com
Michael P. Moran (PHV), SC Bar No. 105437
Email: Michael.moran@nelsonmullins.com
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC  29201
(803) 799-2000

*Attorneys for Respondent*

June 15, 2026

**Certificate of Service**

I certify that the date set forth below, a copy of the foregoing was filed electronically through the Court's CM/ECF system and served on all counsel of record as follows:

Derrick J. Hensley
The Law Offices of Derrick J. Hensley, PLLC
401 Meadowland Drive, Suite 201
Hillsborough, NC 27278
(919) 4890-1999
derrick@lodjh.com
*Attorney for Petitioner*

By: */s/ Matthew A. Abee*
    Matthew A. Abee, NC Bar No. 46949
    E-Mail: Matt.abee@nelsonmullins.com
    Chelsea K. Barnes, NC Bar No. 53378
    E-Mail: Chelsea.barnes@nelsonmullins.com
    Morgan B. Thompson (PHV), SC Bar No. 107145
    Email: morgan.thompson@nelsonmullins.com
    Michael P. Moran (PHV), SC Bar No. 105437
    Email: Michael.moran@nelsonmullins.com
    Nelson Mullins Riley & Scarborough LLP
    1320 Main Street / 17th Floor
    Columbia, SC  29201
    (803) 799-2000

    *Attorneys for Respondent*

June 15, 2026